**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

vs.   Case No. 3:17-cv-774-J-32MCR

JASON B. SCHARF (d/b/a Citrades.com and
AutoTradingBinary.com); CIT INVESTMENTS
LLC; BREVSPAND EOOD; CIT INVESTMENTS
LTD.; A & J MEDIA PARTNERS, INC.;
MICHAEL SHAH; and ZILMIL, INC.,

        Defendants.

## ORDER

Upon review, it is hereby

**ORDERED**:

1. The Agreed Motion for Entry of Proposed Consent Order for Preliminary Injunction (Doc. 30) filed by the Commodity Futures Trading Commission with the consent of Jason B. Scharf, Michael Shah, and Zilmil, Inc. (the "Consent Defendants") is **GRANTED to the extent stated herein**. The Court is contemporaneously entering the Consent Order.

2. The terms of the Court's Supplemental Order on Protection of Sensitive Electronically Store Information (Doc. 21) remain in full force and effect.

3. Except to the extent incorporated within the Consent Order for Preliminary Injunction, the terms of the Ex Parte Statutory Restraining Order (Doc. 8) as applied to the Consent Defendants are **DISSOLVED**.

4.      The Consent Defendants having agreed to the terms of a preliminary injunction, the Court's August 10, 2017 show cause hearing as to why the injunction should not issue is **CANCELLED**.

5.      No later than **August 10, 2017**, the Commodity Futures Trading Commission shall file a separate motion and proposed order converting the Statutory Restraining Order into a Preliminary Injunction as to defendants CIT Investments, LLC, Brevspand EOOD, and CIT Investments, Ltd.

6.      By previous Order (Doc. 26), the Court set **August 24, 2017** as the date for defendants to file their responses to the complaint.  Any request for an extension shall be filed in advance of that deadline.

7.      The Clerk will issue a separate notice designating this case for Track Two. The parties should file their Case Management Report within the timeframe provided therein, unless they request an extension.  The parties' Case Management Report should also propose a schedule for the filing of reports from the Permanent Receiver (see Consent Order for Preliminary Injunction, § F, ¶ 28.l.).  Given that the defendants are subject to an injunction, the Court will be amenable to setting this case on a more expedited schedule if the parties so request.

8.      Counsel for defendants Jason B. Scharf and A & J Media Partners, Inc., is directed to file a notice of appearance and, if not a member of the bar of this Court, to take such action as is necessary to apply for admission pro hac vice.  In the meantime, counsel for the Commodity Futures Trading Commission shall serve counsel for Jason B. Scharf and A & J Media Partners, Inc., with this Order, the Consent Order of Preliminary Injunction, and

any other Orders issued by the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of August, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record