Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 9/26/17 to 12/31/17

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 9/26/17): | $             - | $             - | $ 3,452,051.91 |
| | **Increases in Fund Balance:** | | | |
| **Line 2** | Business Income | $             - | $             - | $             - |
| **Line 3** | Cash and Securities[1] | $ 2,521,103.61 | $ 2,521,103.61 | $ 2,521,103.61 |
| **Line 4** | Interest/Dividend Income [1] | $      2,088.68 | $      2,088.68 | $      2,088.68 |
| **Line 5** | Business Asset Liquidation | | $             - | $             - |
| **Line 6** | Personal Asset Liquidation | $             - | $             - | $             - |
| **Line 7** | Third-Party Litigation Income | $             - | $             - | $             - |
| **Line 8** | Miscellaneous - Other | $             - | $             - | $             - |
| | **Total Funds Available (Lines 1-8):** | | | **$ 5,975,244.20** |
| | **Decreases in Fund Balance:** | | | |
| **Line 9** | Disbursements to Investors | | | |
| **Line 10** | Disbursements for Business Operations | $             - | $             - | $             - |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | $             - | |
| Line 10c | Personal Asset Expenses: | $             - | $             - | $             - |
| Line 10d | Investment Expenses | $             - | $             - | $             - |
| Line 10e | Third-Party Litigation | $             - | $             - | $             - |
| Line 10f | Tax Administrator Fees and Bonds | $             - | $             - | $             - |
| Line 10g | Federal and State Tax Payments | $             - | $             - | $             - |
| | **Total Disbursements for Receivership Operations** | | | $             - |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $             - | $             - | $             - |
| Line 11a | Distribution Plan Development Expenses: | $             - | $             - | $             - |
| Line 11b | Distribution Plan Implementation Expenses: | $             - | $             - | $             - |
| **Line 12** | Disbursements to Court/Other | $             - | $             - | $             - |

**EXHIBIT A**

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ - |
| **Line 13** | **Ending Balance (As of December 31, 2017)** | | | $ 5,975,244.20 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 5,975,244.20 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 5,975,244.20 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Second Report**
**CFTC v. Scharf, et al. – Receipts of Fiduciary Account**

| Date | Check # | Amount | | Explanation | Bank |
|---|---|---|---|---|---|
| 10/16/2017 | 924378 | $ | 478,987.30 | Zilmil | Community Bank |
| 10/18/2017 | | $ | 796,422.72 | Vystar | Zilmil |
| 10/18/2017 | | $ | 791,661.40 | Vystar | Shah |
| 10/31/2017 | 216741 | $ | 454,032.19 | Michael Shah | Alive Credit Union |
| | | $ | 2,521,103.61 | | |

**Bank Interest**

| Date | Account | Amount | |
|---|---|---|---|
| 9/30/2017 | Zilmil | $ | 37.67 |
| 10/31/2017 | Zilmil | $ | 55.80 |
| 11/30/2017 | Zilmil | $ | 458.71 |
| 12/31/2017 | Zilmil | $ | 1,517.09 |
| 1/9/2018 | Zilmil | $ | 1.82 |
| 9/30/2017 | Scharf | $ | 1.17 |
| 10/31/2017 | Scharf | $ | 1.30 |
| 11/30/2017 | Scharf | $ | 7.69 |
| 12/31/2017 | Scharf | $ | 7.43 |
| | | $ | 2,088.68 |

**Total Receipts Second Report**      $ 2,523,192.29