# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

          Plaintiff,

vs.                                  Case No. 3:17-cv-774-J-32MCR

JASON B. SCHARF (d/b/a Citrades.com and
AutoTradingBinary.com); CIT INVESTMENTS
LLC; BREVSPAND EOOD; CIT INVESTMENTS
LTD.; A & J MEDIA PARTNERS, INC.;
MICHAEL SHAH; and ZILMIL, INC.,

          Defendants.

## ORDER

This case came before the Court on March 16, 2018 for a hearing on pending motions and for a status conference. As announced at the hearing, the record of which is incorporated by reference, it is hereby

**ORDERED**:

1. Plaintiff Commodity Futures Trading Commission's Unopposed Motion for Entry of Consent Order of Permanent Injunction and Other Statutory and Equitable Relief Against Defendants Jason B. Scharf (d/b/a Citrades.com and AutoTradingBinary.com) and A&J Media Partners, Inc., (Doc. 86) is **GRANTED**. The Court will enter the consent judgment (which the CFTC will shortly provide in Word or WordPerfect form for some minor editing) by separate Order. No later than **APRIL 9, 2018**, the CFTC shall advise the Court as to its plans for the prosecution of this matter as to defendants CIT Investments LLC, Brevspand EOOD, and CIT Investments, Ltd.

2. Defendants Michael Shah and Zilmil, Inc.'s Motion to Compel (Doc. 77) is **DENIED WITHOUT PREJUDICE**. No later than **MARCH 30, 2018**, if they decide to pursue it, defendants Shah and Zilmil, Inc. are directed to send the CFTC more targeted and focused interrogatories, and the CFTC is directed to provide more fulsome responses by **APRIL 18, 2018**.

3. The Receiver's Application to Employ Vendor to Provide Noticing and Claims Administration Services and Vendor to Provide Cash Management and Distribution Services (Doc. 65) is **DENIED WITHOUT PREJUDICE** to the extent that the Receiver may not yet employ an outside vendor to provide notice and claims administration services but is **GRANTED** to the extent that the Receiver may employ Bankruptcy Management Services as an outside vendor to provide cash management services to assist the Receiver in managing the funds of the Estate.

4. The Receiver's Initial Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and his Professionals (Doc. 62) and the Receiver's Second Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and his Professionals (Doc. 87) are **GRANTED**. The Receiver shall provide a proposed Order for the Court (after circulating it among the parties) that includes the amounts the Receiver is now authorized to pay in fees and expenses for the Receiver and his professionals and that states which defendants' accounts will pay which amounts.

5. Following the forthcoming January 1, 2018 to March 31, 2018 Application, the Receiver may not spend or commit to spending more than $50,000 total without advance approval of the Court.

6. The parties are reminded to contact their mediator forthwith to schedule their Mediation.

7. By separate order, the Court will enter an amended case schedule.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of March, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record