UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Commodity Futures Trading Commission,

    Plaintiff,

    v.                                                                                            Case No. 3:17-cv-774-J-32MCR

Jason B. Scharf (d/b/a Citrades.com and AutoTradingBinary.com); CIT Investments LLC; Brevspand EOOD; CIT Investments Ltd; A&J Media Partners, Inc.; Michael Shah; and Zilmil, Inc.,

    Defendants.
_____/

**ORDER AUTHORIZING PAYMENT OF FEES AND**
**EXPENSES OF RECEIVER AND HIS PROFESSIONALS (INITIAL APPLICATION)**

Pursuant to the Court's March 19, 2018 Order (Doc. 91), which granted the Receiver's Initial Interim Application For An Order Approving and Authorizing Payment of Fees and Expenses of Receiver and His Professionals (the "Application") (Doc. 62), it is hereby

**ORDERED**:

**A.   Citrades Related Work**

    1.   The total amount of fees and costs that the Receiver[1] and his Lead Counsel, Damian & Valori LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the Citrades Defendants during the Application Period[2] in the amount of $33,552.97 is hereby **APPROVED.**

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.
[2] The Application Period is July 12, 2017 to September 30, 2017.  This form of Order has been approved by all parties.

2. The Receiver is **AUTHORIZED** to pay the Receiver and his Lead Counsel, Damian & Valori LLP, the amount of $33,552.97 (comprised of $32,802.50 in fees, and $750.47 in costs) from the Receiver's Citrades fiduciary account for work performed fulfilling the Receiver's duties in relation to the Citrades Defendants.

3. The total amount of fees and costs that the Receiver's Forensic Accountants, Kapila Mukamal, LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the Citrades Defendants during the Application Period in the amount of $12,608.00 is hereby **APPROVED**.

4. The Receiver is **AUTHORIZED** to pay to his Forensic Accountants, Kapila Mukamal, LLP, the amount of $12,608.00 (comprised of $11,720.90 in fees, and $347.10 in costs) from the Receiver's Citrades fiduciary account for work performed fulfilling the Receiver's duties in relation to the Citrades Defendants.

5. The total amount of fees and costs that the Receiver's California Counsel, Diamond McCarthy LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the Citrades Defendants during the Application Period in the amount of $1,272.31 is hereby **APPROVED**.

6. The Receiver is **AUTHORIZED** to pay his California Counsel, Diamond McCarthy LLP, the amount of $1,272.31 (comprised of $697.50 in fees, and $547.81 in costs) from the Receiver's Citrades fiduciary account for work performed fulfilling the Receiver's duties in relation to the Citrades Defendants.

7. The total amount of fees and costs that the Receiver's Bulgarian Counsel, Djingov, Gouginski, Kyutchukov & Velichkov, incurred regarding work performed

fulfilling the Receiver's duties with respect to the Citrades Defendants during the Application Period in the amount of $3,978.90 is hereby **APPROVED**.

8. The Receiver is **AUTHORIZED** to pay his Bulgarian Counsel, Djingov, Gouginski, Kyutchukov & Velichkov, the amount of $3,978.90 (comprised of $3,920.10 in fees, and $58.80 in costs) from the Receiver's Citrades fiduciary account for work performed fulfilling the Receiver's duties in relation to the Citrades Defendants.

**B. Zilmil Related Work**

9. The total amount of fees and costs that the Receiver[3] and his Lead Counsel, Damian & Valori LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the Zilmil Defendants during the Application Period in the amount of $95,027.31 is hereby **APPROVED.**

10. The Receiver is **AUTHORIZED** to pay the Receiver and his Lead Counsel, Damian & Valori LLP, the amount of $95,027.31 (comprised of $93,435.00 in fees, and $1,592.31 in costs) from the Receiver's Zilmil fiduciary account for work performed fulfilling the Receiver's duties in relation to the Zilmil Defendants.

11. The total amount of fees and costs that the Receiver's Forensic Accountants, Kapila Mukamal, LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the Zilmil Defendants during the Application Period in the amount of $13,393.50 is hereby **APPROVED**.

12. The Receiver is **AUTHORIZED** to pay to his Forensic Accountants, Kapila Mukamal, LLP, the amount of $13,393.50 (comprised of $13,393.50 in fees, and

---

[3] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.

no costs) from the Receiver's Zilmil fiduciary account for work performed fulfilling the Receiver's duties in relation to the Zilmil Defendants.

C. **General Receivership Matters**

13. The total amount of fees and costs that the Receiver and his Lead Counsel, Damian & Valori LLP, incurred regarding work performed fulfilling the Receiver's duties with respect to the General Receivership Matters during the Application Period in the amount of $26,523.48 is hereby **APPROVED**.

14. The Receiver is **AUTHORIZED** to pay the Receiver and his Lead Counsel, Damian & Valori LLP, the amount of $795.70 from the Receiver's Citrades fiduciary account and $25,727.78 from the Receiver's Zilmil fiduciary account for work performed fulfilling the Receiver's duties in relation to General Receivership Matters.

15. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this 16th day of April, 2018

TIMOTHY J. CORRIGAN
United States District Judge

Copies to:   All Counsel of Record