# Exhibit 3

## Page 1

```
 1         UNITED STATES DISTRICT COURT
 2       FOR THE MIDDLE DISTRICT OF FLORIDA
 3  -----------------------------x
    COMMODITY FUTURES TRADING    )
 4  COMMISSION,                  )
                                 )
 5          Plaintiff,           ) Civil Action No.
         vs.                     ) 3:17-cv-774-J-32MCR
 6                               )
    ZILMIL, INC., et al.,        )
 7                               )
            Defendants.          )
 8  -----------------------------x
 9
10           VIDEOTAPED DEPOSITION OF
11              MICHAEL DAVID WRIGHT
12
13             February 27, 2018
14                9:06 a.m.
15
16        701 Fifth Avenue - Suite 4200
17           Seattle, Washington 98104
18
19
20
21
22
23
    Reported by:
24  Mayleen Ahmed, RMR, CRR, CRC
    WA CCR No. 3402
25  Job No.: J1670151
```

## Page 2

```
 1         APPEARANCES OF COUNSEL
 2  On behalf of the Plaintiff:
       ASHLEY J. BURDEN, ESQ.
 3     Senior Trial Attorney
       COMMODITY FUTURES TRADING COMMISSION
 4     Division of Enforcement
       525 West Monroe Street - Suite 1100
 5     Chicago, Illinois 60661
       312.596.0693
 6     aburden@cftc.gov
          -and-
 7     JOSEPH KONIZESKI, ESQ., CFTC [telephonically]
       ALLISON PASSMAN, ESQ., CFTC [telephonically]
 8     HEATHER DASSO, CFTC, Investigator [telephonically]
 9
10  On behalf of the Defendants Zilmil, Inc.
     and Michael Shah:
11     PETER B. KING, ESQ.
       JORDAN D. MAGLICH, ESQ. [telephonically]
12     WIAND GUERRA KING P.A.
       5505 West Gray Street
13     Tampa, Florida 33609
       813.347.5103
14     pking@wiandlaw.com
       813.347.5115
15     jmaglich@wiandlaw.com
16
17
18  ALSO PRESENT:
     MICHAEL SHAH
19   MARSHALL FOX, Legal video specialist
20              o0o
21
22
23
24
25
```

## Page 3

```
 1           INDEX OF EXAMINATION
 2  WITNESS: MICHAEL DAVID WRIGHT
     EXAMINATION                    PAGE
 3  By Mr. Burden                   5/179
    By Mr. King                     130/186
 4
 5            EXHIBIT INDEX
 6  CFTC EXHIBIT    DESCRIPTION          PAGE
 7   75    Subpoena                      6
 8   76    Subpoena                      50
 9
            EXHIBIT INDEX
10    ELECTRONIC EXHIBITS DEEMED MARKED
11  CFTC EXHIBIT    DESCRIPTION          PAGE
12   77    "Mike Shah info," WinZip 4,008 kB   54
13   77A   Mike Shah project.docx, 13 kB      57
14   77B   "Funding Generic.docx," 14 kB      58
15   77C   "Broker Generic.docx," 14 kB       65
16   77D   "Aussie clone," 27 kB              71
17   78    [Not marked/introduced]            -
18   79A   "2015 Millionaire 1," 12 kB        83
19   79B   "2015 Millionaire Funding,"        86
           46,983 kB
20
     79C   "2015 Millionaire Broker,"         86
21         51,437 kB
22   79D   "2015 Millionaire" video,          89
           276,808 kB
23
     80A   "Christmas Profits 1," 14 kB       90
24
     80B   "Christmas Profits Swipes," 23 kB  91
25
```

## Page 4

```
 1         EXHIBIT INDEX (CONT'D)
      ELECTRONIC EXHIBITS DEEMED MARKED
 2
    CFTC EXHIBIT    DESCRIPTION          PAGE
 3
     81A   BO Cap/"Mike S Model," Word, 16 kB   93
 4
     81B   BO Cap/Pdf invoice, 23 kB           94
 5
     82    Excel spreadsheet, 663 kB, Critical  96
 6         Impact-01-0000157
 7   82A   "Alderley 1.docx," 12.34 kB         126
 8   83    "Skype Reports," WinZip, 4,0991 kB  104
 9   84A   "Options Charger b.pdf," 22.19 kB   119
10   84B   "Options Charger.pdf," 22.98 kB     119
11   84C   "Options Charger.mp4," 58.88 MB     121
12   84D   "Email 1.docx," 13.26 kB            124
13   85    AZ 1.docx, 175 words, 12.03 kB      129
14
15
16  (Exhibits 75-76 included with original transcript)
    (Electronic Exhibits 77, 79-85 retained by CFTC)
17
18              oOo
```

Page 5

1  DEPOSITION OF MICHAEL DAVID WRIGHT
2         February 27, 2018
3  ------------------
4      THE VIDEOGRAPHER:  We are now on the
5  record.  The time is 9:06.  This is the start of
6  media labeled number one of the video-recorded
7  deposition of Michael Wright in the matter of CFTC
8  versus Scharf, et al. in the United States District
9  Court for the Middle District of Florida, Case
10 No. 3:17-CV-744-J-32MCR.
11     This deposition is being held at Esquire
12 Deposition Solutions located at 701 Fifth Avenue,
13 Suite 4200, Seattle, Washington, on February 27,
14 2018.
15     My name is Marshall Fox, I'm the video
16 legal specialist from Esquire Deposition --
17 Deposition Solutions.  The court reporter is Mayleen
18 Ahmed in association with Esquire.
19     Will counsel will now introduce themselves
20 for the record which, afterwards, the court reporter
21 will swear in the witness.
22     MR. BURDEN:  Ashley Burden, CFTC.
23     MR. KING:  Peter King for the Defendants
24 Zilmil and Michael Shaw.  With me on the telephone is
25 Jordan Maglich, also co-counsel.

Page 6

1      THE VIDEOGRAPHER:  Will the court reporter
2  please swear in the witness.
3      (CFTC Exhibit 75 marked for identification)
4  ----------------------------------
5         MICHAEL DAVID WRIGHT,
6   having been duly sworn, testified as follows:
7            EXAMINATION
8  BY MR. BURDEN:
9   Q.  All right.  Mr. Wright, I'm handing you
10 what I've marked as CFTC Exhibit 75.  Is this the
11 Deposition Subpoena you're appearing pursuant to here
12 today?
13  A.  It is.
14  Q.  All right.  Have you ever been deposed
15 before?
16  A.  No.
17  Q.  Have you ever given any sworn testimony in
18 any context?
19  A.  No.
20  Q.  All right.  In that case, let's go over
21 some rules of the road.  It's important to give your
22 answers in narrative form.  There is a natural human
23 tendency to shake or nod your head for "yes" or "no."
24 But since we're on the record --
25  A.  Okay.

Page 7

1   Q.  -- you should say "yes" or "no."
2   A.  Okay.
3   Q.  All right.  We could take breaks whenever
4  you like.  Just all I ask is that you let me finish
5  my line of questioning before we break.  You and me
6  have to try to talk -- not to talk over each other.
7  And I'm the worst at that, so that's really a
8  reminder for me.
9      I don't want ever to confuse you or ask you
10 a question that you don't understand.  So if I ask
11 you a question that you don't understand it, will you
12 tell me, you know, I don't understand this question?
13  A.  I will.
14  Q.  All right.  What kind of work do you do,
15 Mr. Wright?
16  A.  I'm a freelance copywriter and video
17 producer, and I also do some voice work.
18  Q.  Okay.  Who have you done work for in the
19 last few years?
20  A.  Dozens.  Dozens of primarily Internet
21 marketers.
22  Q.  All right.  Have you done work for Michael
23 Shaw?
24  A.  I have.
25  Q.  What kind of work did you do for Michael

Page 8

1  Shah?
2   A.  Copywriting, voice work, producing videos.
3   Q.  And during what period?
4   A.  Probably 2013 through early 2017.
5   Q.  And when you say "copywriting," what does
6  that mean?
7   A.  Writing scripts; writing any -- any written
8  content, that could be on landing pages; it could be
9  emails; it could be any form of written advertising;
10 it could be video scripts.
11  Q.  And did you write scripts for Michael Shah?
12  A.  I did.
13  Q.  Did you write content for landing pages for
14 Michael Shah?
15  A.  I did.
16  Q.  Did you write emails for Michael Shah?
17  A.  I did.
18  Q.  All right.  You talked about producing
19 videos.  What does it mean to produce a video?
20  A.  To put the elements together starting -- it
21 starts with the written script.  And you come up with
22 the audio to go on the video and then merge the audio
23 with video elements to turn it into a -- a video,
24 which ultimately somebody will see the fine up --
25 final product.

Page 9

1  Q.  I think we'll get into the specific --
2  specifics of this later.  But right now I just -- I
3  want to do a broad overview.
4      Could you describe the subject matter of
5  the videos that you produce for Michael Shah?
6  A.  A wide variety.  Everything from investing
7  in -- in things like diamonds.  There were online
8  casino sites; there were travel; education; there was
9  software to put together music or beats or whatever
10 it's called; binary.  The -- after so many years, a
11 wide variety of subjects.
12 Q.  When you say "binary," what do you mean by
13 that?
14 A.  Binary is a form of speculation.
15 Q.  I think what I'm asking you about is: Are
16 you referring to binary options?
17 A.  Correct.
18 Q.  All right.  So how many projects did you do
19 for Michael Shah that relate to binary options in
20 some way?
21 A.  An exact number, I don't know.  It could
22 be -- I don't know -- eight, ten, twelve.
23 Q.  Could it be more than ten?
24 A.  Perhaps.
25 Q.  More than twenty?

Page 10

1  A.  I doubt it.
2  Q.  How many projects did you do total for
3  Mr. Shah?
4  A.  I couldn't say.  Dozens.
5  Q.  So when you say more than ten, less than
6  twenty binary options projects, are we just talking
7  about videos here?
8  A.  No.  In some cases it would have been
9  scripts only.
10 Q.  All right.  Well, let's break it down then
11 by category.  So I think we have one category of --
12 of project, which is videos, right?
13 A.  Uh-hmm.
14 Q.  Yes?
15 A.  Yes.
16 Q.  So how many binary options videos did you
17 produce for Michael Shah?
18 A.  I -- I can't tell you an exact number.
19 That I actually produced?  Probably less than five.
20 Q.  How about script?
21 A.  Written scripts?  Probably -- I don't
22 know, 10 or 15.
23 Q.  And how about email writing?
24 A.  Most of the binary options projects
25 included a series of emails to go along with it.  So

Page 11

1  15 or 20 projects.  Probably ten emails each on the
2  average.
3  Q.  So what do you mean emails?  What are --
4  what are you doing?  How do you write emails?  You're
5  writing emails to people?
6  A.  You're writing -- it's called email swipes.
7  Q.  What are swipes?
8  A.  Swipes is an email template that an
9  affiliate marketer can use to put their name on and
10 send to their email list.
11 Q.  And what's an affiliate marketer?
12 A.  An affiliate marketer is someone selling a
13 product that someone else produced.
14 Q.  And they sell that through emails?
15 A.  Emails or ads or social media posts.
16 There's a number of ways to be an affiliate partner.
17 Q.  All right.  So these swipes that you -- you
18 wrote for Michael Shah, what -- what happens to
19 those?  Where do they go?  Who uses them?
20 A.  Well, the end -- I never saw the end
21 result.  I would provide them to my client, and then
22 I'm assuming that he would provide them to
23 affiliates.
24 Q.  So these are -- these swipes are for
25 products that Michael Shah was selling?

Page 12

1  A.  Correct.  They coincided with the videos
2  that were produced.
3  Q.  All right.  And you talked before about one
4  type of work you did for Michael Shah relating to
5  software.  Did I -- is that right?
6  A.  The only software project I remember
7  working on for -- for Mike, video for a software
8  project was for a piece of software that people would
9  go online and create -- or download the software and
10 create their own music beats.  I'm not even sure what
11 the product is called; but...
12 Q.  Did you --
13 A.  They create their own electronic music
14 basically.
15 Q.  Did you do any work for Michael Shah
16 relating to trading systems?
17    MR. KING:  Objection to the form.  And for
18 your benefit, Mr. Wright, either myself or Mr. Burden
19 may make objections like that during the deposition.
20 Unless somebody tells you not to answer the question,
21 you should go ahead and answer the question.  We're
22 just making our record for later.
23 BY MR. BURDEN:
24 Q.  So that reminds me, you -- are you
25 represented by counsel in this deposition,

Page 13

1 Mr. Wright?
2   A.   I'm not.
3   Q.   Have you been represented by counsel in
4 connection with the subpoena to the CFTC?
5   A.   I have not.
6   Q.   From the CFTC?
7   A.   I have not.
8   Q.   All right. And you understand I don't
9 represent you, right?
10  A.   Correct.
11  Q.   And you understand that Mr. King doesn't
12 represent you?
13  A.   Correct.
14  Q.   So back to trading systems. Did you work
15 on any projects for Michael Shah relating to trading
16 systems?
17       MR. KING: Objection to form. You can
18 answer.
19  A.   I did.
20  Q.   All right. Tell me about those if you
21 would, please.
22  A.   The -- the binary option systems in -- in
23 most cases, Mike would provide a link to a website
24 which demonstrated a binary trading system. And my
25 instructions were to write a script and/or create

Page 14

1 videos selling that trading system that was
2 represented on the site.
3   Q.   Do you remember any of those web sites?
4   A.   No idea.
5   Q.   Do you remember the names of any of those
6 trading systems?
7   A.   No.
8   Q.   With respect to these trading systems, did
9 that all relate to binary options?
10  A.   Best of my knowledge.
11  Q.   So when I asked you about binary options-
12 related products and you were telling me about them,
13 that's sort of -- that's coterminous with "trading
14 systems" generally?
15       MR. KING: Objection to form.
16  A.   No, I don't think it is.
17  Q.   Well, are they --
18  A.   There are -- there are trading systems that
19 have no relation to binary options.
20  Q.   Well, I mean, in terms of your work for
21 Michael Shah. Let me ask this a different way,
22 though probably just as clumsy.
23       Did you work on any trading systems,
24 videos, or scripts, or other projects for Mr. Shah
25 that didn't relate to binary options?

Page 15

1       MR. KING: Objection to form.
2   A.   I don't recall.
3   Q.   How did you communicate with Michael Shah?
4   A.   Almost always by Skype, occasionally email,
5 and a very rare phone call.
6   Q.   How frequently did you communicate with
7 Mr. Shah during the period you were doing work for
8 him?
9       MR. KING: Objection. Objection to form.
10 You can answer.
11  A.   It would depend on the status of the
12 project I was working on for him. We would always
13 communicate at the beginning --
14       (Conference room interruption)
15       (Discussion off stenographic record)
16  A.   We would always communicate at the
17 beginning of the project. He would let me know the
18 scope of what he was after in the way of a script.
19 Once the script was completed, I would supply it to
20 him, he would go over it. We sometimes -- we would
21 communicate to make changes. That editing process
22 might go back and forth for a few days and require
23 several communications. Then we would communicate to
24 determine the style of the video that it would be
25 once the script was finalized.

Page 16

1       And communicate throughout the process. If
2 I was making the video, we would -- we would
3 communicate at the end, he would see the final
4 product and we would go through the editing process
5 and make changes.
6   Q.   How would you share that, like, a draft
7 video with Mr. Shah?
8   A.   I would upload it to my Screencast website
9 and provide him the link where he could either view
10 it from there or download the video.
11  Q.   What's Screencast?
12  A.   Screencast is a third-party website that
13 stores videos for -- for you to -- along the lines of
14 Dropbox, but it's primarily video and audio.
15  Q.   And so did Michael Shah ultimately approve
16 or -- or disapprove of the videos that you sent him?
17  A.   Every time, yeah. Ultimately, it's going
18 to have an outcome.
19  Q.   Well, ultimately, they're approved by Michael
20 Shah, correct?
21  A.   Correct.
22  Q.   The same for scripts?
23  A.   Correct.
24  Q.   So we've been focusing on videos and
25 scripts. And you said that you did some work on

Page 17

1 landing pages as well, right?
2    A.  Yeah.  They -- the landing pages that I
3 worked on almost -- to the best of my knowledge,
4 always related to a video project that we were
5 working on.
6    Q.  Do you remember any landing pages that you
7 worked on?
8    A.  No, I couldn't tell you the names of the
9 products.
10    Q.  Were there any that related to binary
11 options?
12    A.  I'm guessing, but probably yes.
13    Q.  All right.  During what period were you
14 doing work on binary options related projects for
15 Michael Shah?
16    A.  I -- 2015, 2016 maybe.
17    Q.  How would you -- how were you paid for your
18 work by Michael Shah?
19    A.  I would send him a bill and he would
20 compensate me through PayPal.
21    Q.  All right. So was it just through PayPal?
22    A.  I believe so, yes.
23    Q.  I'm not familiar with PayPal?
24    A.  It is 2018.
25    Q.  I know.  I don't -- I don't -- I don't buy

Page 18

1 a lot of stuff --
2    A.  Okay.
3    Q.  -- as you can see from my suit.
4       How does a person -- do you have, like, a
5 PayPal handle?  Like, how can Shah be sure that he's
6 paying you and not some other guy?
7    A.  Email address is the best way.
8    Q.  All right.  And what's your email address?
9    A.  Mikeinwestlinn, l-i-n-n, @msn.com.
10 m-i-k-e-i-n-w-e-s-t-l-i-n-n, @msn.com.
11    Q.  Okay.  And how much did Michael Shah pay
12 you for your -- your work on -- I guess we'll start
13 with binary options projects?
14    A.  How much overall?
15    Q.  Yeah.  Sure.
16    A.  I have.
17       MR. KING:  Object --
18    A.  -- no --
19       MR. KING:  Objection to form.  Go ahead.
20    A.  I have no idea.  I have no idea.  I billed
21 him by the project, and at the end of each project he
22 was very prompt in paying me for the amount that he
23 was billed for that project.
24    Q.  How did you know that the payments were
25 coming from Michael Shah and not maybe somebody else?

Page 19

1    A.  Well, you -- you immediately get an email
2 confirmation from PayPal saying that you received
3 from this person this amount of money.
4    Q.  All right.  And what would it say to let
5 you know that it's Mike Shah?
6    A.  It could have said Zilmil; it could have
7 said -- I think in most -- most cases it said Zilmil.
8 But -- but what would clue me in was the amount.  I
9 usually knew the amount that I billed.
10    Q.  And it was the amount that you had billed
11 Mike Shah?
12    A.  Correct.
13    Q.  What's the email address that Michael Shah
14 used to communicate with you?
15    A.  Oh, I have -- off the top of my head, I
16 have no idea.
17    Q.  Okay.  So I'm not familiar with Skype
18 either.  What is -- what is Skype?
19    A.  Skype is an online video form of
20 communication where you can either speak or video.
21 It's audio, it's audio/video, or it's instant text.
22    Q.  All right.  So when you say you communicate
23 with Mr. Shah primarily over Skype --
24       That's what you said, right?
25    A.  Correct.

Page 20

1    Q.  -- was it primarily video? primarily text?
2    A.  Primarily text.
3    Q.  All right.  And you produced those text to
4 us, correct?
5    A.  I followed the directions that your techie
6 guy gave me to download the information and put it on
7 the hard drive.  I didn't hear it otherwise, so I'm
8 assuming I produced them.
9    Q.  Okay.  Well, we'll go over them later.  But
10 you sent them to us as best you could?
11    A.  I sent some techy, nerdy code stuff to you
12 guys, as requested.
13    Q.  When you're communicating with Mike Shah
14 over Skype, does Mike Shah have, like, a handle? or
15 some kind of a name?
16    A.  I'm sure he does.  I don't know what it is.
17    Q.  Is it "Mike S"?
18    A.  Yeah, I believe so.
19    Q.  All right.  So how do you know that "Mike S"
20 is Mike Shah and not some other guy?
21    A.  Well, I -- communication at any given time
22 is -- on Skype is going to be limited to the five or
23 six people that I'm doing business with at the time.
24 So if I'm in the middle of a project for Mike and
25 "Mike S" pops up, I'm going to assume it's him.

Page 21

1  Q.  All right. And we were -- we started
2  talking about landing pages, and I got sidetracked.
3  What's a landing page?
4  A.  A landing page is when you go to a website
5  and that's what you land on.
6  Q.  What is land -- what -- did you ever see
7  any of Mike Shah's landing pages?
8  A.  I don't believe so, no.
9  Q.  But you worked on landing pages for Mike
10 Shah?
11 A.  I worked on the written content that went
12 on the landing pages. And in almost every case, that
13 would just be a slight edit of the video script.
14 Q.  I'm sure that I asked you this already, so
15 I apologize. But did any of those landing pages that
16 you drafted for Mike Shah relate to binary options?
17 A.  I don't know.
18 Q.  What do you know about binary options?
19 A.  I know it's a form of speculating on
20 publicly-traded stocks or commodities that your
21 choices are up or down; hence the name "binary."
22 Q.  All right. So you worked on -- on these
23 binary options projects for Mr. Shah. Did you ever
24 ask him -- did you ever try to trade any binary
25 options yourself?

Page 22

1  A.  I never did.
2  Q.  Why?
3  A.  It wasn't something that appealed to me.
4  Q.  But why?
5     MR. KING:  Objection. Asked and answered.
6  A.  I don't know why. Years ago I did some
7  commodity trading and I was pretty bad at it, so I
8  pretty much avoided all forms of online trading since
9  then.
10 Q.  Did you -- does it -- does anyone you know
11 do binary options trading?
12 A.  No.
13 Q.  Do you ever recommend it to anyone?
14 A.  Personally? No.
15 Q.  Did Mike Shah ever talk to you about, or
16 otherwise communicate with you, about binary options?
17 A.  We did on a regular basis, yeah.
18 Q.  Okay.
19 A.  Relating to the projects that we were
20 working on.
21 Q.  What did Mike Shah tell you about binary
22 options?
23 A.  Nothing in particular. Again, it all
24 related to the projects we were working on. This is
25 the site that we're asking people to come to and to

Page 23

1  join, so I would look around the site and -- and
2  write my videos based on that.
3  Q.  Well, I mean, if you're working on these
4  projects for binary options, did you ever, you know,
5  ask Mike Shah, "What is this stuff?" that he -- yeah,
6  let me start with that.
7  A.  Well, part of writing a script is learning
8  what that stuff is.
9  Q.  So how you learned?
10 A.  You go online and figure it out. You --
11 just like in the old days we'd have to go to a
12 library, now we just go to the Google machine and
13 learn everything we can about it. I do a lot of --
14 for a long time, I've written about a lot of
15 different things, you know, but that doesn't mean I
16 actually did them.
17 Q.  Did you ever talk to anybody about -- about
18 binary options trading?
19 A.  No.
20 Q.  Or otherwise communicate with anybody about
21 binary options trading?
22 A.  In passing, I suppose; not...
23 Q.  Well, who?
24 A.  Well, I don't know. Friend and family
25 members ask me what I was working on, I would tell

Page 24

1  them.
2  Q.  Well, I mean, in the process of gathering
3  knowledge to write these scripts, did you ever speak
4  or write or otherwise --
5  A.  Have a one-on-one communication with
6  somebody? No.
7  Q.  All right. With respect to the binary
8  options projects you did for Mike Shah, can you make
9  any generalization about them? Like, for example, I
10 think you were telling me that a lot of them are for
11 trading systems.
12 A.  (Witness nodding.)
13 Q.  Can you give me any more details like this?
14    MR. KING:  Objection to form.
15 A.  Any more details?
16 Q.  Yes. Was there any common thread
17 throughout the projects, any -- any similarities that
18 you could sort of broadly describe?
19    MR. KING:  Objection to form.
20 A.  Well, the videos for the most part would
21 portray someone making money and the bottom -- and
22 show several examples perhaps of someone making
23 money.
24 Q.  All right. Making money trading binary
25 options?

Page 25

1    A.  Correct.
2    Q.  Using some kind of system?
3    A.  Correct.
4    Q.  All right.
5        MR. KING:  Let me just get an objection to
6  form to that last question.
7    Q.  These people that are -- that are making
8  money, are they real people?
9    A.  In the pieces that I was writing, no, they
10 were not real people.
11   Q.  Who were they?
12   A.  They were names that I would come up with
13 off the top of my head.
14   Q.  Did Mike Shah know that, that they were
15 names you were coming up with?
16       MR. KING:  Objection to the form.
17   A.  Yes.
18   Q.  How do you know that he knew that?
19   A.  It would be pretty obvious.
20   Q.  Why would it -- for --
21   A.  When -- when -- when I present a video
22 that -- or when I present a script that has the name
23 "Tony Gonzalez" and he didn't introduce me to Tony
24 Gonzalez, it would be someone I produced.
25   Q.  So did you hire actors for these videos?

Page 26

1    A.  Occasionally for small parts of the video,
2  we would hire actors.
3    Q.  When you say "we," who is -- who's "we"?
4    A.  Well, me.  If it was a video that I was
5  producing, I would hire actors on occasion to record
6  what's called testimonials.
7    Q.  And what would happen in these testimonials?
8    A.  They would read the scripts that I gave
9  them in first person.
10   Q.  And would you record it?
11   A.  They would record it and provide me with a
12 final video.
13   Q.  And what kind of things would they say in
14 the testimonial?
15       MR. KING:  Objection to the form.
16   A.  They would say, "I started two weeks ago,
17 and I already made this much money."
18   Q.  Trading binary options or something?
19       MR. KING:  Object.  Objection to the form.
20 And leading as well.  I want to -- because this is
21 likely to be used at trial, I want to make sure that
22 we're not leading the witness.
23   A.  No.  They wouldn't say "trading binary
24 options" because in -- we would usually -- I would
25 usually write something that was generic.

Page 27

1    Q.  Would these testimonials be used in
2  connection with a binary options project?
3    A.  Yes.
4    Q.  How were they used?
5    A.  They would be inserted into the overall
6  video.
7    Q.  And these videos would be sent to Mike Shah?
8    A.  Yes.
9    Q.  What did Michael Shah do with these videos?
10   A.  I don't know.
11   Q.  Did Michael Shah have any other people
12 working for him that you -- you talked to about these
13 projects?
14   A.  Bill Berry produced videos.
15   Q.  All right.  Anybody else?
16   A.  Not that I recall, no.
17   Q.  So I guess what I'm getting at is, you
18 know, I think you testified before that Michael Shah
19 approved the scripts of the videos that you sent him,
20 right?
21   A.  Correct.
22   Q.  Was there anybody else, like, working for
23 Mike Shah who would weigh in on whether the script
24 for the video was good?
25   A.  Yeah.  But I don't recall any of that on

Page 28

1  any binary projects.  There -- I know Mike would
2  refer -- would occasionally say, "I have to run it by
3  my partner," and the partner would come back with
4  input.  I never spoke to a partner.
5        But, again, I don't think it was related to
6  binary projects.  I think that some of that happened,
7  like, relating to the travel projects or the -- the
8  investment counseling projects.  Not investment
9  counseling, but the "learn how to trade" education.
10 And I don't remember the name of the company.  But we
11 did a few videos for a company based in Florida
12 somewhere for trading education.
13   Q.  All right.  So for the binary options
14 projects, Mike Shah was the only guy that approved
15 them?
16       MR. KING:  Objection to -- objection to the
17 form.
18   A.  To my knowledge.
19   Q.  So I think you were testifying before about
20 how these binary options projects involved trading
21 systems; is that right --
22   A.  They involved software that was --
23 purported to do the trading, make recommendations on
24 trades for you to make, or could be set up to
25 automatically make trades for you.

Page 41

1  A.  Regularly.
2  Q.  So did you reach out to Mike Shah?  Were
3 you, like --
4  A.  Oh, I took -- took it seriously, what --
5 this guy's telling me, "Mike's been hacked."  Okay.
6 Mike knows where I am; he'll get in touch with me.
7  Q.  Did you -- did you try to call him or ask
8 why --
9  A.  No.
10  Q.  -- there wasn't any more work?
11  A.  No.
12  Q.  Why not?
13      MR. KING:  Objection.  Asked and answered.
14  A.  Again, Mike was well aware of how to get in
15 touch with me, and I had been told -- and I took it
16 very seriously -- that he'd been hacked.
17  Q.  So during the period 2013 through 2017,
18 what percentage of your work was Michael Shah work?
19  A.  Oh, I don't know.  I'm guessing 20 percent,
20 25 percent.
21  Q.  When was the last communication you had
22 with Michael Shah?
23  A.  Probably this time a year ago.  Close to
24 spring.
25  Q.  What did he say to you?

Page 42

1  A.  I think we talked about the travel project
2 that I was working on for him.
3  Q.  When did your work on binary options
4 projects for Michael Shah cease?
5  A.  Probably spring or summer the previous year.
6  Q.  So spring or summer 2017?
7  A.  2016.
8  Q.  Sorry.  Did Mike Shah explain to you why
9 that work was not going on anymore?
10  A.  He said he was going to stop doing it.
11  Q.  Did he tell you why?
12  A.  He said, "Nobody makes money with binary."
13  Q.  What does he mean with "nobody"?
14      MR. KING:  Objection to form.
15  A.  He didn't see it as a profit-making -- this
16 is the way I took it.  He didn't see it as -- at that
17 point as profit-making for him or for the end user.
18  Q.  What do you mean by "end user"?
19  A.  The customer watching the video.
20  Q.  So the person who's going to be using this
21 software?
22  A.  Correct.
23  Q.  So did you ask Michael Shah any follow-up
24 questions?
25  A.  He -- he also expressed he was concerned

Page 43

1 about the FTC.
2  Q.  All right.  What else did Mr. Shah say?
3  A.  He asked that I get rid of files, his old
4 files.
5  Q.  Did you do that?
6  A.  To the best of my ability, yeah.
7  Q.  All right.  So when you say that Michael
8 Shah asked you to get rid of his files, what exactly
9 did he say?
10  A.  Just to delete, delete everything binary
11 related.
12  Q.  He told you to delete everything binary
13 related?
14  A.  Yeah.
15  Q.  Did he tell you this on the phone? or in an
16 email?
17  A.  I think we spoke on the phone.
18  Q.  And what did you say?
19  A.  I said, "Okay."
20  Q.  Did he ask you to delete any of his other
21 projects that you were working on?
22  A.  I don't recall.
23  Q.  Did you --
24  A.  Delete -- deleting project is not unusual.
25 For space reasons, it gets real hard to store all

Page 44

1 this stuff.
2  Q.  Did you ask Michael Shah why he wanted you
3 to delete all his binary options projects?
4  A.  No.  Again, he expressed his concern about
5 FTC.
6  Q.  Well, what -- what exactly did he say?
7  A.  I don't know exactly what he said.  He --
8 he was done with it and he suggested that I not do
9 any more of it for anybody, and I took his advice.
10  Q.  Did any of your other customers ever come
11 to you and ask you to destroy binary options
12 projects?
13  A.  No.
14  Q.  Did you do any binary options related
15 projects for clients other than Mike Shah?
16  A.  Two or three other guys, yeah.
17  Q.  And what were their names please?
18  A.  Ronnie Montaño, Manny Israel.
19  Q.  How do you spell Montaño, please?
20  A.  M-O-N-T-A-N-O, I think.
21  Q.  Anyone else?
22  A.  Manny Israel.  And there may be one or two
23 more, but I don't recall.
24  Q.  Have you had any communications with
25 Mr. Shah's counsel?