# Exhibit 4

Page 1

1  UNITED STATES DISTRICT COURT
     for the
2    District of Florida
3
4  Commodity Futures Trading   )
   Commission,                 )
5                              )
        Plaintiff,              )
6                              )
   vs.              ) Civil Case No.
7                ) 3:17-cv-774-J-32MCR
   Jason B. Scharf, et al.,   )
8                              )
        Defendants.    )
9
10
11     VIDEOTAPED DEPOSITION OF WILLIAM BERRY
12          Pursuant to Rule 30(b)(6)
13                 Volume I
14          Taken in Behalf of Plaintiff
15                   * * *
16          Wednesday, February 28, 2018
17                Portland, Oregon
18
19
20
21
22  REPORTED BY:
    Chantell S. Halsted
23  Notary No. SOS019113
    Aufdermauer Pearce Court Reporting
24  101 SW Main Street, Suite 1940
    Portland, Oregon 97204
25

Page 2

1       BE IT REMEMBERED THAT, Pursuant to the Federal
2  Rules of Civil Procedure 30(b)(6), the videotaped deposition
3  of WILLIAM BERRY, was reported by Chantell S. Halsted, a
4  Court Reporter and Notary Public, in and for the State of
5  Oregon, on Wednesday, February 28, 2018, commencing at the
6  hour of 9:03 a.m., the proceedings being reported at the
7  offices of Perkins Coie, LLP, 1120 NW Couch Street, 10th
8  Floor, Portland, Oregon.
9              APPEARANCES
10 For Plaintiff Commodity Futures Trading Commission:
   COMMODITY FUTURES TRADING COMMISSION, DIVISION OF
11 ENFORCEMENT - Chicago
   Ashley J. Burden - Senior Trial Attorney
12 Stephanie Reinhart - Senior Trial Attorney - Via
   Teleconference
13 Joseph A. Konizeski - Chief Trial Attorney - Via
   Teleconference
14 525 W. Monroe Street, Suite 1100
   Chicago, Illinois 60661
15 (312)596-0700
   aburden@cftc.gov
16 sreinhart@cftc.gov
   jkonizeski@cftc.gov
17
   For Defendant Michael Shah and Zilmil, Inc.:
18 WIAND GUERRA KING, PA
   Peter B. King
19 Jordan D. Maglich - Via Teleconference
   5505 W. Gray Street
20 Tampa, Florida 33609
   (813)347-5100
21 pking@wiandlaw.com
   jmaglich@wiandlaw.com
22
   For Berry Mediaworks, LLC:
23 PERKINS COIE, LLP
   Courtney Peck
24 1120 NW Couch Street, 10th Floor
   Portland, Oregon 97209-4128
25 (503)727-2063
   cpeck@perkinscoie.com

Page 3

1              ALSO PRESENT
2  Marshall Fox - Videographer - Paul Marshall Productions
   Michael Shah

Page 4

1              EXAMINATION INDEX
2                       PAGE NO.
3  Examination By Mr. Burden          8
4  Examination By Mr. King          151
5  Examination By Ms. Peck          240
6
7          FURTHER EXAMINATION
8                       PAGE NO.
9  Examination By Mr. Burden        233
10 Examination By Mr. King          239
11
12            EXHIBITS INDEX
13 EXHIBIT NO.     DESCRIPTION         PAGE NO.
14 CFTC Exhibit 86    Subpoena              8
15 CFTC Exhibit 87    Subpoena Duces Tecum       43
16 CFTC Exhibit 88    List of Michael Shah Projects   50
17 CFTC Exhibit 89    Projects Produced 2012       57
18 CFTC Exhibit 90    Auto Binary Bot Video        60
19 CFTC Exhibit 91    Auto Binary Bot Video Script    66
20 CFTC Exhibit 92    Realtime EA Invoice        70
21 CFTC Exhibit 93    Projects Produced 2013       71
22 CFTC Exhibit 94    Auto EA Video            74
23 CFTC Exhibit 95    Auto EA Script            80
24 CFTC Exhibit 96    Members Area Video Script       81
25 CFTC Exhibit 97    Auto EA Invoice           84

Page 9

1  Mr. Berry, have you ever been deposed before?
2  A. Yes.
3  Q. All right. When was that, please?
4  A. October 2nd.
5  Q. Of this year?
6  A. Of --
7  Q. I guess it wouldn't be this year.
8  A. Of August, 2017.
9  Q. All right. And what case was that deposition in?
10 A. SpotOption.
11 Q. All right. And who were you being deposed by?
12 A. Allison --
13 Q. Passman?
14 A. -- Passman, from the CFTC, and Debbie Meisel from the
15 SEC.
16 Q. All right. Was that a deposition, or was that an
17 interview?
18 A. It was a deposition.
19 Q. All right. Investigative testimony; correct?
20 A. Yes.
21 Q. All right. Any other testimony you've given?
22 A. On this stuff?
23 Q. Anywhere.
24 A. Well, I was -- I had a deposition about 25 years ago
25 when I got divorced.

Page 10

1  Q. Okay. All right. We don't need to hear about that
2  one.
3  A. Okay.
4  Q. Any others?
5  A. No.
6  Q. All right. All right. So you probably just went over
7  this with my colleague, Allison Passman, but I'll give it to
8  you anyway.
9     So here are the rules of the road for depositions:
10 Although you're on video, I want you to try to answer, sort
11 of orally, like yes or no. There's a natural human tendency
12 for a person to shake or nod their head in response to a
13 question, but the record doesn't pick that up.
14 A. Yes.
15 Q. All right. Breaks: We can take a break whenever you
16 want, you know, just let us know. All I ask is that you let
17 me finish my line of questioning first.
18 A. Okay.
19 Q. So let us know if you want to go off the record.
20    We gotta try not to talk over each other. I do this
21 more than you're going to.
22    Objections: Counsel may make objections, counsel for
23 Defendants, or your own counsel. I'll probably just ignore
24 them, and you should testify, unless your counsel instructs
25 you not to answer.

Page 11

1  A. Okay.
2       (Assistant to Ms. Peck entered the room
3       at 9:07 a.m.)
4     THE ASSISTANT: Someone was trying to call in.
5  This is their number.
6     MS. PECK: Okay.
7     MR. BURDEN: Hey I gotta -- I gotta dial-in
8  number, if you want to just give it to him.
9     MS. PECK: Okay.
10    Can you stay here for a second?
11    THE ASSISTANT: Sure.
12       (Pause in proceedings.)
13    MR. BURDEN: All right. So I just sent it to you
14 and you can forward it in to whoever wants, and I'll just --
15 he'll just dial the number and pass code.
16    MS. PECK: Okay.
17       (Ms. Peck's assistant exited the room at
18       9:08 a.m.)
19       (Pause in proceedings.)
20    MR. BURDEN: Should we proceed, Courtney, or
21 should we --
22    MS. PECK: Sure. Go ahead.
23    MR. BURDEN: Yeah. We don't -- okay.
24 BY MR. BURDEN:
25 Q. All right. Mr. Berry, so I don't want to ask you a

Page 12

1  question that you don't understand or confuses you. So will
2  you tell me if I -- if I ask you something and you don't
3  understand it.
4  A. Yes.
5  Q. All right. So what kind of work does Berry Media do?
6  A. Media products, mostly video, can include audio, or
7  PowerPoint presentations, but mostly just creating videos
8  from scripts.
9  Q. Okay. And what kind of videos does Berry Media create?
10 A. Sales videos, promotional videos, instructional videos,
11 tutorial videos.
12 Q. On what kinds of subjects?
13 A. For the last eight years, most of them have been
14 software products for Internet marketing clients; but I've
15 done dozens of videos for chiropractors on techniques for
16 straighten your back, or travel videos, or website tours.
17 Q. All right. So I want to talk a little bit more about
18 your -- you said you've been, for the last eight years,
19 doing videos on software products; is that right?
20 A. Yes.
21 Q. What do you mean by that? What software products have
22 you been doing videos for?
23 A. In the very beginning, the first software product I was
24 ever asked to make a video for was a thing called Forex, and
25 I made, probably, 20 or 30 of those.

Page 13

1 And then this -- this was for an affiliate marketer.
2 And people out there in the affiliate marketing world saw
3 that video, and asked the fellow where he got his videos.
4 And so other guys with different products for SEO, articles
5 writing, website creation, softwares that just help people
6 sell stuff on the Internet.
7     And so my client base just grew from people seeing my
8 videos, and asking, where did you get that, then people
9 would write to me.
10 Q.  All right. So you used the term "affiliate marketers";
11 what does that mean?
12 A.  I understand affiliate marketing being, I'm promoting
13 a -- if I'm an affiliate marketer, I'm promoting a product
14 by sending out links, in websites and articles and stuff, to
15 promote this product. It might not even be my product, it
16 might be somebody else's.
17     But if somebody clicks through one of my links to get
18 to that product, I earn a commission. That's what I
19 understand affiliate marketing to be.
20 Q.  All right. And what's your basis for that
21 understanding?
22 A.  I went to Las Vegas to the Internet marketing, or
23 Affiliate Marketing Summit, after I had been doing these
24 things for a couple years, to see what is this affiliate
25 marketing stuff.

Page 14

1     And I traveled the floor, and went to sessions and
2 stuff. And I actually went to the party that night of
3 ClickBank, which is the big clearinghouse for all affiliate
4 marketing products.
5 Q.  All right. And when was this?
6 A.  I think it was in January of 2011.
7 Q.  And so people there told you what affiliate marketing
8 was?
9 A.  Well, I kind of picked up it up, yeah.
10 Q.  All right. And you talked about affiliate marketers.
11 You said, if you were an affiliate marketer, and would send
12 links to promote a product. How did you do that? How does
13 a person send links?
14 A.  I'm not sure. But if I was going to just make it up, I
15 would go to ClickBank. I'd say, okay, I want to promote
16 this diet book. ClickBank gives me a link that's unique to
17 myself, and I would make -- make a webpage, put that link on
18 there, say, go get this diet book, or write an article on a
19 blog about it, and say, "For more information, click this
20 link."
21     If they click that link that ClickBank gave me, and go
22 back there and buy that book, I get a commission.
23 Q.  All right. Have you ever done any affiliate marketing
24 yourself?
25 A.  No.

Page 15

1 Q.  So I think you -- you testified that you -- your videos
2 are, not all of them, but some of the them, sales videos for
3 affiliate marketers; is that right?
4 A.  Yes.
5 Q.  All right. So how do your videos help affiliate
6 marketers? Where do they fit in in the -- the sort of chain
7 of events you described?
8 A.  My understanding has been that when I create a video
9 for an affiliate marketer, they post that on a webpage
10 somewhere, and then send out a link to their client base.
11     It used to be it's all about the list, meaning they had
12 lists of hundreds of thousands of e-mail addresses, and they
13 would send out an invitation to those e-mail addresses, and
14 say, "Come look at my new product. Here's the link to watch
15 this sales video that I made," and they would go there.
16 Q.  All right. I want to talk a little bit more about
17 these software products. You talked about software
18 products. Did you ever work on any projects that relate to
19 binary options?
20 A.  Yes.
21 Q.  All right. So tell me about those sort of generally,
22 please. We can get into some specifics later.
23 A.  Well, the last couple of years, the videos all seemed
24 to be based on lifestyles. Like, having a great lifestyle
25 because you use a certain product and make lots of money.

Page 16

1     So the -- the term "binary options" was used very
2 infrequently. Like, over the course of a whole video, they
3 may mention, this is about binary options, just a couple of
4 times. Mostly it's about, look how well I've done. You
5 should do this too.
6 Q.  So how do binary options fit into that lifestyle that
7 you described?
8 A.  I guess the premise that --
9     MR. KING: Let me -- excuse me. I'm going to make
10 an objection: Foundation.
11     Go ahead.
12     THE WITNESS: The premise is that if you do binary
13 options trading, you'll be successful and make lots of
14 money.
15 BY MR. BURDEN:
16 Q.  So these are sales videos for binary options trading?
17 A.  Yes.
18 Q.  All right. I still want to chase down this software
19 angle. I'm still not clear on -- on what -- what's the
20 software that's -- that some of the videos you made would
21 advertise?
22     MR. KING: Foundation.
23     Go ahead.
24     THE WITNESS: Well, over the years, it's been lots
25 and lots and lots of different things. I don't know. They

Page 17

1  always just talk about, our software will do this, or our
2  software will do that.  Our software might make webpages
3  automatically, thousands of them, so you can put your links
4  out there without sitting there creating page by page.
5       Our software might run adds on Google for you.
6  Our software might put things on Facebook or Twitter for
7  you.  Our software might create articles with your link
8  embedded into those articles.  Our software might drive
9  traffic to your website.
10 Q.  Okay.  Well, you know, our -- our interest here today,
11 I don't mind telling you, and it's probably no secret, is --
12 is binary options --
13 A.  Okay.
14 Q.  -- and to a lesser extent, Forex.
15      So for -- did you -- did you make sales videos that
16 touted binary options software?
17 A.  Yes.
18 Q.  All right.  Did you make any of those videos for
19 Michael Shah?
20 A.  Yes.
21 Q.  How many?
22 A.  I would guess -- I looked back at the list of videos I
23 made for Mike, and about five of them actually had the word
24 "binary" in the title.  So I know those were probably binary
25 options.

Page 18

1       The last five or six did not have the word binary in
2  the title, but I'm assuming they were all binary options.
3  Q.  We can get into that list later.  But what's your basis
4  for that assumption?
5  A.  That seemed to be what everybody was doing, promoting
6  these days, was binary options.
7  Q.  All right.  So I'm -- I'm still confused about this --
8  about this -- this binary options software.  Did you ever
9  use the software?
10 A.  I've never used it.  I've never seen it.  I am confused
11 too.  I don't know what it is.
12 Q.  Does Berry Media have any employees?
13 A.  I'm the only employee.  I hire a kid that comes out and
14 helps me when I shoot.
15 Q.  All right.  So is it fair to say that from 2012 through
16 the present, you're the -- the person in charge of Berry
17 Media?
18 A.  Yes.
19 Q.  All right.  So I think we established that you've done
20 work for Michael Shah.  When did you start doing work for
21 Michael Shah?  And when I say "Michael Shah," I mean,
22 Michael Shah or Zilmil.  Do you -- do you know that he has a
23 company called Zilmil?
24 A.  I know that name, yes.
25 Q.  Okay.  So can we agree that Michael Shah and Zilmil

Page 19

1  are -- I'll use them interchangeably?
2  A.  Yes.  I would -- I think it was 2011.
3  Q.  All right.  And when did you stop doing work for
4  Michael Shah?
5  A.  The last video I made was in 2017.
6  Q.  All right.  And what video was that?
7  A.  The Infiniti App.
8  Q.  All right.  And was that a binary options software
9  video?
10 A.  I think so.
11 Q.  All right.  Broadly speaking, what kind of work did you
12 do for -- for Michael Shah?
13 A.  It evolved over the years.  The first video I made was
14 probably just text and graphics.  I think it was a Forex
15 product.
16      And then -- then he had me get an actor sitting in a --
17 in a house.  And then we had an actor sitting in a pub.  And
18 they're just sitting at a laptop describing the software,
19 and how to -- and how to use it to make money.
20      And then along the way, once everybody started doing
21 these lifestyle videos, then the last few were that sub --
22 type too, where there was an actor, or multiple actors, in
23 various settings:  Nice car, nice house.
24 Q.  Okay.  So you talked about different types of videos,
25 like sales videos or website tours; right?

Page 20

1  A.  Yes.
2  Q.  Okay.  So what kind of videos did you do for Michael
3  Shah?
4  A.  They would have been sales videos.
5  Q.  Were they all sales videos?
6  A.  Yes, I think.
7  Q.  What were they selling?
8  A.  Software, Forex software, or, in the end, binary
9  options software.  There were several things in the middle
10 years, there, that I -- I'm not sure exactly what they were
11 selling.
12 Q.  All right.  So it looks like you did Forex videos, you
13 said binary options software videos, and a few things you're
14 not sure about; right?
15 A.  Yes.
16 Q.  Any other types of sales videos for Mr. Shah?
17 A.  No.  It was all software.
18 Q.  Do you know what Mr. Shah used these videos for?
19 A.  I was assuming to sell his product.
20 Q.  What's your basis for that assumption?
21 A.  Well, the video was describing a product that they were
22 pushing, and -- that's all I have.
23 Q.  Did you ever see the videos posted on -- online that
24 you made for Michael Shah?
25 A.  In the months that I've been looking for information

Page 29

1  Q.  And, sorry, that was Infiniti --
2  A.  Yes.
3  Q.  -- App?
4  A.  Um-hmm.
5  Q.  All right.  Did you -- so no communications with
6  Michael Shah subsequent to that?
7  A.  Yes.  Correct.
8  Q.  Have you had any communications with Mike Shah's
9  counsel in this case?
10  A.  No.
11  Q.  Have you had any communications with anyone else, you
12  know, third parties or other clients, about Michael Shah?
13  Let me -- let me make it a bit easier:  Since the beginning
14  of 2017?
15  A.  I believe a couple of my clients have said, have you
16  heard that the SEC or CFTC or somebody, are going after Mike
17  Shah.
18  Q.  Was that the first that you learned of our enforcement
19  action?
20  A.  Yes.
21  Q.  Did Mike Shah ever tell you that he was the subject in
22  an enforcement action?
23  A.  No.
24  Q.  Did he ever tell you he was the subject of an -- of an
25  investigation?

Page 30

1  A.  No.
2  Q.  Did he ever tell you he had received a subpoena?
3  A.  No.
4  Q.  Did Mike Shah ever ask you to delete any videos or
5  documents or anything like that?
6  A.  He said you don't have to keep any of my stuff.  Just
7  go ahead and dump it all.
8  Q.  When did he say that?
9  A.  2016.
10  Q.  What month in 2016?
11  A.  Probably October or November.
12  Q.  October/November of 2017, Mike Shah told you --
13  A.  No, '16.
14  Q.  '16, sorry.  October/November of 2016, Mike Shah told
15  you you didn't have to keep any of his stuff?
16  A.  Yes.
17  Q.  And he told you you should dump the stuff?
18  A.  Yes.
19  Q.  Was that over Skype, or what -- how did he relay that
20  message to you?
21  A.  It was probably Skype, yes.
22  Q.  What did you say in response?
23  A.  Okay.
24  Q.  Did you delete that stuff?
25  A.  Most of it.  I -- when I went out and looked at old

Page 31

1  hard drives, I found some of his first projects on there.
2  Q.  All right.  What exactly did Mr. Shah say to you in
3  this Skype chat about dumping his documents, as you put it?
4  A.  That there was no point in keeping all that stuff, and
5  he didn't want me to have any of it.  So just to get rid of
6  it.
7  Q.  So did he say that he didn't want you to have any of
8  it?  I'm just asking you --
9  A.  Yeah.
10  Q.  -- what Michael Shah said.
11  A.  Yeah.
12  Q.  What did he say?
13  A.  Yeah.  I believe he said, I don't want you to have any
14  of that material, so please dump it.
15  Q.  Is that everything he said?
16  A.  That's the gist of it.
17  Q.  Did he tell you why he didn't want you to have any of
18  that material?
19  A.  Why?  I believe that the gist was in case anybody -- in
20  case he got in any trouble about it.
21  Q.  Did he say that to you?
22  A.  Yes.
23  Q.  What exactly did he say?
24  A.  "In case I have any problems with this in the future, I
25  don't want you to have this material."

Page 32

1  Q.  And he said this to you over Skype?
2  A.  Yes.
3  Q.  And so he told you to, quote, dump it?
4  A.  Yes.
5  Q.  Did you ask him why he was asking for that?
6  A.  No.  I just did it.
7  Q.  Did he explain what kind of trouble might be brewing?
8  A.  No.
9  Q.  Did you have any understanding of what trouble he might
10  be talking about?
11  A.  I didn't.
12  Q.  All right.  What else did Mike Shah say to you in
13  October/November of 2016?
14  A.  That was -- that was it.
15  Q.  Did he mention the SEC or the CFTC at all?
16  A.  I don't believe so.
17  Q.  The FTC?
18  A.  Pardon.
19  Q.  The FTC?
20  A.  I don't remember that.
21  Q.  I -- I probably just asked you this question, but did
22  he explain what he meant by "trouble"?
23  A.  No.
24  Q.  So I want to talk a little bit more about Mr. Shah's
25  involvement with the videos that you produced for him.

Page 33

1  Did he -- did he give you -- did he -- well, I should
2  ask it to you this way: How did you know what to film in
3  the videos?
4  A.  His scripts were better than most with regard to the
5  directions of what to do. Most -- most guys just send me a
6  script with copy, and I say, so what do you want me to do
7  with this?
8      Mike's actually had detail in it, like start with an
9  actor seated in a living room; at this point, have them go
10 into the kitchen; at this point, show them in a car. His
11 scripts had detail.
12 Q.  Do you know if Mike Shah wrote the scripts?
13 A.  I don't believe so.
14 Q.  Who wrote them?
15 A.  Many of them were written by Mike Wright in Seattle.
16 Q.  All right. Who wrote the other scripts?
17 A.  I don't know.
18 Q.  Did Mike Wright draft all of the scripts for the Mike
19 Shah projects?
20 A.  I don't think so.
21 Q.  I know I just asked you this: Do you know who wrote
22 the other ones?
23 A.  I don't.
24 Q.  Did you ask Mike Shah?
25 A.  No.

Page 34

1  Q.  Was Mike Shah involved in hiring actors for the videos
2  at all?
3  A.  Yes.
4  Q.  What was his involvement there?
5  A.  I have a long list of actors that I've screen tested
6  over the years, with a link to show you a sample. And I
7  would give people that list, and -- and they would choose
8  who they wanted to be their main actor and their side
9  actors.
10 Q.  So did Mike Shah choose who he wanted the actors to be?
11 A.  Yes.
12 Q.  Was there anybody else who would choose actors on Mike
13 Shah projects?
14 A.  No.
15 Q.  So real quick -- I mean, not, I guess, quickly, but I
16 was just hoping you would give me a broad overview of what
17 it takes to produce one of these videos for Michael Shah.
18 And maybe it applies to all of them, I don't know. But I
19 don't know. How do you produce a video?
20 A.  I receive a script, I read it over, and come back to
21 them with any questions about what they want so I can get a
22 firm vision in my mind of what they're looking for.
23     Then I prepare a quote of what it's going to cost to
24 produce the video. I base that on the length of the script,
25 because I charge by the running minute of the video, plus

Page 35

1  expenses, like actors, props, cars, locations. And I give
2  them an itemized detailed quote, and send it to them. And
3  they approve that.
4      And they generally send me a 50 percent deposit, so
5  that I'm not having to pay for those props and stuff out of
6  my own pocket.
7      Then I -- once I have the deposit, I start calling the
8  actors they chose, and asking them about their availability.
9  Watching the weather, you know? Obviously, they don't
10 always want them to look rainy, so I try to find a decent
11 day in Portland.
12     I would find the -- the car they wanted. I'd find a
13 house that was something like they wanted. An office that
14 they wanted. Schedule all those things.
15     Then on the day of the shoot, my assistant and I would
16 meet the actors in those locations. The tel -- the script
17 has been loaded into a portable teleprompter. The actors
18 sit there, and read off the teleprompter, and we shoot the
19 whole thing. And sometimes it might be two days or three
20 days, even if it was a long one.
21     Then my assistant edits all that footage together,
22 taking out the mistakes, and kind of putting it in a rough
23 cut. Then I go through, and tweak it, add music, put any
24 graphics that they ask for on there. And then I render a
25 rough cut, and put it on ScreenCast for them to look at.

Page 36

1      Then they come back to me with any revisions they want
2  to make to the video. I make those revisions, put up the
3  next rought cut, and once they say, yeah. Okay. This is
4  good. I finish the invoice, and bill them for the balance.
5  They pay the balance, I open the download link, and we're
6  done.
7  Q.  All right. So for Mr. Shah, did you provide him with
8  quotes?
9  A.  Yes.
10 Q.  How did you provide those quotes?
11 A.  I would write up a document on pages on the Apple, and
12 Skype it to him.
13 Q.  So you can send documents through Skype?
14 A.  Yes.
15 Q.  All right. So you talked about cars. Getting cars.
16 Why is that necessary to do?
17 A.  Again, this was lifestyle that they were promoting the
18 last few years. So they wanted nice cars.
19 Q.  What kind of nice cars?
20 A.  Started out with a Porsche, then a Mercedes. Then
21 along the way, it became a Lamborghini or a Ferrari or
22 Bentley or a Range Rover. And they usually wanted one that
23 had not been seen in the video before.
24 Q.  Did Mike Shah weigh in on what cars to use in his
25 videos?

Page 57

1  A.  Another software for making money on the Internet.
2  Q.  Stock Neutrino?
3  A.  I don't know what that was about.
4  Q.  Infiniti App?
5  A.  I believe that was binary options.
6  Q.  All right. How about Rich Jerk?
7  A.  I don't think that was.
8  Q.  Free Cash App?
9  A.  I don't think that was.
10 Q.  Auto EA?
11 A.  I'm pretty sure that was Forex.
12 Q.  Paid 4 Opinions, probably not; right?
13 A.  No.
14 Q.  Unlock Any PC?
15 A.  No.
16 Q.  Realtime EA?
17 A.  No.
18 Q.  What was that one about?
19 A.  Forex.
20 Q.  Pips Chaos?
21 A.  Forex.
22 Q.  Hybrid Pips?
23 A.  Forex.
24         (CFTC Exhibit No. 89 marked.)
25

Page 58

1  BY MR. BURDEN:
2  Q.  All right. Mr. Berry, I'm going to hand what I've
3  marked as CFTC Exhibit 89. Do you recognize this document?
4  A.  Yes.
5  Q.  Can you tell me what it is, please?
6  A.  The list of the projects that I produced in 2012.
7  Q.  All right. So this left-hand column, "DATE," what's --
8  what does that indicate?
9  A.  Roughly the time I completed the project.
10 Q.  All right. And it says, "CLIENT"?
11 A.  Yes.
12 Q.  That's the client?
13 A.  Yes.
14 Q.  All right. "PROJECT" column, what's that?
15 A.  That's the name of the project.
16 Q.  What about this column, "EARNINGS," what is -- what is
17 that?
18 A.  That's just a rounded number of -- of that project
19 brought in.
20 Q.  When you say "brought in," is that net profit or gross
21 revenue?
22 A.  No. Gross.
23 Q.  So let's look at -- if you'll turn to the second page,
24 please, there's a project dated November 19, 2012. And it
25 says the client's "MIKE SHAH"; is that right?

Page 59

1  A.  Yes.
2  Q.  And the project was called "AUTO BINARY BOT"?
3  A.  Correct.
4  Q.  And "EARNINGS," it says "$3,000"; that the right?
5  A.  Yes.
6  Q.  So is that -- what does that $3,000 represent?
7  A.  What I charged him to make that video.
8  Q.  Okay. So that's not profit?
9  A.  No.
10 Q.  Okay. And did Mike Shah pay that $3,000?
11 A.  Yes.
12 Q.  All right. Here goes nothing.
13         MR. BURDEN: You can bring it up. They can see my
14 screen, that's okay.
15         All right. And Peter, we produced these videos to
16 you last week. We just captured them off of the links that
17 Mr. Berry provided us with.
18         So for your reference, they're all in the
19 CFTC-02-000001 through CFTC-02-000022 range.
20         (Video played.)
21         MR. BURDEN: You got it; yeah? Should -- I can't
22 see it on the screen.
23         THE VIDEOGRAPHER: No. It's on.
24         MR. BURDEN: Oh, it's on?
25         THE VIDEOGRAPHER: Yeah. They have a screen.

Page 60

1          MR. BURDEN: Okay. Sorry. I was looking at this
2  thing.
3  BY MR. BURDEN:
4  Q.  All right. I'm going to show you a video. We'll watch
5  a little bit of the video, and ask you, do you recognize the
6  video?
7  A.  Okay.
8  Q.  Can you see it?
9  A.  Yes.
10 Q.  All right.
11         (Video played.)
12 BY MR. BURDEN:
13 Q.  All right. Do you recognize this video?
14 A.  Yes.
15 Q.  All right. Can you tell me what it is?
16 A.  It's the video that I made for Mike Shah called Auto
17 Binary Bot.
18 Q.  All right. And that's -- we saw that reflected in
19 Exhibit No. 89; right?
20 A.  Yes.
21         MR. BURDEN: All right. So I would like to mark
22 this Auto Binary Bot video CFTC Exhibit 90. And that video
23 is -- it's an MP4, and its size is 148,454 kilobytes.
24         (CFTC Exhibit No. 90 marked.)
25         MR. KING: And I'm going to object, because --

Page 61

1          (Video played.)
2       MR. KING: I'm going to object because you've
3  shown him approximately a minute, maybe a minute and a half,
4  and the video appears to be much longer than that.
5       So I -- I can accept the testimony that he's
6  recognized the first half that he's watch, but not that he
7  can authenticate the entire video.
8  BY MR. BURDEN:
9  Q.   What's this -- what's in this video? What's this video
10 about? Tell me about this video.
11 A.   It's an actor sitting in a pub, describing this Auto --
12 Auto Binary Bot software.
13 Q.   Okay. And who's that actor?
14 A.   His name is James Sharinghousen.
15 Q.   All right. So his name isn't Dan Santos like in the
16 video; right?
17 A.   No.
18 Q.   All right. What else happens in the video?
19 A.   I don't remember, but I don't think anything else.
20 Q.   Approximately how long is the -- the video that you
21 created?
22 A.   Well, this file you have here says it's 12:52. I
23 don't --
24 Q.   I guess you can see it.
25 A.   I don't know if --

Page 62

1  Q.   That's -- that's the time, actually, in Chicago.
2  A.   Oh.
3  Q.   Yeah.
4  A.   Oh. I don't remember how long it is.
5  Q.   All right. All right. So who hired this actor?
6  A.   I did.
7  Q.   So I want to go back, and look at a little bit of -- a
8  little bit of this, if we can.
9          (Video played.)
10 BY MR. KING:
11 Q.   All right. So we're looking at 53 seconds into this
12 video. It says, "Trader XP, €19,740 in just two weeks."
13 What's Trader XP?
14 A.   I don't know.
15 Q.   Where did you get this screenshot from?
16 A.   From Mike Shah.
17 Q.   He sent it to you?
18 A.   Yes.
19 Q.   How did he send it to you?
20 A.   Either Skype or e-mail.
21 Q.   All right. So let's watch some more of this video.
22 And I'm going to -- I'm going to start it at 11 minutes in.
23       MR. BURDEN: And, Peter, you're going to regret
24 your objection when we're 15 minutes into this.
25       All right. I'm starting it at 10:57.

Page 63

1          (Video played.)
2  BY MR. BURDEN:
3  Q.   All right. Mr. Berry, did you recognize that video
4  segment --
5  A.   Yes.
6  Q.   -- from 11 minutes to the end? All right.
7        MR. KING: Same objection.
8  BY MR. BURDEN:
9  Q.   Is it -- is that the video you created for Michael
10 Shah?
11 A.   Yes.
12 Q.   For Auto Binary Bot? Yes?
13 A.   Yes.
14 Q.   All right. So I want to ask you some questions about
15 the things we -- we watched in that video.
16      So this actor, is he a full-time binary options trader?
17 A.   No.
18 Q.   He's just an actor; right?
19 A.   Yes.
20 Q.   Do you know if the actor ever used this binary options
21 software?
22 A.   I don't know.
23 Q.   Do you think -- do you have any reason to think he did?
24 A.   No.
25 Q.   The video makes reference to recommending brokers. Do

Page 64

1  you have any understanding of what that means?
2  A.   No.
3  Q.   Do you know who the brokers are?
4  A.   No.
5  Q.   Are you aware of any beginners that use the Auto Binary
6  Bot?
7  A.   I'm sorry. Of any what?
8  Q.   Beginners. It talks about it being good for beginners.
9  A.   Oh, no.
10 Q.   We saw some testimonials in there, one in particular
11 from a gentleman, I think, with an Eastern European accent.
12 Who's that individual?
13 A.   I don't know. Mike would have provided me with those
14 testimonials.
15 Q.   All right. And there's another guy with a tarantula on
16 his wall?
17 A.   Yeah. I don't know who that is either.
18 Q.   Where did that one come from?
19 A.   From Mike.
20 Q.   All right. And the video talks about buying it for
21 $77. Do you know where -- how does a person buy it for $77?
22 A.   Back in those days, everything was sold through
23 ClickBank, and almost everything had a "7" on the end.
24 Q.   Why?
25 A.   I don't know. But ClickBank did require a 60-day money