# Exhibit 5

## DECLARATION OF HEATHER N. DASSO

## PURSUANT TO 28 U.S.C. § 1746

I, Heather N. Dasso, hereby make the following declaration based upon my personal knowledge:

1. I am employed with the Commodity Futures Trading Commission ("Commission") as a Futures Trading Investigator in the Division of Enforcement ("Division"). I have worked as a Futures Trading Investigator for the Commission since September 2009. Prior to joining the Commission, I held the position of Senior Manager, Investigations at National Futures Association ("NFA"[1]). I have a Bachelor of Business Administration degree in Accounting from the University of Iowa and am a Certified Fraud Examiner. My responsibilities as a Futures Trading Investigator include investigations of registered and unregistered commodity futures and options trading firms and individuals located or conducting business in the United States, in order to ensure compliance with and enforcement of the Commodity Exchange Act and Commission Regulations. In connection with these responsibilities, I routinely conduct background research, gather information and records, review and analyze financial and trading records, prepare summaries of analyses and research findings, and review registration information.

2. I am the investigator assigned to the litigation brought by the Commission against Michael Shah and Zilmil, Inc. In connection with this litigation, attorneys for the Commission

---

[1] N is the industry wide, self-regulatory organization for the U.S. futures industry. NFA regulates every firm or md1v1dual who conducts futures trading business with public customers and performs investigations and audits of these firms and individuals to ensure compliance with NFA rules.

served document subpoenas on Grayson Brookshire and Blake Barrett. Messrs. Brookshire and Barrett produced documents in response to the subpoenas.

3. Among those documents were chats with Michael Shah, whose Skype handle is "Mike S." Attached hereto as Exhibits 5-A and 5-8 are true and accurate excerpts from those chats.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2018

*[signature]*
Heather N. Dasso

# Exhibit 5-A

[10/19/2014 11:54:36 AM] Grayson Brookshire: u received the cc i just sent or still not?

[10/19/2014 11:54:46 AM] Grayson Brookshire: i guess we forgot to ask Marc for his early link…

[10/19/2014 11:55:10 AM] Mike S: loool

[10/19/2014 11:55:16 AM] Marc Sa: U even forgot to mail fucker

[10/19/2014 11:55:20 AM] Mike S: LOLOL

[10/19/2014 11:55:27 AM] Grayson Brookshire: shiiiiiitttt

[10/19/2014 11:55:37 AM] Mike S: he will be humbled to mail for u next year

[10/19/2014 11:55:52 AM] Grayson Brookshire: u were lookin at the sales column… not the clicks column

[10/19/2014 11:55:59 AM] Mike S: lol

[10/19/2014 11:56:26 AM] Marc Sa: Lol i looked the right column son

[10/19/2014 4:04:00 PM] SLJ: And the winners are…


1) Mike Shah wins $5000 CASH!

2) Ronnie Montano wins $1500 CASH!

3) Avi Frister wins $1000 CASH!

4) Ashley Baker wins $500 CASH!

5) Antonio G wins $100 CASH!


Thanks for all your support!

[10/19/2014 4:05:29 PM] SLJ: All prizes paid to your ClickSure account just now!

[10/19/2014 5:24:30 PM] Mike S: Ladies and Gentlmen and Marc,


Disclaimer: Part of this message is copied, but it's a classic.

Before I announce my launch, I want to thank you all once again for your love, friendship and partnership.

I'm humbled.

I want to gratefully ask you for support with my new scam.

Millionaire Money Machine goes live at exactly 3AM EST Monday morning, as that's when all the brokers start their scammy days. I have a FIFTEEN broker rotation with some backups, so every one of your leads will get the utmost scam, no one will be spared:

>>> http://www.millionairemoneymachine.co/jv (I'll be posting up a BUNCH of NEW swipes in just a little bit)

Testing has been GREAT so far and on that note, I want to announce a $20,000 contest!!!!!

Check out the image on the jv page, that should speak for itself :)

>>> http://www.millionairemoneymachine.co/jv

Thank you again for your love, friendship, partnership and support.

With Much Love,

Mike

[10/19/2014 5:38:28 PM] Marc Sa: Humbly activating my humble machines Ron… Mike!

[10/19/2014 5:40:24 PM] Grayson Brookshire: wait... no fake screenshots or anything?

[10/19/2014 5:42:51 PM] SLJ: on it shah

# Exhibit 5-B

[4/16/2014 3:52:38 PM] Steve H.: yep.  kill each other one second, hugs the next

[4/16/2014 3:52:51 PM] yossi.ben.avraham: That's the only way to get things moving......

[4/16/2014 3:53:20 PM] Loz Lawn: (hug)

[4/16/2014 4:32:40 PM] .+ Cedric Smith: Scion Forex Autotrader soon to be on Afilliate networks

[4/16/2014 4:32:41 PM] .+ Cedric Smith: http://www.scionforexautotrader.com/

[4/16/2014 4:33:15 PM] .+ Cedric Smith: I just have to check a few things and it will be good to go. This one will be eye candy for your leads for sure

[4/16/2014 4:35:31 PM] Loz Lawn: sorry, but do you think people are really that stupid? no offense...


"100% Real. Based on between 5-13 years of performance!"


why dont you tell them that its a demo account done via the strategy tester?

[4/16/2014 4:36:14 PM] .+ Cedric Smith: A totally free trial is offered

[4/16/2014 4:36:20 PM] Loz Lawn: and i see you wrote yourself a letter too.

[4/16/2014 4:36:20 PM] .+ Cedric Smith: for 1 month absolitely free

[4/16/2014 4:36:45 PM] .+ Cedric Smith: ...

[4/16/2014 4:37:01 PM] Loz Lawn: you're not getting my point :(


this kind of page smells like the rest of them...


take a look at Mike and Steve's pages, and take a leaf out of their books...

[4/16/2014 4:37:46 PM] .+ Cedric Smith: I can have my web developer look at it

[4/16/2014 4:37:47 PM] Mike S: Loz people are that stupid

[4/16/2014 4:38:45 PM] Loz Lawn: [Wednesday, April 16, 2014 4:37 PM] Mike S:


<<< Loz people are that stupid

come off it dude, they aren't stupid enough to buy from that site/copy/graphics...

at least your sites show proof mate. and don't fool ppl into buying... you learned that lesson years ago from trying to fool ppl

[4/16/2014 4:39:03 PM] Mike S: And 100% of the stuff here's bs.. if there was a magic system, then you wouldn't spend 10 hrs daily chatting here and would invest all ur money there.

[4/16/2014 4:39:15 PM] Mike S: Proof is bs, systems bs everytthing is bs..

[4/16/2014 4:39:30 PM] Loz Lawn: so all your products, even FAPTurbo that i helped fix, is bs is it?

[4/16/2014 4:39:40 PM] Mike S: Im different Mike not Steve's Mike

[4/16/2014 4:39:41 PM] Loz Lawn: and my stuff is bs as well>?

[4/16/2014 4:39:54 PM] Loz Lawn: u aint? ok then... doh..lol

[4/16/2014 4:40:36 PM] Mike S: And yes, if robots , signals made money, then ud invest  ur life savings there and not chat here 10 hrs

[4/16/2014 4:40:49 PM] Mike S: And yes people are stupid as well

[4/16/2014 4:41:01 PM] Mike S: Anyhow man, get out, have fun, smell some fresh air, enjoy :)

[4/16/2014 4:41:12 PM] Loz Lawn: come off it...

FAPTubro Ichimoku that i helped deisgn, makes money..., all of Steve andMikes bots do... so does Cory's

[4/16/2014 4:41:14 PM] .+ Cedric Smith: Nwell... might not be that exactly.. you could invest your own money and sell your entries and make even more

[4/16/2014 4:41:26 PM] .+ Cedric Smith: Not all of them is a scam

[4/16/2014 4:41:30 PM] Mike S: Ok Loz, so can your invest all your savings into those bots?

[4/16/2014 4:41:41 PM] Mike S: And trust  it to not lose it?

[4/16/2014 4:41:44 PM] Harris Fellman: damnit - I just read all this.. tried to pull my life savings out of the bot/broker I was investing in .. and they won't give me my moneis

[4/16/2014 4:41:56 PM] Mike S: LOL

[4/16/2014 4:42:04 PM] Mike S: :D

[4/16/2014 4:42:06 PM] Loz Lawn: people are not stupid to invest "ALL" of their savings... dude, ive been trading for 15 yrs and not once have i put all my money in the fx account

[4/16/2014 4:42:07 PM] .+ Cedric Smith: What I mean is, you release something like a robot, does not necessarily mean its crap

[4/16/2014 4:42:36 PM] .+ Cedric Smith: just because you dont invest all your money into does not mean its a scam, you could be making more money faster by selling the entries

[4/16/2014 4:42:56 PM] .+ Cedric Smith: :)

[4/16/2014 4:43:16 PM] Mike S: Peace out Loz

[4/16/2014 4:43:39 PM] Loz Lawn: excactly Cedric...


and to your site, i wasnt trying to be insulting, it just looks like a crap product... :(


one of the biggest thigns that put me off is


1) it looks like the rest of the sites out there

2) the headline shouts out scam/rubbish/dont work/high refund rates

3) the graphcis are lame

4) no story to keep me hooked

5) the bonuses anyone can find those online free.

[4/16/2014 4:44:52 PM] .+ Cedric Smith: I can assure you its no crap product, maybe the page is a little controversial

[4/16/2014 4:45:10 PM] Loz Lawn: then make the page say that then

[4/16/2014 4:46:27 PM] Loz Lawn: so i suggest


1) find a better graphic designer

2) write a nice story, what made you do the bot, how long it take, what efforts did you make to improve it, how much money did you put in a live account, show proof, real proof, do a video and login to your fx

account and show the history, and show the full header of the mt4 platform so ppl can see its not a demo

3) offer a webinar so ppl can see it live - proof is in the poodding.

4) get a better script writer.

[4/16/2014 4:46:34 PM] Mike S: Btw Loz there is a private message on skype too...

[4/16/2014 4:46:45 PM] Loz Lawn: what?

[4/16/2014 4:46:45 PM] Mike S: Use it sometimes, really helpful :)

[4/16/2014 4:46:59 PM] Loz Lawn: well maybe you can take my advice too :)

[4/16/2014 4:47:00 PM] .+ Cedric Smith: ok thanks for that

[4/16/2014 4:47:17 PM] Mike S: If I took your advice, I'd end up in the poor house lol

[4/16/2014 4:47:36 PM] .+ Cedric Smith: this type of criticism actually modivates me, the issue I always faced was I had the killer products but the presentation was poor, I need better web developers

[4/16/2014 4:47:41 PM] Loz Lawn: i'm just rying to be helpful and say what works and what doesnt, i dont want ya to go through all that hard work and find that a lot of ppl will get refunds or have ahigh bounce rate.

[4/16/2014 4:48:06 PM] Loz Lawn: If I took your advice, I'd end up in the poor house lol


ok mate, my last launch made over  a milion and 300k+ a month in upsells :)


some poor house im in...lol

[4/16/2014 4:48:07 PM] .+ Cedric Smith: I have some products that if marketed properly, would make a killing

[4/16/2014 4:48:36 PM] Loz Lawn: Any way Cedric, ho hard feelings... :)

[4/16/2014 4:49:04 PM] .+ Cedric Smith: ok thanks :)

[4/16/2014 4:50:34 PM] Loz Lawn: oh, i know you now Mike S, you're the guy that came out with usdbot, that was a shit prodcut and blew my account out :(

[4/16/2014 4:52:53 PM] Loz Lawn: and who is Gordon Frank? a pesudo name?

[4/16/2014 4:53:02 PM] Loz Lawn: no mentions of him online at all.

[4/16/2014 4:55:32 PM | Edited 4:55:59 PM] Lloyd: It's all a Fugazy http://www.youtube.com/watch?v=oEJza1-4zRk

[4/16/2014 4:56:00 PM] Loz Lawn: lol

[4/16/2014 4:56:02 PM] .+ Cedric Smith: haha

[4/16/2014 4:56:18 PM] .+ Cedric Smith: This room always reminds me of that movie sometimes

[4/16/2014 4:56:43 PM] Loz Lawn: good film it was

[4/16/2014 4:58:21 PM] Harris Fellman: Firefox users are Fugazy

[4/16/2014 4:58:33 PM] Steve H.: http://www.deppimpact.com/sound/db_fugazy.wav

[4/16/2014 4:58:40 PM] Loz Lawn: ppl with the surname "Fellman" are too :P

[4/16/2014 4:58:40 PM] Jeanette RTR Sims: #alottaemoticons

[4/16/2014 4:58:57 PM] .+ Cedric Smith: haha mention of that movie drove some types here, :D

[4/16/2014 4:59:30 PM] Morgan Busby: seems like everyone must have written some big tax checks to the gov't yesterday and is in a good mood

[4/16/2014 4:59:53 PM] Harris Fellman: not loz. he doesn't pay taxes

[4/16/2014 4:59:54 PM] Morgan Busby: Jeanette Sims, see what happens when you go on vacation for a few days... the room turns into fight club

[4/16/2014 5:00:18 PM] Anthony   Horne: no shit, they busted me for 30k (#IRS SUCKS)

[4/16/2014 5:00:48 PM] Loz Lawn: Neither do you Harris, remember for the last 3 years...

[4/16/2014 5:00:51 PM] Jeanette RTR Sims: So we have to rename it u mean Mo?

[4/16/2014 5:00:52 PM] Loz Lawn: sucking up to me asking for advice how to hide your money.

[4/16/2014 5:01:09 PM] Jeanette RTR Sims: Forex Frat House now Forex Fight Club

[4/16/2014 5:01:20 PM] Brad Stafford: we did discuss gross almond milk :)

[4/16/2014 5:01:23 PM] Jeanette RTR Sims: i can not be the house mom of the FFC

[4/16/2014 5:01:28 PM] Loz Lawn: and besides, i dont own a Corporation, so im not legally binded to pay any tax... that my friend is the law.

[4/16/2014 5:03:43 PM] Loz Lawn: and chinese traffic Brad :)

[4/16/2014 5:04:07 PM] Brad Stafford: lol…you know what i was getting at ;)

[4/16/2014 5:07:52 PM] Harris Fellman: oh, i don't think I sucked up to you

[4/16/2014 5:08:08 PM] Harris Fellman: you advertised that you don't pay taxes, i asked you a couple questions, you pretty much told me to fuck off

[4/16/2014 5:08:11 PM] Loz Lawn: oh yes you did.

[4/16/2014 5:08:20 PM] Loz Lawn: you came knocking on my door step...

[4/16/2014 5:08:23 PM] Harris Fellman: if that constitutes sucking up, then i guess i did

[4/16/2014 5:08:27 PM] Harris Fellman: that's not sucking up, loz

[4/16/2014 5:08:28 PM] Loz Lawn: i never told you to fuck off.

[4/16/2014 5:08:33 PM] Harris Fellman: that's being interested

[4/16/2014 5:08:40 PM] Harris Fellman: i said 'pretty much'

[4/16/2014 5:09:24 PM] Harris Fellman: and thanks for mentioning something that was clearly PRIVATE in a public forum

[4/16/2014 5:09:30 PM] Loz Lawn: [Tuesday, April 08, 2014 10:17 AM] Harris Fellman:

<<< would like to talk about taxes if you've got a few minutes[4/8/2014 8:17:47 AM] Loz Lawn: bit busy now mate, type ur Q and i'll answer it when i can come up for air :)

[4/8/2014 8:19:29 AM] Harris Fellman: K - just wanted to know basic strategy / countries / etc

I'm living outside the US now / I haven't paid taxes in a few years.. but that's just b/c i haven't filed LOL

[4/8/2014 8:20:35 AM] Loz Lawn: then ur fine... no need to worry.

[4/8/2014 8:20:51 AM] Harris Fellman: hahah. I don't think so

[4/8/2014 8:20:56 AM] Harris Fellman: talk to ya later tho

[4/8/2014 8:21:02 AM] Loz Lawn: i do think so.

[4/8/2014 8:21:30 AM] Loz Lawn: have you paid over $200k for a taxation lawyer? no..

I have, i know all there is to know about it...

[4/8/2014 8:21:49 AM] Harris Fellman: okay - would love to talk to you about it at some point

[4/8/2014 8:22:40 AM] Loz Lawn: im not a taxation lawyer, i cant give you advice on that mate, you'd need to seek expert taxation help.

[4/8/2014 8:24:10 AM] Harris Fellman: k

[4/8/2014 8:24:13 AM] Harris Fellman: thx anyway

[4/16/2014 5:10:28 PM] Loz Lawn: and thanks for mentioning something that was clearly PRIVATE in a public forum

you started it

[4/16/2014 5:10:38 PM] Steve H.: seems friendly to me

[4/16/2014 5:10:39 PM] Harris Fellman: "have you paid over $200k for a taxation lawyer? no..." // "Im not a taxation lawyer, i cant give you advice" -- I interpreted that as fuck off.

[4/16/2014 5:10:41 PM] Steve H.: lol

[4/16/2014 5:10:41 PM] Harris Fellman: no, loz.

[4/16/2014 5:10:42 PM] Steve H.: (hug)

[4/16/2014 5:10:45 PM] Loz Lawn: yes Harris

[4/16/2014 5:10:53 PM] Harris Fellman: you PUBLICLY STATED in this forum that you don't pay taxes

[4/16/2014 5:11:05 PM] Harris Fellman: I PRIVATELY had a conversation with you that you just copy and pasted in here

[4/16/2014 5:11:11 PM] Loz Lawn: so what, did i ask you to bring it up again? thats my business to bring it up, NOT YOURS

[4/16/2014 5:11:27 PM] Harris Fellman: it's a joke, ass hole

[4/16/2014 5:11:40 PM] Loz Lawn: fk you, you twat

[4/16/2014 5:11:42 PM] Harris Fellman: you brought it up in here -- it's PUBLIC INFO

[4/16/2014 5:12:01 PM] Harris Fellman: you are what you eat, ass hole

[4/16/2014 5:12:06 PM] Loz Lawn: did i ask you to bring it back up again?


that is my business, not yours...

[4/16/2014 5:12:13 PM] Harris Fellman: shut up

[4/16/2014 5:12:18 PM] Loz Lawn: [Wednesday, April 16, 2014 5:11 PM] Harris Fellman:

<<< you are what you eat, ass holeyour breath must stink then

[4/16/2014 5:12:19 PM] Harris Fellman: you're so full of shit

[4/16/2014 5:12:23 PM] Loz Lawn: you shut up.

[4/16/2014 5:12:51 PM] Ashley: jesus fucking christ

[4/16/2014 5:12:53 PM] Loz Lawn: i never asked you to bring up my business affairs, did i? NO, so quit chiming in on others business.

[4/16/2014 5:12:59 PM] Ashley: All you clowns need to get a fucking grip

[4/16/2014 5:13:03 PM] Ashley: I cann't believe this shit today

[4/16/2014 5:13:10 PM] Ashley: rarely do I flare up

[4/16/2014 5:13:14 PM] Ashley: but what the fucking fuck?!!?!

[4/16/2014 5:13:17 PM] Harris Fellman: shut up

[4/16/2014 5:13:25 PM] Loz Lawn: lol

[4/16/2014 5:13:35 PM] Brad Stafford: guys…almond milk! gross…am I right??

[4/16/2014 5:13:44 PM] Steve H.: http://www.shoeboxblog.com/wp-content/uploads/2009/08/arguing-internet.jpg

[4/16/2014 5:13:46 PM] Loz Lawn: make me Harris... put your big words to test.. make me

[4/16/2014 5:13:51 PM] Harris Fellman: loz, you're the fucking king of chiming in on other people's business

[4/16/2014 5:14:01 PM | Edited 5:14:23 PM] Anthony  Horne: this is officially black wednesday in the group that Jack built @ Brad GROSS!

[4/16/2014 5:14:18 PM] Loz Lawn: oh really? i dont think so. if im the king, youre the queen.

[4/16/2014 5:14:19 PM | Removed 5:14:26 PM] Ashley: This message has been removed.

[4/16/2014 5:14:24 PM] Ashley: damn it

[4/16/2014 5:14:46 PM] Harris Fellman: i honestly think you give helpful advice // (clearly not to me) // but you're full of shit with your arguing

[4/16/2014 5:14:59 PM] Anthony   Horne: it's "/alertsoff" without the quotes ash

[4/16/2014 5:15:03 PM] Harris Fellman: you're like a little child

[4/16/2014 5:15:20 PM] Steve H.: tides turned quick in here

[4/16/2014 5:15:23 PM] Mike S: Everyone menstruating today Ashley!

[4/16/2014 5:15:29 PM] Loz Lawn: boohoo, cry me a river....

[4/16/2014 5:15:32 PM] Steve H.: it was all warm and fuzzy for like 5 minutes

[4/16/2014 5:15:40 PM] Harris Fellman: anyway -- i could care less about whatever you've got to say -- so feel free to 'not shut up' if that's what you want

[4/16/2014 5:16:03 PM] Harris Fellman: i made a flippant comment about something that was publicly discussed by you / and you lost your shit

[4/16/2014 5:16:14 PM] Loz Lawn: if you could care less, youy wouldnt be talking a bunch of butt fuzz

[4/16/2014 5:16:25 PM] Steve H.: reminds me of an old school AOL chat room.

[4/16/2014 5:16:30 PM] Steve H.: ah yes, the good ole days

[4/16/2014 5:16:41 PM] Loz Lawn: no, i didnt lose my shit, you brought up my business without my permission.. simple and end of.

[4/16/2014 5:17:24 PM] Lloyd: WTF is AOL?

[4/16/2014 5:17:29 PM] Lloyd: ;)

[4/16/2014 5:18:15 PM] Harris Fellman: waaaaa

[4/16/2014 5:18:15 PM] Loz Lawn: lol

[4/16/2014 5:18:19 PM] Ashley: You were still sucking nipples back then Lloyd ;)

[4/16/2014 5:18:22 PM] Mike S: Was so much nicer in here before Loz days eh

[4/16/2014 5:18:26 PM] Harris Fellman: call the waambulance you cry baby

[4/16/2014 5:18:26 PM] Mike S: Quieter, simpler, focused on work

[4/16/2014 5:18:29 PM] Steve H.: hahaha

[4/16/2014 5:18:31 PM] Ashley: for milk.. not fun.. i mean..

[4/16/2014 5:18:54 PM] Steve H.: Lloyd wasnt even a thought back then

[4/16/2014 5:18:57 PM] Steve H.: milk is gross

[4/16/2014 5:19:00 PM | Edited 5:19:04 PM] Steve H.: http://www.globalhealingcenter.com/natural-health/dangers-of-cows-milk/

[4/16/2014 5:19:23 PM] Loz Lawn: ;(  <--- poor harris, crying cos he got told off.

[4/16/2014 5:19:55 PM] Harris Fellman: i did?

[4/16/2014 5:20:07 PM] Harris Fellman: what world are you in?

[4/16/2014 5:20:33 PM] Loz Lawn: [Wednesday, April 16, 2014 5:18 PM] Mike S:

<<< Was so much nicer in here before Loz days eh

shut up Mike.. you started all this, you insulted me earlier, then say all bots are scams, when you came out iwth one tht took  alot of people's money and blew thier accounts out... and im the one being out of order? you must be Harris's wife?

[4/16/2014 5:20:42 PM] Ashley: children. literally

[4/16/2014 5:20:43 PM] Ashley: You should all be sucking on your mummas tits the way this room is going

[4/16/2014 5:21:07 PM] Steve H.: LOL now THAt was funny

[4/16/2014 5:21:10 PM] Mike S: I never said mine was good.. i said they all scams lol

[4/16/2014 5:21:12 PM] Mike S: LOLOLOL

[4/16/2014 5:21:22 PM] Loz Lawn: lmfao

[4/16/2014 5:21:32 PM] Harris Fellman: making up some bullshit to defend your action isn't the same as 'telling me off'

[4/16/2014 5:21:39 PM] Ashley: lmoalmaomalajoamaomaaoaoaooaa

[4/16/2014 5:22:34 PM] Loz Lawn: never said yours was good, yet you still pushed it out for others to buy? Hmm.. thats how you roll is it? :(

[4/16/2014 5:22:36 PM] Harris Fellman: naw - mike and I just give it to each other on the side -- thanks for making THAT public too

[4/16/2014 5:22:48 PM] Harris Fellman: oh wait... shit, I just did. sorry mike

[4/16/2014 5:23:02 PM] Mike S: Anyways, Im outtt

[4/16/2014 5:24:33 PM] Ashley: some of us make money hahaha