# Exhibit 6

## Burden, Ashley

| | |
|---|---|
| **From:** | John Cotton <JCotton@cgllp.com> |
| **Sent:** | Monday, December 14, 2015 1:44 PM |
| **To:** | Burden, Ashley |
| **Subject:** | RE: Zilmil follow up |
| **Attachments:** | Delano Alliance Corp.pdf; Targeted Market Solutions Limiteds.pdf |

Ashley,

I have spoken with my client regarding the open items from our conversation of December 7th.  The following is what I have obtained:

1.) Mr. Shah has no specific physical addresses for either GT 365 or Vault Options, or their principals/employees. There are references to various locales in the wire instruction information that he has obtained in response to Item 2 below, but he is not certain whether these are actual locations of the two businesses. As I mentioned in our call, he had a general belief that the owners were based offshore in Israel, Romania, Russia or Eastern Europe, but he has no addresses to support that. All his  written communications were by email and the only email addresses are those embedded in the emails he provided. While he did have some telephone conversations as reflected in the emails, they were few.

As to telephone numbers the only one of which he is aware is one embedded in the subject line of one of the emails he provided, that is, "917 -862-2415"

2.) Attached are two pdf documents that contain the wire history for the payments to Zilmil that my client obtained from the bank. This is the only back-up information for the origination of the payments to Zilmil.

3.) The only method of ensuring that payments made to Zilmil correctly reflected the amounts due them was as follows: Zilmil was given a login for a "statistical panel" showing the number of leads that were registered by GT 365 and Vault whereby those leads "converted" and made deposits with the two. Zilmil tried to keep a daily "eyeball" review of those statistics to compare with what it was being paid, but it had no way to determine if it was being deceived on the back-end if the two "modified" or lessened the numbers on the statistical screen. In that sense it was an honor system. (An example of such a "login" by Zilmil is referred to in one of the emails.) Zilmil tried to obtain other ways to check the tally to ensure its correctness but never were able to obtain such. At the end, Zilmil did not receive some payments it believes it was due.

As I indicated in our call last week, Zilmil never obtained any specific customer information by which they could confirm the payments to them.

4.) As to what Zilmil did for GT 365 and Vault, as I explained in our call, they were website, or search engine optimizers", who assisted in getting prospective customer internet traffic to the two for the purpose of allowing the two to themselves convert interested members of the public to actual customers. This involved sending traffic directly to their websites, opening account pages, and "landing" pages that are hosted on their servers and created by the two, including all the content on them. In that fashion sometimes the first content traffic a prospective customer searching the internet on binary options would see, would be the web pages of the two. Zilmil also took and posted content from the websites of the two on blogs, including videos, and created articles to encourage interest. In creating articles of general interest, some content from the websites of the two would also occasionally be utilized by ghost writers hired by Zilmil. In effect, Zilmil acted as a third party, outsourced marketing department for the two, using materials created by them, to encourage interest by the public through articles and blogs of general interest that resulted when viewed in directing traffic to the two.

To reiterate what I said in our conversation last week, Zilmil did not ever communicate with a customer, never obtained any customer data (i.e. deposit information), and did not know the identities of customers. Any and all communications with customers was done by the call centers and sales teams of the two.

I believe this is the most that my client can provide in terms of specific information about the two subjects of the subpoena duces tecum as Zilmil truly operated as an outsourced marketing department with very little interaction with the two options offerors other than as reflected in the emails provided to you.

If you have any other questions feel free to let me know, or if you wish to speak with me further, I will arrange to find a convenient time to do so, preferably tomorrow.

John Cotton


**From:** Burden, Ashley [ABurden@CFTC.gov]
**Sent:** Monday, December 14, 2015 11:39 AM
**To:** John Cotton
**Cc:** Konizeski, Joseph; Arnold, Camille M.; Dasso, Heather N
**Subject:** Zilmil follow up

John:

I would like to touch base about the follow-up items from our last call re the subpoena to Zilmil.  Are you available to discuss today or tomorrow?

Thanks,

A


Ashley J. Burden
Senior Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St.
Suite 1100
Chicago, IL 60661
Tel. (312) 596-0693

Fax. (312) 596-0714
aburden@cftc.gov