# Exhibit 7

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
 3
 4   Commodity Futures Trading Commission, )
 5            Plaintiff,        )
 6   vs.                        ) Civil Action No.
 7   Jason B. Scharf (d/b/a Citrades.com  )    3:17-cv-774-J-32MCR
 8   and AutoTradingBinary.com); CIT      )
 9   Investmens LLC; Brevspand EOOD; CIT  )
10   Investments Ltd; A&J Media partners, )
11   Inc.; Michael Shah; and Zilmil, Inc.,)
12            Defendants.       )
13   _____ )
14
15
16        THE VIDEOTAPED RULE 30(B)(6) DEPOSITION OF
17             KEYNETICS, INC. D/B/A CLICKBANK
18             TESTIMONY OF JENNIFER JOHANNSEN
19                      JANUARY 26, 2018
20
21
22   REPORTED BY:
23   MONICA M. FUHS, CSR NO. 471
24
25   NOTARY PUBLIC
```

Page 2
```
 1      THE DEPOSITION OF JENNIFER JOHANNSEN was taken
 2   on behalf of the Plaintiff at the offices of Holland &
 3   Hart, 800 W. Main Street, Suit 1750, Boise, Idaho,
 4   commencing at 8:17 a.m. on January 26, 2018, before
 5   Monica M. Fuhs, Certified Shorthand Reporter and Notary
 6   Public within and for the State of Idaho, in the
 7   above-entitled matter.
 8
 9               APPEARANCES:
10   For the Plaintiff:
11       U.S. COMMODITY FUTURES TRADING COMMISSION
12       BY:  MR. ASHLEY J. BURDEN
13       525 West Monroe Street, Suiet 1100
14       Chicago, Illinois 60661
15       aburden@cftc.gov
16
17   For the Defendant Michael Shah and Zilmil, Inc.:
18       WIAND GUERRA KING P.A.
19       BY:  MR. PETER B. KING
20           MR. JORDAN D. MAGLICH
21       5505 w. Gray Street
22       Tampa, Florida 33609
23       pking@wiandlaw.com
24       jmaglich@wiandlaw.com
25
```

Page 3
```
 1               APPEARANCES:
 2   For Keynetics, Inc. d/b/a ClickBank and Jennifer
 3   Johannsen:
 4       HOLLAND & HART, LLP
 5       BY:  MICHAEL J. CARRIGAN
 6       555 17th Street, Suite 3200
 7       Denver, Colorado 80202
 8       mcarrigan@hollandhart.com
 9
10   For ClickBank:
11       CLICK SALES, INC.
12       BY:  MR. KIRK STERLING CHENEY
13       1444 S. Entertainment Avenue
14       Suite 419
15       Boise, Idaho 83706
16       kirk.cheney@clickbank.com
17
18   THE VIDEOGRAPHER:  M&M COURT REPORTING SERVICE
19       BY:  PATRICK RODEN
20       101 S. Capitol Boulevard, Suite 503
21       P.O. Box 2636
22       Boise, Idaho 83701-2636
23       courtreportes@m-mservice.com
24   APPEARING TELEPHONICALLY: Russell Landy
25            Ken Murena
```

Page 4
```
 1                  I N D E X
 2   TESTIMONY OF JENNIFER JOHANNSEN:         PAGE
 3   Examination by Mr. Burden                  7
 4   Examination by Mr. King                  119
 5   Further Examination by Mr. Burden        221
 6   Further Examination by Mr. King          227
 7
 8                  E X H I B I T S
 9                      CFTC
10   Exh 1 - Subpoena                           8
11   Exh 2A - Bates Stamped CS000710           32
12   Exh 2B - Bates Stamped CS000705           39
13   Exh 2C - Bates Stamped CS000706           48
14   Exh 2D - Bates Stamped CS000056           50
15   Exh 2E - Bates Stamped CS000058           83
16   Exh 2F - Bates Stamped CS000423           91
17   Exh 2G - Bates Stamped CS000704          106
18   Exh 2H - Bates Stamped CS000422          112
19   Exh 3 - Bates Stamped CS000059-337        55
20   Exh 4 - Bates Stamped CS000708-731        61
21   Exh 5 - E-mail correspondence             79
22   Exh 6 - Screen Printout                  100
23        Nickname: Cvmastered
24   Exh 7 - Screen Printout                  102
25        Nickname: Pips4idiot
```

Page 25

```
1 08:47:04  1   answer.
2 08:47:05  2       THE WITNESS:  I think they probably can find
3 08:47:07  3   it a mulititude of ways.  They can either do a search
4 08:47:11  4   for a topic that they are interested in.  Or if they
5 08:47:15  5   find an ad and just determine if they are interested in
6 08:47:19  6   it.  Those would be the two major ways.
7 08:47:23  7       Q.  (BY MR. BURDEN)  And how does a customer
8 08:47:25  8   purchase one of these digital products?
9 08:47:29  9       A.  Again, they go through the vendor's sales page
10 08:47:33 10  or pitch page.  And if they determine that they want the
11 08:47:36 11  product then they click buy or some version of a buy
12 08:47:40 12  button and that takes the customer to a ClickBank order
13 08:47:43 13  form.  And then they enter their credit card information
14 08:47:48 14  and click buy.
15 08:47:53 15      Q.  So when a customer purchases a product how is
16 08:47:59 16  that payment divided up between vendors, affiliates,
17 08:48:04 17  ClickBank itself?
18 08:48:06 18      A.  ClickBank takes the retail mark-up off the
19 08:48:12 19  top, which is the ClickBank's fee.  And that is a
20 08:48:16 20  dollar, plus seven-and-a-half percent in most cases.
21 08:48:19 21  And then the net sale is what is after that.  And that
22 08:48:22 22  is split between the vendor and the affiliate based on
23 08:48:25 23  whatever the vendor determines that commission should be
24 08:48:28 24  for the affiliate.  If there is an affiliate for the
25 08:48:32 25  sale.
```

Page 26

```
1 08:48:34  1       Q.  So how does ClickBank know where to send that
2 08:48:38  2   money?
3 08:48:39  3       A.  It goes directly into each clients account.
4 08:48:43  4   ClickBank account.  So we do payouts on a weekly or
5 08:48:48  5   biweekly basis, depending on how the vendor wants to be
6 08:48:54  6   paid out.  And so we store those funds in that ClickBank
7 08:48:59  7   account until we do settlement and pay those out.
8 08:49:02  8       Q.  So when you pay them out, these funds, where
9 08:49:07  9   do you pay it to?
10 08:49:08 10      A.  Whatever account that the vendor has
11 08:49:13 11  designated.  So we either send it by check to the
12 08:49:17 12  address listed in the ClickBank account for that
13 08:49:19 13  particular client.  Or we do ACH direct deposits if they
14 08:49:25 14  have submitted their bank account.  Or for some
15 08:49:27 15  international customers we do wires to again the bank
16 08:49:33 16  account that they have selected that we send it to.
17 08:49:38 17      Q.  So at what point does the vendor, the
18 08:49:40 18  affiliate, give you their bank account information in
19 08:49:43 19  this process?
20 08:49:44 20      A.  They submit it within their ClickBank account.
21 08:49:48 21  It defaults to check.  And then if they decide that they
22 08:49:51 22  want to be set up on ACH or wire they enter it into
23 08:49:55 23  their account at any time after they have set the
24 08:49:57 24  initial account up.
25 08:50:05 25      Would now be an okay time to take a quick
```

Page 27

```
1 08:50:08  1   break?  Just a bathroom break?
2 08:50:10  2       MR. BURDEN:  Sure.  If we can go off the
3 08:50:12  3   record.
4 08:50:13  4       THE VIDEOGRAPHER:  This is the end of file
5 08:50:14  5   number one.  The time is approximately 8:50.  And we are
6 08:50:17  6   off the record.
7 08:50:20  7       (Recess.)
8 09:02:46  8       THE VIDEOGRAPHER:  We are back on the record.
9 09:03:23  9   This is the beginning of file number two.  And the time
10 09:03:26 10  is approximately 9:03.
11 09:03:28 11      Q.  (BY MR. BURDEN)  All right, Ms. Johannsen, we
12 09:03:34 12  were talking before about ACH payments.  What is an ACH
13 09:03:38 13  payment?
14 09:03:38 14      A.  Direct deposit.
15 09:03:40 15      Q.  Are you familiar with Michael Shah?
16 09:03:52 16      A.  Just as a client.
17 09:03:54 17      Q.  Of ClickBank?
18 09:03:55 18      A.  Correct.
19 09:03:57 19      Q.  Are you familiar with Zilmil?
20 09:04:00 20      A.  Again, just as a client through ClickBank.
21 09:04:04 21      Q.  When did you first become aware of Michael
22 09:04:07 22  Shah?
23 09:04:08 23      A.  I don't remember what year that was.
24 09:04:14 24      Q.  Was it like -- it was before our case; right?
25 09:04:18 25      A.  Well before, yes.
```

Page 28

```
1 09:04:19  1       Q.  A couple years?
2 09:04:20  2       A.  Yes.
3 09:04:24  3       Q.  Why did Michael Shah come to your attention?
4 09:04:28  4       A.  He was a client with multiple ClickBank
5 09:04:32  5   accounts.  So we were aware of his products on the
6 09:04:38  6   platform.
7 09:04:40  7       Q.  What kind of things did Mr. Shah do on the
8 09:04:43  8   ClickBank affiliate marketplace?
9 09:04:45  9       A.  He acted as both a vendor and as an affiliate.
10 09:04:50 10      Q.  What kind of products did Mr. Shah offer on
11 09:04:54 11  ClickBank as a vendor?
12 09:04:56 12      A.  I believe most of them were Forex related or
13 09:05:02 13  Binary Option related.
14 09:05:04 14      Q.  What did Mr. Shah promote on ClickBank as an
15 09:05:09 15  affiliate?
16 09:05:11 16      A.  I believe some of his own products.  As well
17 09:05:14 17  as probably some others, as well.  I don't remember all
18 09:05:17 18  of them.
19 09:05:18 19      Q.  So as a vendor on ClickBank you can promote
20 09:05:22 20  your own products on ClickBank?
21 09:05:24 21      A.  So you can have affiliate accounts and vendor
22 09:05:27 22  accounts.  And you can use them interchangeably so you
23 09:05:29 23  could promote your own product.
24 09:05:31 24      Q.  During what period was Mr. Shah active as a
25 09:05:37 25  vendor on ClickBank?
```

Page 29

```
09:05:41  1    A.  I don't remember the date of his first account
09:05:45  2  bing opened.  But he was through 2013.
09:05:52  3    Q.  And why did his activities cease in 2013?
09:05:57  4    A.  We sent him an e-mail in March of 2013 that
09:06:03  5  stated because of some issues that we had had with his
09:06:08  6  accounts that he would longer be allowed to have his
09:06:12  7  accounts on the platform.  And that they were going to
09:06:15  8  be halted the next day.
09:06:17  9    Q.  And what were those issues?
09:06:19 10    A.  He had a history of having accounts in
09:06:26 11  different names.  And then he would change them to his
09:06:29 12  own name and change the products from what was
09:06:32 13  originally approved to a different product.
09:06:38 14    Q.  Is that not allowed?
09:06:39 15    A.  It's allowed unless it goes outside of our
09:06:43 16  guidelines of what we would allow on the platform
09:06:48 17  anyway.  So we would still have products that we accept
09:06:51 18  or products that we deemed appropriate for our
09:06:57 19  customers.
09:06:57 20    Q.  So what kind of -- what products did Mr. Shah
09:07:02 21  change?  Like what do you remember about that?
09:07:04 22    A.  I don't remember exact examples, but we had
09:07:09 23  recurring issues with programs that were approved and
09:07:14 24  then web pages added that were things that we didn't
09:07:19 25  think were acceptable products.
```

Page 30

```
09:07:21  1    Q.  What were some of those things that you didn't
09:07:23  2  think were acceptable products?
09:07:25  3    A.  I don't specifically remember.
09:07:28  4    Q.  Do you have any general recollection of any
09:07:31  5  details of these products?
09:07:33  6    A.  Just the product names from the things we have
09:07:38  7  submitted through the subpoena that we provided.  But I
09:07:41  8  don't remember details of any of them.
09:07:45  9    Q.  You talked about Mr. Shah changing accounts to
09:07:49 10  different names.  Can you expound on that for me,
09:07:52 11  please?
09:07:52 12    A.  Yeah.  There is a lot of names that we were
09:07:55 13  able to tie together that were linked to his main
09:07:59 14  account that were under different names such as Ashley
09:08:04 15  Baker.  There were some other names.  They are all in
09:08:08 16  the documents that we'll review.
09:08:15 17    Q.  So was it that -- I'm trying to get a sense of
09:08:17 18  what was changed.  Like did Mr. Shah use some other name
09:08:21 19  and change it to his?  Or vice versa?  What was the
09:08:24 20  change?
09:08:24 21    A.  Typically they were accounts that were signed
09:08:26 22  up in a different name.  And then were changed to his or
09:08:30 23  linked to an account that was his.
09:08:32 24    Q.  When you say linked to an account that was
09:08:34 25  his, what does that mean?
```

Page 31

```
09:08:36  1    A.  So we have different ways of linking accounts.
09:08:38  2  One is we have what is called a master account that the
09:08:41  3  client actually sets up and links some of their other
09:08:46  4  accounts to that master account.  That is how they can
09:08:51  5  group different accounts together themselves.  We also
09:08:54  6  have something called Credme, which is something on our
09:09:00  7  back end that groups accounts together based on
09:09:03  8  different things like payee name -- a combination of
09:09:07  9  different things.  Payee name or tax ID information.
09:09:12 10  And that is -- we get a list of those.  And then we have
09:09:15 11  an administrator go through and determine if they
09:09:17 12  actually seem to be related accounts or not.
09:09:22 13        MR. KING:  I'm sorry.  You said Craigme?
09:09:25 14        THE WITNESS:  Credme.
09:09:28 15        MR. KING:  Credme.  Sorry.
         16        THE WITNESS:  That's all right.
09:09:29 17        MR. KING:  No wonder it didn't make sense to
09:09:31 18  me.
09:09:33 19        MR. CARRIGAN:  C-r-e-d-m-e.
09:09:36 20    Q.  (BY MR. BURDEN)  So after 2013 when Mr. Shah
09:09:39 21  was kicked off of ClickBank did he abide by the ban?
09:09:45 22    A.  I believe there were some things shortly
09:09:49 23  after.  I think it was in May of 2013 where I sent a
09:09:52 24  followup e-mail that stated that we had noticed ongoing
09:09:58 25  account sign-ups.  But I don't think he has been on
```

Page 32

```
09:10:03  1  since that final.  We paid out the remaining balances.
09:10:08  2  And I don't believe he has been on since.
09:10:39  3    Q.  Ms. Johannsen, I want to show you what we are
09:10:43  4  marking for identification as CFTC Exhibit 2A.
         5        (Exhibit 2A marked.)
09:10:58  6    Q.  (BY MR. BURDEN)  Can you identify this
09:10:59  7  document?  Can you tell me what it is?
09:11:00  8    A.  I can.  This is a list of --
09:11:04  9        MR. CARRIGAN:  Pardon me, Counsel, so that I
09:11:05 10  can keep track.  Can you reference the Bates numbers of
09:11:08 11  the production whenever you designate an exhibit,
09:11:11 12  please.
09:11:11 13        MR. BURDEN:  Will do.  So CFTC Exhibit 2A is
09:11:16 14  Bates No. CS000710.
09:11:28 15        MR. CARRIGAN:  So 710?
09:11:29 16        MR. BURDEN:  Correct.
09:11:30 17    Q.  (BY MR. BURDEN)  Do you recognize this
09:11:31 18  document?
09:11:31 19    A.  I do.
09:11:32 20    Q.  Can you tell me what it is?
09:11:34 21    A.  Yes.  This is a list of the amount earned and
09:11:38 22  paid out for each product listed within accounts that we
09:11:43 23  identified as Michael Shah or Zilmil's accounts.
09:11:48 24    Q.  And is this a complete and correct copy of a
09:11:51 25  list of payments for products sold?
```

Page 61

```
09:54:46  1    Q.  Is the data represented in Exhibit 3 that we
09:54:50  2  see in these screen shots, is that a complete and
09:54:53  3  accurate representation of the account information on
09:54:56  4  ClickBank's system?
09:54:59  5    A.  It is.
09:55:01  6    Q.  Was it modified by you or anybody else?
09:55:03  7    A.  No.
09:55:04  8    Q.  Is the data maintained on ClickBank's system
09:55:09  9  in the course of regularly conducted activity?
09:55:11 10    A.  It is.
09:55:12 11    Q.  And this is something that ClickBank collects
09:55:15 12  and maintains in the ordinary course of running its
09:55:18 13  affiliate marketing network?
09:55:19 14    A.  It does.
09:55:20 15    Q.  And what does it use the data for?
09:55:22 16    A.  We use this for everything that we do on the
09:55:25 17  platform.  So if we have account questions, if we
09:55:30 18  have -- if we need to contact a client we look up the
09:55:34 19  client this way and get their contact information.  We
09:55:37 20  store their payment information within these accounts.
09:55:42 21  It is how we look up anything we need to for the client
09:55:47 22  or on our side that we need to know about the client.
09:57:41 23         (CFTC Exhibit 4 marked.)
09:57:47 24    Q.  (BY MR. BURDEN)  I want to hand you what I
09:57:48 25  have marked as CFTC Exhibit 4.
```

Page 62

```
09:58:13  1    A.  Okay.
09:58:26  2         MR. MURENA:  That was my lawyer Russell Landy
09:58:30  3  jumping off the call.
09:58:33  4         MR. CARRIGAN:  Thank you.
09:58:34  5    Q.  (BY MR. BURDEN)  Ms. Johannsen, do you
09:58:36  6  recognize Exhibit 4?
09:58:38  7    A.  Yes.
09:58:39  8    Q.  Can you tell me what it is?
09:58:42  9         MR. CARRIGAN:  Can we have a Bates range,
         10  please?
09:58:45 11         MR. BURDEN:  Oh, sorry.  Bates range is CS708
09:58:47 12  through 731.  This is all one document.  It is not a
09:58:51 13  group of exhibits.
09:58:52 14         MR. CARRIGAN:  Okay.
09:58:53 15         THE WITNESS:  This was a request on the
09:58:56 16  subpoena to produce the e-mail correspondence between
09:59:01 17  Michael Shah and myself.
09:59:04 18    Q.  (BY MR. BURDEN)  And so these are e-mails sent
09:59:07 19  and received by you; correct?
09:59:08 20    A.  Correct.
09:59:14 21    Q.  So let's start at the back, if we could,
09:59:17 22  please, and move forward since that is the way it
09:59:20 23  goes --
09:59:21 24    A.  Okay.
09:59:22 25    Q.  -- when you print them out.  I want to direct
```

Page 63

```
09:59:26  1  your attention, if I could, please, to the first e-mail
09:59:29  2  in the chain.  It is at page 729.  CS729.  Are you
09:59:38  3  there?
09:59:38  4    A.  I am.
09:59:40  5    Q.  So this is an e-mail from you to
09:59:45  6  zilmilinc@yahoo.com dated March 4, 2014.  You say,
09:59:50  7  "Mike, due to on-going concerns about your products,
09:59:53  8  promotional techniques and accounting activity, our
09:59:57  9  Compliance Committee decided to suspend all of your
09:59:58 10  accounts at 4 pm Mountain Time tomorrow.  Suspending
10:00:01 11  means we will halt sales for any vendor accounts, block
10:00:05 12  hops, and hold all funds for 90 days to ensure we have
10:00:09 13  held for refunds and chargebacks."
10:00:14 14         What is a block hop?
10:00:16 15    A.  That means that HopLink from an affiliate
10:00:21 16  would go to a disabled HopLink notice instead of going
10:00:27 17  to the page.
10:00:30 18    Q.  So what does that mean in practice?
10:00:32 19    A.  It just means that a customer wouldn't be able
10:00:35 20  to get to the vendor's page to make that purchase.
10:00:40 21    Q.  I know I have asked you this before.  You say
10:00:42 22  due to ongoing concerns about your products, promotional
10:00:44 23  techniques, and account activity your suspending these
10:00:48 24  activity.  Do you recall anything about -- what was
10:00:51 25  going on here?  What were the concerns about products,
```

Page 64

```
10:00:53  1  promotional techniques, and accounting activity?
10:00:56  2    A.  There were several different issues I think
10:00:59  3  that had been going on.  The one most concerning was
10:01:04  4  having products changed after they were approved or
10:01:09  5  names changed from an account that wasn't initially
10:01:14  6  under Zilmil.  And then it was changed so it looked like
10:01:21  7  an account was under a new client or a different client.
10:01:24  8  And then it would get changed to Zilmil, which had had
10:01:28  9  issues with quality rates or problematic products as far
10:01:34 10  as customer complaints.  So we tied them all together
10:01:38 11  and decided to halt the sales in all of them.
10:01:41 12    Q.  So what do you mean quality rates?
10:01:44 13    A.  Refund and charge back rates.
10:01:47 14    Q.  Do you recall anything about Zilmil's refund
10:01:51 15  and charge back rates?
10:01:52 16    A.  I don't offhand.
10:01:57 17    Q.  Were they high?  Were they low?
10:01:58 18    A.  They were high.
10:02:05 19    Q.  So why -- I mean, do you have any insight into
10:02:11 20  why these accounts were started in somebody else's name
10:02:14 21  and then changed to Zilmil?  Why would somebody do that?
10:02:21 22    A.  Our rules at that time -- and have been
10:02:25 23  slightly modified, but are still more or less the
10:02:27 24  same -- is if an account owner had had multiple products
10:02:33 25  with ongoing issues then we would not accept new
```