## DECLARATION OF HEATHER N. DASSO
## PURSUANT TO 28 U.S.C. § 1746

I, Heather N. Dasso, hereby make the following declaration based upon my personal knowledge:

### A.  Background

1.      I am employed with the Commodity Futures Trading Commission ("Commission") as a Futures Trading Investigator in the Division of Enforcement ("Division"). I have worked as a Futures Trading Investigator for the Commission since September 2009. Prior to joining the Commission, I held the position of Senior Manager, Investigations at National Futures Association ("NFA[1]").  I have a Bachelor of Business Administration degree in Accounting from the University of Iowa and am a Certified Fraud Examiner.  My responsibilities as a Futures Trading Investigator include investigations of registered and unregistered commodity futures and options trading firms and individuals located or conducting business in the United States, in order to ensure compliance with and enforcement of the Commodity Exchange Act and Commission Regulations.  In connection with these responsibilities, I routinely conduct background research, gather information and records, review and analyze financial and trading records, prepare summaries of analyses and research findings, and review registration information.

2.      From October 2015 to the present, I have participated in an investigation initiated by the Division involving Zilmil, Inc. ("Zilmil") and Michael Shah ("Shah").

---

[1] NFA is the industry wide, self-regulatory organization for the U.S. futures industry.  NFA regulates every firm or individual who conducts futures trading business with public customers and performs investigations and audits of these firms and individuals to ensure compliance with NFA rules.

3.      During the course of the investigation and ongoing litigation, I have, among other things:

- Conducted and participated in interviews of retail customers who invested in binary options websites through a marketing campaign associated with the Zilmil Defendants;

- Reviewed documents provided to the Division by retail customers who invested in binary options websites through a marketing campaign associated with the Zilmil Defendants;

- Reviewed the websites, promotional materials and email marketing materials published by the Zilmil Defendants;

- Reviewed documents provided to the Commission from various third parties, including but not limited to corporate banking information, financial information, correspondence, skype chats, videos and emails;

- Participated in the investigative testimony and depositions of various third parties and review documents obtained by the parties; and

- Reviewed and summarized voluminous records received by the Commission by third parties.

**B.      How the Commission Became Aware of Zilmil**

4.      In 2015, the Division was investigating two binary options websites called Vault Options ("Vault") and Global Trader 365 ("GT 365").  During the course of the investigation, Staff noticed payments to Zilmil from Targeted Marketing Solutions Limited ("Targeted Marketed Solutions"), a payment conduit for Vault and GT 365, totaling $367,200.

2

5.     On October 30, 2015, the Commission served Zilmil with a subpoena for documents in the investigation titled "in re Vault Options".[2]

6.     The subpoena to Zilmil in the Vault investigation requested all documents relating to Vault, GT 365 or Targeted Marketing Solutions.  In response, Zilmil, through its attorney John Cotton ("Cotton"), produced emails and financial transfer documents between Zilmil and Vault, GT 365 and Targeted Marketing Solutions.  Zilmil produced approximately 60 pages of documents in response to the subpoena.  Those documents included email correspondence between Zilmil and the operators of Vault and GT 365.  A true and correct copy of the correspondence is attached hereto as **Exhibit A**.

  i.    These emails show that Zilmil was directing customers to Vault, GT 365, Trader XP and TradeRush.  Vault, GT 365, Trader XP and TradeRush are all unregistered binary options websites.

 ii.    These emails show that the operators of these websites were paying Zilmil $450 for every first time depositor ("FTD").

iii.    These emails show that hundreds of people deposited money with these binary options firms as a result of Zilmil's marketing activities.

7.     Zilmil, through attorney Cotton, provided cover letters and responses to certain Commission inquiries.  On November 24, 2015, Cotton sent the Commission an email attaching a list of wire transfers.  In the email, Cotton explained that payments from Targeted Marketing

---

[2] The investigation and subsequent litigation of Vault Options resulted in Judge John Z. Lee of the U.S. District Court of the Northern District of Illinois entering an Order of Final Judgement by Default that required Defendants Vault and GT 365, two Israeli web-based binary options firms, to pay more than $4.5 million for unlawful off-exchange binary options trading, fraud and registration violations.

Solutions and Delano Alliance reflect payments from Vault and GT 365, respectively.  A true and correct copy of that email is attached hereto as **Exhibit B**.

8.      On December 14, 2015, Cotton sent the Commission an email explaining Zilmil's relationship with Vault and GT 365.  In the email, Cotton stated that Zilmil "assisted in getting prospective customer internet traffic to the two [Vault and GT 365] for the purpose of allowing the two to themselves convert interested members of the public to actual customers."  A true and correct copy of that email is attached hereto as **Exhibit C**.

9.      On January 4, 2016, the Commission sent a subpoena for investigative testimony to Michael Shah.  During testimony, Shah refused to explain or provide any information with respect to his work for Vault, GT 365, or with respect to binary options, or with respect to the sources of his income.  Shah invoked the Fifth Amendment against self-incrimination in response to every substantive question he was asked during the testimony.

10.      After that, the Division opened its own investigation into Zilmil and Shah's activities.

### C.  Zilmil's Productions During the Commission's Investigation

11.      On February 4, 2016, the CFTC served Zilmil with a subpoena for documents in the investigation titled "in re Zilmil"  Among other items, the subpoena requested all documents relating to certain entities and persons that made payments to Zilmil.  The subpoena referred to these collectively as "Enumerated Persons".

12.      Zilmil produced documents in response to the subpoena in a folder structure, with each folder corresponding to an Enumerated Person.  As Zilmil's counsel explained in a cover letter, each folder contained documents related to the Enumerated Person.  The production was overall incomplete, but Zilmil did produce numerous documents related to binary options

websites as well as communications between itself and the operators of unregistered binary

options websites.  Zilmil's production included the following for the Enumerated Persons

referenced below:

    i.    Banc de Binary

        a.    This folder included email correspondence between Zilmil and the

            operators of the Banc de Binary websites which related to FTDs and

            payments, as well as invoices that show payments for "conversions".

            It also included a document listing the landing pages for Banc de

            Binary and screen captures and banner advertisements which showed

            Banc de Binary is a binary options website.  True and correct copies of

            a sample of the documents are attached hereto as **Exhibit D**.

    ii.    TraderXP LTD ("TraderXP")

        a.    This folder included email correspondence from the operators of the

            TraderXP website, promotional materials from the TraderXP website

            which showed TraderXP is a binary options website, a document

            showing landing pages for TraderXP, and phone stats referring to

            FTDs.  True and correct copies of a sample of the documents are

            attached hereto as **Exhibit E**.

    iii.    Brevspand

        a.    This folder contained a document showing landing pages for Citrades

            as well as various banner advertisements and screen captures from the

            Citrades website.  It also contained email correspondence with Jason

            Scharf ("Scharf"), the operator of the Citrades website that referenced

banking information and wire details.  True and correct copies of a sample of the documents are attached hereto as **Exhibit F**.

iv.    Binary Investments Global Limited

    a.    Among other things, this folder contained a document showing landing pages for OptionMint as well as screen captures of the OptionMint website which showed OptionMint is a binary options website.  True and correct copies of a sample of the documents are attached hereto as **Exhibit G**.

v.    Edburke Investments LTD ("Edburke")

    a.    This folder contained a document that showed landing pages for www.trbinaryoptions.com as well as screen captures and banner advertisements for TradeRush, a binary options website.  True and correct copies of a sample of the documents are attached hereto as **Exhibit H**.

vi.    LFG Investment LTD ("LFG")

    a.    This folder contained a document that showed landing pages for optionrally.com as well as screen captures from the website that showed OptionRally is a binary options website.  True and correct copies of a sample of the documents are attached hereto as **Exhibit I**.

vii.    Zulutoys Limited ("Zulutoys")

    a.    This folder contained correspondence from RBOptions, a document that showed the landing pages for rboptions.com and rboptions.org, and screen captures of the RBOptions website that showed it is a

binary options website.  True and correct copies of a sample of the

documents are attached hereto as **Exhibit J**.

viii.  Bloombex LTD ("Bloombex")

a.  This folder contained correspondence from Bloombex Options, a

document that showed the landing page as bloombex-options.com as

well as screen captures of the Bloombex Options website which

reflected it is a binary options website.  True and correct copies of a

sample of the documents are attached hereto as **Exhibit K**.

ix.  Platinum Dome

a.  This folder contained a document that showed the landing pages for

redwoodoptions.com and screen captures from the Redwood Options

website which reflected it is a binary options website.  True and

correct copies of a sample of the documents are attached hereto as

**Exhibit L**.

x.  Greymountain Management Limited ("Greymountain")

a.  This folder included screen captures for the website of Bee Options,

which showed that Bee Options is a binary options website.  True and

correct copies of a sample of the documents are attached hereto as

**Exhibit M**.

xi.  Old Square Holdings Limited

a.  This folder included screen captures and promotional material for

Amber Options which reflected that Amber Options is a binary options

website.  True and correct copies of a sample of the documents are

attached hereto as **Exhibit N**.

    xii.    Dolce Formula LTD

        a.    This folder included screen captures of the optionxo.com website

which reflected that OptionsXO is a binary options website.  True and

correct copies of a sample of the documents are attached hereto as

**Exhibit O**.

    xiii.    YTF Trade Limited ("YTF")

        a.    Among other things, documents in the YTF folder included an email

from a representative of TraderXP, a binary option website as stated

above, showed a payment to Zilmil by YTF.  As such, YTF appears to

be a payment conduit for TraderXP.  A true and correct copy of the

email is attached hereto as **Exhibit P**.

**D.  <u>Additional Zilmil Relationships</u>**

13.    During the course of the investigation and subsequent litigation, the Division has

reviewed voluminous records produced by dozens of third parties as well as conducted

interviews and depositions of numerous third parties.   As a result we have determined the

following entities which deposited money in Zilmil's bank accounts are related to binary options:

    i.    Natmark

        a.    Wire advices and records obtained during the investigation reflect

that payments from Natmark are from a binary options website

called SpotFN.

ii.   ClickSure

a.   During the investigation and subsequent discovery, the Division learned that payments from ClickSure are comprised of payments from binary options websites, who credit the accounts at ClickSure with commissions for FTDs.  For Zilmil and Shah, we understand that substantially all of these payments represent commissions from binary options marketing. See Grayson Test. At 22:15-22:22 and Barrett Test. At 34:4-35:1, attached hereto as **Exhibit Q**.

iii.   Affiliomania and Wise Group Media

a.   During the investigation and subsequent discovery, the Division has learned that Affiliomania and Wise Group Media are "aggregators", as it is referred to in the binary options industry, and they essentially act as payment conduits for binary options websites to transfer commissions to affiliates like Zilmil. See Barrett Test at 50:6-53:15.

E.   **Zilmil's Gain From Its Binary Option Fraud**

14.   The receiver in this action undertook a financial analysis of the Zilmil Defendants' bank accounts.

15.   Based on the foregoing, the Division determined that the following amounts paid to Zilmil were for FTDs from binary options websites:

| Received From | Total Amount Received by Zilmil |
|---|---|
| A & J Media Partners | $112,000.00 |
| Banc de Binary | $881,703.00 |
| Binary Investments Global Limited | $212,990.00 |
| Bloombex LTD | $6,250.00 |
| Brevspand LTD | $244,830.00 |
| CIT Investments LLC | $65,000.00 |
| Delano Alliance | $536,470.00 |
| Dolce Formula LTD | $64,966.20 |
| Edburke Investments LTD | $996,334.09 |
| Greymountain Management Limited | $43,975.00 |
| LFG Investment LTD | $38,680.00 |
| Natmark | $752,700.00 |
| Old Square Holdings Limited | $60,000.00 |
| Platinum Dome Investments | $43,780.00 |
| Targeted Marketing Solutions | $432,950.00 |
| TraderXP | $380,274.00 |
| YTF Trade Limited | $1,328,856.38 |
| Zulutoys Limited | $68,850.00 |
| | |
| ClickBank | $619,147.36 |
| ClickBetter | $296,989.79 |
| ClickSure | $10,657,237.15 |
| | |
| Affiliomania | $66,051.00 |
| Wise Group Media | $761,760.00 |
| | |
| **Total** | **$18,671,793.97** |

**F.   Registration Status of the Binary Options Websites**

16.     Based on the foregoing, it appears that Shah directed FTDs to the following binary options websites:

      i.    Vault Options

     ii.    Global Trader 365

    iii.    TraderXP

    iv.    Trade Rush

    v.    Banc de Binary

    vi.    Citrades

    vii.    OptionMint

    viii.    OptionRally

    ix.    RBOptions

    x.    Bloombex Options

    xi.    Redwood Options

    xii.    BeeOptions

    xiii.    Amber Options

    xiv.    OptionsXO

    xv.    SpotFN

    xvi.    LBinary[3]

17.    NFA is responsible for the registration of Future Commission Merchants, Introducing Brokers and others who would offer binary options to the public.  On June 20, 2018, I sent a request to NFA asking for the registration status of the aforementioned firms as well as other firms discovered during the course of the investigation and discovery that we believe Zilmil had a relationship with.  On June 27, 2018, NFA confirmed that none of these firms are or were ever registered to offer or enter into binary options contracts.  True and correct copies of NFA's record certifications are attached hereto as **Exhibit R**.

---

[3] Customer V. Tate, a declarant in this motion, indicated she was solicited by 2014 Millionaire, a known Zilmil campaign, to open an account with LBinary, a binary options website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2018

Heather N. Dasso

# EXHIBIT A



Mike Shah <zilmilinc@gmail.com>

**?**

---

**Zilmil Inc** <zilmilinc@gmail.com>                                    Wed, Jun 5, 2013 at 9:38 AM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

Yea sore throat cough cold .. the whole nine yards

Going to montreal canada, got relatives there!

But yea we need to shift to weekly asap, and I get the merchant issue but not really relevant as you can pay
from our previous depositers, etc.. cuz cash flow has been established anyways...good to go on this?

Thanks
Mike

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: David - Global Trader 365 <david@globaltrader365.com>
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

?

**David - Global Trader 365** <david@globaltrader365.com>                 Wed, Jun 5, 2013 at 9:44 AM
To: Zilmil Inc <zilmilinc@gmail.com>

not going to be able to switch to weekly at this point.  going to need a month to put in place.
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

**?**

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                     Wed, Jun 5, 2013 at 9:47 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Ok, besides the current campaign which is doing really well, I'll have
to wait and transfer the upcoming new campaigns to a different broker
until you can have it in place, as I had 1-2 launches in the coming
weeks.

Let me know ASAP when it's in place. You are saying beginning of July?

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

---

**?**

---

**David - Global Trader 365** <david@globaltrader365.com>          Wed, Jun 5, 2013 at 9:51 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

yes.  If you dont know by now that I pay my bills though I am bit insulted.  You know me better than that.

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

---

**?**
17 messages

---

**Zilmil Inc** <zilmilinc@gmail.com>                                   Wed, Jun 5, 2013 at 6:59 AM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

> ?
>
> From my Android phone on T-Mobile. The first nationwide 4G network.

---

**David - Global Trader 365** <david@globaltrader365.com>              Wed, Jun 5, 2013 at 7:09 AM
To: Zilmil Inc <zilmilinc@gmail.com>

The funds will not be available until the 9th.  If I could have done it earlier for you I would but its not possible.
This is just a function of how our company manages its finances.  All of our Affiliates are paid by the 10th.

Lets grab a few minutes by phone.  Are you available now?

David
[Quoted text hidden]

---

**Zilmil Inc** <zilmilinc@gmail.com>                                   Wed, Jun 5, 2013 at 8:55 AM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

Traveling actually so hard to talk and plus I have no voice (sick)

So we can just exchange emails anyways.

Thanks for clarifying for the 9th, however we need to get on weekly payment schedule depending on amounts,
so please sort that..

Thanks
Mike

From my Android phone on T-Mobile. The first nationwide 4G network.

[Quoted text hidden]

---

**David - Global Trader 365** <david@globaltrader365.com>              Wed, Jun 5, 2013 at 9:12 AM
To: Zilmil Inc <zilmilinc@gmail.com>

Traveling and sick sucks!!

Where are you?  Anyplace exciting?

Out of the 3 CC processors we use only one sends us the money weekly.  The others send on a 30 day delay
and then weekly.  This is why the cash flow is tight.  Working with another bank now for weekly deal and that
should be good this month.  This will continue to loosen up the sched on payments.

---

[Quoted text hidden]

---

**Zilmil Inc** <zilmilinc@gmail.com>                                    Wed, Jun 5, 2013 at 9:38 AM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

Yea sore throat cough cold .. the whole nine yards

Going to montreal canada, got relatives there!

But yea we need to shift to weekly asap, and I get the merchant issue but not really relevant as you can pay
from our previous depositers, etc.. cuz cash flow has been established anyways...good to go on this?

Thanks
Mike

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: David - Global Trader 365 <david@globaltrader365.com>
[Quoted text hidden]

---

**David - Global Trader 365** <david@globaltrader365.com>              Wed, Jun 5, 2013 at 9:44 AM
To: Zilmil Inc <zilmilinc@gmail.com>

not going to be able to switch to weekly at this point.  going to need a month to put in place.
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                            Wed, Jun 5, 2013 at 9:47 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Ok, besides the current campaign which is doing really well, I'll have
to wait and transfer the upcoming new campaigns to a different broker
until you can have it in place, as I had 1-2 launches in the coming
weeks.

Let me know ASAP when it's in place. You are saying beginning of July?
[Quoted text hidden]

---

**David - Global Trader 365** <david@globaltrader365.com>              Wed, Jun 5, 2013 at 9:51 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

yes.  If you dont know by now that I pay my bills though I am bit insulted.  You know me better than that.
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                            Wed, Jun 5, 2013 at 9:56 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Theres no insult, can't help with that. Like you, we have to pay bills
as well...

And we are now putting a lot of money in PPC which they charge us daily basically, so can't run those campaigns if payments are a month out…

And either way, we have all of our brokers now on weekly payments, safer and helps us run more money through PPC.

Hence why, I have to shift this month's new campaigns to TradeRush/TraderXP, and then we can figure July when you guys are ready!

Let me know when you can implement that!

On Wed, Jun 5, 2013 at 9:51 AM, David - Global Trader 365
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Sun, Jun 9, 2013 at 4:26 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Hey man - hope US is treating you well!

Can you make sure the payment gets out when the banks open monday morning?

Thanks dude,
Mike
[Quoted text hidden]

---

**David - Global Trader 365** <david@globaltrader365.com>      Sun, Jun 9, 2013 at 10:26 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Of couse. I'll confirm with you when it's done.
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Mon, Jun 10, 2013 at 2:39 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Thanks!

On Sun, Jun 9, 2013 at 10:26 AM, David - Global Trader 365
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Mon, Jun 10, 2013 at 12:56 PM
To: David - Global Trader 365 <david@globaltrader365.com>

Sent?
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Wed, Jun 12, 2013 at 4:08 AM
To: David - Global Trader 365 <david@globaltrader365.com>

?
[Quoted text hidden]

---

**David - Global Trader 365** <david@globaltrader365.com>      Wed, Jun 12, 2013 at 6:29 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

It was sent 2 days ago. Have you not received it?

[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>             Wed, Jun 12, 2013 at 1:27 PM
To: David - Global Trader 365 <david@globaltrader365.com>

Nope nothing yet :(

On Wed, Jun 12, 2013 at 6:29 AM, David - Global Trader 365
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>             Wed, Jun 12, 2013 at 1:27 PM
To: David - Global Trader 365 <david@globaltrader365.com>

How much was it for again?
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

## call me ▓▓▓▓ 2415
5 messages

**David - Global Trader 365** <david@globaltrader365.com>                    Mon, Jul 8, 2013 at 9:52 AM
To: Mike Shah <zilmilinc@gmail.com>

Going to be running around today and not at my desk.

Call me so we can sort the duplicates and i can send the payment.

David

**Zilmil Inc** <zilmilinc@gmail.com>                                          Mon, Jul 8, 2013 at 1:47 PM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

In and out .. but send the resr n dup payment n stuff we can discuss later

From my Android phone on T-Mobile. The first nationwide 4G network.
[Quoted text hidden]

**David - Global Trader 365** <david@globaltrader365.com>                    Mon, Jul 8, 2013 at 2:40 PM
To: Zilmil Inc <zilmilinc@gmail.com>

What do you think about $150 on duplicates.

Let me know so I can send te wire.

When is the next campaign starting?  What do you think about payment every 75 ftd.
[Quoted text hidden]

**Zilmil Inc** <zilmilinc@gmail.com>                                          Mon, Jul 8, 2013 at 2:52 PM
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: david@globaltrader365.com

We will discuss dups n rest later, out n about so harder to msg/email, wire out the remainiing funds etc...

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: David - Global Trader 365 <david@globaltrader365.com>
[Quoted text hidden]

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                   Tue, Jul 9, 2013 at 2:22 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Btw wire sent?
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

# Fwd: Calls Report for VaultOptions M_2
6 messages

**royb** <RoyB@traderxp.com>                                    Sun, Sep 29, 2013 at 12:37 PM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

Hey mike,

Please see below the so far report for the m2 campaign. As you can see all leads were contacted on an average of 3 times and  1032 out of the 1821 are still on a call again status which means that we will 100% convert more people out of it

The only ones that were not contacted Shem making this report few hours ago are the ones that came in over the weekend when we have smaller staff. They will all be contacted within the next few hours too.

| Status | Customers Number | Average number of comments |
|--------|------------------|----------------------------|
| notIntrested | 19 | 1.84 |
| noCall | 21 | 2.67 |
| new | 79 | 0.04 |
| checkNumber | 83 | 2.18 |
| inTheMoney | 184 | 7.43 |
| noAnswer | 403 | 3.06 |
| callAgain | 1032 | 2.51 |
| Total | 1821 | 3.0 |

Let me know if this helps getting a better idea of the campaign and if you need anything else. I will update you with the numbers here every couple of days if you want, as we watch it closely.

Thanks
Roy.

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                      Sun, Sep 29, 2013 at 12:45 PM
To: royb <RoyB@traderxp.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

Do you have the report for the M1 campaign and also the zillaed campaign?
[Quoted text hidden]

**royb** <RoyB@traderxp.com>                                    Sun, Sep 29, 2013 at 12:50 PM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

Yea I can get that too but I need my Laptop for that and this will take few hours.  I'll try to send it later.

נשלח מה-iPad שלי

כתב/ה: <zilmilinc@gmail.com> "Zilmil Inc (Mike)"‏‎ ,29-‏ב‏ ,2013 בספט 29-‏ב, בשעה 19:45

[Quoted text hidden]

---

**royb** <RoyB@traderxp.com>                         Sun, Sep 29, 2013 at 4:14 PM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

Hi. I'll have the report in few hours as I'm having problem log in to the system from home. I'll send it as,soon as I can. As per the the daily limit we're safe to say that we can handle about 300 leads in each brand everyday so a total of 900 or even 1000 can be processed. I'll let you know soon what is the best third brand we should aim for, besides global and vault.

Thanks,
Roy.

נשלח מה-iPad שלי

כתב/ה: <zilmilinc@gmail.com> "Zilmil Inc (Mike)"‏‎ ,29-‏ב, בשעה 19:45 בספט 2013‏‎

[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                   Mon, Sep 30, 2013 at 3:15 AM
To: royb <RoyB@traderxp.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

KK let me know!
[Quoted text hidden]

---

**royb** <RoyB@traderxp.com>                         Mon, Sep 30, 2013 at 4:37 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>, "Eli Shlush <eli. shlush@gmail. com>" <eli.shlush@gmail.com>

Hey Mike, here are the reports for the other 2 campaigns

You can see that on M1 it's pretty similar to M2 in terms of covering the leads (but conversion is twice as good)

Again, the fact that almost 50% of the leads are on call again status means that we will have many more conversions from the leads we already have – and as you can see there's only 1 lead that is not relevant at this point – which is great!

(also note that there are in fact 74 ftd's in this campaign so far – so not all the depositors status was changes yet)

Calls Report for VaultOptions M_1

| Status | Customers Number | Average number of comments |
|---|---|---|

| notIntrested | 1 | 3.0 |
| noCall | 3 | 2.0 |
| checkNumber | 11 | 1.55 |
| new | 38 | 0.05 |
| inTheMoney | 44 | 4.59 |
| noAnswer | 53 | 2.19 |
| callAgain | 126 | 2.44 |
| Total | 276 | 2.37 |

from obvious reasons zillead is on a second priority right now cause we want to get the hot leads first -- I believe that we will catch this gap during the next couple of days (so far 15 FTDs).

Note that many of these leads were still didn't delivered to the sellers – so the numbers are a bit misleading in this case

Calls Report for  VaultOptions zillead

| Status | Customers Number | Average number of comments |
|---|---|---|
| checkNumber | 1 | 2.0 |
| noCall | 2 | 1.5 |
| noAnswer | 4 | 2.75 |
| inTheMoney | 13 | 5.23 |
| callAgain | 181 | 1.64 |
| new | 814 | 0.0 |
| Total | 1015 | 0.38 |

Thanks,

Roy

**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Monday, September 30, 2013 10:16 AM
**To:** royb
**Cc:** Scott Port - TraderXP; Eli Shlush <eli. shlush@gmail. com>
**Subject:** Re: Calls Report for VaultOptions M_2

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

# Fwd: The updated link
7 messages

**David Global Trader 365** <david@globaltrader365.com>                    Thu, Mar 14, 2013 at 12:43 PM
To: Mike Shah <zilmilinc@gmail.com>

Hey Mike.

Here is the link for the LP.

I'm calling you in 5.

http://lp.globaltrader365.com/lp3/?campaign=150



**image001.jpg**
9K

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Thu, Mar 14, 2013 at 12:46 PM
To: David Global Trader 365 <david@globaltrader365.com>

rest of pages.. i esp need reistration page
[Quoted text hidden]

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Thu, Mar 14, 2013 at 11:28 PM
To: David Global Trader 365 <david@globaltrader365.com>

Any idea on 39 regs vs 4 deposits?

 -- Had 62 regs for like 6.5k today on traderush
[Quoted text hidden]

**David Global Trader 365** <david@globaltrader365.com>                    Fri, Mar 15, 2013 at 1:35 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

We were all over it like usual. We had a great day yesterday in general. My guys were strong.

Most of these people were at trade rush and didn't deposit there as well.  At least thats what a few told us.
They've been called and mailed. We are on top of them.

Sent from my iPhone
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>         Sun, Mar 17, 2013 at 11:53 PM
To: David Global Trader 365 <david@globaltrader365.com>

Yea, more registrations, but % to deposit is pretty low so far, just
make sure all these people are being hammered for deposits etc...

Any word on the pages man?
[Quoted text hidden]

---

**David Global Trader 365** <david@globaltrader365.com>      Mon, Mar 18, 2013 at 2:42 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

I am heading to spot in the am to check on the upload. Should be today.

Sent from my iPad
(excuse the spelling, or oddly auto corrected words)
[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>        Mon, Mar 18, 2013 at 11:08 PM
To: David Global Trader 365 <david@globaltrader365.com>

Hows this going?

On Mon, Mar 18, 2013 at 2:42 AM, David Global Trader 365
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

## Having fun in Vegas?

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                    Fri, May 31, 2013 at 6:30 PM
To: David Global Trader 365 <david@globaltrader365.com>

Btw can you get the payments for May out first thing on monday when
bank opens? Thanks!

Will probably shift to weekly payments depending on each weeks
amounts, doing that with every broker.

Sent you guys decent traffic/deposits past 2 weeeks!

On Thu, May 30, 2013 at 3:21 PM, David Global Trader 365
[Quoted text hidden]

 by Google

Mike Shah <zilmilinc@gmail.com>

**Here is the first LP...**

**David Global Trader 365** <david@globaltrader365.com>
To: Mike Shah <zilmilinc@gmail.com>

Just waiting for confirmation that its been uploaded and test the reg form.

What do you think.

David




















Results depend on realtime asset prices, option expiration time (5 min to 30 days) and you may forfeit a portion of your initial investment if the trad
money. Trading Binary Options requires a level of experience and can be very risky.  Most importantly, do not invest money that you can not afford t
participate in binary options trading if you are of legal age and if it is legally allowed in the jurisdiction from which you are accessing the binary t

Top traded assets at GlobalTrader365.com

















Mike Shah <zilmilinc@gmail.com>

## Here is the first LP...

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                              Tue, Mar 5, 2013 at 3:56 PM
To: David Global Trader 365 <david@globaltrader365.com>

hmm seems ok, prob should emphasize bonus on it too right?

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

## Here is the first LP...

**David - Global Trader 365** <david@globaltrader365.com>                    Tue, Mar 5, 2013 at 4:17 PM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

I have 3 more this week for us to test with.  This is just the first.
Bonus
testimonial
Vs Forex

next week or so
Gold
Forex
Equities

site improvements are starting to upload on Wed and again on Monday.

[Quoted text hidden]



# Hey guys
5 messages

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Thu, Jun 20, 2013 at 9:58 PM
To: David - Global Trader 365 <david@globaltrader365.com>, Yaron <yaron@globaltrader365.com>

Hey guys - Still haven't heard anything? I think Yaron, you said some
$$$ were sent? Nothing received yet

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Sat, Jun 22, 2013 at 9:22 PM
To: David - Global Trader 365 <david@globaltrader365.com>, Yaron <yaron@globaltrader365.com>

?

[Quoted text hidden]

**Yaron** <yaron@globaltrader365.com>                    Sun, Jun 23, 2013 at 3:06 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: David - Global Trader 365 <david@globaltrader365.com>

Hey Mike,

Hope you're keeping well,
The payment I was referring to was the one made on the 10th,

Kind regards

Yaron Sivan
Affiliate Marketing Manager

UK Tel: +44-20-35829963
US Tel: ▮▮▮▮▮▮2403
Email:  yaron@globaltrader365.com
Skype:  gt3yaron

www.GlobalTrader365.com | YouTube | Facebook | Twitter | Google+
[Quoted text hidden]
_____ Information from ESET NOD32 Antivirus, version of virus signature
database 8479 (20130622) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                    Sun, Jun 23, 2013 at 11:30 AM
To: Yaron <yaron@globaltrader365.com>
Cc: David - Global Trader 365 <david@globaltrader365.com>

Oh ok so whats happening with the 16K, this is getting dragged on..
supposedly you guys had reports, so where are they?
There is a gap and I NEED it accounted ....
[Quoted text hidden]

**David - Global Trader 365** <david@globaltrader365.com>                    Sun, Jun 23, 2013 at 11:51 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Dont be angry....crazy week.

I got some crazy stuff to discuss with you.  All good.

Also I have a German team I can bring on quick.  Strong guys.  Coming off another Binary that is falling apart right now.  Lets discuss this as well.

I will have the report sent over in the AM.  Really added 10 new staff this week and a ton going on.  Super sorry for being slow with the responses.  Yaron has also been sick and I have been bogged down.

Can we speak by phone?

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

---

## hey man..

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                  Tue, Jun 18, 2013 at 1:51 AM
To: David - Global Trader 365 <david@globaltrader365.com>

Hey man - still haven't heard from Yaron or any reports on that 16k thats missing?

---



Mike Shah <zilmilinc@gmail.com>

## New tracking link

**Yaron** <yaron@globaltrader365.com>                      Thu, May 16, 2013 at 7:04 AM
To: zilmilinc@gmail.com

Hey Mike,

Here are the new tracking links as requested:

http://www.globaltrader365.com/?campaign=381

-

http://lp.globaltrader365.com/lp3/?campaign=381

http://lp.globaltrader365.com/lp5/?campaign=381

I've set the CPA as per your other campaigns at $450

**Back office log in details**

-

http://www.globaltrader365.com/Map

User name: zilmilinc@gmail.com

Password: passkey381

Kind regards

**Yaron Sivan**

**Affiliate Marketing Manager**

**UK Tel:** +44-20-35829963

**US Tel:** +1-347-4712403

**Email:**   yaron@globaltrader365.com

**Skype:**   gt3yaron


www.GlobalTrader365.com | YouTube | Facebook | Twitter | Google+



Mike Shah <zilmilinc@gmail.com>

---

## New tracking link

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                    Thu, May 16, 2013 at 11:14 AM
To: Yaron <yaron@globaltrader365.com>

Ok and can you make sure all 3 of my accounts are accessible by API etc?

[Quoted text hidden]

---



Mike Shah <zilmilinc@gmail.com>

## New tracking link

Yaron <yaron@globaltrader365.com>                                    Sun, May 19, 2013 at 7:22 AM
To: zilmilinc@gmail.com

Hey Mike,

I've linked all the account to your API,

Kind regards

**Yaron Sivan**

**Affiliate Marketing Manager**

**UK Tel:** +44-20-35829963

**US Tel:** +1-347-4712403

**Email:** yaron@globaltrader365.com

**Skype:** gt3yaron

www.GlobalTrader365.com | YouTube | Facebook | Twitter | Google+

> **From:** "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
> **Date:** May 16, 2013, 18:14:06 GMT+03:00
> **To:** Yaron <yaron@globaltrader365.com>
> **Subject: Re: New tracking link**

[Quoted text hidden]

_____ Information from ESET NOD32 Antivirus, version of virus signature database 8349 (20130519)
_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com



Mike Shah <zilmilinc@gmail.com>

## Payment breakdown for 9/30-7/10
2 messages

**royb** <RoyB@traderxp.com>                                         Mon, Oct 7, 2013 at 3:33 PM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>

Hey buddy,

Here's the breakdown of this last week payments including 9/30. sorry for keep you waiting,
I've been having some issues with my shitty laptop...

I'll try sending you the interaction report as soon as I can

Thanks,
Roy

| 30/09 until 07/10 | campaign | leads | FTDs | con. | payout |
|---|---|---|---|---|---|
| VaultOptions | M_2 | 562 | 93 | 17% | $55,800 |
| VaultOptions | M_1 | 148 | 55 | 37% | $33,000 |
| VaultOptions | zillead | 1015 | 11 | 1% | $4,400 |
| Total | | 1725 | 159 | 9% | $93,200 |

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                          Mon, Oct 7, 2013 at 3:35 PM
To: royb <RoyB@traderxp.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>

And nothing in the GTs?
[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

## Payment has been made

**yaron** <yaron@globaltrader365.com>                              Tue, Jul 9, 2013 at 8:51 AM
To: zilmilinc@gmail.com

Hey Mike,

Hope you're keeping well,

I just made your payment of $ 123,750

I'm hoping that we can made July our best month, let me know what you need from my side to make that possible,

Looking forward to hearing from you soon,

Kind regards

Yaron Sivan

Affiliate Marketing Manager

Email:  yaron@globaltrader365.com
Skype:  gt3yaron

Web:  www.globaltrader365.com



## September Activity

**royb** <RoyB@traderxp.com>                                                   Tue, Oct 1, 2013 at 9:37 AM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>

Hey Mike,

Here's the breakdown of your activity over September and the different payout (exclude about half of yesterday which will be added to the next weekly payment as we agreed).

I understand from finance dep. that the payment will be processed in 3 parts – so you should see everything in your account in few days.

| Brand | Affiliate | Campaign | Leads | FTD | Conversion | Paid |
|---|---|---|---|---|---|---|
| | | M_2 | 1892 | 269 | 14% | $ 26,900 |
| VaultOptions | | M_2 | 1892 | 269 | 14% | $ 134,500 |
| VaultOptions | | M_1 | 274 | 73 | 26% | $ 43,800 |
| VaultOptions | | zillead | 1015 | 15 | 1% | $ 9,000 |
| Globaltrader365 | | 1qfx | 22 | 10 | 45% | $ 6,000 |
| Globaltrader365 | | 2Mike S | 7 | 1 | 14% | $ 600 |
| Globaltrader365 | | 3marketing | 4 | 1 | 25% | $ 600 |
| **Total** | | | **3214** | **369** | **11%** | **$ 221,400** |

Let me know if there's anything else and see you in Barcelona!!

Roy



## Sorry for being MIA

**David - Global Trader 365** <david@globaltrader365.com>                    Tue, Feb 26, 2013 at 8:39 AM
To: Mike Shah <zilmilinc@gmail.com>

Hey Mike,

I have just got over a serious stomach bug.  I was laid out for the last 3 days.

I want to send over the funds today.  Lets discuss the re-launch.  I wont have the new LP's for a few days.

I will have an update on the scanner in a few hours.  Really almost done.

Let me know when your available.

David



Mike Shah <zilmilinc@gmail.com>

## Thanks for joining
1 message

**Mike Shah** <zilmilinc@gmail.com>                                    Tue, May 14, 2013 at 10:57 AM
To: zilmilinc@gmail.com

Hi Mike Shah,

Thank you for applying to the Global Trader 365 Affiliate Program.
We value all of our partners and appreciate that you want to work with us.

We review and respond to all applications.
Usually within 24 hours.

We look forward to speaking to you soon about your application.
You can reach us anytime for questions at affiliates@globaltrader365.com or on skype at "gt3affiliates".

Thanks

The Global Trader 365 Affiliate Team

--
This mail is sent via contact form on The Binary Options Affiliate Program by Global Trader 365 http://
thebinaryoptionsaffiliateprogram.com



Mike Shah <zilmilinc@gmail.com>

## Updates are in

**David - Global Trader 365** <david@globaltrader365.com>                                          Wed, Mar 20, 2013 at 12:26 PM
To: Mike Shah <zilmilinc@gmail.com>

Take a look at the site.  Many of the updates are now live.

BTW.  I had to do a bunch of test accounts today and my computer has your cookies in it.  They are all tagged
as sign ups for you guys but they are tests.  Please keep this in mind.

Let me know when you check the site.

David



# Urgent
6 messages

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                   Tue, Jul 30, 2013 at 6:30 PM
To: Yaron <yaron@globaltrader365.com>

[6:13:52 PM] Mike S: Yaron for campaign ID 336, ashley and my account
[6:14:04 PM] Mike S: Theres something weird going on.. for 7/30.. should 27 signups and 1 depsoit
[6:14:13 PM] Mike S: We had a smaller launch going on and thats impossible
[6:14:30 PM] Mike S: 1 deposit? Must be a glitch or some issue in crediting cuz that makes no sense whatsoever
[6:26:05 PM] Mike S: SAme on campaign on 150
[6:26:11 PM] Mike S: I dont think deposits are being credited?

---

**yaron** <yaron@globaltrader365.com>                                   Wed, Jul 31, 2013 at 2:55 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Hi Mike,


There was a technical problem yesterday with processing transactions,

The problem is being worked on, it's across the board not just your campaigns.


I'll keep you posted as soon as I have an update,


Kind regards


Yaron Sivan

Affiliate Marketing Manager


Email:  yaron@globaltrader365.com
Skype:  gt3yaron

Web:    www.globaltrader365.com


**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Wednesday, July 31, 2013 1:30 AM
**To:** Yaron
**Subject:** Urgent

[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>          Wed, Jul 31, 2013 at 9:44 AM
To: yaron <yaron@globaltrader365.com>, David - Global Trader 365 <david@globaltrader365.com>

Technical problems? Why didn't you even bother telling me before I had to ask you so that we could have diverted traffic?
Either way, I'll expect you guys to adjust for lost conversions based on recent conversion rates...

This is a joke dude... I have never had these problems with bigger brokers...

And still no update...

[Quoted text hidden]

---

**yaron** <yaron@globaltrader365.com>          Wed, Jul 31, 2013 at 10:03 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Hey Mike,


I only found out about the problem this morning, it happened last night,

There are some things that aren't in my/our control,


We are supposed to be business partners, we also losing big money when the banking system doesn't work,

The sales team will get the clients to deposit,


We doing our best to resolve this problem,




Yaron Sivan

Affiliate Marketing Manager

Email:  yaron@globaltrader365.com
Skype:  gt3yaron

Web:    www.globaltrader365.com


**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Wednesday, July 31, 2013 4:45 PM
**To:** yaron; David - Global Trader 365
**Subject:** Re: Urgent

[Quoted text hidden]

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>      Wed, Jul 31, 2013 at 10:06 AM
To: yaron <yaron@globaltrader365.com>

Once you found out, why wasn't I informed?

My concern is with the money we lose, this is the second time this has happened...

Either way if the conversions aren't there from my leads from yesterday, I'll expect you guys to compensate the difference...

[Quoted text hidden]

---

**yaron** <yaron@globaltrader365.com>      Wed, Jul 31, 2013 at 10:10 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

I was informed as I got into the office, and that's when I emailed you first thing.

We have already converted 6 clients today, and more will follow,


Yaron Sivan

Affiliate Marketing Manager

Email: yaron@globaltrader365.com
Skype: gt3yaron

Web: www.globaltrader365.com


**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Wednesday, July 31, 2013 5:06 PM
**To:** yaron
**Subject:** Re: Urgent

[Quoted text hidden]



Mike Shah <zilmilinc@gmail.com>

## VaultOptions

**GT365 Media** <media@globaltrader365.com>                    Thu, Sep 12, 2013 at 2:16 PM
To: zilmilinc@gmail.com

Hi,
First, it was great meeting you in person, i'm really happy we got the chance to do that & i think it will only lead
to a much better business and of course more money :-)
At least better than what we did at the casino...

I created 2 campaigns on VaultOptions, as well as access to the API.
If there is anything else you might need from me, please let me know.

API:
User: mike1
Pass: 5231fb1ec6c76

http://www.vaultoptions.com/?campaign=52&p=ANYTHING
http://www.vaultoptions.com/?campaign=53&p=ANYTHING

Campaign 52 should be the better traffic, so we can distinct the traffic sources.

Thank you & i'll see you in Barcelona...



## weekly payment

3 messages

---

**David - Global Trader 365** <david@globaltrader365.com>      Tue, Jul 2, 2013 at 1:25 PM
To: Mike Shah <zilmilinc@gmail.com>

Hey Mike,

I have everything I needed to sort out so I can get you the weekly payments in order.

I had a thought......here is what I propose.  I will pay you for every 100 FTD.  If you send 100 new players in 2 days I will send the wire that day.

This is a deal I just struck with another aff.  He's blasting us now.

Also,  as I mentioned I have added German and French sales and I want you to send me traffic for those languages.  Going to be pushing that much harder at the launch of the new site.

David

---

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>      Wed, Jul 3, 2013 at 6:55 PM
To: David - Global Trader 365 <david@globaltrader365.com>

Has my payment for current amount due sent yet?

And we can do weekly or every 50 FTDs, whichever you'd prefer, definitely not 100...

Sorry but for German traffic, we are using other brokers.. and I still haven't got responses for the other $$$ amount in dispute, so just about sick of it/gt365...

On Tue, Jul 2, 2013 at 1:25 PM, David - Global Trader 365 <david@globaltrader365.com> wrote:
> Hey Mike,
>
> I have everything I needed to sort out so I can get you the weekly payments in order.
>
> I had a thought......here is what I propose.  I will pay you for every 100 FTD.  If you send 100 new players in 2 days I will send the wire that day.
>
> This is a deal I just struck with another aff.  He's blasting us now.
>
> Also,  as I mentioned I have added German and French sales and I want you to send me traffic for those languages.  Going to be pushing that much harder at the launch of the new site.
>
> David

---

**David - Global Trader 365** <david@globaltrader365.com>      Thu, Jul 4, 2013 at 5:11 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Mike,

I laways send the payment around the 8th or 9th. I have never been late and its always the same. I cant send today as its the 4th but will try to send it for you tomorrow. Ill update you.

As far as the duplicates go. Let me reiterate that I have spoke with everyone you are working with and some of the largest Forex companies out there and there is nobody that pays for duplicates. Not one. Absolutely nobody pays for chargebacks.

You know I enjoy working with you and want to resolve this in a way that works for both of us. At 450 CPA to pay for all duplicates and chargebacks kills me. I am happy to pay but at what number.

Let me give you an update on what we have going on. I want you to be a part of this in a big way.

I have added 6 new English sales with 4 more prioritized for your traffic. Did you even notice the conversion the last few days. Yesterday we converted 8 of 9 customers of yours. Plus this is on the scraps you are sending.

We added 3 German 5 French 1 Turkish and 2 Spanish. All from other Binary and all with strong credentials.

Our business has more than tripled in the last 3 months and our staff has tripled as well.

Our new Marketing manager is a powerhouse.

I am grabbing huge talent from all my competitors that are in trouble. 3 from TradeRush 4 from Bbinary 3 from 24option. These guys are getting crushed right now. They are in huge trouble with the US. Mostly because they fucked with people on withdrawls. This is something we have never done and maybe thats why my margins are smaller but we are running with no issues. Its also why we are growing while they are hurting.

On the hardware side we have the new site about to launch. I hired a programmer and designer so changes and optimazion will be way way faster and the new site will be pumping. We added a new phone system that has 300 local numbers in the US 25 in UK, 20 in Germany. This allows us to show local caller ID when we call . We are already seeing a 30% increase in the number of people who are answering when we call. We have custom built add ons to t the super shitty Spot CRM for further optimization of leads. The new Marketing guy is finishing up the set up on our new affiliate program and that will be done in a few days.

We are not fucking around here. This growth and expansion has cost a fortune but its really paying off.

Lets sort out the duplicates and get the deal moving forward. Send me 100 ftds in one day and I will have you paid in 24 hours. We are switching our banking to a large German bank and things will be able to move even quicker. The half million I paid you so far is great. I can pay you that weekly if you have enough traffic.

Affiliates are flocking to us due to the uncertainty surrounding other brands. You will always have my personal attention and priority. I consider you one of the few friends that I do business with. lets stop the BS and really start pumping. My huge investment will pay off for both of us.

On Thu, Jul 4, 2013 at 1:55 AM, Zilmil Inc (Mike) <zilmilinc@gmail.com> wrote:
Has my payment for current amount due sent yet?

And we can do weekly or every 50 FTDs, whichever you'd prefer, definitely not 100...

Sorry but for German traffic, we are using other brokers.. and I still haven't got responses for the other $$$ amount in dispute, so just about sick of it/gt365...

On Tue, Jul 2, 2013 at 1:25 PM, David - Global Trader 365 <david@globaltrader365.com> wrote:
Hey Mike,

I have everything I needed to sort out so I can get you the weekly payments in order.

I had a thought......here is what I propose. I will pay you for every 100 FTD. If you send 100 new players in

2 days I will send the wire that day.

This is a deal I just struck with another aff.  He's blasting us now.

Also,  as I mentioned I have added German and French sales and I want you to send me traffic for those languages.  Going to be pushing that much harder at the launch of the new site.

David

# EXHIBIT B

| | |
|---|---|
| **From:** | John Cotton <JCotton@cgllp.com> |
| **Sent:** | Wednesday, November 25, 2015 11:45 AM |
| **To:** | Burden, Ashley <ABurden@CFTC.gov> |
| **Subject:** | RE: Zilmil Document Production - Request No. 3 |
| **Attach:** | Payments from Delano Alliance Corp.docx; Payments from Targeted Market Solutions Limited.docx |

Ashley- The attached were prepared by my client in response to Request No. 3. The document entitled "Payments from Targeted Marketing" reflects wire transfers to Zilmil from Vault; the document entitled "Payments from Delano Alliance" reflects payments from GT 365.

John Cotton

**From:** Burden, Ashley [ABurden@CFTC.gov]
**Sent:** Wednesday, November 25, 2015 8:15 AM
**To:** John Cotton
**Cc:** Konizeski, Joseph; Dasso, Heather N; Arnold, Camille M.
**Subject:** RE: Zilmil Document Production

John:

Thanks for the email. If all your client has in response to the subpoena is 60 pages of PDF files, you can email them to me. Please instruct your client that they should preserve—in in no case destroy, or allowed to be destroyed—the native files. For the time being, though, I think it makes sense to hold off on production of the native files.

Thanks,

A

Ashley J. Burden
Senior Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St.
Suite 1100
Chicago, IL 60661
Tel. (312) 596-0693
Fax. (312) 596-0714
aburden@cftc.gov

**From:** John Cotton [mailto:JCotton@cgllp.com]
**Sent:** Tuesday, November 24, 2015 6:52 PM
**To:** Burden, Ashley
**Subject:** Zilmil Document Production

Ashley - I have received the responsive documents from my client. There are not many, perhaps a total of 60 pages in all, of which about 50 are emails in pdf format. (Of these 50 or so emails, several are pieces of an overall email string of several back and forth responses, meaning that the actual number of emails on one subject is much less than 50).
I know that for emails the CFTC standard is "native file" format. To save time, I would like to simply forward the 60 or so pdf's, as they total only 7.6 MG's and are fairly straightforward. Assuming that after reading the emails you wish to have "native format" I can inquire of my client as to how long it takes to get that to you. IF that is not acceptable, I can wait until he attempts to gather the emails in one of the formats you set out in your guidelines. Frankly from what little I know about "native format" it only becomes of importance in large volume email production as it makes email searches quite easy. Since there are few emails here, and they cover mostly administrative issues (i.e. accounting and payment of fees) I thought I would propose the quicker and easier method for now.
Let me know your thoughts, and if you want to discuss I can be available if you give me a time tomorrow after 10:30 AM Chicago time.

John Cotton

| | | |
|---|---|---|
| 02/12 Wire ORG: DELANO ALLIANCE CORP | 14,980.00 |
| 02/27 Wire ORG: DELANO ALLIANCE CORP | 44,980.00 |
| 03/15 Wire ORG: DELANO ALLIANCE CORP | 7,480.00 |
| 04/02 Wire ORG: DELANO ALLIANCE CORP | 43,280.00 |
| 04/12 Wire ORG: DELANO ALLIANCE CORP | 60,380.00 |
| 05/09 Wire ORG: DELANO ALLIANCE CORP | 94,980.00 |
| 05/17 Wire ORG: DELANO ALLIANCE CORP | 22,480.00 |
| 06/13 Wire ORG: DELANO ALLIANCE CORP | 124,180.00 |
| 07/11 Wire ORG: DELANO ALLIANCE CORP | 123,730.00 |

Payments from Targeted Market Solutions Limited (All in 2013):

```
05/17 Wire ORG: TARGETED MARKET SOLUTI              4,000.00
      ONS LIMITED

07/26 Wire ORG: TARGETED MARKET SOLUTI             25,200.00
      ONS LIMITED

08/02 Wire ORG: TARGETED MARKET SOLUTI             15,750.00
      ONS LIMITED

08/16 Wire ORG: TARGETED MARKET SOLUTI             15,300.00
      ONS LIMITED

10/02 Wire ORG: TARGETED MARKET SOLUTI             50,000.00
      ONS LIMITED
10/03 Wire ORG: TARGETED MARKET SOLUTI             50,000.00
      ONS LIMITED

10/07 Wire ORG: TARGETED MARKET SOLUTI             78,000.00
      ONS LIMITED

10/10 Wire ORG: TARGETED MARKET SOLUTI             50,000.00
      ONS LIMITED

10/21 Wire ORG: TARGETED MARKET SOLUTI              5,500.00
      ONS LIMITED

10/23 Wire ORG: TARGETED MARKET SOLUTI             95,400.00
      ONS LIMITED

11/01 Wire ORG: TARGETED MARKET SOLUTI             43,800.00
      ONS LIMITED
```

# EXHIBIT C

| | |
|---|---|
| **From:** | John Cotton <JCotton@cgllp.com> |
| **Sent:** | Monday, December 14, 2015 2:44 PM |
| **To:** | Burden, Ashley <ABurden@CFTC.gov> |
| **Subject:** | RE: Zilmil follow up |
| **Attach:** | Delano Alliance Corp.pdf; Targeted Market Solutions Limiteds.pdf |

Ashley,

I have spoken with my client regarding the open items from our conversation of December 9ᵗʰ. The following is what I have obtained:

--[if !supportLists]-->1.) <!--[endif]-->Mr. Shah has no specific physical addresses for either GT 365 or Vault Options, or their principals/employees. There are references to various locales in the wire instruction information that he has obtained in response to Item 2 below, but he is not certain whether these are actual locations of the two businesses. As I mentioned in our call, he had a general belief that the owners were based offshore in Israel, Romania, Russia or Eastern Europe, but he has no addresses to support that. All his written communications were by email and the only email addresses are the ones embedded in the emails he provided. While he did have some telephone conversations as reflected in the emails, they were few.

As to telephone numbers the only one of which he is aware is one embedded in the subject line of one of the emails he provided, that is, " 2415"

--[if !supportLists]-->2.) <!--[endif]-->Attached are two pdf documents that contain the wire history for the payments to Zilmil that my client obtained from the bank. This is the only back-up information for the origination of the payments to Zilmil.

--[if !supportLists]-->3.) <!--[endif]-->The only method of ensuring that payments made to Zilmil correctly reflected the amounts due them was as follows: Zilmil was given a login for a "statistical panel" showing the number of leads that were registered by GT 365 and Vault whereby those leads "converted" and made deposits with the two. Zilmil tried to keep a daily "eyeball" review of those statistics to compare with what it was being paid, but it had no way to determine if it was being deceived on the back-end if the two "modified" or lessened the numbers on the statistical screen. In that sense it was an honor system. (An example of such a "login" by Zilmil is referred to in one of the emails.) Zilmil tried to obtain other ways to check the tally to ensure its correctness but never were able to obtain such. At the end, Zilmil did not receive some payments it believes it was due.

As I indicated in our call last week, Zilmil never obtained any specific customer information by which they could confirm the payments to them.

--[if !supportLists]-->4.) <!--[endif]-->As to what Zilmil did for GT 365 and Vault, as I explained in our call, they were website, or search engine optimizers", who assisted in getting prospective customer internet traffic to the two for the purpose of allowing the two to themselves convert interested members of the public to actual customers. This involved sending traffic directly to their websites, opening account pages, and "landing" pages that are hosted on their servers and created by the two, including all the content on them. In that fashion sometimes the first content traffic a prospective customer searching the internet on binary options would see, would be the web pages of the two. Zilmil also took and posted content from the websites of the two on blogs, including videos, and created articles to encourage interest. In creating articles of general interest, some content from the websites of the two would also occasionally be utilized by ghost writers hired by Zilmil. In effect, Zilmil acted as a third party, outsourced marketing department for the two, using materials created by them, to encourage interest by the public through articles and blogs of general interest that resulted when viewed in directing traffic to the two.

To reiterate what I said in our conversation last week, Zilmil did not ever communicate with a customer, never obtained any customer data (i.e. deposit information), and did not know the identities of customers. Any and all communications with customers was done by the call centers and sales teams of the two.

I believe this is the most that my client can provide in terms of specific information about the two subjects of the subpoena duces tecum as Zilmil truly operated as an outsourced marketing department with very little interaction with the two options offerors other than as reflected in the emails provided to you.

If you have any other questions feel free to let me know, or if you wish to speak with me further, I will arrange to find a convenient time to do so, preferably tomorrow.

John Cotton

**From:** Burden, Ashley [ABurden@CFTC.gov]
**Sent:** Monday, December 14, 2015 11:39 AM
**To:** John Cotton

**Cc:** Konizeski, Joseph; Arnold, Camille M.; Dasso, Heather N
**Subject:** Zilmil follow up

John:

I would like to touch base about the follow-up items from our last call re the subpoena to Zilmil.  Are you available to discuss today or tomorrow?

Thanks,

A


Ashley J. Burden
Senior Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St.
Suite 1100
Chicago, IL 60661
Tel. (312) 596-0693
Fax. (312) 596-0714
aburden@cftc.gov

# EXHIBIT D



Mike Shah <zilmilinc@gmail.com>

## BDB Invoices

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Sun, Apr 27, 2014 at 11:58 AM

Hey man,

Attached weekly invoices.

Best regards

Seth Miller | Affiliates Manager | Banc De Binary
Office +357-2524-6300 | Web www.bdb-partners.com
Email: Sethm@bbinary.com | Skype bdb.Sethm

---

**6 attachments**

📄 **Zilmil_Inc_6_21.4-27.4.14_$13,500.pdf**
419K

📄 **Zilmil Inc_21.4-27.4.14_$3000.pdf**
419K

📄 **Zilmil Inc_5_21.4-27.4.14_$6000.pdf**
419K

📄 **Zilmil Inc_2_21.4-27.4.14_$1000.pdf**
419K

📄 **Zilmil Inc_4_21.4-27.4.14_$7000.pdf**
419K

📄 **Printable Page 30,500 $ 21-27.4.2014.pdf**
89K

Confidential/FOIA Treatment Requested



**Mike Shah <zilmilinc@gmail.com>**

## BDB invoices 23-29.3.14

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Mon, Mar 31, 2014 at 1:15 PM

Invoices.

Regards

Seth Miller | Affiliates Manager | Banc De Binary
Office +357-2524-6300 | Web www.bdb-partners.com
Email: Sethm@bbinary.com | Skype bdb.Sethm





**3 attachments**

**michael shaha 13%2c850 $.pdf**
90K

**Zilmil Inc_March 23-29.3.14_$10,500.pdf**
419K

**Zilmil Inc_2_March 23-30.3.14_$2000.pdf**
419K

ZILM0049829



**Mike Shah <zilmilinc@gmail.com>**

## BDB Invoices 30.3-5.4.14

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Tue, Apr 8, 2014 at 8:52 AM

Attached invoices

Regards

Seth Miller | Affiliates Manager | Banc De Binary
Office +357-2524-6300 | Web www.bdb-partners.com
Email: Sethm@bbinary.com | Skype bdb.Sethm




**4 attachments**

📄 **Zilmil Inc_30.3-5.4.14_$13,000.pdf**
419K

📄 **Zilmil Inc 4_3-5.4.14_$60,000.pdf**
419K

📄 **Zilmil Inc 2_30.3-5.4.14_$6000.pdf**
419K

📄 **Printable Page 79,000 $ 31.3-6.4.2014.pdf**
89K

                                                          ZILM0049830



**Mike Shah <zilmilinc@gmail.com>**

## BDB Invoices

**Seth Miller** <Sethm@bbinary.com>                                          Tue, Apr 22, 2014 at 8:58 AM
To: Zilmil Inc <zilmilinc@gmail.com>

Attached weekly invoices and confirmation.

Regards

Seth Miller | Affiliates Manager | Banc De Binary
Office +357-2524-6300 | Web www.bdb-partners.com
Email: Sethm@bbinary.com | Skype bdb.Sethm

---

**6 attachments**

📄 **Printable Page 80%2c500 $ 14-20.4.2014.pdf**
89K

📄 **Zilmil Inc_14.4-20.4.14_$5500.pdf**
419K

📄 **Zilmil Inc 2_14.4-20.4.14_$1500.pdf**
419K

📄 **Zilmil Inc 4_14.4-20.4.14_$21,000.pdf**
419K

📄 **Zilmil Inc 5_14.4-20.4.14_$6500.pdf**
419K

📄 **Zilmil Inc 6_14.4-20.4.14_$46,000.pdf**
419K



Mike Shah <zilmilinc@gmail.com>

## BDB NON ALLOWED COUNTRIES

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Fri, Apr 11, 2014 at 3:33 AM

These are a list of the countries that are NOT allowed, the only country of significance here is USA, the rest don't bring traders but just incase..

Puerto rico
USA
American Samoa
Guam
Northern Mariana Islands[I]
U.S. Virgin Islands
Cyprus
Venezuela (can't transfer more than 200$ a year)
Argentina (can't transfer more than 200$ a year)
Honduras
Tunisia
Algeria
Palestain Territory
Yemen
Iraq
Afghanistan
Albania
Iran
Sudan
Antarctica
Djibouti
Burkina fuso
Moldova
Mongolia
Suriname
El Salvador
Guatemala
Botswana
Cameroon
Morocco
Turkmenistan
Niger
Uzbekistan
Gambia
Lesotho
Rwanda
Tajikistan
Guinea
Haiti
Saint Lucia
Togo
Malawi
Chad
Djibouti
Somalia
Malawi
Ethiopia

ZILM0049832

Seth Miller | Affiliates Manager | Banc De Binary
Office +357-2524-6300 | Web www.bdb-partners.com
Email: Sethm@bbinary.com | Skype bdb.Sethm

ZILM0049833



**Mike Shah <zilmilinc@gmail.com>**

## FW: Mike Shah weekly payment

**Seth Miller** <Sethm@bbinary.com>                                     Sun, Mar 30, 2014 at 10:07 AM
To: Zilmil Inc <zilmilinc@gmail.com>

Hi Mike,

Here is a breakdown of what has been paid and what is due tomorrow.

Charge-backs have not been taken off yet (i know i said some had been taken off but i did not know they made a mistake and only charged $450 CPA) - 5 will be removed from next weeks payment.

| weeks | $ | FTD | status | CPA |
|---|---|---|---|---|
| 1 | 12,600 | 21 | paid | 600 |
| 2 | 12150 | 27 | paid | 450 |
| 3 | 1350 | 27*50 | to pay difference | |
| 3 | 2000 | 4 | to pay | 500 |
| | 26000 | 52 | | |

| weeks | $ | FTD | status | CPA |
|---|---|---|---|---|
| 1 | 111000 | 222 | paid | 500 |
| 2 | 49000 | 98 | paid | 500 |
| 3 | 13000 | 26 | paid | 500 |
| 4 | 10500 | 21 | to pay | 500 |
| | 183500 | 367 | | |

Invoices will be with you tomorrow for the new payments

Regards.


Seth Miller | Affiliates Manager | Banc De Binary Office +357-2524-6300
| Web www.bdb-partners.com Email: Sethm@bbinary.com | Skype bdb.Sethm



**Mike Shah <zilmilinc@gmail.com>**

## Invoice

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Mon, Jun 9, 2014 at 8:03 AM

Regards

Seth Miller | Affiliates Manager | Banc De Binary
Web http://bdbaffiliates.com/
Email: Sethm@bbinary.com | Skype bdb.Sethm



📄 **Zilmil_Inc_PAYMENTS_June1st_$2300.pdf**
419K

ZILM0049835



**Mike Shah <zilmilinc@gmail.com>**

## Invoices BDB

**Seth Miller** <Sethm@bbinary.com>
To: Zilmil Inc <zilmilinc@gmail.com>

Wed, May 7, 2014 at 12:31 PM

Attached invoices

Regards

Seth Miller | Affiliates Manager | Banc De Binary
Web http://bdbaffiliates.com/
Email: Sethm@bbinary.com | Skype bdb.Sethm

---

**5 attachments**

📄 **Zilmil Inc_3_27.4-3.5.14_$5000.pdf**
419K

📄 **Zilmil Inc_5_27.4-3.5.14_$1000.pdf**
419K

📄 **Zilmil Inc_27.4-3.5.14_$3500.pdf**
419K

📄 **Zilmil Inc_6_27.4-3.5.14_$5000.pdf**
419K

📄 **Printable Page 14%2c500 $ 28.4-4.5.2014.pdf**
89K



Mike Shah <zilmilinc@gmail.com>

## Your BDBAffiliates account has been activated.

**BDBAffiliates** <affiliates@bbinary.com>
To: zilmilinc@gmail.com

Fri, Feb 22, 2013 at 11:09 AM

Hi MICHAEL,

Welcome to BDBAffiliates.

Your affiliate account has been approved and your affiliate manager will contact you shortly.

We invite you to login to your account by clicking on the following link http://partners.bdbaffiliates.com, using the credentials you received in a previous email.

You'll be able to create your first tracking links and choose the creatives you need to get started with the promotion of Banc De Binary. Take some time to read our tutorial that will help you get to grips with our affiliate platform.

Don't hesitate to contact your affiliate manager with any question you may have.

Sincerely,

BDBAffiliates


This e-mail has been sent from an e-mail address that is not monitored.
Please do not reply to this message. We are unable to respond to any replies.

ZILM0049837

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-06 | 2690 |

**Account**

Zilmil Inc 2
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ████3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass□ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 3/31/2014 - 4/06/2014 | $6,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary - New site CPA | 12 Conversions | $500.00 / Conversion | $6,000.00 |

**Total**     $6,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049838

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|---|---|
| 2014-04-27 | 2958 |

**Account**

Zilmil Inc 2
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███ 3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐ ☐ Jacksonvi

| Date Range | Total |
|---|---|
| 4/21/2014 - 4/27/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|---|---|---|---|
| Banc De Binary Direct Site CPA | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**  $1,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049839

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|---|---|
| 2014-04-20 | 2884 |

Account

| |
|---|
| Zilmil Inc 5 |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|---|---|
| 4/09/2014 - 4/20/2014 | $6,000.00 |

| Offer | Quantity | Payout | Amount |
|---|---|---|---|
| Adjustment | 12 Conversions | $500.00 / Conversion | $6,000.00 |

**Total**   $6,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049840

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|---|---|
| 2014-05-03 | 3016 |

**Account**

| |
|---|
| Zilmil Inc 5 |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|---|---|
| 4/21/2014 - 5/03/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|---|---|---|---|
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**   $1,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049841

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-03 | 3018 |

Account

| |
|---|
| Zilmil Inc 6 |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| Jacksonville, FL, 32217, US |

Billing

| |
|---|
| Method: Wire |
| Beneficiary Name: |
| Account Number: |
| Bank Name: |
| Routing / ABA / Swift: |

| Date Range | Total |
|------------|-------|
| 4/28/2014 - 5/03/2014 | $5,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 10 Conversions | $500.00 / Conversion | $5,000.00 |

**Total**   $5,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049842

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-03-30 | 2598 |

**Account**

Zilmil Inc
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ▮▮▮3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass □ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 3/23/2014 - 3/30/2014 | $10,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 21 Conversions | $500.00 / Conversion | $10,500.00 |

**Total**   $10,500.00

1

ZILM0049843

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-27 | 2968 |

Account

Zilmil Inc 6
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 4/23/2014 - 4/27/2014 | $13,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 27 Conversions | $500.00 / Conversion | $13,500.00 |

**Total**   $13,500.00

1

Confidential/FOIA Treatment Requested

ZILM0049844

**2014**

| | | |
|---|---|---|
| 3/10 | INCOMING WIRE REF<br>20140310F2QCZ60C00096503101122FT03 ORG<br>BANC DE BINARY LIM | $109,961.00 |
| 3/17 | INCOMING WIRE REF<br>20140317F2QCZ60C00057003170944FT03 ORG<br>BANC DE BINARY LIM | $48,963.00 |
| 3/18 | INCOMING WIRE REF<br>20140318F2QCZ60C00024103180812FT03 ORG<br>BANC DE BINARY LIM | $12,565.00 |
| 3/26 | INCOMING WIRE REF<br>20140326F2QCZ60C00055203260939FT03 ORG<br>BANC DE BINARY LIM | $25,113.00 |
| 4/2 | INCOMING WIRE REF<br>20140402F2QCZ60C00048704020920FT03 ORG<br>BANC DE BINARY LIM | $13,815.00 |
| 4/7 | INCOMING WIRE REF<br>20140407F2QCZ60C00034904070812FT03 ORG<br>BANC DE BINARY LIM | $78,963.00 |
| 4/14 | INCOMING WIRE REF<br>20140414F2QCZ60C00065404140928FT03 ORG<br>BANC DE BINARY LIM | $72,463.00 |
| 4/23 | INCOMING WIRE REF<br>20140423F2QCZ60C00028304230808FT03 ORG<br>BANC DE BINARY LIM | $80,463.00 |
| 4/28 | INCOMING WIRE REF<br>20140428F2QCZ60C00132304281206FT03 ORG<br>BANC DE BINARY LIM | $30,463.00 |
| 5/5 | INCOMING WIRE REF<br>20140505F2QCZ60C00089805051034FT03 ORG<br>BANC DE BINARY LIM | $14,465.00 |
| 5/12 | INCOMING WIRE REF<br>20140512F2QCZ60C00193805121434FT03 ORG<br>BANC DE BINARY LIM | $11,465.00 |
| 5/19 | INCOMING WIRE REF<br>20140519F2QCZ60C00100305191136FT03 ORG<br>BANC DE BINARY LIM | $7,465.00 |
| 5/27 | INCOMING WIRE REF<br>20140527F2QCZ60C00058305270730FT03 ORG<br>BANC DE BINARY LIM | $5,965.00 |

ZILM0049845

| 6/2 | INCOMING WIRE REF 20140602F2QCZ60C00122806021127FT03 ORG BANC DE BINARY LIM | $2,665.00 |
| 6/10 | INCOMING WIRE REF 20140610F2QCZ60C00025406100804FT03 ORG BANC DE BINARY LIM | $35,461.00 |
| 6/10 | INCOMING WIRE REF 20140610F2QCZ60C00049206100931FT03 ORG BANC DE BINARY LIM | $2,264.00 |
| 6/16 | INCOMING WIRE REF 20140616F2QCZ60C00036306160809FT03 ORG BANC DE BINARY LIM | $13,963.00 |
| 6/16 | INCOMING WIRE REF 20140616F2QCZ60C00046206160846FT03 ORG BANC DE BINARY LIM | $34,461.00 |
| 6/25 | INCOMING WIRE REF 20140625F2QCZ60C00034206250810FT03 ORG BANC DE BINARY LIM | $2,964.00 |
| 6/25 | INCOMING WIRE REF 20140625F2QCZ60C00061606250947FT03 ORG BANC DE BINARY LIM | $4,464.00 |
| 6/30 | INCOMING WIRE REF 20140630F2QCZ60C00023106300656FT03 ORG BANC DE BINARY LIM | $2,964.00 |
| 6/30 | INCOMING WIRE REF 20140630F2QCZ60C00094106300935FT03 ORG BANC DE BINARY LIM | $3,964.00 |
| 7/7 | INCOMING WIRE REF 20140707F2QCZ60C00115607071022FT03 ORG BANC DE BINARY LIM | $6,463.00 |
| 7/8 | INCOMING WIRE REF 20140708F2QCZ60C00050007080918FT03 ORG BANC DE BINARY LIM | $1,964.00 |
| 7/14 | INCOMING WIRE REF 20140714F2QCZ60C00034007140809FT03 ORG BANC DE BINARY LIM | $1,964.00 |
| 7/21 | INCOMING WIRE REF 20140721F2QCZ60C00038507210805FT03 ORG BANC DE BINARY LIM | $964.00 |
| 7/21 | INCOMING WIRE REF 20140721F2QCZ60C00054507210912FT03 ORG BANC DE BINARY LIM | $464.00 |

Confidential/FOIA Treatment Requested

| | | |
|---|---|---|
| 7/28 | INCOMING WIRE REF<br>20140728F2QCZ60C00032007280807FT03 ORG<br>BANC DE BINARY LIM | $964.00 |
| 8/4 | INCOMING WIRE REF<br>20140804F2QCZ60C00036408040807FT03 ORG<br>BANC DE BINARY LIM | $464.00 |
| 8/25 | INCOMING WIRE REF<br>20140825F2QCZ60C00036708250809FT03 ORG<br>BANC DE BINARY LIM | $253,157.00 |

Confidential/FOIA Treatment Requested

ZILM0049847

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-11 | 3324 |

**Account**

Zilmil Inc
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐ ☐ Jacksonvi

| Date Range | Total |
|------------|-------|
| 5/08/2014 - 5/11/2014 | $1,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 3 Conversions | $500.00 / Conversion | $1,500.00 |

**Total**   $1,500.00

1

Confidential/FOIA Treatment Requested

ZILM0049854

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|---|---|
| 2014-04-20 | 2880 |

**Account**

Zilmil Inc 2
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███ 3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass□ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|---|---|
| 4/07/2014 - 4/20/2014 | $1,500.00 |

| Offer | Quantity | Payout | Amount |
|---|---|---|---|
| Banc De Binary - New site CPA | 3 Conversions | $500.00 / Conversion | $1,500.00 |

**Total**   $1,500.00

1

Confidential/FOIA Treatment Requested

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-20 | 2882 |

Account

| Zilmil Inc 4 |
| --- |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 4/06/2014 - 4/20/2014 | $21,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 42 Conversions | $500.00 / Conversion | $21,000.00 |

**Total**   $21,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049856

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-05 | 2692 |

Account

| Zilmil Inc 4 |
|---|
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 3/27/2014 - 4/05/2014 | $60,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary - New site CPA | 113 Conversions | $500.00 / Conversion | $56,500.00 |
| Adjustment | 7 Conversions | $500.00 / Conversion | $3,500.00 |

**Total**   $60,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049857

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|---|---|
| 2014-04-20 | 2884 |

Account

Zilmil Inc 5
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|---|---|
| 4/09/2014 - 4/20/2014 | $6,500.00 |

| Offer | Quantity | Payout | Amount |
|---|---|---|---|
| Adjustment | 13 Conversions | $500.00 / Conversion | $6,500.00 |

**Total**   $6,500.00

1

Confidential/FOIA Treatment Requested

ZILM0049858

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-22 | 2886 |

Account

Zilmil Inc 6
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 4/10/2014 - 4/22/2014 | $46,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 92 Conversions | $500.00 / Conversion | $46,000.00 |

**Total**  $46,000.00

1

ZILM0049859

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-18 | 3336 |

| Account |
|---------|
| Zilmil Inc |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass □ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 5/12/2014 - 5/18/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**   $1,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049860

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-20 | 2878 |

**Account**

| |
|---|
| Zilmil Inc |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ████3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass□ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 4/07/2014 - 4/20/2014 | $5,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 11 Conversions | $500.00 / Conversion | $5,500.00 |

**Total**   $5,500.00

1

ZILM0049861

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-18 | 3338 |

**Account**

Zilmil Inc 2
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ▮▮▮3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐☐ Jacksonvi

| Date Range | Total |
|------------|-------|
| 5/11/2014 - 5/18/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total** $1,000.00

1

ZILM0049862

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-10 | 3326 |

**Account**

| Zilmil Inc 2 |
|---|
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| Jacksonville, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number:███ 3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass□ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 4/28/2014 - 5/10/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**    $1,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049863

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-03-30 | 2600 |

**Account**

Zilmil Inc 2
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ■■■3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass □ □ 8730 Baymeadows Road □ □ Jacksonvi

| Date Range | Total |
|------------|-------|
| 3/26/2014 - 3/30/2014 | $2,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary - New site CPA | 3 Conversions | $500.00 / Conversion | $1,500.00 |
| Adjustment | 1 Conversion | $500.00 / Conversion | $500.00 |

**Total**    $2,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049864

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-27 | 2956 |

**Account**

| Zilmil Inc |
| --- |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ▮▮▮3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐ ☐ Jacksonvi

| Date Range | Total |
|------------|-------|
| 4/21/2014 - 4/27/2014 | $3,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 6 Conversions | $500.00 / Conversion | $3,000.00 |

**Total**   $3,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049865

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
| --- | --- |
| 2014-04-27 | 2956 |

**Account**

Zilmil Inc
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███ 047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐ ☐ Jacksonvi

| Date Range | Total |
| --- | --- |
| 4/21/2014 - 4/27/2014 | $3,500.00 |

| Offer | Quantity | Payout | Amount |
| --- | --- | --- | --- |
| Adjustment | 7 Conversions | $500.00 / Conversion | $3,500.00 |

**Total**   $3,500.00

1

ZILM0049866

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-03 | 3014 |

**Account**

| Zilmil Inc 4 |
|---|
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

**Billing**

| Method: Wire |
|---|
| Beneficiary Name: |
| Account Number: |
| Bank Name: |
| Routing / ABA / Swift: |

| Date Range | Total |
|------------|-------|
| 4/28/2014 - 5/03/2014 | $5,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 10 Conversions | $500.00 / Conversion | $5,000.00 |

**Total**    $5,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049867

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-06 | 2688 |

**Account**

Zilmil Inc
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass☐ ☐ 8730 Baymeadows Road ☐ ☐ Jacksonvi

| Date Range | Total |
|------------|-------|
| 3/31/2014 - 4/06/2014 | $13,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary - New site CPA | 24 Conversions | $500.00 / Conversion | $12,000.00 |
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**   $13,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049868

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-18 | 3340 |

**Account**

Zilmil Inc 4
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 5/11/2014 - 5/18/2014 | $4,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 9 Conversions | $500.00 / Conversion | $4,500.00 |

**Total**   $4,500.00

1

Confidential/FOIA Treatment Requested

ZILM0049869

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-04-27 | 2960 |

**Account**

Zilmil Inc 4
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 4/21/2014 - 4/27/2014 | $7,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 14 Conversions | $500.00 / Conversion | $7,000.00 |

**Total**  $7,000.00

1

Confidential/FOIA Treatment Requested

ZILM0049870

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-10 | 3328 |

**Account**

Zilmil Inc 4
3832-10 BAYMEADOWS ROAD SUITE 125
JACKSONVILLE, FL, 32217, US

**Billing**

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 5/04/2014 - 5/10/2014 | $4,500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 9 Conversions | $500.00 / Conversion | $4,500.00 |

**Total**   $4,500.00

1

Confidential/FOIA Treatment Requested

ZILM0049871

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-10 | 3332 |

Account

| |
|---|
| Zilmil Inc 5 |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| JACKSONVILLE, FL, 32217, US |

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 5/04/2014 - 5/10/2014 | $500.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Banc De Binary Direct Site CPA | 1 Conversion | $500.00 / Conversion | $500.00 |

**Total** $500.00

1

Confidential/FOIA Treatment Requested

ZILM0049872

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-18 | 3342 |

**Account**

| |
|---|
| Zilmil Inc 6 |
| 3832-10 BAYMEADOWS ROAD SUITE 125 |
| Jacksonville, FL, 32217, US |

**Billing**

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 5/12/2014 - 5/18/2014 | $1,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 2 Conversions | $500.00 / Conversion | $1,000.00 |

**Total**   $1,000.00

1

ZILM0049873

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-05-11 | 3330 |

Account

Zilmil Inc 6
3832-10 BAYMEADOWS ROAD SUITE 125
Jacksonville, FL, 32217, US

Billing

Method: Wire
Beneficiary Name:
Account Number:
Bank Name:
Routing / ABA / Swift:

| Date Range | Total |
|------------|-------|
| 5/04/2014 - 5/11/2014 | $4,000.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 8 Conversions | $500.00 / Conversion | $4,000.00 |

**Total**   $4,000.00

1

Confidential/FOIA Treatment Requested                                                       ZILM0049874

Banc De Binary Ltd.
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301
Mesa Yeitonia, Limassol,
CY

# Invoice

| Date | Invoice # |
|------|-----------|
| 2014-06-07 | 3374 |

**Account**

Zilmil Inc PAYMENTS

, AL, US

**Billing**

Method: Wire
Beneficiary Name: Michael Shah
Account Number: ███ 3047
Bank Name: BBVA Compass
Routing / ABA / Swift: SWIFT cpasus44 Routing 063013924
Other Details: BBVA Compass 8730 Baymeadows Road Jacksonville, FL 3...

| Date Range | Total |
|------------|-------|
| 5/25/2014 - 6/07/2014 | $2,300.00 |

| Offer | Quantity | Payout | Amount |
|-------|----------|--------|--------|
| Adjustment | 4 Conversions | $575.00 / Conversion | $2,300.00 |

**Total**   $2,300.00

1

Confidential/FOIA Treatment Requested

ZILM0049875

Live Chat    Support (//support.bancdebinary.com/)    English

Welcome, Guest. Please Login or Register (https://bancdebinary.com/accounts/open-account/?refcat=Open+Account+Methods&ref=Header)

10:36:25 GMT 12 March 2016



(https://bancdebinary.com//)

### SITE 100% SECURE
IFSC/60/352/TS/IS
BOB SERVICES LTD ALIVE

Forgot your password? Click here (https://bancdebinary.com/forgot-password/) to recover (24/7)

Email          Password          **LOGIN**

**OPEN AN ACCOUNT (HTTPS://BANCDEBINARY.COM/ACCOUNTS/OPEN-ACCOUNT/?
REFCAT=OPEN+ACCOUNT+METHODS&REF=HEADER)**

| TRADING PLATFORM | ACCOUNTS | OPTIONS TRADING | BANKING & SECURITY | EDUCATION CENTRE | MARKET ANALYSIS | CONTACT US | BLOG |
| --- | --- | --- | --- | --- | --- | --- | --- |

(HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BANCDEBINARY.COM (HTTPS://BLOG
– 10.03.16 /market-analysis/european-central-bank-press-conference-10-03-16/) /) /) /) /) (https://bancdebinary.com/market-anal
(22:36:32)   USD/CAD 1.32100 (22:36:32)      EUR/JPY 124.072 (22:36:32)   EUR/GBP 0.77606 (22:36:32)   S&P 500 2022.190 (22:36:32)   EUR/USD 1.115556 (22:37:21)   GBP/US

About Us



# About Us

Crude Oil Inventories  March 9th 2016 (https://bancdebinary.com/market-analysis/crude-oil-inventories-march-9th-2016/)  OPTIONS MARKET
BINARY-OPTIONS/)                                                                                                                ANALYSIS/)

### Live Chat



### Simplicity Pays

At Banc De Binary, we believe that in order to allow our traders to see their investments grow to their highest potential, they need to understand how to invest.

That's why we offer 1 on 1 training, educational materials, courses, news articles and more to our customers.

Banc De Binary's platform was designed by industry experts for simplicity. No guessing and no complication.

### The Lion Academy



(https://bancdebinary.com/education
centre/lion-academy/)



### Site Security

# Welcome to Banc De Binary

### Your global leader in binary option trading

Banc De Binary is proud to be at the cutting edge of the binary options trading revolution. We are a privately held investment firm and a World Finance company, founded in the wake of the 2008 financial crisis to enable investors to manage risk and maximize profits in the most secure trading environment possible. Bringing together many years of experience in the financial markets with the most innovative online trading technology, Banc De Binary (https://bancdebinary.com) now helps clients in over 100 countries realize their financial goals. As our client base expands, our core values remains the same: we are committed to providing the simplest, safest and most user-friendly online trading experience. We value all our clients, from small retail investors to VIP account holders, and we guarantee the best possible financial analysis and unparalleled customer support. Step into the financial future with Banc De Binary.

Banc De Binary uses the EV-SSL security technologies to protect your personal data, as used by the world's biggest banks.

G+1   20k          Tweet        Share   5.5K        Like   44K

(https://plus.google.com/ (https://twitter.com/intent/tweet?... (https://www.facebook.com/... De-    de-
Binary/312826402128569)   binary)

(HTTPS://BANCDEBINARY.COM/ (HTTPS://BANCDEBINARY.COM/ACCOUNTS/ (HTTPS://BANCDEBINARY.COM/BINARY- (HTTPS://BANCDEBINARY.COM/BANKING- (HTTPS://BANCDEBINARY.COM/EDUCATION- (HTTPS://BANCDEBINARY.COM/MODITY/ (HTTPS://BANCDEBINARY.COM/ABOUT-

Open a Real Trading Account (https://bancdebinary.com/accounts/open-account/?refcat=Open+Account+Methods)

Account Types (https://bancdebinary.com/account-types/)

Trading Bonuses (https://bancdebinary.com/binary-options-trading/trading-bonuses/)

Account FAQs (https://bancdebinary.com/account-faqs/)

**OPTIONS-TRADING/WHAT-ARE-BINARY-OPTIONS/)**

ZuluTrade (https://bancdebinary.com/zulutrade/)

Trading App (https://bancdebinary.com/binary-options-trading-app/)

Trading Platforms (https://bancdebinary.com/binary-options-trading/our-trading-platforms/)

Trading the News (https://bancdebinary.com/trading-the-news/)

How To Trade (https://bancdebinary.com/binary-options-trading/how-to-trade-binary-options/)

Why Banc De Binary? (https://bancdebinary.com/binary-options-trading/why-banc-de-binary/)

Trading Assets (https://bancdebinary.com/binary-options-trading/trading-assets/)

Expiry Rates (https://bancdebinary.com/binary-options-trading/expiry-rates/)

**SECURITY/)**

Deposit Methods (https://bancdebinary.com/banking-security/deposit-methods/)

Withdrawal Methods (https://bancdebinary.com/banking-security/withdrawal-methods/)

Security and Privacy (https://bancdebinary.com/banking-security/security-and-privacy/)

Anti-Money Laundering (https://bancdebinary.com/banking-security/anti-money-laundering/)

Compliance (https://bancdebinary.com/banking-security/compliance/)

FAQs (https://bancdebinary.com/banking-security/faq/)

**CENTRE/LEARN-BINARY-OPTIONS/)**

Free Video Courses (https://bancdebinary.com/education-centre/binary-options-video-courses/)

Lion Academy (https://bancdebinary.com/education-centre/lion-academy/)

Binary Options Basics (https://bancdebinary.com/education-centre/binary-options-basics/)

FAQs (https://bancdebinary.com/education-centre/faq/)

Financial Glossary (https://bancdebinary.com/education-centre/glossary/)

New E-book (https://bancdebinary.com/media/Binary-Trade-the-World.pdf)

Learn Binary Options (https://bancdebinary.com/education-centre/)

**CENTRE/MARKET-DATA/MARKET-ANALYSIS/)**

Market Review Videos (https://bancdebinary.com/education-centre/market-data/market-analysis-videos/)

Economic Calendar (https://bancdebinary.com/education-centre/market-data/the-economic-calendar/)

Analysing the Markets (https://bancdebinary.com/education-centre/analyzing-the-markets/)

Blog: BinaryOptions.fm (https://binaryoptions.fm/)

Why Data Matters (https://bancdebinary.com/market-data/)

**US/CONTACT/)**

About Us (https://bancdebinary.com/about-us/)

Partnerships (https://bancdebinary.com/partnerships/)

Letter from Our Founder (https://bancdebinary.com/about-us/letter-from-our-ceo/)

In the News (https://bancdebinary.com/about-us/in-the-news/)

Press Releases (https://bancdebinary.com/about-us/press-releases/)

Our Videos (https://bancdebinary.com/education-centre/our-videos/)

Awards Received (https://bancdebinary.com/about-us/awards-received/)

Corporate Social Responsibility (https://bancdebinary.com/about-us/social-responsibility/)

Customer Testimonials (https://bancdebinary.com/about-us/customer-testimonials/)

Contact Lion Management

---

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, Please Click Here (https://bancdebinary.com/risk-warning/ ) to read our full Risk Warning.

WHAT ARE BINARY OPTIONS? Binary options - also known as Fixed Return Options (FROs) - differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant). With binary options, there are only two possible outcomes. "Up" or "Down".

WHY BANC DE BINARY? With game-changing returns of up to 900% and an average return on investment of over 80%, trading binary options with Banc De Binary is by far the easiest way to turn an understanding of events that influence global markets into highly profitable investments. Banc De Binary's innovative, user-friendly trading platforms offer a wide range of unique, proprietary features that make it simple for experienced and novice investors alike to make manage risk and make informed and timely trades. With over 90 tradable assets, including currency pairs, stocks, indices and commodities, 24/7 uptime, and the ability to fine-tune every detail of every trade, binary options are taking the financial world by storm and are rapidly replacing traditional methods of investing.

OWNERSHIP DISCLOSURE: This domain is owned and operated by BDB Services (Belize) Ltd and its affiliated Company ESPERTO TEC LTD incorporation number: 9384722, 4th Floor, Holden House, 57 Rathbone Place, W1T 1JU, UK.

SITE RISK DISCLOSURE: BDB Services (Belize) Ltd does not accept any liability for loss or damage as a result of reliance on the information contained within this website; this includes education material, price quotes and charts, and analysis. Please be aware of the risks associated with trading the financial markets; never invest more money than you can risk losing. The risks involved in trading binary options are high and may not be suitable for all investors. BDB Services (Belize) Ltd doesn't retain responsibility for any trading losses you might face as a result of using the data hosted on this site. The data and quotes contained in this website are not provided by exchanges but rather by THOMPSON REUTERS. Prices may be different from exchange prices and may not be accurate to real time exchange trading prices. NOTICE: Outside of the European Union, this website is operated by BDB Services (Belize) Ltd. Belize city, Belize, C.A. IFSC License number: IFSC/60/352/TS/15

About Us (https://bancdebinary.com/about-us/)    Terms of Use (https://bancdebinary.com/terms-of-use/)

Open a Real Trading Account (https://bancdebinary.com/accounts/open-account/?refcat=Open+Account+Methods&ref=Footer)    Risk Warning (https://bancdebinary.com/risk-warning/)

Privacy Policy (https://bancdebinary.com/privacy-policy/)

© 2016 BDB Services (Belize) Ltd

http://go.bancdebinary.com/lp/bdb_30sec_lp_no/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_lp_se/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_50_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/60_seconds_v2_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/60_seconds_v2_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/60_seconds_v2_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_50_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_signup_form_se/?lp-variation-id=0

http://go.bancdebinary.com/lp/100-bonus-ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/3-steps-ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/4ways_lt/?lp-variation-id=0

http://go.bancdebinary.com/lp/4ways_pl/?lp-variation-id=0

http://go.bancdebinary.com/lp/30sec_watch_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_lp_dk/?lp-variation-id=1

http://go.bancdebinary.com/lp/bdb_30sec_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_30sec_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_50_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/60_seconds_v2_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/60_seconds_v2_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/81-return-every-60-seconds-it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_60sec_lp_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_ar_new_v2/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_ar_new_v2/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_ar_new/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_cysec_bafin_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_new-binary-starter/?lp-variation-id=0

http://go.bancdebinary.com/lp/successful-trading-starts-with-bonus/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_nl/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_ru/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_lp_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v2_lp_pt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_no/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_es/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_nl/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v3_lp_fr/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_xmas_lt/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_bonus_v1_xmas_pl/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_100bonus_full_en/?lp-variation-id=0

http://go.bancdebinary.com/lp/100_50_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/ar_gold/?lp-variation-id=0

http://go.bancdebinary.com/lp/risk-free-trade-ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/arabic-testimonial/?lp-variation-id=0

http://go.bancdebinary.com/lp/get_a_ca_ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/get_a_ca_de/?lp-variation-id=0

http://go.bancdebinary.com/lp/get_a_ca/?lp-variation-id=0

http://go.bancdebinary.com/lp/get_a_ca_it/?lp-variation-id=0

http://go.bancdebinary.com/lp/the-best-investment-opportunity-nobody-is-talking-about_es/

http://go.bancdebinary.com/lp/get_a_ca_sw/

http://go.bancdebinary.com/lp/wishlist/?lp-variation-id=0

http://go.bancdebinary.com/lp/wishlistaff/?lp-variation-id=0

http://go.bancdebinary.com/lp/claimbonus_de/

http://go.bancdebinary.com/lp/claimbonus_en/

http://go.bancdebinary.com/lp/bdb_classic-nl/

http://go.bancdebinary.com/lp/bdb_classic-de/

http://go.bancdebinary.com/lp/ideal-traders-2/

http://go.bancdebinary.com/lp/easy_trade_mb/

http://go.bancdebinary.com/lp/bdb_ebook_lp_en/

http://go.bancdebinary.com/lp/learn-how-to-trade/

http://go.bancdebinary.com/lp/bdb_bonus_mybinarycoach/

http://go.bancdebinary.com/lp/trading-signals-new-en/

http://go.bancdebinary.com/lp/trading-signals-new-v2-en/

http://go.bancdebinary.com/lp/trading-signals-new-v2-ru/

http://go.bancdebinary.com/lp/ramadan-kareem/

http://go.bancdebinary.com/lp/bdb_risk-free_v2/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_dk/

http://go.bancdebinary.com/lp/bdb_bonus_mybinarycoach/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_nl/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_en/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_fr/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_de/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_it/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_lv/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_lt/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_no/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_pl/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_ru/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_es/

http://go.bancdebinary.com/lp/bdb_risk-free_trade_v1_se/

http://go.bancdebinary.com/lp/bdb_risk_free_trade_v2_lp_en/

http://go.bancdebinary.com/lp/bdb_risk_free_trade_v2_lp_fr/

http://go.bancdebinary.com/lp/bdb_risk_free_trade_v2_lp_it/

http://go.bancdebinary.com/lp/buckle-up-risk-free-en/

http://go.bancdebinary.com/lp/aff-lp/?lp-variation-id=0

http://go.bancdebinary.com/lp/testimonial_en/

http://go.bancdebinary.com/lp/bdb_steps_lp_en/

http://go.bancdebinary.com/lp/bdb_steps_lp_fr/

http://go.bancdebinary.com/lp/bdb_top-three-ways_cn/

http://go.bancdebinary.com/lp/bdb_top-three-ways_en/

http://go.bancdebinary.com/lp/trade-apple-2/

http://go.bancdebinary.com/lp/tradelikeapro_en/

http://go.bancdebinary.com/lp/tradelikeapro_lt/

http://go.bancdebinary.com/lp/tradelikeapro_pl/

http://go.bancdebinary.com/lp/tradestocks_en/

http://go.bancdebinary.com/lp/the-trading-room-en-only-for-trading/?lp-variation-id=0

http://go.bancdebinary.com/lp/the-trading-room-ru-andrey-andryashin/

http://go.bancdebinary.com/lp/the-trading-room-en/

http://go.bancdebinary.com/lp/the-trading-room-fr/

http://go.bancdebinary.com/lp/the-trading-room-de/

http://go.bancdebinary.com/lp/the-trading-room-it/

http://go.bancdebinary.com/lp/the-trading-room-royal-signals-ru/

http://go.bancdebinary.com/lp/the-trading-room-ru/

http://go.bancdebinary.com/lp/the-trading-room-es/

http://go.bancdebinary.com/lp/bdb_zero_spread_commodities_en/

http://go.bancdebinary.com/lp/bdb_zero_spread_currencies_en/

http://go.bancdebinary.com/lp/zulu-trade/

http://binary-banks.com/

http://easytradeonline.com/

http://cnnfx.com/

http://makemoneynow.cc/

http://thebinary-bank.com/

http://xoption.net/ar/

http://xoption.net/nl/

http://xoption.net/

http://xoption.net/fr/

http://xoption.net/de/

http://go.bancdebinary.com/lp/bdb_nologo_form_en/

http://go.bancdebinary.com/lp/bdb_nologo_form_es/

http://go.bancdebinary.com/lp/bdb_signup_form_dk/

http://go.bancdebinary.com/lp/bdb_signup_form_en/

http://go.bancdebinary.com/lp/bdb_signup_form_fr/

http://go.bancdebinary.com/lp/bdb_signup_form_de/

http://go.bancdebinary.com/lp/bdb_signup_form_it/

http://go.bancdebinary.com/lp/bdb_signup_form_pl/

http://go.bancdebinary.com/lp/iframe-redirect-new-window/

http://go.bancdebinary.com/lp/bdb_signup_form_es/

http://go.bancdebinary.com/lp/bdb_signup_form_se/

http://go.bancdebinary.com/lp/bdb_nologo_form_en_300x350/?lp-variation-id=0

http://go.bancdebinary.com/lp/bdb_nologo_form_fr_300x350/?lp-variation-id=0

http://go.bancdebinary.com/lp/iframe-300x400-ar/?lp-variation-id=0

http://go.bancdebinary.com/lp/iframe-new-window/

http://go.bancdebinary.com/lp/iframe-300x400-fr-redirect/

http://go.bancdebinary.com/lp/bdb-sign-up-form-325x560/

http://go.bancdebinary.com/lp/minimal-form-new-window-redirect/

http://go.bancdebinary.com/lp/minimal-form-es/

http://go.bancdebinary.com/lp/bdb_signup_form_ru/

http://go.bancdebinary.com/lp/get_a_ca/?lp-variation-id=0

http://go.bancdebinary.com/lp/trading-room-binary-optioner/

http://go.bancdebinary.com/lp/trading-it-binary-optioner/

http://go.bancdebinary.com/lp/wide-iframe/

http://go.bancdebinary.com/lp/wide-iframe/

http://go.bancdebinary.com/lp/wide-iframe-es/

http://go.bancdebinary.com/lp/wide-iframe-dk/

http://go.bancdebinary.com/lp/testimonial_fnm/

# EXHIBIT E



**Mike Shah <zilmilinc@gmail.com>**

## campaign reports

**royb** <RoyB@traderxp.com>                                           Tue, Oct 8, 2013 at 9:23 AM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>

Hey. Are here the reports of the 2 campaigns.


As you can see there's isn't a single lead on a NEW status which means that everyone was called. Many of the leads or on a "call again" status which is great – because it means that for sure we will have many more FTDs coming from it – and that these are all users that were contacted and didn't refuse or shown no interest – so the lead is still alive.


Will Skype you for some more issues we've been talking about soon.


| Status M_1 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 426 | 100% | 1332 | 3.13 |
| noAnswer | 77 | 18.08% | 193 | 2.51 |
| checkNumber | 18 | 4.23% | 33 | 1.83 |
| callAgain | 242 | 56.18% | 531 | 2.57 |
| notIntrested | 4 | 0.94% | 16 | 4 |
| inTheMoney | 81 | 19.01% | 548 | 6.77 |
| noCall | 4 | 0.94% | 11 | 2.75 |


| Status M_2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 1771 | 100% | 4712 | 2.66 |

                                                    ZILM0029279

| | | | | |
|---|---|---|---|---|
| noAnswer | 370 | 20.89% | 1040 | 2.81 |
| checkNumber | 86 | 4.86% | 183 | 2.13 |
| callAgain | 1118 | 63.13% | 2189 | 2.49 |
| notIntrested | 18 | 1.02% | 47 | 2.61 |
| inTheMoney | 158 | 8.92% | 1194 | 7.56 |
| noCall | 21 | 1.19% | 58 | 2.76 |

Confidential/FOIA Treatment Requested

ZILM0029280



**Mike Shah <zilmilinc@gmail.com>**

## campaign reports

**Zilmil Inc** <zilmilinc@gmail.com>
Reply-To: Zilmil Inc <zilmilinc@gmail.com>
To: RoyB@traderxp.com

Tue, Oct 8, 2013 at 10:28 AM

Checking got payment nnpayment report sorted?

From my Android phone on T-Mobile. The first nationwide 4G network.
[Quoted text hidden]



**Mike Shah <zilmilinc@gmail.com>**

## campaign reports

**royb** <RoyB@traderxp.com>                                          Tue, Oct 8, 2013 at 10:30 AM
To: Zilmil Inc <zilmilinc@gmail.com>

That what I wanted to check with you on Skype. Im here for about 15 minutes. IM me if you can – if not we'll
talk later cause I'm in pretty bad shape...

**From:** Zilmil Inc [mailto:zilmilinc@gmail.com]
**Sent:** Tuesday, October 08, 2013 5:28 PM
**To:** royb
**Subject:** RE: campaign reports

Checking got payment nnpayment report sorted?

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: royb <RoyB@traderxp.com>
Date: 10/08/2013 9:23 AM (GMT-05:00)
To: "'zilmilinc@gmail.com'" <zilmilinc@gmail.com>
Subject: campaign reports

Hey. Are here the reports of the 2 campaigns.

As you can see there's isn't a single lead on a NEW status which means that everyone was called. Many of the
leads or on a "call again" status which is great – because it means that for sure we will have many more FTDs
coming from it – and that these are all users that were contacted and didn't refuse or shown no interest – so the
lead is still alive.

Will Skype you for some more issues we've been talking about soon.

| Status M_1 | Customers | Percent | Comments | Average number |
|---|---|---|---|---|

|  | Number | of Total |  | of comments |
|---|---|---|---|---|
| Total | 426 | 100% | 1332 | 3.13 |
| noAnswer | 77 | 18.08% | 193 | 2.51 |
| checkNumber | 18 | 4.23% | 33 | 1.83 |
| callAgain | 242 | 56.18% | 531 | 2.57 |
| notIntrested | 4 | 0.94% | 16 | 4 |
| inTheMoney | 81 | 19.01% | 548 | 6.77 |
| noCall | 4 | 0.94% | 11 | 2.75 |

| Status M_2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 1771 | 100% | 4712 | 2.66 |
| noAnswer | 370 | 20.89% | 1040 | 2.81 |
| checkNumber | 86 | 4.86% | 183 | 2.13 |
| callAgain | 1118 | 63.13% | 2189 | 2.49 |
| notIntrested | 18 | 1.02% | 47 | 2.61 |
| inTheMoney | 158 | 8.92% | 1194 | 7.56 |
| noCall | 21 | 1.19% | 58 | 2.76 |

Confidential/FOIA Treatment Requested

ZILM0029283



**Mike Shah <zilmilinc@gmail.com>**

## campaign reports

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>                                      Tue, Oct 8, 2013 at 11:37 PM
To: royb <RoyB@traderxp.com>

Hey man - When you are back, make sure to see if paymetns all sent out so we can get caught up. Then I'll review payment reports again too.

Also get me the zillead campaign calling reports too

On Tue, Oct 8, 2013 at 10:30 AM, royb <RoyB@traderxp.com> wrote:

That what I wanted to check with you on Skype. Im here for about 15 minutes. IM me if you can – if not we'll talk later cause I'm in pretty bad shape...

---

**From:** Zilmil Inc [mailto:zilmilinc@gmail.com]
**Sent:** Tuesday, October 08, 2013 5:28 PM
**To:** royb
**Subject:** RE: campaign reports

Checking got payment nnpayment report sorted?

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: royb <RoyB@traderxp.com>
Date: 10/08/2013 9:23 AM (GMT-05:00)
To: "'zilmilinc@gmail.com'" <zilmilinc@gmail.com>
Subject: campaign reports

Hey. Are here the reports of the 2 campaigns.

As you can see there's isn't a single lead on a NEW status which means that everyone was called. Many of the leads or on a "call again" status which is great – because it means that for sure we will have many more FTDs coming from it – and that these are all users that were contacted and didn't refuse or shown no interest – so the lead is still alive.

Will Skype you for some more issues we've been talking about soon.

| Status M_1 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 426 | 100% | 1332 | 3.13 |
| noAnswer | 77 | 18.08% | 193 | 2.51 |
| checkNumber | 18 | 4.23% | 33 | 1.83 |
| callAgain | 242 | 56.18% | 531 | 2.57 |
| notIntrested | 4 | 0.94% | 16 | 4 |
| inTheMoney | 81 | 19.01% | 548 | 6.77 |
| noCall | 4 | 0.94% | 11 | 2.75 |

| Status M_2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 1771 | 100% | 4712 | 2.66 |
| noAnswer | 370 | 20.89% | 1040 | 2.81 |
| checkNumber | 86 | 4.86% | 183 | 2.13 |
| callAgain | 1118 | 63.13% | 2189 | 2.49 |
| notIntrested | 18 | 1.02% | 47 | 2.61 |
| inTheMoney | 158 | 8.92% | 1194 | 7.56 |
| noCall | 21 | 1.19% | 58 | 2.76 |

 ZILM0029285



**Mike Shah <zilmilinc@gmail.com>**

## campaign reports

**royb** <RoyB@traderxp.com>                                        Wed, Oct 9, 2013 at 11:07 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>

Dude, what's up? I'm half dead here… donno how the fuck did  I get this shit – but it better be gone until
Saturday – otherwise I'm doomed…

Anyway, here's the report  for zileads. Note that all the ones that are still at new were contacted <u>at least</u>  10
times by emails so far – and will be called regardless if the react in their mail over the next couple of days.

| Status | Customers Number | Percent of Total | Comments | Average number of comments |
|--------|------------------|------------------|----------|----------------------------|
| Total | 1015 | 100% | 594 | 0.59 |
| new | 742 | 73.1 % | 0 | 0.0 |
| noAnswer | 26 | 2.56 % | 38 | 1.46 |
| checkNumber | 6 | 0.59 % | 9 | 1.5 |
| callAgain | 212 | 20.89 % | 370 | 1.75 |
| notIntrested | 1 | 0.1 % | 3 | 3.0 |
| inTheMoney | 26 | 2.56 % | 170 | 6.54 |
| noCall | 2 | 0.2 % | 4 | 2.0 |

Confidential/FOIA Treatment Requested                                        ZILM0029286

As per the payment for last week performance, I've added the 8.8 to the total of 96 from this week numbers (also updated zilieads for 600) and that was processed today in two different payment – so you should see it in your account soon.

I'm on Skype for little bit and then probably go back to bed but you can try IM if you want

Thanks,

Roy

**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Wednesday, October 09, 2013 6:37 AM
**To:** royb
**Subject:** Re: campaign reports

[Quoted text hidden]

ZILM0029287



**Mike Shah <zilmilinc@gmail.com>**

## campaigns activity

**royb** <RoyB@traderxp.com>                                                  Tue, Oct 29, 2013 at 4:05 AM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>

There you go, mate. This is from the beginning of October. I remind that it's based on the sellers categorizing –
so the "new" dosent reflect the real situation – it's just leads that were contacted and they still not sure where
how to categorize it….

I'll have the payment stuff sent to you later today

Roy

| ZILpaid | Customers Number | Percent of Total | Comments | Average number of comments |
|---------|------------------|------------------|----------|----------------------------|
| Total | 25 | 100% | 78 | 3.12 |
| new | 7 | 28% | 3 | 0.43 |
| checkNumber | 2 | 8% | 2 | 1 |
| callAgain | 5 | 20% | 25 | 5 |
| notIntrested | 1 | 4% | 2 | 2 |
| inTheMoney | 10 | 40% | 46 | 4.6 |

| zilfree | Customers Number | Percent of Total | Comments | Average number of comments |
|---------|------------------|------------------|----------|----------------------------|

| | | | | |
|---|---|---|---|---|
| Total | 785 | 100% | 2070 | 2.64 |
| new | 160 | 20.38% | 49 | 0.31 |
| noAnswer | 249 | 31.72% | 558 | 2.24 |
| checkNumber | 51 | 6.50% | 111 | 2.18 |
| callAgain | 216 | 27.52% | 783 | 3.63 |
| notIntrested | 42 | 5.35% | 165 | 3.93 |
| inTheMoney | 42 | 5.35% | 342 | 8.14 |
| noCall | 25 | 3.18% | 62 | 2.48 |

| zilpaid2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 107 | 100% | 257 | 2.4 |
| new | 16 | 14.95% | 3 | 0.19 |
| noAnswer | 36 | 33.64% | 60 | 1.67 |
| checkNumber | 11 | 10.28% | 23 | 2.09 |
| callAgain | 27 | 25.23% | 104 | 3.85 |
| notIntrested | 5 | 4.67% | 11 | 2.2 |
| inTheMoney | 9 | 8.41% | 37 | 4.11 |
| noCall | 3 | 2.80% | 19 | 6.33 |

| m1 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Total | 190 | 100% | 586 | 3.08 |
| new | 13 | 6.84% | 0 | 0 |
| noAnswer | 53 | 27.89% | 123 | 2.32 |
| checkNumber | 12 | 6.32% | 27 | 2.25 |
| callAgain | 80 | 42.11% | 198 | 2.48 |
| notIntrested | 4 | 2.11% | 11 | 2.75 |
| inTheMoney | 25 | 13.16% | 223 | 8.92 |
| noCall | 3 | 1.58% | 4 | 1.33 |

| m2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 886 | 100% | 2276 | 2.57 |
| new | 29 | 3.27% | 6 | 0.21 |
| noAnswer | 238 | 26.86% | 584 | 2.45 |
| checkNumber | 50 | 5.64% | 90 | 1.8 |
| callAgain | 476 | 53.72% | 1073 | 2.25 |
| notIntrested | 25 | 2.82% | 54 | 2.16 |
| inTheMoney | 59 | 6.66% | 449 | 7.61 |
| noCall | 9 | 1.02% | 20 | 2.22 |

Confidential/FOIA Treatment Requested

ZILM0029290



Mike Shah <zilmilinc@gmail.com>

## FW: 8k payment urgent

**royb** <RoyB@traderxp.com>                                                      Wed, Dec 18, 2013 at 4:00 AM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>
Cc: Ori Mishkal <OriM@traderxp.com>

Hey man, what's up??

Please see below the email we received from you on May! Turns out that you sent us a wrong account number back then and somehow since we never paid that bank yet this account number was the one which was on our records...

Please send us the full account number so we can now take care of it...

Thanks,
Roy


——Original Message——
From: Scott Port - TraderXP
Sent: Tuesday, May 21, 2013 6:57 PM
To: Ella Shalimov - TraderXP
Subject: 8k payment urgent

we are buying 100 leads  for 16,000$ 50 % in advance from a super premium source we will pay 50% in advance and 50% when completed

please send 8000$ to
Bank:
BBVA Compass
8730 Baymeadows Road
Jacksonville, FL 32256

My adddress:
Zilmil Inc
3832-10 Baymeadows Road
Suite 125
Jacksonville, FL 32217

Account Info:
SWIFT: cpasus44
Routing #: 063013924
Account #: ■18

Confidential/FOIA Treatment Requested                                                      ZILM0029291



**Mike Shah <zilmilinc@gmail.com>**

## FW: 8k payment urgent

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>
To: royb <RoyB@traderxp.com>
Cc: Ori Mishkal <OriM@traderxp.com>

Wed, Dec 18, 2013 at 6:21 AM

Hey Roy,

Actually, I just checked my chats with Scott. I had sent him right information and right bank information. When he copied it over to you guys, he left the last part of the account # off, which is where the issue is.

Also, I have sent details for this account multiple times, and you guys have in fact paid this account multiple times for - 100k+ (all the TraderXP orgination payments have been going there) so it has been fine till now...

Did you guys talk to the bank?

And sent the bank info again yesterday, but here it is again:

Bank:
BBVA Compass
8730 Baymeadows Road
Jacksonville, FL 32256

My adddress:
Zilmil Inc
3832-10 Baymeadows Road
Suite 125
Jacksonville, FL 32217

Account Info:
SWIFT: cpasus44
Routing #: 063013924
Account #: ███3047

Thanks,
Mike
[Quoted text hidden]



**Mike Shah <zilmilinc@gmail.com>**

## FW: 8k payment urgent

**royb** <RoyB@traderxp.com>                                                    Wed, Dec 18, 2013 at 6:29 AM
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Ori Mishkal <OriM@traderxp.com>

Ok... not sure where was the mistake but it's not really relevant anymore.... Ori, do you now have all the
information in order to have that payment processed?

**From:** Zilmil Inc (Mike) [mailto:zilmilinc@gmail.com]
**Sent:** Wednesday, December 18, 2013 1:22 PM
**To:** royb
**Cc:** Ori Mishkal
**Subject:** Re: FW: 8k payment urgent

[Quoted text hidden]

Confidential/FOIA Treatment Requested                                                    ZILM0029293



**Mike Shah <zilmilinc@gmail.com>**

## FW: 8k payment urgent

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>
To: royb <RoyB@traderxp.com>
Cc: Ori Mishkal <OriM@traderxp.com>

Wed, Dec 18, 2013 at 6:54 AM

Yup agreee, can you get that last payment and todays new one processed?
[Quoted text hidden]

ZILM0029294



Mike Shah <zilmilinc@gmail.com>

**FW: LAST SWIFT FOR MIKE 40,000 USD**

**royb** <RoyB@traderxp.com>
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>

Here's that last swift of the payment

**From:** Ori Mishkal
**Sent:** Wednesday, January 22, 2014 2:38 PM
**To:** royb
**Cc:** Amir Cahana; HarryP
**Subject:** LAST SWIFT FOR MIKE 40,000 USD

Hey last payment for mike 40,000 USD

| Code | Ordering party | Beneficiary |
|------|----------------|-------------|
| 1 | ZILMIL INC | ZILMIL INC |
| | Swift address<br>RZBRROBU | Swift address<br>CPASUS44XXX |
| | A/c number<br>▮▮▮▮8889 | A/c number<br>▮▮3047 |
| | Details 1<br>INV 8006 | Details 2<br>URGENT |

| Original filename | Filer |
|-------------------|-------|
| C:W...WMT100WINW14012201.INT | C:W |

| Session type | Bank parameter file | Order |
|--------------|---------------------|-------|
| INT | RZBRO | AA6 |

Comms answer
1    Order successfully completed

ZILM0029295



Mike Shah <zilmilinc@gmail.com>

## Fwd: full number

**Scott Port - TraderXP** <scott@traderxp.com>                    Tue, May 21, 2013 at 5:31 PM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>
Cc: HarryP <harryp@traderxp.com>, royb <RoyB@traderxp.com>

Hi Mike
here is the swift for the 8k  once we get the 100 leads from you we will send the other 8 k  in total 16k for 100 leads
harry will open an account for you so you can track it on traderxp

looking forward to doing alot of business with you

best regards
scott

Begin forwarded message:

> **From:** Ella Shalimov - TraderXP <ella@traderxp.com>
> **Subject: RE: full number**
> **Date:** May 21, 2013 7:19:49 PM GMT+03:00
> **To:** Scott Port - TraderXP <scott@traderxp.com>
>
> Find attached payment order.
>
> -----Original Message-----
> From: Scott Port - TraderXP
> Sent: Tuesday, May 21, 2013 7:08 PM
> To: Ella Shalimov - TraderXP
> Subject: full number
>
> [5/21/13 6:46:54 PM] Mike S: Bank:
> BBVA Compass
> 8730 Baymeadows Road
> Jacksonville, FL 32256
>
> My adddress:
> Zilmil Inc
> 3832-10 Baymeadows Road
> Suite 125
> Jacksonville, FL 32217
>
> Account Info:
> SWIFT: cpasus44
> Routing #: 063013924
> Account #: 36183047
> [5/21/13 6:48:08 PM] scott port: harry will send you the previos transfer

---

**2 attachments**

**Scan 001.pdf**
98K

 **ATT00001.htm**
1K

Confidential/FOIA Treatment Requested



**Mike Shah <zilmilinc@gmail.com>**

## hey!

**royb** <RoyB@traderxp.com>                                          Tue, Sep 24, 2013 at 11:35 AM
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>

Hey, man...


I saw that you're busy so just try to answer my email whenever you can – as per the lists, it would be great  if
we can get some information about who are exactly these users? How did they came in? what's the best way to
approach them, etc...


Can you help with that information?



Thanks,

Roy

Confidential/FOIA Treatment Requested                                                                    ZILM0029298



Mike Shah <zilmilinc@gmail.com>

**NEW FREE CAMPAIGN**

**royb** <RoyB@traderxp.com>
To: "Zilmil Inc (Mike)" <zilmilinc@gmail.com>
Cc: Scott Port - TraderXP <scott@traderxp.com>

Wed, Oct 9, 2013 at 4:57 P

Hey Mike, How's it going?

just wanted to give you a heads up about that new campaign we just started today (the free one) so far it definateley looks like the traffic in this one is not as good as others - is that something you're familiar with? do you have some experince with this kind of traffic/ creative?

here are some of the comments i took from the CRM regarding the interactions that were made so far (we try to contact all of them at least once or twice). also these guys from our call centert are well familiair with your traffic and know how to convert it - so i dont think that the problem is there...

Please have a look,and let me know your thoughts....

| CustomerID | RegDate | Status | SellerRep | Comments Number | Comments | | |
|---|---|---|---|---|---|---|---|
| | | | | | Subject | Date | SellerRep |
| 146292 | 10/9/2013 4:47:53 PM | callAgain | Mike Jane | 8 | calling | 10/9/2013 4:55:43 PM | Mike Jane |
| | | | | | sent mail trying to get him | 10/9/2013 5:12:44 PM | Mike Jane |
| | | | | | talking to him | 10/9/2013 5:13:18 PM | Mike Jane |
| | | | | | first time looking doesnt know | 10/9/2013 5:14:20 PM | Mike Jane |
| | | | | | telling him to invest | 10/9/2013 5:17:53 PM | Mike Jane |
| | | | | | telling him to deposit | 10/9/2013 5:19:19 PM | Mike Jane |
| | | | | | not sure whats going on with this guy pushed him super hard to do depost today | 10/9/2013 5:25:55 PM | Mike Jane |
| | | | | | trying to deposit | 10/9/2013 5:41:05 PM | Mike Jane |
| 146252 | 10/9/2013 3:23:52 PM | callAgain | Mihaela Grigoropol | 7 | Subject | Date | SellerRep |
| | | | | | calling | 10/9/2013 3:28:48 PM | Mihaela Grigoropol |
| | | | | | with her on the phone | 10/9/2013 3:29:14 PM | Mihaela Grigoropol |
| | | | | | no experience, beginner | 10/9/2013 3:29:39 PM | Mihaela Grigoropol |
| | | | | | wants to change her job | 10/9/2013 3:30:46 PM | Mihaela Grigoropol |
| | | | | | talking about min the silver account | 10/9/2013 3:33:27 PM | Mihaela Grigoropol |
| | | | | | she's in between jobs, no mondey for now | 10/9/2013 3:35:12 PM | Mihaela Grigoropol |
| | | | | | cb on monday | 10/9/2013 3:37:27 PM | Mihaela Grigoropol |
| 146264 | 10/9/2013 3:40:54 PM | callAgain | Steffan Bayer | 7 | Subject | Date | SellerRep |
| | | | | | Speaking | 10/9/2013 3:44:11 PM | Steffan Bayer |
| | | | | | Spoke, 1k*500 wa CC alone, 81 y.o.; worked in South Ameria as ingeniur; worked in pharma industry as well | 10/9/2013 4:05:54 PM | Steffan Bayer |

Confidential/FOIA Treatment Requested          ZILM0029299

| | | | | | Subject | Date | SellerRep |
|---|---|---|---|---|---|---|---|
| | | | | | ES: 1k+500, 5k+3k Contact details | 10/9/2013 4:08:19 PM | Steffan Bayer |
| | | | | | Spoke, took CC details | 10/9/2013 4:39:50 PM | Steffan Bayer |
| | | | | | Spoke, suspicious of the fact, that can not deposit w the card, said had never problems w it, offered to deposit w the bank wire, problematic for him to go to the bank | 10/9/2013 4:55:31 PM | Steffan Bayer |
| | | | | | ES: 1k Bankdetails | 10/9/2013 4:57:34 PM | Steffan Bayer |
| | | | | | Spoke, explained, low funds on card, received bank details | 10/9/2013 5:07:54 PM | Steffan Bayer |
| 146291 | 10/9/2013 4:47:18 PM | callAgain | Mike Jane | 7 | **Subject** | **Date** | **SellerRep** |
| | | | | | calling | 10/9/2013 4:54:11 PM | Mike Jane |
| | | | | | talking to him | 10/9/2013 4:54:37 PM | Mike Jane |
| | | | | | kids everywhere in the background | 10/9/2013 4:56:15 PM | Mike Jane |
| | | | | | hes working in mines | 10/9/2013 4:56:43 PM | Mike Jane |
| | | | | | asking about trade bots | 10/9/2013 4:57:37 PM | Mike Jane |
| | | | | | asking minimum 250 | 10/9/2013 4:59:48 PM | Mike Jane |
| | | | | | said he will send email | 10/9/2013 5:01:39 PM | Mike Jane |
| 146271 | 10/9/2013 3:49:54 PM | callAgain | Mike Jane | 6 | **Subject** | **Date** | **SellerRep** |
| | | | | | calling | 10/9/2013 4:21:38 PM | Mike Jane |
| | | | | | super old | 10/9/2013 4:22:28 PM | Mike Jane |
| | | | | | talking to him has a little experience | 10/9/2013 4:23:34 PM | Mike Jane |
| | | | | | lost a lot of money!! | 10/9/2013 4:24:22 PM | Mike Jane |
| | | | | | saying hes retired!! | 10/9/2013 4:25:47 PM | Mike Jane |
| | | | | | cant make a deposit today needs to get money together | 10/9/2013 4:28:22 PM | Mike Jane |
| 146213 | 10/9/2013 1:29:01 PM | callAgain | Anna Patrick | 5 | **Subject** | **Date** | **SellerRep** |
| | | | | | calling and send a mail | 10/9/2013 1:38:29 PM | Anna Patrick |
| | | | | | not available | 10/9/2013 1:40:03 PM | Anna Patrick |
| | | | | | send all my e mails and push to deposit | 10/9/2013 1:40:22 PM | Anna Patrick |
| | | | | | calling again | 10/9/2013 1:42:04 PM | Anna Patrick |
| | | | | | he replied my e mail | 10/9/2013 1:43:20 PM | Anna Patrick |
| 146258 | 10/9/2013 3:32:35 PM | callAgain | Anna Patrick | 5 | **Subject** | **Date** | **SellerRep** |
| | | | | | calling and send a mail | 10/9/2013 3:41:40 PM | Anna Patrick |
| | | | | | calling | 10/9/2013 3:42:18 PM | Anna Patrick |
| | | | | | with him on the phone | 10/9/2013 | Anna Patrick |

Confidential/FOIA Treatment Requested

|  |  |  |  |  | Subject | Date | SellerRep |
|--|--|--|--|--|---------|------|-----------|
|  |  |  |  |  |  | 3:43:06 PM |  |
|  |  |  |  |  | with him on the phone | 10/9/2013 3:43:07 PM | Anna Patrick |
|  |  |  |  |  | bad connection now! will call later he said | 10/9/2013 3:44:59 PM | Anna Patrick |
| 146263 | 10/9/2013 3:39:18 PM | callAgain | Mike Jane | 5 | **Subject** | **Date** | **SellerRep** |
|  |  |  |  |  | calling phone is off trying again | 10/9/2013 4:11:21 PM | Mike Jane |
|  |  |  |  |  | sending mail trying to find on skype | 10/9/2013 4:12:13 PM | Mike Jane |
|  |  |  |  |  | got him on skype | 10/9/2013 4:13:41 PM | Mike Jane |
|  |  |  |  |  | phone is still off | 10/9/2013 5:09:57 PM | Mike Jane |
|  |  |  |  |  | phone is still off | 10/9/2013 5:09:59 PM | Mike Jane |
| 146273 | 10/9/2013 3:54:35 PM | noCall | Richard Rosenberg | 5 | **Subject** | **Date** | **SellerRep** |
|  |  |  |  |  | online user, calling to deposit | 10/9/2013 4:07:25 PM | Richard Rosenberg |
|  |  |  |  |  | na x 2 . call again soon | 10/9/2013 4:32:17 PM | Richard Rosenberg |
|  |  |  |  |  | on the line with him | 10/9/2013 4:34:32 PM | Richard Rosenberg |
|  |  |  |  |  | first time experience | 10/9/2013 4:35:45 PM | Richard Rosenberg |
|  |  |  |  |  | she can afford only 20$ | 10/9/2013 4:37:32 PM | Richard Rosenberg |
| 146247 | 10/9/2013 3:18:15 PM | callAgain | Anna Patrick | 4 | **Subject** | **Date** | **SellerRep** |
|  |  |  |  |  | calling and send a mail | 10/9/2013 3:25:19 PM | Anna Patrick |
|  |  |  |  |  | calling | 10/9/2013 3:30:05 PM | Anna Patrick |
|  |  |  |  |  | n.a.left vm | 10/9/2013 3:30:26 PM | Anna Patrick |
|  |  |  |  |  | replied my e mail.can t talk over the phone | 10/9/2013 3:40:00 PM | Anna Patrick |
| 146250 | 10/9/2013 3:20:55 PM | callAgain | Richard Rosenberg | 4 | **Subject** | **Date** | **SellerRep** |
|  |  |  |  |  | no answer | 10/9/2013 3:32:56 PM | Richard Rosenberg |
|  |  |  |  |  | on the line with him | 10/9/2013 3:35:55 PM | Richard Rosenberg |
|  |  |  |  |  | says that have experience , we are talking on software he have | 10/9/2013 3:37:41 PM | Richard Rosenberg |
|  |  |  |  |  | want to test his bot , says 200 by tomorrow cause card not next to him , with his wife. sound extremly old and wired | 10/9/2013 3:44:48 PM | Richard Rosenberg |
| 146253 | 10/9/2013 3:26:22 PM | callAgain | Mihaela Grigoropol | 4 | **Subject** | **Date** | **SellerRep** |
|  |  |  |  |  | calling | 10/9/2013 3:37:50 PM | Mihaela Grigoropol |
|  |  |  |  |  | with him on the phone | 10/9/2013 3:38:33 PM | Mihaela Grigoropol |
|  |  |  |  |  | has some experience localy | 10/9/2013 3:41:06 PM | Mihaela Grigoropol |
|  |  |  |  |  | needs to think about it, sent mail. will call tomorrow | 10/9/2013 3:44:18 PM | Mihaela Grigoropol |

| 146259 | 10/9/2013 3:35:25 PM | callAgain | Anna Patrick | 4 |
|--------|----------------------|-----------|--------------|---|

| Subject | Date | SellerRep |
|---------|------|-----------|
| calling and send a mail | 10/9/2013 3:45:56 PM | Anna Patrick |
| calling | 10/9/2013 3:46:32 PM | Anna Patrick |
| spoke with her | 10/9/2013 3:47:55 PM | Anna Patrick |
| she is a housewife.no money.will talk with her husband and activate after all.has my contacts | 10/9/2013 3:48:38 PM | Anna Patrick |

| 146279 | 10/9/2013 4:11:59 PM | callAgain | Alex Stern | 4 |
|--------|----------------------|-----------|------------|---|

| Subject | Date | SellerRep |
|---------|------|-----------|
| calling | 10/9/2013 4:16:12 PM | Alex Stern |
| calling on the phone | 10/9/2013 4:16:50 PM | Alex Stern |
| at this moment i just registered i dont have money now | 10/9/2013 4:21:10 PM | Alex Stern |
| i will have money shortly - 4 weeks - will put money around 3-4k | 10/9/2013 4:22:45 PM | Alex Stern |

**From:** Zilmil Inc (Mike) <zilmilinc@gmail.com>
**Sent:** Wednesday, October 09, 2013 3:37 AM
**To:** royb
**Subject:** Re: campaign reports

Hey man - When you are back, make sure to see if paymetns all sent out so we can get caught up. Then I'll review payment reports again too.

Also get me the zillead campaign calling reports too

On Tue, Oct 8, 2013 at 10:30 AM, royb <RoyB@traderxp.com> wrote:

That what I wanted to check with you on Skype. Im here for about 15 minutes. IM me if you can – if not we'll talk later cause I'm in pretty bad shape...

**From:** Zilmil Inc [mailto:zilmilinc@gmail.com]
**Sent:** Tuesday, October 08, 2013 5:28 PM
**To:** royb
**Subject:** RE: campaign reports

Checking got payment nnpayment report sorted?

From my Android phone on T-Mobile. The first nationwide 4G network.

-------- Original message --------
From: royb <RoyB@traderxp.com>
Date: 10/08/2013 9:23 AM (GMT-05:00)
To: "'zilmilinc@gmail.com'" <zilmilinc@gmail.com>
Subject: campaign reports

Hey, Are here the reports of the 2 campaigns.

As you can see there's isn't a single lead on a NEW status which means that everyone was called. Many of the leads or on a "call again" status which is great – because it means that for sure we will have many more FTDs coming from it – and that these are all users that were contacted and didn't refuse or shown no interest – so the lead is still alive.

Will Skype you for some more issues we've been talking about soon.

Confidential/FOIA Treatment Requested

| Status M_1 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 426 | 100% | 1332 | 3.13 |
| noAnswer | 77 | 18.08% | 193 | 2.51 |
| checkNumber | 18 | 4.23% | 33 | 1.83 |
| callAgain | 242 | 56.18% | 531 | 2.57 |
| notIntrested | 4 | 0.94% | 16 | 4 |
| inTheMoney | 81 | 19.01% | 548 | 6.77 |
| noCall | 4 | 0.94% | 11 | 2.75 |

| Status M_2 | Customers Number | Percent of Total | Comments | Average number of comments |
|---|---|---|---|---|
| Total | 1771 | 100% | 4712 | 2.66 |
| noAnswer | 370 | 20.89% | 1040 | 2.81 |
| checkNumber | 86 | 4.86% | 183 | 2.13 |
| callAgain | 1118 | 63.13% | 2189 | 2.49 |
| notIntrested | 18 | 1.02% | 47 | 2.61 |
| inTheMoney | 158 | 8.92% | 1194 | 7.56 |
| noCall | 21 | 1.19% | 58 | 2.76 |

ZILM0029303



**Mike Shah <zilmilinc@gmail.com>**

## Optiontide Partners Affiliate Application

**scott@traderxp.com** <scott@traderxp.com>
Reply-To: scott@traderxp.com
To: zilmilinc@gmail.com

Fri, Mar 22, 2013 at 4:10 PM

Hi Mike,

Congratulations.  We have reviewed your application and you have been
approved as a Optiontide Partners affiliate.  You may now log in to our
private partner area to obtain creatives to promote all of our products
and offerings.  To log in, please go to optiontide.directtrack.com and log
in with the following:

Username:  zilmilinc@gmail.com
Password:  Mike201

Your unique affiliate ID (CD2111912) will be automatically populated in
the creatives.

Thanks,
Optiontide Partners



Mike Shah <zilmilinc@gmail.com>

## Swift of mike

**royb** <RoyB@traderxp.com>
To: "zilmilinc@gmail.com" <zilmilinc@gmail.com>

Wed, Nov 27, 2013 at 2:44 AM

**From:** Ori Mishkal
**Sent:** Tuesday, November 26, 2013 5:55 PM
**To:** royb
**Cc:** HarryP; Scott Port - TraderXP
**Subject:**   swift of mike

Total payment for mike is 141,300

 **report.pdf**
40K



**Mike Shah <zilmilinc@gmail.com>**

## Swift of mike

**Zilmil Inc (Mike)** <zilmilinc@gmail.com>
To: royb <RoyB@traderxp.com>

Wed, Nov 27, 2013 at 3:47 AM

Cool let me know on other swifts/reports

[Quoted text hidden]



Education   Binary Option   Banking   Market Review   Expiry Rates   **Live Assistance**   Contact Us

home   binary options brokers

## BINARY OPTIONS BROKERS

**Binary Options Brokers**

## Begin Investing with a Trusted Binary Option Broker

TraderXP is one of the most popular and pioneering binary option brokers on the web and we continue to lead the industry for our professionalism and objectivity. We take every precaution to make our site secure, so that your privacy and finances are fully protected.

TraderXP is also among the top Forex Binary Options Brokers. Along with stocks, indices and commodities, TraderXP provides a wide variety of forex options, with fifteen different currency exchanges for you to invest in. With so many different assets, there is constantly a market open, no matter what time it is when you want to make your trades.

**So begin trading right now!**

## Yield Profits with the Platform of the Best Binary Options Broker!

Trading with TraderXP is entirely done online, with no need to download anything. Our binary options trading platform is simple and built for intuitive use.  Simply choose between our wide varieties of assets and predict the direction the price will go. For example, if you think that the price of a particular asset will rise, just click "call" and you will see a return on your investment as soon as the option expires.  We use color coding and customizable view settings, so that you can make your trades quickly, smoothly and comfortably.

## Our Site Is Not Your Binary Options Broker, We Are!

The online platform is fully supported by a staff of experts who are there to help whenever you need. TraderXP's staff is always available to help, and our analysts provide daily and weekly reviews market reviews and expert break-down of the financial news to help you make the most of trading with an experienced binary options broker.  With clear, detailed explanations and tutorials and 24/7 live chat, you can make the most educated investments to earn you maximum profits from binary trading.

To capitalize on the full potential of one of the industry's most trusted binary options broker, check out TraderXP's online platform for investing in the full range of the financial markets. Sign up now for a free account and begin trading securely with low-risk binary options.

Support Offline

Click here

Live Chat by ProvideSupport

**TraderXP**

One Touch Option

Option Builder

Binary Options

Why TraderXP?

**Library**

FAQ's

Dictionary

Index

Banking

Option Guided Tour

**Expert Opinions**

Professional Daily Analysis

Professional Weekly Analysis

Official Expiration Rates

How To Trade

Fundamental Analysis

**Partners**

White Labels

Affilates

Referral Bonuses

Introducing Brokers

       

Confidential/FOIA Treatment Requested

ZILM0029359

Landing Pages:
http://specialoffer.traderxp.com/UpgradeYourIncome/en/index.php
http://specialoffer.traderxp.com/SuccessFormula/en/index.php
http://specialoffer.traderxp.com/ForexBinaryOptions/en/index.php
http://specialoffer.traderxp.com/Stock/en/index.php

Confidential/FOIA Treatment Requested