# EXHIBIT F



**Mike Shah <zilmilinc@gmail.com>**

## 50k wire for mike

**Jason Scharf** <jbscharf@gmail.com>
To: elijah samson <eli4u2003@yahoo.com>
Cc: Mike Shah <zilmilinc@gmail.com>

Fri, Nov 14, 2014 at 4:55 PM

elijah Mike is telling me that he still has not received the 50k wire we sent last week.  Can you please see exactly what is going on with that.

i know we were debited and I know we sent Mike the SWIFT confirm.

Can you please request that Investbank talk with his bank and locate this for him immediately.  i know we already checked and they said it went out but we need to do everything we can to make sure that he gets this money.


thanks


jason

Confidential/FOIA Treatment Requested

ZILM0051569



Mike Shah <zilmilinc@gmail.com>

## 50k wire for mike

**Mike Shah** <zilmilinc@gmail.com>
To: Jason Scharf <jbscharf@gmail.com>
Cc: elijah samson <eli4u2003@yahoo.com>

Sat, Nov 15, 2014 at 9:03 PM

Updates?
[Quoted text hidden]

Confidential/FOIA Treatment Requested



Mike Shah <zilmilinc@gmail.com>

## 50k wire for mike

**elijah samson** <eli4u2003@yahoo.com>                    Mon, Nov 17, 2014 at 2:26 AM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Jason Scharf <jbscharf@gmail.com>
Cc: Mike Shah <zilmilinc@gmail.com>

Dear Jason,

As you requested Here is the complete list of All payments made to Zilmil in last 2 months, It shows clearly that the 50k was deducted from our account, also I checked that the account it was sent was fine too as it was same as the last one where i sent 24k.

I think Mike need to speak with his Bank as I cannot trace anything further from this.

ELijah

---

**From:** Jason Scharf <jbscharf@gmail.com>
**To:** elijah samson <eli4u2003@yahoo.com>
**Cc:** Mike Shah <zilmilinc@gmail.com>
**Sent:** Friday, November 14, 2014 11:55 PM
**Subject:** 50k wire for mike
[Quoted text hidden]

---

📄 **Mike payments.pdf**
1188K

Confidential/FOIA Treatment Requested                    ZILM0051571



Mike Shah <zilmilinc@gmail.com>

## Swift 1

**elijah samson** <eli4u2003@yahoo.com>                                    Thu, Oct 2, 2014 at 7:32 AM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>

02/10/14-13:28:27          FilePrintMAIL-2735-000001     1

_____

___

-------------------- Instance Type and Transmission --------------

    Notification (Transmission) of Original sent to SWIFT (ACK)
    Network Delivery Status  : Network Ack
    Priority/Delivery      : Normal
    Message Input Reference  : 1327 141002IORTBGSFAXXX5969345309
    -------------------------- Message Header -------------------------

    Swift Input             : FIN 103 Single Customer Credt
Transfer
    Sender : IORTBGSFXXX
            INVESTBANK PLC
            SOFIA BG
    Receiver : BOFAUS3NXXX
            BANK OF AMERICA, N.A.
            NEW YORK,NY US
    -------------------------- Message Text --------------------------

    20: Sender's Reference
        11-1/57681
    23B: Bank Operation Code
        CRED
    32A: Val Dte/Curr/Interbnk Settld Amt
        Date      : 06 October 2014
        Currency   : USD (US DOLLAR)
        Amount    :        #19.000,#
    33B: Currency/Instructed Amount
        Currency   : USD (US DOLLAR)
        Amount    :        #19.000,#
    50K: Ordering Customer-Name & Address
        /BG61IORT73711103489501
        BREVSPAND LTD.
        16A, PATRIARH EFTIMII BLV.

Confidential/FOIA Treatment Requested                                    ZILM0051572

```
        SOFIA,BULGARIA
   57C: Account With Institution
        //FW063013924
    59: Beneficiary Customer-Name & Addr
        /36183047
        ZILMIL INC
        FL, USA
    70: Remittance Information
        INVOICE NUMBER 4 PAYMENT PART 1
   71A: Details of Charges
        SHA
--------------------------- Message Trailer -----------------------

   {CHK:77718AE6B02E}
   PKI Signature: MAC-Equivalent
---------------------------- Interventions ------------------------

   Category     : Network Report
   Creation Time : 02/10/14 13:27:50
   Application  : SWIFT Interface
   Operator     : SYSTEM
   Text
   {1:F21IORTBGSFAXXX5969345309}{4:{177:1410021327}{451:0}}
```

ZILM0051573



Mike Shah <zilmilinc@gmail.com>

## Swift 2

**elijah samson** <eli4u2003@yahoo.com>
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>

Thu, Oct 2, 2014 at 7:33 AM

02/10/14-13:27:36          FilePrintMAIL-2733-000001      1

-------------------- Instance Type and Transmission --------------

    Notification (Transmission) of Original sent to SWIFT (ACK)
    Network Delivery Status  : Network Ack
    Priority/Delivery     : Normal
    Message Input Reference : 1327 141002IORTBGSFAXXX5969345307
-------------------------- Message Header -------------------------

    Swift Input             : FIN 103 Single Customer Credt
Transfer
    Sender  : IORTBGSFXXX
            INVESTBANK PLC
            SOFIA BG
    Receiver : BOFAUS3NXXX
            BANK OF AMERICA, N.A.
            NEW YORK,NY US
-------------------------- Message Text --------------------------

    20: Sender's Reference
       11-1/57682
    23B: Bank Operation Code
       CRED
    32A: Val Dte/Curr/Interbnk Settld Amt
       Date     : 06 October 2014
       Currency   : USD (US DOLLAR)
       Amount    :      #13.650,#
    33B: Currency/Instructed Amount
       Currency   : USD (US DOLLAR)
       Amount    :      #13.650,#
    50K: Ordering Customer-Name & Address
       /BG61IORT73711103489501

Confidential/FOIA Treatment Requested                                                    ZILM0051574

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV.
SOFIA,BULGARIA
57C: Account With Institution
//FW063013924
59: Beneficiary Customer-Name & Addr
/36183047
ZILMIL INC
FL, USA
70: Remittance Information
INVOICE NUMBER 4 PAYMENT PART 4
71A: Details of Charges
SHA
-------------------------- Message Trailer ------------------------

{CHK:45D54A46E07E}
PKI Signature: MAC-Equivalent
---------------------------- Interventions ------------------------

Category     : Network Report
Creation Time : 02/10/14 13:27:00
Application  : SWIFT Interface
Operator     : SYSTEM
Text
{1:F21IORTBGSFAXXX5969345307}{4:{177:1410021327}{451:0}}

Confidential/FOIA Treatment Requested

ZILM0051575



**Mike Shah <zilmilinc@gmail.com>**

## SWIFT 24k

**elijah samson** <eli4u2003@yahoo.com>
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>, Jason Scharf <jbscharf@gmail.com>

Thu, Nov 6, 2014 at 12:11 PM

Here you go

 **Mike Swift2.pdf**
164K

ZILM0051576



**Mike Shah <zilmilinc@gmail.com>**

## SWIFT 24k

**Mike Shah** <zilmilinc@gmail.com>
To: elijah samson <eli4u2003@yahoo.com>

Fri, Nov 7, 2014 at 8:24 PM

Ok thanks, so both wires have left your bank account etc?

On Thu, Nov 6, 2014 at 12:11 PM, elijah samson <eli4u2003@yahoo.com> wrote:
Here you go

Confidential/FOIA Treatment Requested



**Mike Shah <zilmilinc@gmail.com>**

## SWIFT 24k

**elijah samson** <eli4u2003@yahoo.com>                              Sat, Nov 8, 2014 at 2:02 PM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>

ofc

---

**From:** Mike Shah <zilmilinc@gmail.com>
**To:** elijah samson <eli4u2003@yahoo.com>
**Sent:** Saturday, November 8, 2014 3:24 AM
**Subject:** Re: SWIFT 24k

Ok thanks, so both wires have left your bank account etc?


On Thu, Nov 6, 2014 at 12:11 PM, elijah samson <eli4u2003@yahoo.com> wrote:
  Here you go

Confidential/FOIA Treatment Requested



Mike Shah <zilmilinc@gmail.com>

## SWift 3

**elijah samson** <eli4u2003@yahoo.com>                                   Thu, Oct 2, 2014 at 7:34 AM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>

```
02/10/14-13:27:06          FilePrintMAIL-2732-000001    1
```

```
-------------------- Instance Type and Transmission --------------

   Notification (Transmission) of Original sent to SWIFT (ACK)
   Network Delivery Status  : Network Ack
   Priority/Delivery        : Normal
   Message Input Reference  : 1326 141002IORTBGSFAXXX5969345306
   -------------------------- Message Header -------------------------

   Swift Input              : FIN 103 Single Customer Credt
Transfer
   Sender  : IORTBGSFXXX
            INVESTBANK PLC
            SOFIA BG
   Receiver : BOFAUS3NXXX
            BANK OF AMERICA, N.A.
            NEW YORK,NY US
   -------------------------- Message Text --------------------------

   20: Sender's Reference
      11-1/57683
   23B: Bank Operation Code
      CRED
   32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 06 October 2014
      Currency   : USD (US DOLLAR)
      Amount     :          #19.000,#
   33B: Currency/Instructed Amount
      Currency   : USD (US DOLLAR)
      Amount     :          #19.000,#
   50K: Ordering Customer-Name & Address
      /BG61IORT73711103489501
      BREVSPAND LTD.
      16A, PATRIARH EFTIMII BLV.
```

Confidential/FOIA Treatment Requested                                   ZILM0051579

```
            SOFIA,BULGARIA
    57C: Account With Institution
            //FW063013924
     59: Beneficiary Customer-Name & Addr
            /36183047
            ZILMIL INC
            FL, USA
     70: Remittance Information
            INVOICE NUMBER 4 PAYMENT PART 2
    71A: Details of Charges
            SHA
-------------------------- Message Trailer -----------------------

    {CHK:77798AE6802E}
    PKI Signature: MAC-Equivalent
--------------------------- Interventions ------------------------

    Category    : Network Report
    Creation Time : 02/10/14 13:26:30
    Application  : SWIFT Interface
    Operator    : SYSTEM
    Text
    {1:F21IORTBGSFAXXX5969345306}{4:{177:1410021326}{451:0}}
```

Confidential/FOIA Treatment Requested

ZILM0051580



Mike Shah <zilmilinc@gmail.com>

## Swift 4

**elijah samson** <eli4u2003@yahoo.com>                                    Thu, Oct 2, 2014 at 7:35 AM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>

```
02/10/14-13:26:45          FilePrintMAIL-2731-000001    1
_____
_____
___
----------------- Instance Type and Transmission --------------

  Notification (Transmission) of Original sent to SWIFT (ACK)
  Network Delivery Status  : Network Ack
  Priority/Delivery        : Normal
  Message Input Reference  : 1326 141002IORTBGSFAXXX5969345305
  ------------------------- Message Header -------------------------

  Swift Input              : FIN 103 Single Customer Credt
Transfer
  Sender  : IORTBGSFXXX
          INVESTBANK PLC
          SOFIA BG
  Receiver : BOFAUS3NXXX
          BANK OF AMERICA, N.A.
          NEW YORK,NY US
  ------------------------- Message Text -------------------------

  20: Sender's Reference
      11-1/57684
  23B: Bank Operation Code
      CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
      Date      : 06 October 2014
      Currency  : USD (US DOLLAR)
      Amount    :        #19.000,#
  33B: Currency/Instructed Amount
      Currency  : USD (US DOLLAR)
      Amount    :        #19.000,#
  50K: Ordering Customer-Name & Address
      /BG61IORT73711103489501
      BREVSPAND LTD.
      16A, PATRIARH EFTIMII BLV.
```

Confidential/FOIA Treatment Requested                                              ZILM0051581

```
        SOFIA,BULGARIA
    57C: Account With Institution
        //FW063013924
     59: Beneficiary Customer-Name & Addr
        /36183047
        ZILMIL INC
        FL, USA
     70: Remittance Information
        INVOICE NUMBER 4 PAYMENT PART 3
    71A: Details of Charges
        SHA
-------------------------- Message Trailer -----------------------

    {CHK:77658AE6902E}
    PKI Signature: MAC-Equivalent
--------------------------- Interventions ------------------------

    Category     : Network Report
    Creation Time : 02/10/14 13:26:10
    Application  : SWIFT Interface
    Operator     : SYSTEM
    Text
    {1:F21IORTBGSFAXXX5969345305}{4:{177:1410021326}{451:0}}
```

ZILM0051582



**Mike Shah <zilmilinc@gmail.com>**

## SWIFTS for transfer

**elijah samson** <eli4u2003@yahoo.com>                                    Tue, Oct 14, 2014 at 11:03 AM
Reply-To: elijah samson <eli4u2003@yahoo.com>
To: Mike Shah <zilmilinc@gmail.com>, Jason Scharf <jbscharf@gmail.com>, Ofer Zur <zurinvest@gmail.com>

Mike,

Here are the SWIFTs

Elijah

**2 attachments**

 **Zilmil SWIFT 1.pdf**
18K

 **Zilmil SWIFT 2.pdf**
18K

Confidential/FOIA Treatment Requested                                         ZILM0051583



**Инвестбанк АД - потребител: ДЖЕЙСЪН СКАРФ / Дата: 17.11.2014 09:24:18**

BG61IORT73711103489501 (USD) - Титуляр: BREVSPAND LTD; Баланс: 22683.91; Наличност: 22633.91
Cost / Benefit (Reference transactions) за периода [10.09.2014 - 17.11.2014]

| Ref. | Date | Time | Bank / account | Payment Details | Currency | Amount |
|---|---|---|---|---|---|---|
| W0026@T | 06/11/14 | 15:52:03 | 2018 | ZILMIL INC BREVSPAND LTD PAYMENT FOR MARKETING, INV | USD | -24250.00 |
| W0033@T | 05/11/14 | 12:02:54 | 2018 | ZILMIL INC BREVSPAND LTD PAYMENT FOR MARKETING, INV | USD | -50000.00 |
| W0029@T | 28/10/14 | 16:05:34 | 2018 | ZILMIL INC BREVSPAND LTD PAYMENT FOR MARKETING, INV | USD | -54000.00 |
| W0035@T | 14/10/14 | 15:52:19 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 5 PAYMENT P | USD | -15000.00 |
| W0019@T | 14/10/14 | 13:06:32 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 5 PAYMENT P | USD | -6600.00 |
| W0013@T | 02/10/14 | 12:06:33 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 4 PAYMENT P | USD | -13650.00 |
| W0012@T | 02/10/14 | 11:55:03 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 4 PAYMENT P | USD | -19000.00 |
| W0011@T | 02/10/14 | 11:46:37 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 4 PAYMENT P | USD | -19000.00 |
| W0009@T | 02/10/14 | 11:37:18 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 4 PAYMENT P | USD | -19000.00 |
| W0015@T | 23/09/14 | 11:44:17 | 2018 | ZILMIL INC BREVSPAND LTD INVOICE NUMBER 3 PAYMENT P | USD | -18000.00 |
| W0014@T | 23/09/14 | 11:41:37 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 3 PAYMENT P | USD | -18000.00 |
| W0013@T | 23/09/14 | 11:34:22 | 2018 | ZILMIL INC BREVSPAND LTD INVOICE NUMBER 3 PAYMENT P | USD | -18000.00 |
| W0021@T | 12/09/14 | 12:31:11 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 2 PAYMENT P | USD | -20000.00 |
| W0020@T | 12/09/14 | 12:19:16 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 2 PAYMENT P | USD | -20000.00 |
| W0019@T | 12/09/14 | 12:07:28 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 2 PAYMENT P | USD | -20000.00 |

Confidential/FOIA Treatment Requested

ZILM0051584



**Инвестбанк АД - потребител: ДЖЕЙСЪН СКАРФ / Дата: 17.11.2014 09:24:18**
BG61IORT73711103489501 (USD) - Титуляр: BREVSPAND LTD; Баланс: 22683.91; Наличност: 22633.91
Cost / Benefit (Reference transactions)  за периода  [10.09.2014 - 17.11.2014]

| W0039@T | 10/09/14 | 15:40:56 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 2 PAYMENT P | USD | -19500.00 |
| W0038@T | 10/09/14 | 15:34:09 | 2018 | ZILMIL INC BREVSPAND LTD. INVOICE NUMBER 2 PAYMENT P | USD | -19500.00 |

Confidential/FOIA Treatment Requested

ZILM0051585

11/11/2014



**Payment Transaction with Ref. W0033 on 05.11.2014 at 12:02:5**

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal – the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501        със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.

Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD

Адрес / Address BLVD.PATR.EFTIMII 16A, SOFIA, BULG

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person    Телефон/Phone    Факс/Fax

BREVSPAND LTD

BLVD,PATR.EFTIMII 16A, SOFIA, BULG

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 50000.00 | FIFTY-THOUSAND |

| 7. Банка на бенефициента - СУИФТ код и адрес/Beneficiary's bank - SWIFT code and address | FTBCUS3C | |
| | FIFTH THIRD BANK | 9716 SAN JOSE BLVD, |

| 8. Сметка на бенефициента /Beneficiary's account | 1393 |

| 9. Бенефициент – Име и адрес /Beneficiary - Name and address | ZILMIL INC |
| | USA |

| 10. Основание за плащане /Details of payment | PAYMENT FOR MARKETING, INVOICE 7 PART 1 |

11. Вашите разноски са за/Your charges are for

On the beneficiariy

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date        07/11/2014

1/1

Confidential/FOIA Treatment Requested        ZILM0051586

10/28/2014



**Payment Transaction with Ref. W0029 on 28.10.2014 at 16:05:3**

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal – the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501        със сумата на нареждането и всички свързани разходи.

**We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.**

Моле изпълнете превод съгласно следните условия / **Please, transfer according to the following details**

1. Наредител / Ordering customer

Име / Name   BREVSPAND LTD

Адрес / Address   BLVD.PATR.EFTIMII 16A,SOFIA, BULGAR

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person    Телефон/Phone    Факс/Fax

BREVSPAND LTD

BLVD.PATR.EFTIMII 16A,SOFIA, BULGAR

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 54000.00 | FIFTY-FOUR-THOUSAND |

7. Банка на бенефициента – СУИФТ код и адрес/Beneficiary's bank – SWIFT code and address

FTBCUS3C

FIFTH THIRD BANK        FL, USA

8. Сметка на бенефициента /Beneficiary's account

███1393

9. Бенефициент – Име и адрес /Beneficiary - Name and address

ZILMIL INC

USA

10. Основание за плащане /Details of payment

PAYMENT FOR MARKETING, INVOICE 6

11. Вашите разноски са за/Your charges are for

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date        30/10/2014

1/1

Confidential/FOIA Treatment Requested

ZILM0051589

11/6/2014



**Payment Transaction with Ref. W0026 on 06.11.2014 at 15:52:0**

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

Transfer type: Normal – the second working day

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501     със сумата на нареждането и всички свързани разходи.
We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name **BREVSPAND LTD**

Адрес / Address **SOFIA, BULGARIA, BLV.PATR.EFTIMII 1**

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER     Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person    Телефон/Phone    Факс/Fax

BREVSPAND LTD
SOFIA, BULGARIA, BLV.PATR.EFTIMII 1

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 24250.00 | TWENTY-FOUR-THOUSAND, TWO-HUNDRED FIFTY |

7. Банка на бенефициента – СУИФТ код и адрес/Beneficiary's bank – SWIFT code and address

**FTBCUS3C**

**FIFTH THIRD BANK**     ROUTING #: 042000314

8. Сметка на бенефициента /Beneficiary's account

████████ 1393

9. Бенефициент – Име и адрес /Beneficiary - Name and address

**ZILMIL INC**

**USA**

10. Основание за плащане /Details of payment

**PAYMENT FOR MARKETING, INVOICE 7 PART 2**

11. Вашите разноски са за/Your charges are for

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date     10/11/2014

Confidential/FOIA Treatment Requested

ZILM0051590



**Payment Transaction with Ref. W0021 on 12.09.2014 at 12:31:1**

### НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501 със сумата на нареждането и всички свързани разходи.

**We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.**
Моле изпълнете превод съгласно следните условия / **Please, transfer according to the following details**

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD.

Адрес / Address 16A, PATRIARH EFTIMII BLV.     SOFIA,BULGARIA
2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER         Даньчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV. SOFIA,BULGARIA
4. Валута /                                                                                            
Currency        5. Сума / Amount   6. Сума (словом) / Amount (in words)

   USD        20000.00     TWENTY-THOUSAND

7. Банка на бенефициента – СУИФТ
код и адрес/Beneficiary's bank –        CPASUS44
SWIFT code and address                  COMPASS BANK           USA

8. Сметка на
бенефициента /Beneficiary's account   ▮▮▮3047

9. Бенефициент - Име и
адрес /Beneficiary - Name and          ZILMIL INC
address                                FL, USA

10. Основание за плащане /Details of
payment                        INVOICE NUMBER 2 PAYMENT PART 5

11. Вашите разноски са за/Your charges are for          12. Разноските на чуждите банки са за/Other's banks charges are
                                                        for

On the beneficiariy                                     On the beneficiariy
13. Допълнителни инструкции / Additional instructions

Дата / Date                      16/09/2014

Confidential/FOIA Treatment Requested

ZILM0051591



**Payment Transaction with Ref. W0020 on 12.09.2014 at 12:19:1**

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501   със сумата на нареждането и всички свързани разходи.

**We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.**
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD.

Адрес / Address 16A, PATRIARH EFTIMII BLV.      SOFIA,BULGARIA
2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER          Даньчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV. SOFIA,BULGARIA
4. Валута /                 5. Сума / Amount  6. Сума (словом) / Amount (in words)
Currency

   USD       20000.00   TWENTY-THOUSAND

7. Банка на бенефициента – СУИФТ
код и адрес/Beneficiary's bank -         CPASUS44
SWIFT code and address
                                          COMPASS BANK          USA

8. Сметка на
бенефициента /Beneficiary's account      ███████8047

9. Бенефициент - Име и                    ZILMIL INC
адрес /Beneficiary - Name and
address                                   FL, USA

10. Основание за плащане /Details of
payment                         INVOICE NUMBER 2 PAYMENT PART 4

11. Вашите разноски са за/Your charges are for          12. Разноските на чуждите банки са за/Other's banks charges are
                                                         for
On the beneficiariy                                      On the beneficiariy
13. Допълнителни инструкции / Additional instructions

Дата / Date
                              16/09/2014

Confidential/FOIA Treatment Requested

ZILM0051592


**bank**

Payment Transaction with Ref. W0019 on 12.09.2014 at 12:07:2

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501 със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD.

Адрес / Address 16A, PATRIARH EFTIMII BLV.     SOFIA,BULGARIA

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER     Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV. SOFIA,BULGARIA

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 20000.00 | TWENTY-THOUSAND |

7. Банка на бенефициента – СУИФТ код и адрес/Beneficiary's bank – SWIFT code and address

CPASUS44

COMPASS BANK                UNITED STATES

8. Сметка на бенефициента /Beneficiary's account

▉3047

9. Бенефициент - Име и адрес /Beneficiary - Name and address

ZILMIL INC
FL, USA

10. Основание за плащане /Details of payment

INVOICE NUMBER 2 PAYMENT PART 3

11. Вашите разноски са за/Your charges are for

On the beneficiariy

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date                16/09/2014

Confidential/FOIA Treatment Requested                                                    ZILM0051593


**i bank**

Payment Transaction with Ref. W0015 on 23.09.2014 at 11:44:1

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

Transfer type: Normal - the second working day

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501   със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.

Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD

Адрес / Address 16 A, PATR. EFTIMII, SOFIA, BULGARI

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD
16 A, PATR. EFTIMII, SOFIA, BULGARI

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 18000.00 | EIGHTEEN-THOUSAND |

| 7. Банка на бенефициента - СУИФТ код и адрес/Beneficiary's bank - SWIFT code and address | CPASUS44 COMPASS BANK | USA |
|---|---|---|
| 8. Сметка на бенефициента /Beneficiary's account | ▮▮3047 | |
| 9. Бенефициент - Име и адрес /Beneficiary - Name and address | ZILMIL INC FL, USA | |
| 10. Основание за плащане /Details of payment | INVOICE NUMBER 3 PAYMENT PART 2 | |

11. Вашите разноски са за/Your charges are for

On the beneficiariy

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date                  25/09/2014

Confidential/FOIA Treatment Requested
ZILM0051594


**ibank**

Payment Transaction with Ref. W0014 on 23.09.2014 at 11:41:3

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501   със сумата на нареждането и всички свързани разходи.

**We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.**
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD.

Адрес / Address 16A, PATR. EFTIMII BLV        SOFIA, BULGARIA

2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATR. EFTIMII BLV SOFIA, BULGARIA

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 18000.00 | EIGHTEEN-THOUSAND |

7. Банка на бенефициента - СУИФТ код и адрес/Beneficiary's bank - SWIFT code and address

CPASUS44
COMPASS BANK        USA

8. Сметка на бенефициента /Beneficiary's account

█████3047

9. Бенефициент - Име и адрес /Beneficiary - Name and address

ZILMIL INC
FL, USA

10. Основание за плащане /Details of payment

INVOICE NUMBER 3 PAYMENT PART 1

11. Вашите разноски са за/Your charges are for

On the beneficiariy

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date        25/09/2014

Confidential/FOIA Treatment Requested

ZILM0051595



**Payment Transaction with Ref. W0013 on 23.09.2014 at 11:34:2**

### НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER

Transfer type: Normal - the second working day

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501   със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD

Адрес / Address SOFIA, BULGARIA          16A, PATR. EFTIMII BLV
2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER      Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD
SOFIA, BULGARIA 16A, PATR. EFTIMII BLV

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 18000.00 | EIGHTEEN-THOUSAND |

7. Банка на бенефициента - СУИФТ код и адрес/Beneficiary's bank - SWIFT code and address

CPASUS44
COMPASS BANK          USA

8. Сметка на бенефициента /Beneficiary's account   ███3047

9. Бенефициент - Име и адрес /Beneficiary - Name and address

ZILMIL INC
FL, USA

10. Основание за плащане /Details of payment   INVOICE NUMBER 3 PAYMENT PART 3

11. Вашите разноски са за/Your charges are for

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy          On the beneficiariy
13. Допълнителни инструкции / Additional instructions

Дата / Date          25/09/2014

Confidential/FOIA Treatment Requested          ZILM0051596



**Payment Transaction with Ref. W0035 on 14.10.2014 at 15:52:1**

**НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER**

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501    със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name BREVSPAND LTD.

Адрес / Address 16A, PATRIARH EFTIMII BLV.       SOFIA,BULGARIA
2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV. SOFIA,BULGARIA

| 4. Валута / Currency | 5. Сума / Amount | 6. Сума (словом) / Amount (in words) |
|---|---|---|
| USD | 15000.00 | FIFTEEN-THOUSAND |

7. Банка на бенефициента – СУИФТ код и адрес/Beneficiary's bank - SWIFT code and address

CPASUS44

COMPASS BANK               ROUTING #: 063013924

8. Сметка на бенефициента /Beneficiary's account

█████047

9. Бенефициент - Име и адрес /Beneficiary - Name and address

ZILMIL INC
FL,USA

10. Основание за плащане /Details of payment

INVOICE NUMBER 5 PAYMENT PART 1

11. Вашите разноски са за/Your charges are for

On the beneficiariy

12. Разноските на чуждите банки са за/Other's banks charges are for

On the beneficiariy

13. Допълнителни инструкции / Additional instructions

Дата / Date                16/10/2014

Confidential/FOIA Treatment Requested

ZILM0051597



**bank**

Payment Transaction with Ref. W0019 on 14.10.2014 ат 13:06:3

### НАРЕЖДАНЕ ЗА ПРЕВОД / PAYMENT ORDER

**Transfer type: Normal - the second working day**

Оторизираме Ви да задължите наша сметка номер BG61IORT73711103489501   със сумата на нареждането и всички свързани разходи.

We authorize you to debit our account number BG61IORT73711103489501 with the payment order value and all the related charges.
Моле изпълнете превод съгласно следните условия / Please, transfer according to the following details

1. Наредител / Ordering customer

Име / Name  BREVSPAND LTD.

Адрес / Address  16A, PATRIARH EFTIMII BLV.        SOFIA,BULGARIA
2. БУЛСТАТ/BULSTAT / ЕГН/ID NUMBER        Данъчен номер/TAX REGISTRATION NUMBER

3. Лице за контакт/Contact person   Телефон/Phone   Факс/Fax

BREVSPAND LTD.
16A, PATRIARH EFTIMII BLV. SOFIA,BULGARIA
4. Валута /                5. Сума / Amount  6. Сума (словом) / Amount (in words)
Currency

   USD        6600.00    SIX-THOUSAND, SIX-HUNDRED

7. Банка на бенефициента - СУИФТ
код и адрес/Beneficiary's bank -    CPASUS44
SWIFT code and address              COMPASS BANK           ROUTING #: 063013924

8. Сметка на
бенефициента /Beneficiary's account    ▮3047

9. Бенефициент - Име и
адрес /Beneficiary - Name and       ZILMIL INC
address                             FL, USA

10. Основание за плащане /Details of    INVOICE NUMBER 5 PAYMENT PART 2
payment

11. Вашите разноски са за/Your charges are for        12. Разноските на чуждите банки са за/Other's banks charges are
                                                      for

On the beneficiariy                                   On the beneficiariy
13. Допълнителни инструкции / Additional instructions

Дата / Date                         16/10/2014

Confidential/FOIA Treatment Requested
ZILM0051598

http://www.citrades.com/landing-pages/lp6/
http://www.citrades.com/open-account/
http://go.citrades.com/trading-signals-en/
http://www.citrades.com/promotions/race-for-cash/
http://go.citrades.com/trading-signals-en/
http://www.citrades.com/lp/hand-free-trading-atb/en/
http://www.citrades.com/lp/bitcoin2/en/
http://www.citrades.com/lp/up-to-500-percent/en/
http://www.citrades.com//lp/profit-from-the-markets/en/
http://www.citrades.com//lp/world-leading-platform/en/
http://www.citrades.com/landing-pages/lp10/
http://www.citrades.com/
http://www.citrades.com/landing-pages/lp6/
http://www.citrades.com/lp/hand-free-trading-atb/en/
http://go.citrades.com/150-percent-bonus/
http://go.citrades.com/6-free-trades/
http://go.citrades.com/bitcoin-en/


ITALIAN
http://www.citrades.com/lp/hand-free-trading-atb/it/
http://www.citrades.com//lp/profit-from-the-markets/it/
http://www.citrades.com/lp/hand-free-trading-atb/it/
http://www.citrades.com//lp/profit-from-the-markets/it/

SWEDISH
http://www.citrades.com/lp/profit-from-the-markets/se/

GERMAN
http://go.citrades.com/autotrading-de/

Confidential/FOIA Treatment Requested

Confidential/FOIA Treatment Requested



Customer:

Bonus Out

User Account Balance

Welcome :John Smith
Balance : XXXXXXX
Bonus:    XXXXXX
Turnover : XXXXXXX

English

LIVE CHAT

**Click to Deposit**

My Account    My Portfolio    Personal Info    Withdrawal

Trading Platform ▾    Accounts ▾    Trade ▾    Education ▾    Banking ▾    About Us ▾    Market News ▾    Contact Us ▾    22:02 GMT 25 Oct 2013

REUTERS    ◼ VIX 13.1500 20:00 25.10    ◼ GROUPON 9.7950 20:00 25.10

BINARY OPTIONS    LONG TERM    SIXTY SECONDS    ONE TOUCH    PAIRS    Need Help?
Live Chat

Asset : EUR/USD

ZILM0051602