# EXHIBIT G

4:06:52   **Tuesday 16 Feb 2016**

🇬🇧 English

**Trade Binary Options with the Best Binary Options Broker Online**

Trade Now    **Open Account**    Banking    Asset Index    Expired Rates    Contact Us

NZD/USD 0.66021 09:00 16.02        EUR/AUD 1.557

## Introduction To Binary Option's

## Introduction to Binary Options

A binary option is an option that pays either a fixed amount or nothing, depending on whether a certain condition is fulfilled when the option expires.

Binary options are also referred to as all-or-nothing options, since it is a type of option where the payoff is all or nothing. The return is therefore fixed and it comes to no surprise that such options are also known as: FRO's-Fixed Return Options. Digital options is also another commonly used term. More simply a trader just needs to make a decision about the direction of a rate change: whether the underlying asset's price is going up or going down without taking other factors into consideration.

Binaries are considered to be one of the simplest trading products out there, The trader knows at the time of the trade what is the maximum profit and loss.

Binary Options trading is considered as one of the fastest growing segments of the simplified trading products.

Binary options are fixed-odds-return investment products that have two possible absolute outcomes with structured reward and risk, hence the word 'binary'.

Binaries are considered as a mass market financial instrument as it empowers traders with a very flexible trading approach without the complexities involved in trading traditional vanilla options.
Whether you are looking for a short term speculation or hedging your portfolio, binaries can help you get a high payout within short trading durations as so, binaries are gaining popularity among traders globally.

Binary contracts are available on a variety of underlying assets: Stocks, Commodities, Currencies and Indices.

Whether the trader has made a call or put, if at contract expiration the trader has been successful with regards to the anticipated direction of the underlying asset price then the contract will expire in the money. On the other hand, if the trader has been unsuccessful in anticipating the direction of the asset, the contract will expire out of the money.

When the expiry level is equal to the strike price the contract will expire at the money. Normally, there will be a fixed cash settlement to be returned which is often the initial investment, however this depends on what was predetermined and agreed in the contract.

A Binary Option reflects specific speculation in financial markets that may happen during a specific time period.

For example: Google price is now 430.25$ and you want to speculate on the price movement of the share within a time frame of 1 hour.

If you think that Google will rise above this price level, than you should buy a binary call option- if the Google price will be above the current price level during expiry than the option will expire in the money, paying you the fixed odds return promised during the trade. If not, the option will expire out of the money.

If you think that Google will fall below this price level, than you should buy a binary put option- if Google price will be below the current price level during expiry than the option will expire in the money, paying you the fixed odds return promised during the trade. If not, the option will expire out of the money.

Difference between Binary and vanilla options
Binary options also known as digital options are similar to ordinary options in the sense that the payoff is based on the price of the underlying asset when the contract expires, however with a binary option you only need to take a view on the anticipated direction of the underlying asset price and don´t have to take magnitude into consideration. The main difference between a regular vanilla option and a digital option is the extent to how much a contract can potentially lose or gain. Binary options often referred to as FRO fixed rate options since the contract will have a predetermined percentage of fixed rate of return, unlike traditional vanilla options which are much riskier since the potential gains are infinite of course risk can be managed by strategical stop loss orders.

## Binary Options Vs Traditional Options Comparison

__Vanilla Options Vs. Binary Options__

**Expiration:**
Traditional Options: Once a month.
Binary Options: Variety of expiration terms: end of day, hourly and Even shorter expiration like 15 min binaries.

Payout:
Traditional Options: Dynamic, based on the underlying asset price.
**Binary Options: Fixed.**

**In-The-Money:**

Traditional Options: Requires a relation of the strike price of an option and the underlying price in order to execute the option.
Binary Options: Price movement isn't relevant, just the direction (above or below).

**Execution:**

Traditional Options: Options usually can be exercised any time prior to expiry.
Binary Options: Can't be exercised before expiry.

**Right to buy:**

Traditional Options: The option owner has the right to exercise his options and turn them into stocks in case option expires 'In-the-

---

### START TRADING NOW

\* We do not accept USA traders

First Name        Last Name

▼

Email

Area        My Phone

☑ I'd like to speak with a trading coach

OPEN ACCOUNT

### HOW TO TRADE

| Binary Options | Option Builder | One Touch | 60 Seconds |

**1** Select the asset you want to trade

**2** Click on **"CALL"** if you think the price will rise above the current rate at the time of expiry, or click **"PUT"** if you think the price will fall below the current rate at the time of expiry

**3** Enter the amount you would like to invest and **"Apply"**

**4** Get up to maximum 85% profit.

### LIVE FINANCIAL NEWS

The big banks will break themselves up before Bernie Sanders ever gets to it

Shareholders are getting tired of huge banks with weak returns. ...

Asia stocks drop as bank concerns smoulder, yen stands tall

Asian stocks fell on Wednesday on growing concerns about the health of the world's banks, particularly in Europe, pushing investors into safer as ...

Obama proposes $4.1 trillion spending plan

Confidential/FOIA Treatment Requested

money'.

Binary Options: Don't have the right to exercise to stocks.

## Advantages of Binary Options

Simplicity-Whether the instrument will close above or below?

• Binary options are simple to understand and straight forward to trade.

• The trader only needs to consider the direction of the asset price.
Limited risk and predetermined payout

• The payoff of a binary option contract is fixed and pre-determined so therefore the potential risk and reward is known from the outset. Whereas with traditional options there are no outlined parameters so the possible loss or gain is not known.

• The binary option will settle the contract irrespective of how much the asset price is 'In the money' at expiration. Therefore even if the contract is only successful by one tick the contract still pays out at the fixed level.

• Simplified hedging your portfolio

• Binary options are often used as an effective tool to hedge existing positions. As a product Binary options are compatible to most commonly used trading methods and strategies. Also with binary options its possible to offer a a greater selection of short-term contracts across all markets, which enables the intra-day trader to trade more frequently.

• As opposed to vanilla options, While trading binary options the options can close 'in the money 'collecting the full payoff even with a minimal price change of a single tick.

• Binary options are issued  24/7, allowing traders to trade on multiple time frames. As binaries are on a variety of global underlying assets from different exchanges traders are now able to trade binary options 24/7 under the same binary options platform.

## Binary Options Trading Strategies

A very common strategy is to make a pull or call option once there has been a big move in the market especially if it is an unexpected move. Often binary option traders will open positions related to events that historically have a big influence on market prices. Fox example quarterly profit or loss announcements from firms are eagerly watched by potential traders and betters, since positive or negative results often reflect the movement of the share prices. As well as formal preplanned announcements traders will always be watching the news, as many different events can influence the markets i.e.: natural disasters, political changes,etc. Eventually the best strategies come with
experience which can't be taught.

Binary Options in Global Financial Markets
Binary options falls under the umbrella of exotic options but within financial market they are often referred to as digital options. Whilst digital options are very simple to understand and easily find the calculations behind the pricing is sophisticated, its for this reason digital options are known as an exotic option.
Digital options are usually traded OTC (over the counter) across all assets in financial markets but more commonly used within the Forex and Interest markets. More recently numerous stock exchanges have produced listed digital options on selected stocks, commonly known as FRO fixed return options. Today the CBOE offers fixed return options on S&P500 and VIX, also 20 stocks were listed on the AMEX in 2008.

Phone          Email Us          Contact Us

**OPTIONMINT**

About Us

Introduction to Binary Option's

One Touch Option

Option Builder

**INFORMATION**

FAQ

Glossary

Asset Index

Banking

**ANALYST REVIEW**

Daily Market Review

Expiry Rates

How To Trade Binary Options

**PARTNERS**

Introducing Brokers & OptionMint.com

Affiliates

**PRIVACY POLICY**

Disclaimer

Expiry Rates Rules

Privacy Policy

Terms & Conditions

Optionmint.com is the best binary options broker online to trade binary options with. Optionmint offers 60 second binary options and will provide you with binary options education to assist you in your journey to become a profitable trader.

OptionMint ©2010-2015 All Rights Reserved

The site is owned and managed by Kensington I.P. Limited Saint Vincent, The Financial Services Centre, Stoney Ground, Kingstown, St. Vincent & the Grenadines. Reg #1548CTD
Processing services provided by Next Wave Marketing Ltd Winnington House, 2 Woodberry Grove, North Finchley London n12 0DR Reg # 9796862

Trading Forex, Commodities, Stocks and Indices via **Binary Options** involves substantial risk that may not be suitable for all investors. Trades are initiated by choosing the direction of a particular asset in a given time premium by selecting a call (up) or a put (down) based on the current market price versus the expiry time. The trade will be confirmed in 3 seconds after being selected by the Trader unless they press cancel on the subsequent screen to cancel the trade. **Optionmint.com** offers binary option trading on a multitude of assets with fast execution, no slippage, no commission and no fees. Traders are responsible to monitor their investment allocations in order to minimize their risk to their total investment amount on an individual trade.

It is against the law to solicit U.S. persons to buy and sell commodity options, even if they are called 'prediction' contracts, unless they are listed for trading and traded on a CFTC-registered exchange or unless legally exempt.

https://www.optionmint.com

https://www.optionmint.com/ar/

https://www.optionmint.com/de/

https://www.optionmint.com/es/

Confidential/FOIA Treatment Requested

ZILM0031314

# EXHIBIT H

https://www.trbinaryoptions.com/?lang=en
https://www.trbinaryoptions.com/?lang=en
http://media.trbinaryoptions.com/d/no/ipaddesk/index.html
http://media.trbinaryoptions.com/d/no/startTradingNewForm/trading.html
http://media.trbinaryoptions.com/d/no/binary/options.htm

Confidential/FOIA Treatment Requested

 

n.net/hc/10088244/?cmd=file&file=visitorWantsToChat&site=10088244&SESSIONVAR!skill=TR-EN)

**DEPOSIT (/deposit/)**

Hi Test Account Logout (/) | #482361 | My Account (/myaccount/) | Balance $0.00

Trade Forex, Commodities, Stocks and Indices
# UP TO 81% RETURN

## TR (/) > Why TR Binary Options

TR Binary Options is one of the most professional and objective binary options trading platforms currently on the market. As pioneers and ongoing leaders in the industry as well as, the first platform to launch the 60 second trading option, the TR Binary Options platform continues to be the first choice for traders who are looking for the simplest, fastest and most user-friendly way to trade financial markets online. The user platform gives traders the option to trade with a variety of currencies, commodities, indices and stocks. Over the years, **TR Binary Options has succeeded in becoming one of the most popular brokers on the market.**

TR Binary Options now offers over 150 assets to trade, multiple ways to trade and extremely profitable returns. Each one of TR Binary Options traders are provided with individual account managers and access to senior market analysts. TR Binary Options offers easy-to-use tools to make it interesting and simple for traders to trade indices, currency pairs, commodities and stocks. The TR Binary Options platform is one of the easiest platforms to navigate. They offer four different trading methods via its platform. The trading methods are the Call/Put, Pairs, Long Term, Ladder, One Touch and 60 Second Trading options and they are available for all their traders. Users can trade and earn up to 81% in just 60 seconds! TR Binary Options provides its traders with quick and straightforward instructions on how to trade, all via the platform. The quality of the TR Binary Options trading platform and services are reflected in their loyal and satisfied

ZILM0000177

clients. TR Binary Options offers up to 81% payouts, one of the highest payouts in the binary options industry.

TR Binary Options educational center is perfect for new and experienced traders alike. As soon as a user signs up they are automatically given an interactive binary options eBook. This eBook offers information on trading, the stocks market and how to increase your success while trading. Also, unique to the TR Binary Options platform is the video academy. They offer 5 different informative video courses that provide traders with the most current market news and insight into which assets to look at and which to ignore. Other video courses cover advanced trading techniques, such as binary options trading psychology and money management techniques. In addition, TR Binary Options has over 20 different educational webinars. These webinars teach traders anything from a trading introduction, to advanced courses, like ways to analyze the market. All of these educational tools are FREE for TR Binary Options users.

Most importantly, one of TR Binary Options's highest priorities is to have the best customer support service. Their professional account management team is available to assist with all inquiries, provide assistance with trading strategies or to solve any customer service issues a trader may come across. TR Binary Options offers support in over 8 different languages. The Customer Support team is available 24 hours a day, 7 days a week for any questions.

TR Binary Options Advantages:

- Honest, reliable, objective platform
- Wide array of assets to choose from
- Unique features and tools
- User-friendly, simple to understand
- Web-based, no downloading necessary
- Dedicated account managers, live help
- EASY profit withdrawal
- 60 Second expiry times
- Up to 81% Payouts
- 24/7 Customer Support
- Up to 100% bonus
- Mobile Trading App

Confidential/FOIA Treatment Requested

It's FAST, it's SIMPLE, and it's the SMARTEST way to make money online!

Open your TR Binary Options Account NOW and receive your FREE Binary Options E-Guide

1-800-986-6318

Email Us (mailto:support@trbinaryoptions.com)

Chat with Us (https://server.iad.liveperson.net/hc/10088244/?

cmd=file&file=visitorWantsToChat&site=10088244&SESSIONVAR!skill=TR-EN)

News by Yahoo! Finance

examine risks emanating from weaker emerging market growth and look at whether plunging crude prices along with market turbulence could derail its efforts to boost inflation, Draghi told lawmakers in the European Parliament. The ECB has missed its inflation target of close to 2 percent for three straight years and policymakers fear that a failure to get prices rising again would erode public confidence in the bank, rendering monetary policy ineffective and leaving Europe stuck in a trap of zero price growth.

(https://finance.yahoo.com/news/pratt-whitney-head-says-jet-231454445.html)

Pratt & Whitney head says jet engine output risks easing
(https://finance.yahoo.com/news/pratt-whitney-head-says-jet-231454445.html)

(https://finance.yahoo.com/news/pratt-whitney-head-says-jet-231454445.html)
(https://finance.yahoo.com/news/pratt-whitney-head-says-jet-231454445.html)



(https://finance.yahoo.com/news/pratt-whitney-head-says-jet-231454445.html)
Pratt & Whitney's new chief says the performance of suppliers is much better than year ago, easing concerns over its ability to execute a $10 billion gamble on a new engine as it seeks to reclaim a once revered status in the jet industry. "I will get every engine serial number and will see the parts that are committed and if it supports the engine shipment date," Robert Leduc told Reuters at the Singapore Airshow. Once dominant in commercial aviation, Pratt lost its way in the 1990s after betting on the wrong category of plane and leaving the door open to General Electric (GE.N) and its French partner Safran (SAF.PA), who now lead sales by volume.

(/OpenAccount/)

**TRADE IN 3 EASY STEPS**

ZILM0000179

## Choose an Asset

**1**

Refer to the dropdown menu located on the left hand side of the page to choose the asset you want to trade.

Coca-Cola  Google ···

## Make a Prediction

**2**

Click on "CALL" if you think the price will rise Click "PUT" if you think the price will fall.

CALL ⌃  OR  PUT ⌄

## Invest & Trade

**3**

Enter the amount you would like to invest and finalize your trade by clicking the 'Apply' button.

$ 25 ⌄     APPLY

     

## Binary Options

Why TR Binary Options (/whytr/)
How To Trade Binary Options (/howtotrade/)
Live Trading Webinars (https://trbinaryoptions.clickwebinar.com/)
Education (/education/)

## TR Binary Options

Open Account (/OpenAccount/)
Our Features (/our-features/)

Affiliate Program (http://www.rushbucks.com)
About Us (/aboutus/)
Account Packages (/accountpackages/)

## Information

FAQ (/faq/)
Binary Options eBook (/binaryebook/)
Glossary (/glossary/)
Asset Index (/assetindex/)
Expiry Rate Rules (/expiryraterules/)
Refer a Friend (/referafriend/)

## Privacy Policy

Disclaimer (/disclaimer/)
Terms & Conditions (/termsconditions/)
Privacy Policy (/privacypolicy/)
Contact (/contact/)

Coming Soon



TR Binary Options ©2016 All Rights Reserved to TR Binary Options

Follow Us:                                    (https://www.facebook.com/trbinaryoptions/)
                                                        (https://twitter.com/TRBOptions)
                    (https://plus.google.com/u/1/102947589179865602067/)
                (https://www.youtube.com/channel/UCbxY9bKxvH7jY2GMlWKarsw)
                            (https://www.pinterest.com/trbinaryoptions/)

*Disclaimer: Binary Options and forex trading involve risk. Business Model and earnings: Results are contingent on choosing the correct direction of an asset's price, from the given strike price, by the selected expiry period. Once a trade is initiated, traders receive a confirmation screen showing the asset, strike price, the chosen direction (CALL or PUT), and the investment amount. When prompted by this screen, trades will initiate in 3 seconds unless the Trader presses the cancel button. TRBinaryOptions.com offers the fastest option expires available to the public and transactions can be as fast as `15 minutes in regular binary options, and as fast as 60 seconds in the 60 second platform. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits the total consecutive trades or total outstanding investment.

Confidential/FOIA Treatment Requested                                                        ZILM0000181

\*\*It is recommended to use Mozilla Firefox or Google Chrome web browsers when trading on TRBinaryOptions.com.

Confidential/FOIA Treatment Requested

ZILM0000182





# Binary Investment Platform
# Brief Guide



www.TradeRush.com

Confidential/FOIA

ZILM0000156



Login  ›

Forgot pasword?

1

# Index

| | |
|---|---|
| 2 | Letter from TradeRush™ CEO |
| 3 | What are binary and digital options? |
| 4 | Why trade binary options? |
| 5 | Brief history of binary options |
| 6 | Executing a Classic Trade |
| 6 | How to execute a classic trade |
| 6 | How to cancel a trade once initiated |
| 7 | Advanced Training – 3 Functions |
| 7 | How to execute Classic Trade in MultiView |
| 8 | Rollover Function |
| 9 | DoubleUp Function |
| 9 | What is OneTouch Trading? |
| 10 | How to execute a OneTouch Trade |
| 11 | What is 60-Second Option Trading? |
| 11 | How to execute a 60-Second Trade |
| 12 | What is Option Builder? |
| 12 | How to execute an OptionBuilder Trade |
| 13 | What is OptionPro? |
| 13 | How to execute an OptionPro Trade |
| 14 | What asset types are available? |
| 14 | How to review your portfolio |
| 15 | How to add funds to your TradeRush™ account |
| 15 | How to withdraw funds from your TradeRush™ account |
| 16 | About TradeRush™ |
| 17 | Glossary |
| 20 | Contact US |

Confidential/FOIA                                    ZILM0000157



Login ❯

Forgot pasword?

2

# Letter from TradeRush™ CEO

Thank you for choosing **TradeRush™**, the world's most advanced and fastest growing binary options platform. At TradeRush™ we are proud to offer our traders a safe and secure environment to trade digital options. We hope you will enjoy our platform and discover the user-friendly and highly profitable nature of two-way options. This guide is designed to assist and improve your trading. In the guide we offer an introduction to digital options, an overview of our trading platform, and an explanation of how it can be used to trade currencies, commodities, and stocks, as well as major indices such as the Dow Jones or Wall Street. There are also a few graphical explanations of the actual workings of the TradeRush™ platform and a glossary to explain key terms. We encourage you to use the glossary if you encounter terms with which you are not yet familiar. The digital options platform offers our investors a low risk and low maintenance environment with lucrative returns in short periods of time. We hope you're as excited as we are about this highly profitable platform and look forward to working with you closely. On behalf of the entire TradeRush™ team, I would like to thank you for choosing TradeRush™.

Sincere regards,

*Kenneth J. Lowery*

Kenneth Lowery
TradeRush CEO

Confidential/FOIA                                    ZILM0000158



Login ›

Forgot pasword?

3

# What are binary and digital options?

Binary options are also called digital options, two-way-options, all-or-nothing options, and **FRO** (**F**ixed **R**eturn **O**ptions on the American Stock Exchange), as well as several other names.



**Binary options are also called digital options, two-way-options, all-or-nothing options, and FROs (Fixed Return Options on the American Stock Exchange) among other names.**

These binary names imply "two" and are so named because traditionally there are only two possible outcomes (in-the-money or out-of-the-money). TradeRush also offers an at-the-money function. This means that in the case of a tie the investor receives back his or her original investment.



**In the case of a loss, some options at TradeRush™ offer a return of 10%. See specific available assets for more information.**

To summarize this point, the payout for digital options is a fixed amount, nothing at all, or a return of the investment in the case of a tie. Below are two main types of binary options:

**Cash-or-Nothing** - this option pays a fixed amount of cash if the option expires in-the-money and it is the method by which the TradeRush™ platform works.

**Asset-or-Nothing** - this option pays a value of the underlying asset or security upon expiry.

Confidential/FOIA                                                    ZILM0000159





# Why trade binary options?

Two-way options are exceptionally easy financial instruments to trade. The TradeRush™ Binary Options platform is generally used for quick profits with one (1) month being the longest option expiry rate. The shortest trading period available in two-way binary options is exclusively available with TradeRush™ and is a 60-second option.

 **The shortest trading period available in two-way binary options is exclusively available with TradeRush™ and is a 60 second option.**

There is no spread — the same price is given for selecting a "Call" option or a "Put" option.

Because the returns are fixed, the same return on investment (ROI) will apply for a $1,000 investment as a $100,000 investment — there is no difference in initial investments to earn exceptional ROI as compared to other financial instruments.

Binary options require small initial investments and can replace other high risk instruments in an investment portfolio.

✔ No Spread
✔ Fixed Risk
✔ Small Investment
✔ High Returns

✔ 24/7 Access
✔ 60-Second Options
✔ Profit from Market Volitility

Exceptional profits are available even as markets decline and at all hours of the day and night as the software is connected to dozens of markets.

The software is easily accessible 24/7 from any location with a computer and Internet connection.





**Contact US**
💬 Live Chat    ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA                                                    ZILM0000160





# Brief history

Binary option trading has seen huge growth in volume over the past several decades. Thousands of hedge funds use binary options, often as their sole bread and butter for earning millions of dollars annually.

Binary options have been offered by banks and financial investment firms since the early 20th century. Early investors in digital options included the Rothschild family of New York.



**Binary Options are now traded on the American Stock Exchange under European Cash-or-Nothing Binary Options.**

Since 2008, the Securities and Exchange Commission (SEC) has permitted cash-or-nothing options. The SEC acted on a request from the Option Clearing Corporation. These options are now traded on the American Stock Exchange under European Cash-or-Nothing Binary Options and the Chicago Board of Exchange (CBOE). The standardization of binary options allows them to be traded on exchanges with continuous quotations.

**5** **Start trading!** **Get 100% bonus**

**Contact US**
💬 Live Chat   ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA

ZILM0000161



Login ›

Forgot pasword?

6

# Executing a Classic Trade

To execute a trade, simply log into your account, deposit funds, choose an asset, expiry time, your position ("Call"/UP or "Put"/DOWN), enter an investment amount and click APPLY. The system will give you three (3) seconds to confirm or cancel your trade before executing the trade at the original rate you chose. The entry price is held during this period.

## How to execute a classic trade



1 Choose Assets

2 Choose Expiry

3 Take Position Call for UP or Put for DOWN

4 Enter Investment

5 Click Apply

## How to cancel a trade once initiated



Apply your trade

1 Click Cancel

2 No action in three (3)seconds or clicking approve will excecute the trade.



Login >
Forgot pasword?

# Advanced Training - 3 Functions

There are three advanced tools TradeRush™ offers its traders to allow you to make the most out of your sessions. They are MultiView Mode, Rollover and DoubleUp, and are outlined below:

## MultiView option

The MultiView mode at TradeRush™ allows users to set up their favorite options in a small table format and trade faster. Below is a brief diagram of how to execute a trade in MultiView mode.

## How to execute Classic Trade in MultiView



1. Choose the MultiView option
2. Choose your favorite assets to monitor
3. Choose expiry time
4. Take a position by clicking Call for up Put for down
5. Enter your investment amount
6. Click APPLY or wait for the option to start.

Confidential/FOIA      ZILM0000163



Login >
Forgot pasword?
8

# Rollover

Rollover is a popular feature that allows a trader who is out-of-the-money to roll over his or her position to the next expiry period. There are four conditions that apply in order to partake in the Rollover feature:

1. The trader position is out-of-the-money.

2. The Rollover will add 30% to your original investment.

3. The following expiry period cannot be the last expiry period of the day for that asset.

4. The Rollover feature can be activated once per asset/session. (However, if multiple instances of the same asset are open and both trades are out-of-the-money, the trader will be given the Rollover option in both sessions simultaneously.)



Confidential/FOIA                    ZILM0000164



# DoubleUp

In response to the great demand of our traders, TradeRush™ has recently added an excellent DoubleUp feature. The DoubleUp feature allows a trader to re-up an option at its current price-point, effectively opening a new position from a new price. This means the double-up entry rate is at the current rate (and **not** on the original price when the trade was first executed). It is highly effective when you expect the expiry rate to continue in its current trajectory from your original trade. To activate



DoubleUp, simply click the **x2** button in the sidebar, as illustrated below, and your investment will double.

# What is OneTouch Trading?

The One-Touch trading platform effectively offers our traders exceptional payout rates of 300% - 700% returns on daily, weekly, and monthly options. While the classic investments are offered via a fixed amount, OneTouch investments are offered in investment units of the entry rate. For example, a $50 weekly option with a return rate of 450% means that if the stated goal is touched (not necessarily closed), the trader will receive a total of $275 return on his $50 investments. This can be purchased in 5 units to equal a $250 investment with a potential return of $1,375 at the end of the week. See individual OneTouch options for exact payout rates. Actual returns vary between 250%-700% and are listed prominently on the OneTouch options. To repurchase a particular investment, simply click on "BUY MORE"



Confidential/FOIA

ZILM0000165





on your option and you will be asked to confirm your trade. You will be emailed the details of the trade upon the opening and closing of your position.

## How to execute a OneTouch Trade



**1** *Enter OneTouch trading mode*

**2** *Choose your favorite assets to monitor*

> **i** The entry and expiry times will be shown above the investment.



**3** *Select the number of units to purchase*

**4** *Click APPLY*

**5** *Repurchase the option by clicking "BUY MORE" and accept the trade*



> **i** The unit rate is shown below the investment amount dropdown





Confidential/FOIA                    ZILM0000166



Login ›

Forgot pasword?

11

# What is 60-Second Option Trading?

The 60-Second Trading feature is exclusive to the TradeRush™ platform. It offers our traders the shortest possible option currently available in the world. Like the classic trade mode, a trader simply chooses his or her asset, the investment amount, a position ("Call" or "Put") and then clicks Start . Remember, each click on START for a given asset will initiate a 60-second trade. You will be emailed the details of the trade upon the opening and closing of your position. See our graphical presentation of this below for further clarification.

## How to execute a 60-Second Trade

1. *Choose Assets*
2. *Choose your position (Call or Put)*
3. *Select an nvestment amount*
4. *Click START*





Every click on start will initiate another trade with the same investment.

Contact US

💬 Live Chat    ✉ support@traderush.com

📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA

ZILM0000167



Login >
Forgot pasword?
12

# What is Option Builder?

The TradeRush Option Builder offers traders a way to customize their trades in all aspects. Using this feature you can decide the precise risk reward ratio to suit your style of trading and portfolio size as well as precise expiry times. The Option Builder allows traders to implement the trading strategies that work best. Traders can trade in the way that's best for them, monitoring their risk management and timetables to create the strategy with the highest yield.

## How to Execute an OptionBuilder Trade

1. Choose Assets
2. Select an expiry time
3. Determine risk and return for win and loss
4. Input your investment amount
5. Click Apply



Contact US
Live Chat    support@traderush.com
USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA                                           ZILM0000168





# What is OptionPro?

OptionPro is our newest feature, offering traders advanced charting for each available asset that lets traders see historic trends in their underlying assets. This is ideal for traders who trade using technical analysis to see larger and historic trends for their assets. Traders can select their asset and change the history or zoom of their chart by accessing the HISTORY button at the bottom left of the screen. They can see charts from 5 hour increments down to 15 minute increments.

# How to execute an OptionPro Trade

1 Choose Assets

2 Select an expiry time

3 Determine risk and return for win and loss

4 Input your investment amount

5 Click Apply



Contact US
Live Chat    support@traderush.com
USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA      ZILM0000169



Login >
Forgot pasword?

**14**

# What asset types are available?

The TradeRush™ platform offers its traders a wide array of stocks, foreign exchange currencies, commodities and indices. A complete list can be found in our asset index at **http://www.traderush.com/AssetIndex.**

# How to review your portfolio

Your portfolio will show your entire trade history. It will provide information on your position, investment ID number, asset name, execution date, rate, type, expiry date, expiry rate and payout. To view your portfolio follow the following instructions:

**1** *Click on MY ACCOUNT at the top right side of the screen*

**2** *Click on MY INVESTMENTS at the left side of the screen*



**14** Start trading! Get 100% bonus

**Contact US**
💬 Live Chat ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA

ZILM0000170





# How to add funds to your TradeRush™ account

Adding funds to your TradeRush™ account is quick and simple.

Click on the **DEPOSIT** button at the top right of the page.

Choose a payment method.

If you are using a credit card, which is the most popular option, simply enter your credit card details and click **DEPOSIT** at the bottom. Your account should be automatically credited.

Wiring funds can take up to five (5) business days for the funds to arrive. We suggest contacting your account executive to inform him or her of the wire transfer.

# How to withdraw funds from your TradeRush™ account

Requesting a withdrawal is also fast and simple.


*Click on MY ACCOUNT*


*Click on WITHDRAW Request*



*Choose CREDIT CARD or WIRE and enter your details. Once processed, you will receive funds via your requested withdrawal method.*



**Contact US**
💬 Live Chat    ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA                                                    ZILM0000171

 

# About TradeRush™

TradeRush™ is a binary option trading platform offering individual investors as well as LLC corporate accounts the opportunity to trade the market of their choice. Founded on the principle that knowledge is power in financial markets, TradeRush™ is dedicated to helping its traders succeed in their trading by introducing innovative trading technology to change the landscape of the binary options world.

TradeRush™ is the top investment solution for top binary option traders and brokers. TradeRush™ brings binary options to center stage in the world of trading by offering the fastest expiry times on the market. Other features exclusive to TradeRush™ are the largest selection of commodities, currencies, stocks and indices, as well as the largest selection of expiry times. These excellent features coupled with top quality software training bring our clients to the next level of trading.

The TradeRush™ interface was built by traders for traders in order to help them succeed. By offering this self-explanatory and easy-to-use platform with a wide range of instruments, TradeRush™ has become the fastest growing binary option firm worldwide.

Founded in 2011, TradeRush™ is owned by Gutalov Holdings Ltd, is based in Limassol, Cyprus, and is managed by Chief Executive Officer, Kenneth Lowery. TradeRush™ has an exclusive marketing agreement with Rushbucks, a world leader in on and offline marketing strategies and solutions. All questions regarding introducing brokerage, white-labels and other marketing requests should be directed to **support@Rushbucks.com**.



16  **Start trading!** Get 100% bonus

**Contact US**
💬 Live Chat   ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA

ZILM0000172





# Glossary

**60-Second Option:** the shortest available option in the world, exclusively available at TradeRush™.

**American option:** an option that can be exercised anytime during its life. These options, unlike European options, do not need to wait until maturity to be exercised. Most binary or digital options are European options.

**Ask:** The price at which an investor can buy an asset in the financial markets. The ask price is a part of the formula which is used to calculate the expiry level of an asset.

**Asset /underlying asset:** a resource with an economic value.

**At-the-money:** When the current price of the underlying asset is the same as when the option was purchased.

**Binary/Digital options:** Options that pay out a pre-set and fixed amount, if the asset on which the option is based reaches the trader's selected 'direction' at expiry time.

**Call:** When a trader sets the target price of an asset above the entry rate upon expiration of the option.

**Current rate:** The current market price for an underlying asset.

**Entry rate:** The current market price for an underlying asset when an option is executed.

**Put:** When a trader sets the target price of an asset below the entry rate upon expiration of the option.

**End of day:** The close of the trading day.

**European Option:** an option that can only be exercised when it reaches the end of its life. Most binary options are European.

Confidential/FOIA

ZILM0000173




**Expiry rate:** The price level of the underlying asset when the option expires. This price determines whether the option is in-the-money, out-of-the-money, or at-the-money.

**Expiry time/date:** the time and date when the binary option expires and reaches the end of its predetermined life cycle.

**Fundamental analysis:** a method of evaluating a security by utilizing economic, financial and other factors. The goal is to analyze all the factors that can affect a security, such as overall economic conditions, the industrial environment and company-specific factors.

**In-the-money:** this means that the option is profitable. For example, if the option was a Call, then the current price of the underlying asset would be higher than the original price at the time the option had been purchased. See Out-of-the-money, At-the-money.

**Index/Indices:** Index represents a basket of stocks. For more information about the indices traded on the platform see "asset index".

**OneTouch Trade:** This gives the investor a predetermined fixed payout once the price of the underlying asset reaches or surpasses a predetermined level. To be eligible for payout, it is sufficient that the option touches or surpasses the predetermined level just once throughout the option's life cycle. If the predetermined level is not reached or surpassed even once, the initial investment is lost.

**Option:** A financial derivative that represents a contract sold by one party to another. The contract offers the buyer the right to buy (Call) or sell (Put) a security or other financial asset at an agreed-upon price (the strike price) during a certain period of time or on a specific date.

**Out-of-the-money:** This means that the option is not profitable. For a digital option Call, it means that the asset's expiry price level is lower than the option's buying price. For a digital option Put, it means that the asset's expiring price level is higher than the option's buying price.

**Put Option:** A put option provides the investor with the opportunity to gain if the asset




Confidential/FOIA




drops below the open rate of the put transaction. In the event that the expiry rate is the same as the open rate, the investor will be refunded with the full investment amount.

**Reuters:** Reuters system, one of the world's leading financial data providers. It is the system which TradeRush takes its expiry rates from.

**Technical analysis:** a method of evaluating a security by evaluating statistics related to its historical performance, such as past prices and volume. Charts and other research tools are utilized to identify any possible patterns that may be an indicator of future activity.

**TradeRush rates:** TradeRush enables the client to buy or sell an asset with no market spread. The open rate for a put option is the open rate of a call option.

**Trading hours:** Each asset has its own trading hours and trading days and holidays. To see the relevant trading hours click asset index. Sometimes you will see that even though the asset is supposed to be traded it's not listed. In such a case simply press refresh.

**Turnover/volume:** a measure of activity showing the number of shares or contracts that are traded during a given period of time.

**Strike price:** also known as the exercise price, this is the price at which a specific derivative contract can be exercised. For Call options, this is where the security can be bought until the expiration date. For Put options, this is the price at which the security can be sold.

**Stock index:** The sum of stock value for a group of stocks, often very popular stocks such as the Dow Jones Industrial average.

Confidential/FOIA
ZILM0000175





Login ›
Forgot pasword?

# Thank you for Choosing TradeRush™

TradeRush™

US/CA Toll Free: **1-800-986-6318**
UK Toll Free: **0-808-189-1458**

Email: **support@traderush.com**

Edbruke Investments Ltd.
Agias Fylaxeos & Zinonos Rossidi, 2
1st Floor
P.C. 3082, Limassol, Cyprus

**Start trading!** **Get 100% bonus**

**Contact US**
💬 Live Chat   ✉ support@traderush.com
📞 USA, Canada 1-800-986-6318, UK 0-808-189-1458

Confidential/FOIA

ZILM0000176

# EXHIBIT I

February 11, 2016 ::
Traders Login Open New Account

# Help & FAQ

## Frequently Asked Questions and Basics

- 
- Bull Strategy
- Bear Strategy
- Range Trading
- How to trade
- Pairing
- Binary options betting
- Stop-loss trading
- Index-asset divergence trade
- Competitor relative value trade
- Commodity stock affect trade

After you have acquired a sound understanding of the basics and terminology of binary options, you should then consider studying and mastering trading strategies that will help to improve your profits as well as reducing your risk exposure per trade. Basically, you require techniques that will successfully allow you to analyze the market conditions of the underlying assets of binary options. You will discover that most strategies utilize a combination of technical and fundamental analysis to achieve this objective by helping evaluate factors such as the direction and volatility of price.

Before you can select a binary option proficiently, you need to advise and choose a trading strategy that must primarily be constructed on how you want binary options to function for you. This is because you will discover that a binary option trading strategy will only produce success for you if you can utilize it in a way to achieve your investment objectives. For example, you could exploit the flexible of options in order to support your planned speculation portfolio in numerous ways.

Consequently, you will find that it is worth devoting your time in detailing your financial plan and listing its major intentions. By doing so, you will filter the number of strategies that may be ideal to you because only a few will then be really able to satisfy and achieve your objectives. The following binary options strategies will now be explained with this intent in mind. They should help you improve your trading results under a number of different market conditions.

Back to top

## Bull Strategy

You will require such a strategy if you determine that the price of the underlying asset of your binary option is rising in value. You should then activate a 'call' binary option under these circumstances.

For example, your technical analysis indicates that oil is very likely to increase from its current value of $110 over the short term. You are also aware that you will be entitled to a 78% profit if you open a 'call'

Confidential/FOIA Treatment Requested                                                              ZILM0018481

binary option with OptionRally using oil as its underlying asset. In addition, you also precisely know your risk exposure because if you finish out-of-the-money, you will receive a refund between 10% and 15%.

You next choose to deposit an investment of $1000 and opt for an expiry time of 30 minutes. That is it? These are all the decisions that you have to make. Now, when your expiry time expires and if the price of oil is just $1 higher than your opening or strike value, you will earn a profit of $780 in just 30 minutes.

This is a fantastic return for what appears to be little risk exposure and minimum effort. However, as with any investment decisions you must ensure that you fully understand your objectives and risks before activating any new trades. In this respect, your goals and risks are well-defined as compared to other investment types. In summary, despite all benefits of trading using binary options, you should always work and adhere to a well-developed trading strategy.

Back to top

# Bear Strategy

You will require such a strategy if you determine that the price of the underlying asset of your binary option is falling in value. You should now activate a 'put' binary option under these circumstances.

For example, your technical analysis indicates that the EUR/USD currency pair is very likely to decrease from its current value of 1.4000 during the next few hours. You are aware that you will be entitled to a 78% profit if you open a 'put' binary option with OptionRally using the EUR/USD as its underlying asset. You also know precisely what your risk exposure is because if you finish out-of-the- money at expiry time then you will receive a refund between 10% and 15% of your initial deposit.

You next choose to invest a deposit of $2000 and opt for an expiry time of 1 hour. Now, when your expiry time expires and if the price of EUR/USD is just 0.0001 below your opening or strike value, you will earn a profit of $1560 in just 1 hour.

After you have mastered the basics of binary options trading and are proficient at operating simple strategies such as the bull and bear ones just defined, you could consider learning how to use more sophisticated strategies such as the following one.

Back to top

# Range Trading

Sometimes when you study the trading charts of an asset of interest, you may decide that its price direction is difficult to accurately determine. With most other forms of investment you may then be stumped about what is your best course of action. However, with binary options you have other strategies available to you which will allow you to seek profits even under such conditions. For example, you could utilize a strategy which is capable of informing you whether your asset is range trading.

You could exercise such a decision after you had study the trading chart of the asset of interest and determine that over a selected time period that it was not trending in any particular direction but bouncing between a high price level and a low one or floor. Basically, the asset is range trading.

For example, if your technical analysis indicates that the NASDAQ stock index is fairly stable, you could

Confidential/FOIA Treatment Requested                                              ZILM0018482

purchase an "IN THE RANGE" binary option. You can do this by selecting the 'range' binary options, locating your asset type and then choosing "IN". In contrast, if your studies demonstrate that the price action of your asset is volatile, then you could activate an "out-of-range' binary option.

You are well-advised to devote some time to studying and mastering the use of as many binary options trading strategies as you can. You will then have a supply of tools that you will be able to apply depending on the current market conditions.

Back to top

# How to trade

You will discover that trading binary options is a very simple way to speculate on the financial markets compared to other forms of investments. Consequently, you will have improved possibilities of making worthwhile and consistent profits by trading them. In particular, if you become a member of OptionRally then you will have the opportunity to gain as much as 78% profit per trade within an hour, even if you are a total novice.

You can increase your profit potential even more and minimize your risk exposure at the same time if you invest your time to study and master binary option trading strategies. This article introduces and discusses some of the more popular strategies which you find of great use whether you are a novice or experienced binary options trader.

Back to top

# Pairing

Also known as hedge and double position, this is a clever strategy which possesses the ability to provide you with windows of opportunity for high returns while minimizing your risk exposure in the process. For example, imagine that you have opened a 'call' binary option which had an opening or strike price of $20. Now assume that you have achieved a favorable position and are now in-the-money with the current price standing at $24. However, you are worried that a serious price retraction could occur which could wipe out all your profits and could even cause losses. To safeguard your gains from such an eventuality, you could, at this point, open a new 'put' option and pair it with your original 'call' one.

By doing so, you would create an opportunity window between $20 and $24. This is because if price finishes within this range at expiry time then you will receive profit payouts from both options. In addition, you would also significantly reduce your risk exposure because should the value of price finish outside this window at expiry time then the profit of one of your options will almost totally negate the loss of the other.

Back to top

# Binary options betting

You should aim to activate this strategy just after any of your selected assets have experience a significant yet unexpected price surge. The binary options betting strategy takes advantage of the fact that many traders act in a very predictable way after such developments happen.

Confidential/FOIA Treatment Requested                                                    ZILM0018483

Back to top

# Stop-loss trading

Many traders use binary options as a method to hedge their investments with other asset types because they have been proven to be very effective. For example, consider that you are trading the EURUSD currency pair and you are considering utilizing a stop-loss in order to protect your account balance from suffering a serious drawdown. Instead of deploying a standard stop-loss, you could instead activate a binary option in the opposite direction to your Forex trade by using the EURUSD as its underlying asset. In doing so, you would provide a very effective protection for your EURUSD trade.

However, although a stop-loss trading strategy looks quite simple at first sight, a successful one depends on the quality of your understanding and knowledge about factors such as risk tolerance, trading asset, your trading style and market conditions.

Back to top

# Index-asset divergence trade

This is another popular strategy that entails hedging a binary option based on a company's shares with one whose underlying asset is the trade index that includes the same firm. For example, imagine that you decide to open a 'call' binary option with Apple because you think the value of its shares will appreciate in the near future. In order to hedge this bet and if you also believe that the stock markets will generally fall in value, you could also consider activating a 'put' binary option based on the S&P500 of which Apple is a composite company.
Consequently, this strategy will help you minimize your risk and allow you to support your trust in trading your selected asset. In addition, you could provide yourself with the opportunities to compound your profits, maximize your returns and minimize your risk exposure. For instance, with the example just described you could achieve a double profit pay-out if your calculations prove correct.

Back to top

# Competitor relative value trade

This strategy can help you profit using binary options by exploiting the opposite price movements of two competing companies. For example, imagine that Microsoft is about to release a new product that is expected to provide a significant boost to the values of its shares.

In addition, you also deduce that rivals, such as Apple, could suffer market share decreases which would have negative influences on the values of their shares. Consequently, by following your fundamental and technical analysis to the full you should open a 'call' binary option with Microsoft and a 'put' one with Apple.

This action will then provide you with the opportunity to collect double profits by taking advantage of the competitor relative value trade.

Back to top

Confidential/FOIA Treatment Requested                                                               ZILM0018484

# Commodity stock affect trade

Many traders consider this to be a very powerful and effective binary options strategy. Basically the idea is to exploit the variance in the movements of commodities on the share values of companies that trade them.

For example, significant movements in the price of aviation fuel can seriously influence the share values of airline companies. Consequently, if you believe that a spike in the price of aviation fuel is imminent then you could consider activating a 'call' binary option with this commodity as its underlying option. In addition, you could hedge this bet by opening a 'put' binary option based on the shares of an appropriate airline because you are anticipating them falling in value as a consequence of this development.

In summary, if you take your time to evaluate binary options strategies such as those described above then you will find that this is a rewarding undertaking that could significantly boost your profits. This is because you can then provide with opportunities to compound your profits within the same time frame whilst minimizing your risk exposure in the process.

You will find by analyzing OptionRally's binary options trading platform that it has been specifically designed with this purpose in mind. So, why not 'Click here' now in order to open an account with OptionRally™. You will be very impressed about the quality and quality of the impressive trading strategies and tools available to all OptionRally clients especially yourself.

- 
- 
- 
- 
- 
- 

- 
- 
- 
- 

- 
- 
- 

- 
- 
- 
- 
- 
- 
- 
- 

Confidential/FOIA Treatment Requested

ZILM0018485

2/11/2016                                OptionRally Basic Trading Strategies For Binary Options Online

- 
- 

Risk policy: The service offers financial activities that may result in the loss of part or all of the invested funds while trading. You should carefully consider whether this activity suits your needs, your financial resources and your personal circumstances. Results depend on realtime asset prices, option expiration time (30 seconds to 6 months) and your initial investment which may be forfeit if the trade expires out-of-the-money.

The OptionRally binary options trading platform is operated by TCM investments Ltd which is authorized and regulated by the Belize International Financial Services Commission under IFSC License number: IFSC/60/422/TS/15

OptionRally delivers an unmatched binary options trading platform. Our binary options trading expertise makes financial trading in shares, commodities, indices and Forex easy to learn, practice and trade. Our online binary options trading platform lets you trade financial markets from anywhere in the world 24 hours a day. Our financial trading forums and financial trading blogs offer you all the insight you need to succeed in trading binary options. We deliver exceptional personal service and support to help all our traders understand financial trading, review their binary options investment strategies and decide how to seize the opportunity of binary options trading in shares, equities and Forex.

Servicing company: Intercapital SM Ltd. Address: 145-157 St. John Street, London England

International support: +65-3-1080750

Confidential/FOIA Treatment Requested                                ZILM0018486

http://lpcms.optionrally.com/index.php/landed/en_comparison_pu/

http://lpcms.optionrally.com/landed/en_Gold_pu/

http://lpcms.optionrally.com/landed/en_howto_pu

http://lpcms.optionrally.com/landed/en_knowledge2money_pu

http://lpcms.optionrally.com/landed/en_makemoney

http://lpcms.optionrally.com/landed/en_MoneyFromHome_pu/

http://lpcms.optionrally.com/landed/en_oil/

http://lpcms.optionrally.com/landed/en_opportunities_pu

http://lpcms.tadawulinvestments.com/landed/best_educational

http://lpcms.tadawulinvestments.com/landed/en_forex

http://lpcms.tadawulinvestments.com/landed/open_islamic_account

http://lpcms.tadawulinvestments.com/landed/MakeMoney_2

http://lpcms.tadawulinvestments.com/landed/management_1

http://lpcms.tadawulinvestments.com/landed/local_stocks_1

http://lpcms.tadawulinvestments.com/landed/Trade_safe

Confidential/FOIA Treatment Requested

# EXHIBIT J

ENGLISH
http://rboptions.org/lp/giftcard
http://rboptions.org/lp/demoaccounts
http://rboptions.org/lp/horse-racing
http://rboptions.org/lp/88percentprofit

ARABIC
http://www.rboptions.com/users.php?act=form&lng=ARB

GERMAN
http://www.rboptions.com/users.php?act=form&lng=GER

RUSSIAN
http://www.rboptions.com/users.php?act=form&lng=RUS

Confidential/FOIA Treatment Requested

ZILM0031290



OPTIONS TRADING HOUSE

Email          Password

**New User?** | **Forgot password**

Language: 🇬🇧 | 🇩🇪 | 🇱🇹 | 🇷🇺

TRADE | ACCOUNTS | BANKING | EDUCATION | MARKET | CONTACT

## How to Trade Binary Options                    < Back to Education

**1.** **Choose an Asset**
You would like to trade
using the drop-down menu

EUR/USD

USD

TADAWUL  GO UP OR

**2.** **Set Expiry Time**
your Desired expiry time

10:00

**3.** **Set Investment amount**
You would like to stake

Amount : $  5

CALL ▲

8081.**810**

PUT ▼

PositionFormPayoutPercentage
**88%**
Protected Amount
$0

**4.** **Choose a Direction**
Click "call" if you think the price will rise by
expiry, or click "put" if you believe the price will
fall by expiry

**Popularity Tool**
Indicates the direction (call or
put) which most traders favor
for the specific trade.

Potential Payout
$8.8

PositionFormPayoutPercentage
**88%**
Protected Amount

**Payout Percentage**
Indicates a fixed payout in the
event your trade is succesful.

CALL US +1-647-846-8231


Trade Today
For A **Free***
 iPad!




Discover More »


**CHAT** WITH
**A LIVE BROKER**


Stay Updated

      

  

| TRADE | Account | Banking | Education | Market | Contact |
|---|---|---|---|---|---|
| Trading Platform | Open Account | Deposit Methods | How to Trade Binary Options | Daily Market Reviews | Contact Us |
| | Account Comparison | Same Day Withdrawal | How to Trade Short Term Options | Asset Index | Trading Team |
| | Terms & Conditions | Compliance Policy | | Economic Calendar | In the News |
| | Privacy Policy | Security | How to Trade One Touch Options | Fibonacci Calculator | Why RBoptions? |
| | | | Videos, Ebook & | | Affiliates, IBs & Partners |

Advanced Articles

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may earn up to a maximum of 88% per trade but also at risk to lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options and should read the site and user Terms & Conditions prior to trading with RBoptions. RBoptions will never reveal your personal information to any third party other than in circumstances required by governing law. The site is owned by Zulutoys Limited in Marshall Islands. The clearing services with respect to the Website and the Company, are provided by RB Secured Processing LTD. UK company number 09872729, OFFICE 3.11, NWMS CENTER 3RD FLOOR, 31 SOUTHAMPTON ROW LONDON ENGLAND WC1B 5HJ. Copyright © 2014. All rights reserved.

Confidential/FOIA Treatment Requested

ZILM0031287



**Mike Shah <zilmilinc@gmail.com>**

## Fwd: ZilMil Confirmation

**Andrew Segal** <marketing@rboptions.com>
To: Mike Shah <zilmilinc@gmail.com>

Wed, Oct 1, 2014 at 11:41 AM

> Sorry for the delay :)

---


**ZilMil Transfer.pdf**
46K

# EXHIBIT K



**Mike Shah <zilmilinc@gmail.com>**

## Bloombex transfer

**Jack -** <jack@bloombex-options.com>
To: zilmilinc@gmail.com

Wed, Oct 1, 2014 at 10:46 AM

Hey Mike,

Attached the wire confirmation.

**Regards,**

Jack Besser



**Bloombex Ltd.**

Office +44 20 369 511 55

Office +49 221 24 090 81

Fax     +44 20 818 168 66

Skype: zar.zarb

jack@bloombex-options.com

www.bloombex-options.com



**image (2).png**
130K

Confidential/FOIA Treatment Requested

ZILM0031351

ENGLISH
http://bloombex-options.com/
http://bloombex-options.com/registration/
http://lp2.bloombex-options.com/english/100_minisite/
http://lp2.bloombex-options.com/english/binary_options/
http://lp2.bloombex-options.com/english/bloombex_20150901/
http://lp2.bloombex-options.com/english/bloombex_20140603/
http://lp2.bloombex-options.com/english/100_minisite/mobile/
http://lp2.bloombex-options.com/english/iframe_form_options/

FRENCH
http://bloombex-options.com/fr/
http://bloombex-options.com/fr/registration/
http://lp2.bloombex-options.com/french/100_minisite/
http://lp2.bloombex-options.com/french/binary_options/
http://lp2.bloombex-options.com/french/bloombex_20150901/
http://lp2.bloombex-options.com/french/100_minisite/mobile/

DUTCH
http://bloombex-options.com/nl/
http://bloombex-options.com/nl/registration/

DEUTSCH
http://bloombex-options.com/de/
http://bloombex-options.com/de/registration/
http://lp2.bloombex-options.com/german/100_minisite/
http://lp2.bloombex-options.com/german/binary_options/
http://lp2.bloombex-options.com/german/bloombex_20140603/
http://lp2.bloombex-options.com/german/100_minisite/mobile/
http://lp2.bloombex-options.com/german/iframe_form_options/

ARABIC
http://bloombex-options.com/ar/
http://bloombex-options.com/ar/registration/
http://lp2.bloombex-options.com/arabic/binary_options/
http://lp2.bloombex-options.com/arabic/bloombex_20150901/

Confidential/FOIA Treatment Requested

ZILM0031530





Confidential/FOIA Treatment Requested

ZILM0031450

# EXHIBIT L

https://www.redwoodoptions.com/
http://trade.redwoodoptions.com/d/en/opentradingaccount/index.html
http://trade.redwoodoptions.com/PR/i_Frame_1050x268/Form.html
https://www.redwoodoptions.com/Daily%20Market%20Review
https://myaccount.redwoodoptions.com/MyAccount/depositFunds/openAccount
http://trade.redwoodoptions.com/d/en/ebook/index.html
http://trade.redwoodoptions.com/d/en/howtomake_video/howtomake_video_form.html
http://trade.redwoodoptions.com/api/iform/en/Form.html
http://trade.redwoodoptions.com/api/iform_chat/en/Form.html
http://trade.redwoodoptions.com/newsletters/oneforty/rw_nl_en_oneforty.html
https://www.redwoodoptions.com/registration/?lang=en
http://trade.redwoodoptions.com/d/en/BigForm/form.htm
http://trade.redwoodoptions.com/m/tradingeasy/tradingEasy.html
http://trade.redwoodoptions.com/d/en/opentradingaccount/index.html
http://trade.redwoodoptions.com/api/iLong_Form/en/Form.html
http://trade.redwoodoptions.com/api/iLong_Form/en/Form_npg.html
http://trade.redwoodoptions.com/d/en/testimonial_Alison/index.html
http://trade.redwoodoptions.com/d/en/goldUpDown/goldUpDown.html
http://trade.redwoodoptions.com/d/en/webinar_50Session/index.html

Confidential/FOIA Treatment Requested





Confidential/FOIA Treatment Requested

ZILM0050873

# EXHIBIT M



| Email | | Login | 18 |
| Password | | FORGOT PASSWORD ? | FEB 2016 |

| Trade Now | Open Account | About Us | Asset Index | Blog | Guided Tour | Promotions | Contact Us | 🇬🇧 |

OIL-MAR16 (WTI CRUDE) 31.190 08:30 18.02     SILVER 15.2380 08:30 18.02     GOLD 1206.



# Affiliates

Can you drive high traffic to your binary options website? Are you looking for more partners in order to collectively boost revenues as a team? Many affiliates have generated quick and easy monthly payments by hosting our site on their platforms. And we are happy to provide this opportunity for you.

Welcome to the Beeoptions community. Please **click here** in order to register an affiliate account and one of our affiliate managers will contact you shortly.

You will gain a personal affiliate manager in order to educate you about our platform and assist you with data tracking so you can monitor your client's profits. All you need to do is display our banners and links on your domain, refer traders, and wait for your commission.

Contact us or meet us at any of the Affiliate Conferences throughout the world. We take your business seriously and are committed to a beneficial working partnership.

Affiliates login: **Click Here**

**Passive Income**
Receive reliable commissions from your website.

**Marketing Tools**

- Banners
- landing pages
- special promotions
- reviews

**Contact Us**
Contact an affiliate manager or sign up today.

Start Trading

GMT: 08 : 45 : 13
Local Time: 03 : 45 : 13





**BEEOPTIONS**

About Us
FAQ
Account Types
Banking
Corporate Pledge

**EDUCATION**

Binary Options
Ebook
Training Manuals
Education

**MARKET TOOLS**

Blog
Trading Tools
Expiry Rates

**PARTNERS**

Refer a Friend
Affiliates
Promotions
Press

**LEGAL**

Disclaimer
Expiry Rate Rules
Terms & Conditions
Bonus Terms & Conditions
Privacy Policy

2012 © White Label Solutions provided by Greymountain Management Ltd.
3rd Floor, Ulysses House Foley St., Dublin 1, Dublin

*Disclaimer: Binary Options and forex trading involve risk. Business Model and earnings: Results are contingent on choosing the correct direction of an asset's price, from the given strike price, by the selected expiry period. Once a trade is initiated, traders receive a confirmation screen showing the asset, strike price, the chosen direction (CALL or PUT), and the investment amount. When prompted by this screen, trades will initiate in 3 seconds unless the Trader presses the cancel button. beeoptions offers the fastest option expires available to the public and transactions can be as fast as 15 minutes in regular binary options, and as fast as 60 seconds in the 60 second platform. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his/her entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits the total consecutive trades or total outstanding investment.

Confidential/FOIA Treatment Requested

ZILM0011323

# EXHIBIT N

19:09:20 GMT    UK, London    +44-203-180-61-96

Email          Password          **Login**

Forgot Password?

English

FERRARI ›

Trade Now    **Open Account**    Banking    Asset Index    Trading Signals    Expired Rates    Contact Us

## PRIVACY & POLICY

**AmberOptions does its utmost to ensure the privacy, confidentiality and security of its clients are preserved both throughout their interaction with the company and afterwards, to the fullest extent achievable by the company.**

1. When clients register with AmberOptions they acknowledge their willingness to share with the company certain private information which we use for the purpose of confirming the client's identity and ensuring the security of their deposits and trading account. This information is collected in line with our stringent verification procedures which are used to deter international money laundering operations and to ensure the security and safety of our customer's trading activity throughout.

2. Our clients undertake to supply us with true, updated and accurate information about their identity. Furthermore  they are required to state categorically that they are registering and trading on their own behalf and are not seeking at any time to act any manner which could be considered fraudulent nor are they seeking to impersonate any other individuals for any purposes whatsoever.

3. AmberOptions's data collection procedures include the collection of client's freely disclosed information as shared with the company, in addition to the placement of cookies for the purposes of gathering data about the manner in which client's interact with the AmberOptions website. These tools for gathering client's information are employed for the purpose of ensuring the customer's own security and all data collected by the company is shared only with individuals within the company who are involved with the verification of customer account information for the express purpose of ensuring the customer's confidentiality and security.

4. AmberOptions will never disclose any private or otherwise confidential information in regards to our clients and former clients to third parties without the express, written consent of our clients, except in such specific cases in which disclosure is a requirement under law, or is otherwise necessary in order to perform verification analysis on the client's identity for the purposes of safeguarding their account and securing their personal information.

5. By registering with AmberOptions and through the voluntary interaction they undertake with AmberOptions's products and services the clients confirm and agree that they consent to the use of all or part of the information they provide concerning their AmberOptions trading account, the transactions they undertake through it and the interactions which they perform with the company on behalf of the company. All interactions the customer undertakes with the cmpany will be stored by the company for the purposes of record and as such may be employed by the company in such cases that disputes arise between clients and .

6. AmberOptions does its utmost to ensure the confidentiality of its clients personal information including the implementation of data protection procedures designed to ensure client confidentiality. AmberOptions ensures that its data protection policy is regularly updated in order to ensure that client's confidential information is continually safeguarded.

7. From time to time AmberOptions may contact clients whether by phone or email for the purpose of offering them further information about AmberOptions binary options trading or financial market trading. In addition the company may, on occasion, seek to contact clients, whether by phone or by email, for the purpose of informing them of unique promotional offerings provided by AmberOptions for the client. Clients consent to the receipt of such contact when they consent to our terms and conditions of use when registering with AmberOptions. Any person wishing to opt out of further contact with AmberOptions at anytime whatsoever is entitled to do so, simply by contacting the company whether by phone or email and requesting that no further contact on behalf of the company will be made.

### HOW TO TRADE

Binary options    options Builder    One Touch    60 Second

Select the asset you want to trade

Click on "**CALL**" if you think the price will rise above the current rate at the time of expiry, or click "**PUT**" if you think the price will fall below the current rate at the time of expiry

Enter the amount you would like to invest and "**Apply**"

Get up to maximum 85% profit.

AmberOptions Demo

### BREAKING NEWS

If you think your stocks are doing poorly, check out the performance of some of the most sophisticated investors, the ones with ...

Cramer: Extreme valuations point to a recession
Jim Cramer found two groups of stocks with wild valuations that could both be forecasting the same future.

The big banks will break themselves up before Bernie Sanders ever gets to it
Shareholders are getting tired of huge banks with weak returns.

Asia stocks drop as bank concerns

**AMBEROPTIONS**
About Us
Binary Option
One Touch Option
Option Builder
Guided Tour

**INFORMATION**
FAQ
Glossary
Asset Index
Banking

**ANALYST REVIEW**
Expired Rates
Learn More

**PARTNERS**
Introducing Brokers

**PRIVACY POLICY**
Disclaimer
Expiry Rates Rules
Terms Conditions
Privacy Policy

Trading digital options has some risks of partial or full funds loss. This fact should be taken into consideration by any trader who is planning to make profits by option trading.AmberOptions advises its clients to read our terms and conditions carefully before opening positions on our platform. Digital options quotes displayed on the AmberOptions platform are indicative rates that the company is prepared to sell options at and may not correspond to either live market quotations or quoted rates at the point of sale.

BLUE BAY FINANCE LTD
1A Arcade House, Temple Fortune London, NW11 7TL, UK

Have a Question?

*Type your question here*



Confidential/FOIA Treatment Requested

ZILM0027302

# EXHIBIT O



TRADE   OPTIONSXO ACADEMY   CONTACT US   BLOG

LOGIN   NEW USER?   

NEWS

EDUCATION

TRADER RESOURCES

MARKETING

LEGAL

Legal Terms & Conditions

**Bonus Terms & Conditions**

Security & Privacy

General Disclaimer

# Bonus Terms & Conditions

**Bonus policy**
Please read carefully before accepting a special offer. The terms of the offer are:

Bonuses and benefits shall be credited to the client's account subject to compliance with the terms of the offer made to the client, e.g. making minimum deposits and/or purchasing a minimum amount of options within a specified time period.

In order to use the bonus, the client has to trade 30 times the amount of the bonus. For example, bonus x 30 is required turnover for withdrawal of any bonuses.

The sign up bonus is meant to give new traders an extra boost to their trading balance so they can open their first positions using the bonus money that OptionsXO com gave them just until they get a hang of trading in the binary option market and using the platform, OptionsXO.

The bonus must be used within the period defined in the details of the special offer. Should the bonus not be used within this time frame, it will be withdrawn from the client's account.

In the case that withdrawal of funds has been removed from the trading account will result in the following actions: losses shall be held liable by the client (account holder) as well as profits shall be deducted from client's account balance.

Once the bonus has been inserted into the trading account, it cannot be returned or removed under any circumstances. OptionsXO brokers do not have the ability to remove the bonus. All bonus insertions are

Confidential/FOIA Treatment Requested

final.

OptionsXO urges its clients to take part in the offers, but to refrain from abusing them. Abusing any of the offers could lead to cancellation of the bonus/benefit and
closure of the client's account at OptionsXO.

OptionsXO reserves the right to alter the terms and conditions without prior notice. If you have any questions regarding the matter, please contact your account manager or email OptionsXO support at, support@optionsxo.com

OptionsXO does not recommend taking the bonus unless you know how to make it work to your advantage using the above terms and conditions.

By accepting a bonus into your account, you are agreeing to the terms and conditions above.

JOIN THE WORLD'S LEADING BINARY OPTIONS BROKER

     

IN COOPERATION WITH:

**Company**
About Us
Contact Us
Our Mission
Safety of funds
Account Types
High-Yield options

**News**
Mobile Trading
Special Promotions

**Education**
Who trades BO
Forex Market vs BO
How to Trade
Fundamental Analysis
Major market
indicators
Technical Analysis
Trader Basics
Possible outcomes of
BO
Trading Guidelines
Advantages of BO
Key Components of BO

**Trader Resources**
FAQ
Glossary
Asset Index
Deposits and
Withdrawals
Make a Deposit
Expiry Calculation
Early Closure
Rollover and Double-
Up
Activate Account
Banking Page

**Marketing**
Refer A Friend
Introducing Broker
program
Contact Marketing
Team
**Legal**
Legal Terms &
Conditions
Bonus Terms &
Conditions
Security & Privacy
General Disclaimer

             

Binary Options Trading: Forex options, Stock options, Index options & Commodity options – optionsXO™ Risk disclosure: Binary options trading involves significant risk. We strongly advise that you read our Terms & Conditions. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management
Operated by Omni Capital Ltd. Ajeltake Road, Ajeltake Island, Majuro MH96960 Marshall Islands


Omni Global Solutions SRL Bucharest, Third sector, 17 BABA NOVAC street, ground floor, Bl. G13 ,2ND entrance, Ground Floor ,suite 45,District 3 , Romania.

Confidential/FOIA Treatment Requested

# EXHIBIT P



**Mike Shah <zilmilinc@gmail.com>**

---

**first transfer from YTF 52,716 USD**

---

**Ori Mishkal <OriM@traderxp.com>**                                                                Fri, May 23, 2014 at 3:12 AM
To: "Zilmil Inc (Mike) (zilmilinc@gmail.com)" <zilmilinc@gmail.com>
Cc: Amir Cahana <AmirC@traderxp.com>

# International Payments History

23/05/14     09:52     Page     1

| Code | Ordering party | Beneficiary | Currency | Amount |
|---|---|---|---|---|
| 1 | ZILMIL INC | ZILMIL INC | USD | 52,716.00 |

| Swift address | Swift address | Order form | Due to |
|---|---|---|---|
| RZBRROBU | CPASUS44XXX | Single | 19/05/14 |

A/c. number: RO93RZBR0000060016353889
A/c. number: 36183047

Details 1: INV 1752014
Details 2: URGENT

Original filename: C:\...\MT100WIN\14051901.INT
Filename: C:\...\MCCWIN\SAV\14051902.INT

| Session type | Bank parameter file | Order number | Status file manager |
|---|---|---|---|
| INT | RZBRO | AB50 | ES-Check OK |

Comms answer
1     Order successfully completed

Confidential/FOIA Treatment Requested                                                                ZILM0030544

# EXHIBIT Q

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE MIDDLE DISTRICT OF FLORIDA
 3              JACKSONVILLE DIVISION
 4   - - - - - - - - - - - - - - - -x
 5   COMMODITY FUTURES TRADING      :
 6   COMMISSION,                    :
 7         Plaintiff,    : Civil Action No.
 8      v.         : 3:17-cv-774-J-32
 9   JASON B. SCHARF, et al.,    : MCR
10         Defendants.  :
11   - - - - - - - - - - - - - - - -x
12         Washington, D.C., Monday, May 14, 2018
13         Deposition of BLAKE BARRETT, a witness
14   herein, called for examination by counsel for the
15   Plaintiff in the above-entitled matter, pursuant to
16   subpoena, the witness being duly sworn by JOAN V.
17   CAIN, a Notary Public in and for the District of
18   Columbia, taken at the law offices of Venable, LLP,
19   600 Massachusetts Avenue, Northwest, Washington,
20   D.C., at 10:02 a.m. a.m., and the proceedings being
21   taken down by Stenotype by JOAN V. CAIN, Court
22   Reporter, and transcribed under her direction.
```

Page 2

```
 1              A P P E A R A N C E S
 2
 3      On Behalf of Plaintiff:
 4         ASHLEY J. BURDEN, ESQ.
 5         JOSEPH KONIZESKI, ESQ. (Via Telephone)
 6         STEPHANIE REINHART, ESQ. (Via Telephone)
 7         Commodities Future Trading Commission
 8         Division of Enforcement
 9         525 West Monroe Street
10         Chicago, Illinois 60661
11         Telephone:  (312) 596-0693
12         E-mail:  aburden@cftc.gov
13              jkonizeski@cftc.gov
14              sreinhart@cftc.gov
15
16
17
18
19
20
21
22
```

Page 3

```
 1         A P P E A R A N C E S  C O N T I N U E D
 2
 3   On Behalf of Defendant Michael Shah and
 4   Zilmil, Inc.:
 5         PETER B. KING, ESQ.
 6         JORDAN D. MAGLICH, ESQ. (Via Telephone)
 7         WIAND GUERRA KING P.A.
 8         5505 West Gray Street
 9         Tampa, Florida 33609
10         Telephone:  (813) 347-5100
11         E-mail:  pking@wiandlaw.com
12              jmaglich@wiandlaw.com
13
14   On Behalf of the Deponent:
15         GEORGE KOSTOLAMPROS, ESQ.
16         Venable, LLP
17         600 Massachusetts Avenue, Northwest
18         Washington, D.C. 20001
19         Telephone: (202) 344-4000
20         E-mail:  gkostolampros@Venable.com
21
22
```

Page 4

```
 1         A P P E A R A N C E S  C O N T I N U E D
 2
 3   Also Present:
 4         Fred Walker, Videographer
 5         Michael Shah
 6         Heather Dasso, Investigator,
 7              Commodities Futures Trading
 8              Commission, Appearing via Telephone
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

CONTENTS

| | WITNESS: | EXAMINATION BY COUNSEL |
|---|---|---|
| 2 | | |
| 3 | BLAKE BARRETT | PAGE |
| 4 | By Mr. Burden | 9, 316 |
| 5 | By Mr. King | 228, 326 |
| 6 | AFTERNOON SESSION 140 | |

7

EXHIBITS

| 9 | BARRETT EXHIBIT | PAGE |
|---|---|---|
| 10 | NO. 1: Letter to Mr. Barrett from | 227 |
| 11 | Mr. McDonald, 4/2/18 | |

12

EXHIBITS CONTINUED

| 14 | CFTC EXHIBITS | PAGE |
|---|---|---|
| 15 | NO. 160: Subpoena to Testify at a Deposition | 8 |
| 16 | in a Civil Action Issued to Blake | |
| 17 | Barrett, 4/11/18 | |
| 18 | NO. 161: Subpoena to Produce Documents, | 11 |
| 19 | Information, or Objects or to | |
| 20 | Permit Inspection of Premises in a | |
| 21 | Civil Action Issued to Blake | |
| 22 | Barrett, 3/1/18 | |

Page 6

EXHIBITS CONTINUED

| 2 | CFTC EXHIBITS | PAGE |
|---|---|---|
| 3 | NO. 162: Skype Chat, GB_BB-CFTC-0016574 | 60 |
| 4 | NO. 163: Skype Chat, GB BB-CFTC-0004582 | 66 |
| 5 | NO. 164: Skype Chat, GB_BB-CFTC-0016574 | 69 |
| 6 | NO. 165: Skype Chat, GB BB-CFTC-0016574 | 75 |
| 7 | NO. 166: Skype Chat, GB BB-CFTC-0004582 | 89 |
| 8 | NO. 167: Skype Chat, GB_BB-CFTC-0016574 | 102 |
| 9 | NO. 168: Skype Chat, GB_BB-CFTC-0000736 | 108 |
| 10 | NO. 169: Skype Chat, GB BB-CFTC-0004582 | 119 |
| 11 | NO. 170: Skype Chat, GB BB-CFTC-0004582 | 125 |
| 12 | NO. 171: Skype Chat, GB BB-CFTC-0004582 | 128 |
| 13 | NO. 172: Skype Chat, GB BB-CFTC-0004582 | 140 |
| 14 | NO. 173: Skype Chat, GB BB-CFTC-0004582 | 149 |
| 15 | NO. 174: Skype Chat, GB BB-CFTC-0004582 | 154 |
| 16 | NO. 175: Skype Chat, GB BB-CFTC-0004582 | 158 |
| 17 | NO. 176: Skype Chat, GB BB-CFTC-0009260 | 162 |
| 18 | NO. 177: Skype Chat, GB BB-CFTC-0009260 | 166 |
| 19 | NO. 178: Skype Chat, GB BB-CFTC-0004582 | 172 |
| 20 | NO. 179: Skype Chat, GB BB-CFTC-0004582 | 174 |
| 21 | NO. 180: Skype Chat, GB_BB-CFTC-0004582 | 175 |
| 22 | NO. 181: Skype Chat, GB BB-CFTC-0004582 | 183 |

Page 7

EXHIBITS CONTINUED

| 2 | CFTC EXHIBITS | PAGE |
|---|---|---|
| 3 | NO. 182: Skype Chat, GB BB-CFTC-0004582 | 186 |
| 4 | NO. 183: Skype Chat, GB BB-CFTC-0004582 | 188 |
| 5 | NO. 184: Skype Chat, GB_BB-CFTC-0004582 | 191 |
| 6 | NO. 185: Skype Chat, GB BB-CFTC-0004582 | 192 |
| 7 | NO. 186: Skype Chat, GB BB-CFTC-0004582 | 195 |
| 8 | NO. 187: Skype Chat, GB BB-CFTC-0016574 | 197 |
| 9 | NO. 188: Skype Chat, GB BB-CFTC-0004180 | 202 |
| 10 | NO. 189: Skype Chat, GB BB-CFTC-0012112 | 207 |
| 11 | NO. 190: Skype Chat, No Bates Number | 208 |
| 12 | No. 191: Skype Chat, GB_BB-CFTC-0012112 | 213 |

Page 8

PROCEEDINGS

2      THE VIDEOGRAPHER:  This is Disc 1 in the

3   video deposition of Blake Barrett in the matter of

4   CFTC versus Scharf, et al., filed in the U.S.

5   District Court, Middle District of Florida.  Today's

6   date is May 14, 2018, and the time is now 10:02 a.m.

7   We are located at the offices of Venable, LLP, 600

8   Mass Avenue, Northwest, Washington, D.C.

9          Will the attorneys identify themselves

10   beginning with the attorney giving notice.

11      MR. BURDEN:  Ashley Burden for the CFTC.

12      MR. KING:  Peter King for the defendants

13   Zilmil, Inc., and Michael Shah.

14      MR. KOSTOLAMPROS:  George Kostolampros for

15   the witness, Blake Barrett.

16      THE VIDEOGRAPHER:  Also present is the

17   court reporter, Joan Cain, and the videographer, Fred

18   Walker, both representing Alderson Reporting.

19          Will the court reporter now please swear

20   in the witness.

21          (CFTC Exhibit No. 160 was marked for

22          identification.)

Page 9

1  Whereupon,
2          BLAKE BARRETT,
3  was called as a witness by counsel for Plaintiff, and
4  having been duly sworn by the Notary Public, was
5  examined and testified as follows:
6          THE VIDEOGRAPHER:  You may begin.
7          EXAMINATION BY COUNSEL FOR PLAINTIFF
8  BY MR. BURDEN:
9      Q.    All right.  Mr. Barrett, I want to hand
10  you what I've marked as CFTC Exhibit 160.  Do you
11  recognize this document?
12      A.    A subpoena.
13      Q.    Is this the subpoena pursuant to which
14  you're testifying here today?
15      A.    Yes.
16      Q.    You ever testify in a deposition before?
17      A.    No.
18      Q.    Ever testify in court?
19      A.    No, sir.
20      Q.    Any kind of investigative testimony?
21      A.    No, sir.
22      Q.    All right.  Well, let's go over a couple

Page 10

1  rules of the road.
2      A.    Okay.
3      Q.    I think they're always useful for these
4  things.  First is let's try not to talk over each
5  other.  I'm going to do that more than you will, so
6  it's a reminder for both of us.  It's important to
7  respond verbally, and I think there's a natural human
8  tendency to nod or shake your head, but instead let's
9  please say yes or no so the transcript can catch it.
10          I don't ever want to say anything that
11  confuses you or you don't understand, so, you know,
12  if I ask you a question and you don't understand it,
13  will you promise to tell me?
14      A.    Yes.
15      Q.    We could take a break whenever you want.
16  You know, I'd ask that you let me finish my line of
17  questioning before we go off the record, but, you
18  know, we can break when you want.
19      A.    Okay.
20      Q.    As far as objections go, your counsel may
21  object for the record.  If your counsel instructs you
22  not to answer, you can take his advice or not.

Page 11

1  Counsel for the defendant, Mr. King, may object.
2  That's also for the record, and unless I want to
3  change my question or respond to the objection, we'll
4  just barrel straight through.
5      A.    Okay.
6          (CFTC Exhibit No. 161 was marked for
7          identification.)
8  BY MR. BURDEN:
9      Q.    All right.  Mr. Barrett, I want to hand
10  you what I've marked as CFTC Exhibit 161.  Do you
11  recognize this document?
12      A.    It's another subpoena.
13      Q.    All right.  That's a document subpoena
14  that we -- we had sent to you.  Did you produce any
15  documents in response to this subpoena?
16      A.    I'm sure I did if you asked for it.
17      Q.    Well, what documents did you produce?
18      A.    For -- for this right here, we produced a
19  lot of Skype chats, spreadsheets.  We produced a lot.
20      Q.    So that's good to break it down into
21  categories I think.  So you said you produced Skype
22  chats, right?

Page 12

1      A.    Yes, sir.
2      Q.    You produced Excel spreadsheets you said?
3      A.    Yes, sir.
4      Q.    Any other sort of big categories of
5  documents?
6      A.    We've produced bank records.  That's all I
7  can recall at this time.
8      Q.    All right.  So you said we produced Skype
9  chats and the rest of these things.  Who's -- who's
10  the we?
11      A.    Just me and my legal team.
12      Q.    All right.  Now, the Skype chats, let's
13  start with those.
14      A.    Okay.
15      Q.    What did you do to -- to get the Skype
16  chats?
17      A.    So when we first got the subpoena, the
18  original one from the SEC said to produce all binary
19  communications.  So we went through -- we being
20  Grayson Brookshire and myself went through Grayson's
21  new computer and Grayson's old computer, pulled up
22  his Skype, pulled up a conversation, copied the

Page 33

1    A.   Okay.

2    Q.   Yeah.  You know, is this -- is this true

3 for -- for Mr. Shah's products?

4        MR. KING:  Objection to the form.

5        THE WITNESS:  Do I still answer that then?

6        MR. KOSTOLAMPROS:  Yeah.

7        THE WITNESS:  Okay.  I mean, it was our

8 assumption that every binary options product kind of

9 fit into that realm of there's some software on

10 there.  Once the customer funds an account and opens

11 up a new trading account, they get access to that

12 software, regardless of, you know, who kind of put it

13 together or whatnot.

14 BY MR. BURDEN:

15   Q.   So this was true for Mr. Shah's offers?

16        MR. KING:  Objection to the form.

17        THE WITNESS:  Yes, sir.

18 BY MR. BURDEN:

19   Q.   All right.  How many offers did you

20 promote for -- for Mr. Shah, if you can put a number

21 on it?

22   A.   If he came out with let's just say one a

Page 34

1 month, then, you know, that would be 12 a year, and

2 we probably did, you know, 2014, '15 -- that'd be

3 24 -- maybe 30.

4    Q.   I feel like you just kind of answered

5 this, but during what period of time were you

6 promoting offers from Mr. Shah?

7    A.   So when we first started doing binary

8 options offers around 2014 up until we stopped in

9 around May of 2016.

10   Q.   All right.  Were all of the offers that

11 you promoted for Mr. Shah binary options related?

12   A.   I think so.  I don't think he had any.

13        MR. KING:  I'm sorry.  Let me object to

14 the form.  You can answer.

15        THE WITNESS:  Okay.  Yeah, I'm not sure if

16 he had any offers outside of, you know, binary

17 options, but most of them, if not all, were binary

18 options.

19 BY MR. BURDEN:

20   Q.   Do you remember any offers from Mr. Shah

21 that were anything other than binary options?

22        MR. KING:  Object to the form.

Page 35

1        THE WITNESS:  No.

2 BY MR. BURDEN:

3    Q.   Do you remember the names of any products

4 off the top of your head that -- that you promoted

5 for Mr. Shah?

6    A.   Millionaire Money Machine, Profit

7 Sensation.  I know there's a lot, but that's all I

8 can remember right now.

9    Q.   I think you testified before that as an

10 affiliate you would receive commissions, right?

11   A.   Yes, sir.

12   Q.   Commissions for first time depositors?

13   A.   Yes, sir.

14   Q.   Was this the way it worked with Michael

15 Shah's offers?

16   A.   Yes, sir.

17   Q.   How did you receive those commissions?  By

18 which I mean how did they come to your bank account?

19   A.   They would come to us through ClickSure.

20 ClickSure would send us our affiliate earnings.

21   Q.   Do you know how much money you made

22 promoting Mr. Shah's offers?

Page 36

1        MR. KING:  Objection to the form.

2        THE WITNESS:  No, sir.

3 BY MR. BURDEN:

4    Q.   You think it's more than a million?

5        MR. KING:  Objection to form.

6        MR. KOSTOLAMPROS:  You can answer.

7        THE WITNESS:  I -- I really don't know.

8 BY MR. BURDEN:

9    Q.   Less than a million?

10        MR. KING:  Same objection.

11        THE WITNESS:  I really don't know.

12 BY MR. BURDEN:

13   Q.   More than a hundred thousand?

14        MR. KING:  Same objection.

15        THE WITNESS:  Yes, more than a hundred

16 thousand.

17 BY MR. BURDEN:

18   Q.   More than 500,000?

19        MR. KING:  Same objection.

20        THE WITNESS:  I'm not sure.

21 BY MR. BURDEN:

22   Q.   All right.  I think you testified as well

Page 9

1       P R O C E E D I N G S
2       THE VIDEOGRAPHER:  We are now on the
3   record in the matter of CFTC v Scharf, et al.
4   Today's date is May 10th, 2018, and the time is
5   8 a.m. exactly.
6       This is the video-recorded deposition of
7   Grayson Brookshire being taken at Venable, 600 Mass
8   Avenue, Northwest, Washington, DC.
9       I am the camera operator.  My name is
10  Frank Walsh in association with Alderson Reporting
11  located at 2020 K Street, Northwest, Washington, DC.
12      The court reporter is Angela McCullough,
13  also in association with Alderson Reporting.
14      Will all attorneys please identify
15  themselves and the parties they represent, beginning
16  with the attorney giving notice.
17      MR. BURDEN:  Ashley Burden for the CFTC.
18      MR. KING:  Peter King for the defendant,
19  Zilmil, Inc., and Michael Shah, who's here with me.
20      MR. KOSTOLAMPROS:  George Kostolampros for
21  the witness.
22      THE VIDEOGRAPHER:  Will the court reporter

Page 10

1   now please swear in the witness.
2       (The witness was sworn.)
3       THE VIDEOGRAPHER:  You may begin.
4       MR. BURDEN:  All right.  You know, I did
5   the same thing I did last time.  I didn't dial in my
6   colleagues.
7       Thanks, George.
8       MR. KOSTOLAMPROS:  You have to hit nine
9   first.
10      MR. BURDEN:  It's nine, right?
11      MR. KOSTOLAMPROS:  Yeah.
12      MR. BURDEN:  All right.  They're going to
13  get back to me.  Then I'll patch them in.
14      MR. KOSTOLAMPROS:  Okay.  Is Jordan
15  joining?
16      MR. KING:  I don't know.  Maybe.
17      MR. BURDEN:  All right.  Guys, sorry about
18  that.  We can -- we can get started with some of the
19  preliminary stuff, and then we can dial my team and
20  Jordan.
21  Whereupon,
22      GRAYSON BROOKSHIRE,

Page 11

1   called as a witness by counsel for the Plaintiff, and
2   having been duly sworn by the Notary Public, was
3   examined and testified as follows:
4       EXAMINATION BY COUNSEL FOR PLAINTIFF
5   BY MR. BURDEN:
6       Q.  All right.  Mr. Brookshire, I'm going to
7   hand you what I've marked as CFTC Exhibit 192.
8          (CFTC Exhibit No. 192 was marked for
9          identification.)
10  BY MR. BURDEN:
11      Q.  Mr. Brookshire, is this the subpoena
12  pursuant to which you're appearing here today?
13      A.  Yes.
14      Q.  All right.  Have you ever been deposed
15  before?
16      A.  Did I -- like, a proper session?
17      Q.  All right.  Have you ever testified under
18  oath in, like, a court proceeding?
19      A.  No.  No.
20      Q.  All right.  So let's go over a couple of
21  ground rules to make things easier.
22          First, let's try not to talk over each

Page 12

1   other.  I tend to do that more than other people.  So
2   I won't.  I'll try not to.
3          Please try to respond verbally to
4   questions.  There's a natural tendency to, you know,
5   nod or shake your head in response to a question.
6   But for the transcript, please try to say yes or no
7   or otherwise answer narratively.
8       A.  Okay.
9       Q.  Breaks.  We can take a break, you know,
10  really, whenever you want.  You know, it would be
11  nice if I could finish my line of inquiry before we
12  do.  But if you've got to take a break, you've got to
13  take a break.
14      A.  Okay.
15      Q.  Objections.  Your counsel may object.
16  It's just for the record unless your counsel
17  instructs you not to answer.  If your counsel does
18  that, you can take your counsel's advice or not.
19          Counsel for the defendant, Mr. King, may
20  object, also for the record.  He can't instruct you
21  not to answer.  So we'll just barrel right through.
22          You know, I don't want to confuse you ever

1  or say anything you don't understand.  My questions
2  can be like that, I think, as much as anyone's.  So
3  if I ask you a question and you don't understand it,
4  do you promise to tell me?
5      A.   Yes.
6           (CFTC Exhibit No. 193 was marked for
7       identification.)
8  BY MR. BURDEN:
9      Q.   All right.  Mr. Brookshire, I'm handing
10  you what I've marked as CFTC Exhibit 193.
11          MR. KOSTOLAMPROS:  Thanks.  Thanks.
12          MR. KING:  Thank you.
13  BY MR. BURDEN:
14      Q.   All right.  Do you recognize this
15  document?
16      A.   Yes.
17      Q.   All right.  What is it, please.
18      A.   This is a -- this was the subpoena that we
19  got to -- for this case to --
20      Q.   And did you produce documents in response
21  to this subpoena?
22      A.   We did.

1      Q.   All right.  What did you -- what did you
2  produce?
3      A.   We produced Skype chats, mainly between
4  myself and Mike.
5      Q.   Mike who?
6      A.   Mike Shah.
7      Q.   All right.  What else did you produce, if
8  anything?
9      A.   Yeah.  I mean, this -- we left this --
10  this is where we produced --
11          MR. KOSTOLAMPROS:  Whatever you recollect.
12          THE WITNESS:  Yeah.  I mean, it was just,
13  basically, the Skype conversations.  We didn't really
14  have any e-mails or stuff like that.
15  BY MR. BURDEN:
16      Q.   Okay.  So for the record, what's Skype?
17  Tell us what Skype is, please.
18      A.   There were various Skype conversations
19  between just Mike and myself.  We had
20  conversations -- group conversations that included
21  me, Mike, and other affiliates and advertisers.
22      Q.   All right.  But, I mean, more basically

1  than that, what is Skype?
2      A.   Skype is an online platform to communicate
3  with others via, you know, typing back and forth.
4  You could make calls.  We very rarely did that.
5      Q.   All right.  So let's talk a little bit
6  more about the chats that you've produced.  What did
7  you do to retrieve the chats?
8      A.   We basically -- I had two computers with
9  this evidence on it.  I had to go back and, you know,
10  fire up my old computer to go back from the time
11  period requested.  And, basically, went through every
12  chat that related to binary options in some way,
13  copied it, and pasted it straight into Word to
14  document that.
15      Q.   All right.  So when you copied the chats,
16  did you copy the entire chat or just pieces of it?
17      A.   It was the entire chat.  No.  We didn't
18  change any spacing or anything.
19      Q.   All right.  Which leads me to my next
20  question.  Did you change or alter anything in the
21  chats?
22      A.   No.

1      Q.   So you produced the chats just as they
2  were?
3      A.   Correct.
4      Q.   All right.  I don't -- I don't mean for
5  this to be a memory test.  But can you list the chats
6  that you produced, or describe the different chats.
7      A.   I mean, we produced hundreds of chats, I
8  would say.  But the main chats here would be the chat
9  between Mike and myself.  We actually had a couple
10  from, like, changed screen names.  I produced a chat
11  between Blake Barrett and myself.  We produced
12  chats -- what's called a Binary Circle chat that
13  produced a lot of information to this, and a FOREX
14  and binary ventures chat.
15          I also produced chats between me and other
16  marketers affiliated with binary options, as well as
17  three-way chats between myself, that person, and
18  Blake Barrett.
19      Q.   All right.  So let's take a step back from
20  the production and just talk about you.
21          What kind of work do you do?
22      A.   I am an affiliate marketer, internet

Page 21

1    Q.   All right.  Can you point him out, please.
2    A.   (Indicating.)
3    Q.   There we go.
4         MR. BURDEN:  So let the record reflect
5    that Mr. Brookshire is pointing to the defendant,
6    Michael Shah.
7    BY MR. BURDEN:
8         All right.  Did you and Mike Shah do work
9    together in affiliate marketing?
10   A.   We promoted each other's offers.  We never
11   really had a business relationship, I wouldn't say.
12   Q.   What does that mean?
13   A.   As an affiliate, I would promote offers
14   for Mike Shah.
15   Q.   How do you promote -- how did you promote
16   Mike Shah's offers?
17   A.   He would have an offer listed on the
18   ClickSure Marketplace.  I would go in and get my --
19   they call it a HopLink.  It's, basically, the link
20   that you would send to somebody to promote it.  And I
21   would promote it to my subscribers.
22   Q.   All right.  So tell me, if you would,

Page 22

1    please, how you -- how you would go about promoting
2    Mike Shah's offers to your subscribers.  Like, what
3    would you -- what would you do on Day 1?
4    A.   Basically, Mike would go into these chats,
5    and he would have a little write-up saying, Hey,
6    guys, I'm going live with this today.  Pretty much
7    all his links would be there for us to -- to see.
8         And we would put it into what -- Blake and
9    I had a rotation of links of generic e-mails.  As
10   soon as we plugged the link in, you know, the -- the
11   traffic would start to his -- to his offers.
12   Q.   All right.  So it sounds like what you
13   would do was e-mail these links to people, right?
14   A.   We would -- we would e-mail them, yes.
15   Q.   All right.  What kinds of offers did --
16   did Mike Shah list on this ClickSure Marketplace you
17   described?
18   A.   The -- pretty sure the only offers I
19   promoted of Mike were binary related.
20   Q.   Did Michael Shah offer anything through
21   ClickSure that was not binary related?
22   A.   I do not recall that.

Page 23

1    Q.   Do you remember the names of any of
2    Mike Shah's offers on ClickSure?
3    A.   I know a few.
4    Q.   What are they, please.
5    A.   2014 Millionaire, 2015 Millionaire,
6    Christmas Profits, Profit Sensation.
7         That's all I can think of off the top of
8    my head.
9    Q.   All right.  So when you say these offers
10   were "binary related," what does that mean for
11   Mike Shah's offers?
12   A.   Basically, Mike or somebody that Mike knew
13   would create a sales funnel, and this would go to a
14   binary options broker page where the customer had an
15   option to fund a broker account to trade binary
16   options.
17   Q.   So you use the term "sales funnel."
18   What's a sales funnel, please?
19   A.   Generally, a sales funnel would just be a
20   front-end video that kind of hyped up making money.
21   You know, a lot of it was generic.  A lot of it
22   didn't even talk about binary options.  Some -- some

Page 24

1    did.  Some didn't.  But it was what kind of led the
2    customer into the next page to fill out their
3    information on the broker form.
4    Q.   And did you go through these --
5    Mike Shah's funnels, any of them?
6    A.   Some I did.  Some I didn't.  I couldn't
7    tell you what any of them said off the top of my
8    head.
9    Q.   So let's say -- I'm just trying to get a
10   sense of how these funnels work.  So let's say that
11   you're -- you're a subscriber, and you get a -- an
12   e-mail from Grayson Brookshire or Blake Barrett.  And
13   it's got a link in it.
14        I think that's what you described, right?
15   A.   Right.
16   Q.   So what happens next?
17   A.   They would click that link, and it would
18   go straight to the initial sales funnel page where
19   there, generally, was a video of some sort.
20   Q.   So what would the video typically say, if
21   there is a typical thing it says?
22   A.   Typically, it would just show that, Here's

# EXHIBIT R



**NFA** NATIONAL FUTURES ASSOCIATION

June 27, 2018

Heather Dasso
Futures Trading Investigator
Division of Enforcement
Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois  60661

Re:  AmberOptions, et al.

Dear Ms. Dasso:

NFA would like to thank you for your request for information dated June 20, 2018.  As was discussed in Janet Varnagis' follow-up call with you, enclosed are certifications of no record for AmberOptions, Banc de Binary, BeeOptions, Big Option, BinaryBook, Bloombex Options, CherryTrade, Cititrader, Citrades, Global Trader 365, G8Investing, Interactive Options, IvoryOptions, Lbinary, Live Binary, OptionFM, OptionKing, OptionMint, Option Pacific, OptionPrince, OptionQueen, OptionRally, Options XO, RBOptions, Redwood Options, Spot FN, SpotNF, TradeRush, TraderXP, TradesCapital, UKOption, Vault Options and 72Option.

If you have further questions, please do not hesitate to call me at (312) 781-1300.

Sincerely,

Sandra A. Jung
Supervisor, Registration

SAJ/dl
Enclosures



## CERTIFICATION

### With respect to: AmberOptions

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

>   There is no record of a registration, an application for registration, or an exemption from registration in any capacity for AmberOptions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



# **CERTIFICATION**

With respect to: Banc de Binary

1.     I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.     Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.     Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.     As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.     In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Banc de Binary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: BeeOptions

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

There is no record of a registration, an application for registration, or an exemption from registration in any capacity for BeeOptions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



# CERTIFICATION

With respect to: Big Option

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

There is no record of a registration, an application for
registration, or an exemption from registration in any capacity
for Big Option.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: BinaryBook

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for BinaryBook.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Bloombex Options

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Bloombex Options.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: CherryTrade

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for CherryTrade.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Cititrader

1.    I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.    Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.    Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.    As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.    In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Cititrader.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Citrades

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Citrades.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Global Trader 365

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

        There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Global Trader 365.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: G8Investing

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official
       CFTC records from July 1982 to the present, which disclosed the following
       information:

              There is no record of a registration, an application for
              registration, or an exemption from registration in any capacity
              for G8Investing.

       I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

                                        Deputy Record Custodian

                                        National Futures Association
                                        300 South Riverside Plaza
                                        Suite 1800
                                        Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Interactive Options

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Interactive Options.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: IvoryOptions

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

> There is no record of a registration, an application for
> registration, or an exemption from registration in any capacity
> for IvoryOptions.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Lbinary

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Lbinary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Live Binary

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Live Binary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

_____
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: OptionFM

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.　Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for OptionFM.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: OptionKing

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

> There is no record of a registration, an application for
> registration, or an exemption from registration in any capacity
> for OptionKing.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: OptionMint

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for OptionMint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

_____
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Option Pacific

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Option Pacific.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## **CERTIFICATION**

### With respect to: OptionPrince

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for OptionPrince.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: OptionQueen

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

There is no record of a registration, an application for
registration, or an exemption from registration in any capacity
for OptionQueen.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



**<u>CERTIFICATION</u>**

With respect to: OptionRally

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for OptionRally.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## **CERTIFICATION**

With respect to: Options XO

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.　　Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Options XO.

　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## **CERTIFICATION**

With respect to: RBOptions

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for RBOptions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Redwood Options

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Redwood Options.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Spot FN

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.  Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for Spot FN.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: SpotNF

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official
        CFTC records from July 1982 to the present, which disclosed the following
        information:

                There is no record of a registration, an application for
                registration, or an exemption from registration in any capacity
                for SpotNF.

        I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

                                        Deputy Record Custodian

                                        National Futures Association
                                        300 South Riverside Plaza
                                        Suite 1800
                                        Chicago, Illinois  60606



## CERTIFICATION

With respect to: TradeRush

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for TradeRush.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: TraderXP

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official
       CFTC records from July 1982 to the present, which disclosed the following
       information:

             There is no record of a registration, an application for
             registration, or an exemption from registration in any capacity
             for TraderXP.

       I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

                                              _____
                                              Deputy Record Custodian

                                              National Futures Association
                                              300 South Riverside Plaza
                                              Suite 1800
                                              Chicago, Illinois  60606



## CERTIFICATION

With respect to: TradesCapital

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

> There is no record of a registration, an application for
> registration, or an exemption from registration in any capacity
> for TradesCapital.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  June 26, 2018

_____
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: UKOption

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as
     Supervisor, Registration.  I also have served as Deputy Record Custodian since
     May 6, 1996.  NFA is a futures association registered with the U.S. Commodity
     Futures Trading Commission ("CFTC") under Section 17 of the Commodity
     Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect
     and maintain registration records for each category of registration under the Act.
     7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the
     Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the
     responsibility and authority to process and act as custodian of the official CFTC
     registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives,
     processes, stores and records all official CFTC registration records in the normal,
     ordinary and regular course of NFA's business.  NFA has adopted Registration
     Rules, which the CFTC has reviewed and approved, governing access to and
     certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing,
     storage and recording of all official CFTC registration records.  As such, I am
     familiar with these records and the system that NFA uses to maintain these
     records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of
     Evidence, CFTC registration records: (1) are regularly kept for persons and
     entities registered with the CFTC; (2) are made at or near the time by, or from
     information transmitted by, a person with knowledge of those records; (3) are
     kept in the course of a regularly conducted business activity; and (4) are made as
     a regular practice in the course of regularly conducted business activity.

- 2 -

6.       Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

There is no record of a registration, an application for
registration, or an exemption from registration in any capacity
for UKOption.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## <u>CERTIFICATION</u>

With respect to: Vault Options

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



## CERTIFICATION

With respect to: 72Option

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Supervisor, Registration.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration, an application for registration, or an exemption from registration in any capacity for 72Option.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  June 26, 2018

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606