Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 7/1/2018 to 9/30/2018

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2018): | $ - | $ - | $ 5,674,984.33 |
|   | **Increases in Fund Balance:** |   |   |   |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 24,796.31 | $ 24,796.31 | $ 24,796.31 |
| Line 4 | Interest/Dividend Income [1] | $ 10,805.33 | $ 10,805.33 | $ 10,805.33 |
| Line 5 | Business Asset Liquidation |   | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|   | **Total Funds Available (Lines 1-8):** |   |   | $ 5,710,585.97 |
|   | **Decreases in Fund Balance:** |   |   |   |
| Line 9 | Disbursements to Investors |   |   |   |
| Line 10 | Disbursements for Business Operations [2] | $ 15.00 | $ 15.00 | $ 15.00 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 121,257.59 | $ 121,257.59 | $ 121,257.59 |
| Line 10b | Business Asset Expenses |   | $ - |   |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|   | **Total Disbursements for Receivership Operations** |   |   | $ 121,272.59 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ 121,272.59 |
| Line 13 | Ending Balance (As of September 30, 2018) | | | $ 5,589,313.38 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 5,589,313.38 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $ 5,589,313.38 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Fifth Report
CFTC v. Scharf, et al. - Receipts of Fiduciary Account

| Date | Amount | Explanation |
|---|---|---|
| 9/18/2018 | $ 24,796.31 | DBTCO AMERICAS NYC |
|  | $ 24,796.31 |  |

**Bank Interest**

| Date | Account | Amount |
|---|---|---|
| 7/31/2018 | Zilmil | $ 1.56 |
| 7/31/2018 | Zilmil | $ 3,558.27 |
| 8/31/2018 | Zilmil | $ 1.27 |
| 8/31/2018 | Zilmil | $ 4,035.47 |
| 9/30/2018 | Zilmil | $ 0.31 |
| 9/30/2018 | Zilmil | $ 3,206.72 |
| 7/31/2018 | Scharf | $ 0.67 |
| 8/31/2018 | Scharf | $ 0.59 |
| 9/30/2018 | Scharf | $ 0.47 |
|  |  | $ 10,805.33 |

**Total Receipts Fifth Report**   $ 35,601.64

Attachment 2 to Exhibit A to Receiver's Fifth Report
CFTC v. Scharf, et al. - Disbursements from Fiduciary Account

| Date | Payable | Amount | Description |
|---|---|---|---|
| 9/18/2018 | City National Bank | $ 15.00 | bank service fee |
| Total | | $ 15.00 | (Fifth Report) |

**Professional Fees DE 153 8/17/18**

| Firm | Citrades | | Zilmil Acct | | Total | |
|---|---|---|---|---|---|---|
| Damian & Valori LLP | $ | 9,429.00 | $ | 40,596.21 | $ | |
| Kapila Mukamal LLP | $ | 2,217.00 | $ | 8,829.81 | | |
| Djingov, Gouginski, Kyutchukov & Velichkov | $ | 57.46 | | | | |
| | $ | 11,703.46 | $ | 49,426.02 | | |

**Professional Fees DE 164 9/6/18**

| Firm | Citrades | | Zilmil Acct | | Total | |
|---|---|---|---|---|---|---|
| Damian & Valori LLP | $ | 4,525.00 | $ | 39,092.80 | $ | 43,617.80 |
| Kapila Mukamal LLP | $ | 1,156.56 | $ | 4,689.25 | $ | 5,845.81 |
| | $ | 5,681.56 | $ | 43,782.05 | $ | 49,463.61 |

| | Citrades | | Zilmil Acct | | Total | |
|---|---|---|---|---|---|---|
| | $ | 2,666.12 | $ | 7,998.38 | $ | 60,689.71 |
| | | | | | | 11,046.81 |
| | | | | | | 57.46 |
| | $ | 2,666.12 | $ | 7,998.38 | $ | 71,793.98 |