**EXHIBIT A**

Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 4/1/2019 to 7/31/2019

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/1/2019): | $ - | $ - | $ 5,595,726.35 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities |  |  |  |
| Line 4 | Interest/Dividend Income [1] | $ 23,988.18 | $ 23,988.18 | $ 23,988.18 |
| Line 5 | Business Asset Liquidation [1] | $ 359.66 | $ 359.66 | $ 359.66 |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 5,620,074.19 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations |  |  |  |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses [2] | $ 102.00 | $ 102.00 | $ 102.00 |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 102.00 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements to Court/Other** |  |  |  |
|  | **Total Funds Disbursed (Lines 9-11)** |  |  | $ 102.00 |
| Line 13 | **Ending Balance (As of July 31, 2019)** |  |  | $ 5,619,972.19 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $ 5,619,972.19 |
| Line 14b | Investments |  |  | $ - |
| Line 14c | Other Assets or Uncleared Funds |  |  |  |
|  | **Total Ending Balance of Fund – Net Assets** |  |  | $ 5,619,972.19 |
| Lines 15-19 | Other Supplemental Information: | N/A |  |  |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Seventh Report**
**CFTC v. Scharf, et al. - Receipts of Fiduciary Account**

| Date | Amount | | Explanation |
|---|---|---|---|
| 7/23/2019 | $ | 359.66 | East West Bank |
| | $ | 359.66 | |

**Bank Interest**

| Date | Account | Amount | |
|---|---|---|---|
| 4/30/2019 | Zilmil | $ | 0.01 |
| 4/30/2019 | Zilmil | $ | 5,889.21 |
| 5/31/2019 | Zilmil | $ | 0.01 |
| 5/31/2019 | Zilmil | $ | 6,092.03 |
| 6/30/2019 | Zilmil | $ | 0.01 |
| 6/30/2019 | Zilmil | $ | 5,901.82 |
| 7/31/2019 | Zilmil | $ | 0.01 |
| 7/31/2019 | Zilmil | $ | 6,105.08 |
| | | $ | 23,988.18 |

**Total Receipts Seventh Report**     $     24,347.84

**Attachment 2 to Exhibit A to Receiver's Seventh Report**
**CFTC v. Scharf, et al. - Disbursements from Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 5/17/2019 | City National Bank | $ 17.00 | bank service fee |
| 5/17/2019 | City National Bank | $ 17.00 | bank service fee |
| 6/17/2019 | City National Bank | $ 17.00 | bank service fee |
| 6/17/2019 | City National Bank | $ 17.00 | bank service fee |
| 7/17/2019 | City National Bank | $ 17.00 | bank service fee |
| 7/17/2019 | City National Bank | $ 17.00 | bank service fee |
| Total | | $ 102.00 | (Seventh Report) |

City National Bank incorrectly charged monthly service fees on both fiduciary accounts. City National Bank is in the process of correcting the error and will credit the accounts after this report will be filed.