# EXHIBIT A

| | |
|---|---|
| From: | Peter King |
| To: | Russell Landy |
| Cc: | Jeannette Serna; Matthew Mueller |
| Subject: | RE: Murena v. Shah - Service |
| Date: | Wednesday, October 30, 2019 2:17:00 PM |
| Attachments: | image002.jpg |
| | image003.png |

Russell,

Dr. Shah has no contact with either of them due to the ripple effect of the CFTC case. Dr. Shah believes they are usually in India and during summers will visit Canada/USA. So the complaint would probably have to be served in India, as Dr. Shah believes they are in India currently.

Dr. Shah objects to spending valuable estate resources on claims that are barred by the statute of limitations, and those that involve de minimis amounts, or amounts for which the cost of pursuit would likely exceed the amount that could reasonably be expected to be recovered. It appears that the amount at issue for Bhavana Shah was approximately $4,000 and involves transactions from 2010. This would clearly be well outside the Relevant Period (as defined in the CFTC's complaint), would likely have nothing to do with binary options, and would be barred by the statute of limitations. Similarly, it appears the amount at issue for Uday Kumar is only in the four figure range ($7,000) and that an even lesser amount would arguably fall within the limitations period. In both instances, we believe the expected cost of recovery would far exceed the recovery and would be detrimental to the Receivership estate.

As to the Receiver's 7th fee application, you may represent to the Court that Dr. Shah objects on the following grounds:

1. Doc 91 made it clear that the Receiver could not spend more than $50K total after the January 2018 to March 2018 fee application without prior court approval. Even before this current fee application, the Receiver had already exceeded this amount without seeking leave of court. We believe the Receiver has already violated the court's order and that this 7th fee application would represent a further violation. We are further concerned that the Receiver wants to spend another $2 million+ on a claims process even though to date there is no reasonable basis to believe that customers of Zilmil can be identified.

2. As noted above, Dr. Shah objects to the Receiver needlessly incurring expenses and wasting assets of the Receivership estate by pursuing claims barred by the statute of limitations. Transfers of funds at issue involving Jason Gazaway, Relentless Marketing, Montello Marketing, Affiliate Monster, LSports, Sadiq Mohammed Imran, Jani Ghaffor, Europlakat, 3Marketing, Ashley Baker, Tom Strignano, David Raybould, and others all appear to be well outside any arguable limitations period and, in some instances, well before the Relevant Period.

3. Dr. Shah objects to fees incurred in pursuing funds of Dr. Shah that are exempt and/or not part of the $9.3 identified by the Court as the "cap" on Dr. Shah's restitution obligation.

4. Dr. Shah objects to the fees incurred in pursuing recovery of transfers to Manoj Kumar because such transfers all appear to be barred by the statute of limitations.

5. Dr. Shah objects to fees incurred in pursuing claims against Sujata Shah, Manoj Shah, and Eric Shah that are barred by the statute of limitations.

Sincerely,

Peter

**Peter B. King**
Wiand Guerra King P.A.
5505 W. Gray Street
Tampa, FL 33609
Direct: 813.347.5103
Fax: 813.347.5153
pking@wiandlaw.com
www.wiandlaw.com





Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Wiand Guerra King P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Russell Landy [mailto:rlandy@dvllp.com]
**Sent:** Tuesday, October 29, 2019 4:57 PM
**To:** Peter King <pking@wiandlaw.com>
**Cc:** Jeannette Serna <jserna@dvllp.com>
**Subject:** RE: Murena v. Shah - Service

Hi Peter,

Correcting my email below, the fee application covers April through July. Please let me know. Thanks.

Russell

**Russell Landy**
Partner



Commercial Litigation | Real Estate Litigation | Trademark Litigation
Employment Litigation and Counseling | Receiverships | Bankruptcy & Creditor's Rights

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

305-371-3960 (office)
305-371-3965 (fax)

**rlandy@dvllp.com | www.dvllp.com | vCard**

CONFIDENTIALITY NOTICE  This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney/client, work product, or other applicable privilege. Thank you.

**From:** Russell Landy
**Sent:** Tuesday, October 29, 2019 4:57 PM
**To:** 'Peter King' <pking@wiandlaw.com>
**Cc:** Jeannette Serna <jserna@dvllp.com>
**Subject:** RE: Murena v. Shah - Service

Hi Peter,

Following up on my email below.

Also, have you had a chance to review the fee application that Ken circulated several weeks go regarding the time period of April-June? We would like to get it filed soon.

Thank you,
Russell


**Russell Landy**
Partner

Commercial Litigation | Real Estate Litigation | Trademark Litigation
Employment Litigation and Counseling | Receiverships | Bankruptcy & Creditor's Rights

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

305-371-3960 (office)
305-371-3965 (fax)

**rlandy@dvllp.com | www.dvllp.com | vCard**

CONFIDENTIALITY NOTICE This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney/client, work product, or other applicable privilege. Thank you.

**From:** Russell Landy
**Sent:** Friday, October 18, 2019 1:24 PM
**To:** Peter King <pking@wiandlaw.com>
**Cc:** Jeannette Serna <jserna@dvllp.com>
**Subject:** Murena v. Shah - Service

Hello Peter,

In order to serve the Complaint on Bhavana Babulal Shah and Udaykumar Shah in Canada it will need to be translated into French. This will be quite an expensive cost to the Estate.

I know you do not represent those two individuals, but can you ask Dr. Shah to see if those two family members will accept service so the Estate doesn't have to incur an unnecessary cost?

Thank you,
Russell

**Russell Landy**
Partner

Commercial Litigation | Real Estate Litigation | Trademark Litigation
Employment Litigation and Counseling | Receiverships | Bankruptcy & Creditor's Rights

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

305-371-3960 (office)
305-371-3965 (fax)

**rlandy@dvllp.com | www.dvllp.com | vCard**

**CONFIDENTIALITY NOTICE** This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney/client, work product, or other applicable privilege. Thank you.