# EXHIBIT A

Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 8/1/2019 to 1/31/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 8/1/2019): | $ - | $ - | $ 5,619,972.19 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 1,729,530.21 | $ 1,729,530.21 | $ 1,729,530.21 |
| Line 4 | Interest/Dividend Income [1] | $ 36,967.59 | $ 36,967.59 | $ 36,967.59 |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ 102.00 | $ 102.00 | $ 102.00 |
|  | **Total Funds Available (Lines 1-8):** |  |  | **$ 7,386,571.99** |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations |  |  |  |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 88,935.20 | $ 88,935.20 | $ 88,935.20 |
| Line 10b | Business Asset Expenses |  |  |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 88,935.20 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 88,935.20 |
| Line 13 | **Ending Balance (As of January 31, 2020)** | | | $ 7,297,636.79 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 7,297,636.79 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 7,297,636.79 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

Attachment 1 to Exhibit A to Receiver's Eighth Report
CFTC v. Scharf, et al. - Receipts of Fiduciary Account

| Date | Amount | Explanation |
|---|---|---|
| 1/13/2020 | $ 584,000.00 | Michael Shah/Axis |
| 1/15/2020 | $ 202,000.00 | Michael Shah/HDFC |
| 1/21/2020 | $ 424,822.87 | Michael Shah/IDBI Bank |
| 1/29/2020 | $ 518,707.34 | TD Ameritrade |
| | $ 1,729,530.21 | |

**Bank Interest**

| Date | Account | Amount |
|---|---|---|
| 8/31/2019 | Zilmil | $ 6,111.71 |
| 9/30/2019 | Zilmil | $ 5,905.52 |
| 10/31/2019 | Zilmil | $ 6,103.09 |
| 11/30/2019 | Zilmil | $ 5,912.55 |
| 12/31/2019 | Zilmil | $ 1,972.23 |
| 12/31/2019 | Zilmil | $ 4,142.48 |
| 1/31/2020 | Zilmil | $ 6,820.01 |
| | | $ 36,967.59 |

| | | |
|---|---|---|
| Refund from Bank charges | $ | 102.00 |
| **Total Receipts Eighth Report** | $ | 1,766,599.80 |

Attachment 2 to Exhibit A to Receiver's Eighth Report
CFTC v. Scharf, et al. - Disbursements from Fiduciary Account

**Professional Fees DE 234 8/22/19**

| Firm | | Zilmil Acct |
|---|---|---|
| Damian & Valori LLP | $ | 19,734.82 |
| Kapila Mukamal LLP | $ | 206.75 |
| | $ - | $ 19,941.57 |

**Professional Fees DE 253 12/22/19**

| Firm | | Zilmil Acct |
|---|---|---|
| Damian & Valori LLP | $ | 64,668.00 |
| Kapila Mukamal LLP | $ | 4,325.63 |
| | $ - | $ 68,993.63 |

**GRAND TOTAL PROFESSIONAL FEES** $ **88,935.20**