**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

COMMODITY FUTURES
TRADING COMMISSION

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 3:17-cv-774-J-32MCR

JASON B. SCHARF, CIT
INVESTMENTS LLC,
BREVSPAND EOOD, CIT
INVESTMENTS LTD., A&J MEDIA
PARTNERS, INC., MICHAEL
SHAH, and ZILMIL, INC.,

    Defendants.

**O R D E R**

This case is before the Court on the Receiver's Notice of Proposed Continuation of Citrades Receivership Estate and Motion for Approval of Contingency Fee Arrangement (Doc. 254). While the Court appreciates the proposal, it is uncertain whether the proposed contingency fee arrangement is in the best interest of the Citrades Receivership Estate. If the Receiver believes that the contingency fee arrangement is in the best interest of the Estate, the Receiver and his counsel shall continue to investigate and provide the Court with a revised contingency fee arrangement that details a particular recovery

or proposed lawsuit with an evaluation of their likelihood of success. Additionally, any future request for a contingency fee arrangement for recovery efforts related to the Citrades Estate shall include information on the Receiver's proposed plan for funds recovered and how recovery efforts will interface with Defendant Scharf's federal criminal proceedings in California. Further, the Court will be unwilling to approve a contingency fee exceeding forty percent.

Accordingly, it is hereby

**ORDERED:**

1.  Receiver's Notice of Proposed Continuation of Citrades Receivership Estate and Motion for Approval of Contingency Fee Arrangement (Doc. 254) is **DENIED without prejudice**.

2.  Not later than **April 30, 2020**, the Receiver shall update the Court on whether the Receiver still wants to pursue a contingency fee arrangement consistent with this Order.

3.  Not later than **April 30, 2020**, the Commodity Futures Trading Commission shall update the Court on the status of settlement with Defendants Scharf and A&J Media. This update shall also address whether the United States is pursuing recovery efforts in Mr. Scharf's criminal case and how such recovery efforts would impact the Receiver's proposed contingency fee arrangement.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of March, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies to:

Counsel of record