IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

     Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and
AutoTradingBinary.com); CIT Investments
LLC; Brevspand EOOD; CIT Investments
Ltd; A&J Media Partners, Inc.; Michael
Shah; and Zilmil, Inc.,

     Defendants.

_____/

## RECEIVER'S UNOPPOSED APPLICATION FOR
## AUTHORIZATION TO PAY LITIGATION EXPERT WITNESS

Kenneth Dante Murena, Esq., the court-appointed Receiver (the "Receiver") in the above-captioned action, seeks approval for payment of the fees and costs that his litigation expert, Melissa Davis has invoiced to date for purposes of the ancillary case styled *Murena v. Eric Shah, et al.*, Case No. 19-cv-00856-TJC (the "Shah Clawback Case") as well as the deposition fees invoiced by the Defendants' expert witness in the Shah Clawback Case. As the payment of the foregoing fees is related to ongoing litigation in the Shah Clawback Case, it is important for the Receiver to pay such fees prior to trial.

### I.    SUMMARY

The Receiver seeks approval to compensate Melissa Davis for the expert witness services she has provided to date in the Shah Clawback Case. The foregoing fees and costs were reasonable and necessary litigation expenses incurred in fulfillment of the Receiver's duties and

responsibilities pursuant to the Permanent Injunction and should be paid prior to trial in the Shah Clawback Case.  Further, the Receiver is obligated to compensate the Defendants' proposed rebuttal expert Susan Smith for time expended when the Receiver took her deposition in the Shah Clawback Case.

II.    **PROCEDURAL AND FACTUAL BACKGROUND**

On April 25, 2019, the Court entered a Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants Michael Shah and Zilmil, Inc. (the "Permanent Injunction").  *See* ECF No. 223.  In the Permanent Injunction, the Court appointed Kenneth Dante Murena Permanent Receiver of the Zilmil Defendants.  *Id*.  In the Permanent Injunction, the Court, among other things, appointed the Receiver as a "Permanent Receiver . . .  with the full powers of an equity receiver and as further set forth in Part V of this Consent Order, for the Zilmil Defendants and their affiliates and subsidiaries. . . ."  *Id*. at ¶ 10.

Pursuant to the Permanent Injunction, the Receiver was provided with authority to "[m]anage and administer the Receivership Defendants and Receivership Estate by performing all acts incidental thereto that the Temporary Receiver deems appropriate, including … (1) the retention and employment of investigators, attorneys, or accountants of the Temporary Receiver's choice."  *See* Permanent Injunction, ¶ 25(h).  Accordingly, the Receiver continued[1] his engaged of Kapila Mukamal as his forensic accountant and tax consultant.[2]  *See* Permanent Injunction, ¶ 25(h).

---

[1] Such relationship commenced prior to the Permanent Injunction pursuant to authority granted to the Receiver in prior Court orders.

[2] Kapila Mukamal agreed to cap it hourly rates for general forensic accounting related work and administrative tax filing and reporting services at $275, amounting to up to a 55% discount from its standard hourly rates.

Subsequently, in February 2020, the Receiver retained Ms. Davis, one of the forensic accountants at Kapila Mukamal, to be an expert witness in the Shah Clawback Case, wherein the Receiver seeks to recover in excess of $7 million in fraudulent transfers made from Zilmil, Inc. to three of Michael Shah's family members.  Ms. Davis's standard hourly rate for expert witness services is $496, and her associates' hourly rates for assisting Ms. Davis in providing expert-related services range from $354 to $170.  Ms. Davis expended a total of 27.20 hours of work on the Shah Clawback Case, and her associates expended a total of 49.4 hours on the matter.  *See* Time Summaries by Staff attached as **Composite Exhibit A**.  Such time includes the analysis of bank account records, the forensic tracing of funds, the preparation of an expert report, and deposition preparation.  Accordingly, to date, the Receiver has incurred $29,260 in expert fees (and $151.55 in expert-related expenses) in connection with the Shah Clawback Case. *See id*.

The Receiver files this Application seeking the Court's approval of and authorization to immediately pay all such fees and costs from the funds held in the Receiver's fiduciary account so that Ms. Davis may be compensated for her expert witness services *before* trial commences in the Shah Clawback Case.   Absent payment before trial, the Receiver's case could be prejudiced.

Further, the Defendants designated a rebuttal expert, Susan Smith, who purports to offer rebuttal opinions to Ms. Davis's opinions.  In preparation for trial, the Receiver took Ms. Smith's deposition, and Ms. Smith invoiced the Receiver for 2 hours of time totaling $870.  *See* **Exhibit B**.

### III.   REQUEST FOR FEES AND COSTS

As set forth in the Permanent Injunction, the Receiver is authorized to seek approval from this Court for compensation for the services of professionals on a periodic basis.  By this Application, the Receiver is proposing that this Court approve all of the fees and costs for services

rendered and expenses incurred by Ms. Davis in the Shah Clawback Case to date, as well as the fees invoiced by Ms. Smith for her deposition, and authorize the Receiver's payment of 100% of such fees and costs as proposed *infra*.

**WHEREFORE**, Kenneth Dante Murena, as the Court-appointed Receiver, respectfully requests that the Court enter an Order:

(a)    approving all of the fees and costs in the amount of $29,411.55 that the Receiver's expert, Melissa Davis, invoiced to the Receiver for purposes of the Shah Clawback Case, and authorizing the Receiver to pay 100% of such fees and costs from the Receiver's fiduciary account;

(b)    authorizing the Receiver to pay Ms. Smith $870 for her deposition time from the Receiver's fiduciary account; and

(c)    granting any and all other relief the Court deems appropriate under the circumstances.

## V.    CERTIFICATION

The Receiver certifies that:

(a)    I have read this Application;

(b)    to the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate;

(c)    all fees contained in the Application are based on the rates listed in the Exhibits attached hereto and such fees are reasonable, necessary and commensurate with the skills and experience required for the activity performed; and

(d)    I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that

any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

/s/ Kenneth Dante Murena
KENNETH DANTE MURENA, RECEIVER

## CERTIFICATION OF CONFERENCE

The Receiver's counsel conferred with counsel for the CFTC, counsel for the Defendants, and counsel for the Intervenor, Eric Shah, regarding the relief sought in this motion.  Counsel for the CFTC, Michael Shah, and Eric Shah do not oppose the relief sought.   Counsel for the Citrades Defendants indicated that the Citrades Defendants do not have a position on the motion.

Respectfully submitted this 16th day of June, 2020.

**Kenneth Dante Murena, Receiver**
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Receiver
 Florida Bar No. 147486
 E-mail: kmurena@dvllp.com

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of June, 2020, a true and correct copy of the foregoing was served by CM/ECF, upon all counsels of record, and by e-mail upon all parties listed in the Service List below.

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Receiver

## SERVICE LIST

Joseph Konizeski, Chief Trial Attorney
Ashley J. Burden, Senior Trial Attorney
U.S. Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60661
jkonizeski@cftc.gov
aburden@cftc.gov
*Counsel for Plaintiff*

Peter B. King, Esq.
WIAND GUERRA KING P.A.
5505 W. Gray Street
Tampa, FL 33609
pking@wiandlaw.com
*Counsel for Defendant Michael Shah*

Stanley H. Stone
STONE & STONE
PO Box 261727
Encino, CA 91426-1727
stonelawfirm@earthlink.net
*Counsel for Defendants Jason B. Scharf and A&J Media Partners, Inc.*