# EXHIBIT A

Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 2/1/2020 to 6/30/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 2/1/2020): | $ - | $ - | $ 7,297,636.79 |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 1,327,882.38 | $ 1,327,882.38 | $ 1,327,882.38 |
| **Line 4** | Interest/Dividend Income [1] | $ 12,597.95 | $ 12,597.95 | $ 12,597.95 |
| **Line 5** | Business Asset Liquidation |  |  |  |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | **$ 8,638,117.12** |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors |  |  |  |
| **Line 10** | Disbursements for Business Operations |  |  |  |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Line 10b | Business Asset Expenses |  |  |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | **$ 15,000.00** |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| | | | | |
|---|---|---|---|---|
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 15,000.00 |
| **Line 13** | **Ending Balance (As of June 30, 2020)** | | | $ 8,623,117.12 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 8,623,117.12 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 8,623,117.12 |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

 Respectfully submitted,
 Damian & Valori LLP

 1000 Brickell Avenue, Suite 1020
 Miami, Florida 33131
 Telephone: 305-371-3960
 Facsimile: 305-371-3965

 /s/Kenneth Dante Murena
 Kenneth Dante Murena,
 *Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Nineth Report**
**CFTC v. Scharf, et al. - Receipts of Fiduciary Account**

| Date | Amount | Description | Explanation |
|---|---|---|---|
| 2/14/2020 | $ 455,505.38 | Wells Fargo | Michael Shah - 2899684 |
| 2/14/2020 | $ 161,154.78 | Wells Fargo | Michael Shah - 2729471 |
| 2/19/2020 | $ 11,247.12 | Michael Shah/Axis | |
| 3/18/2020 | $ 119,283.57 | Ameris Bank | |
| 3/18/2020 | $ 142,781.19 | Ameris Bank | |
| 3/18/2020 | $ 60,351.18 | Ameris Bank | |
| 3/18/2020 | $ 253,588.99 | Ameris Bank | |
| 3/18/2020 | $ 42.49 | Community First | |
| 3/21/2020 | $ 121,774.96 | AMUNDI PIONEER | |
| 4/1/2020 | $ 500.00 | Widewater Commons | settlement payment 1 of 7 |
| 4/8/2020 | $ 500.00 | Widewater Commons | settlement payment 2 of 7 |
| 5/4/2020 | $ 500.00 | Montello Marketing | settlement payment 3 of 7 |
| 6/5/2020 | $ 500.00 | Montello Marketing | settlement payment 4 of 7 |
| 6/11/2020 | $ 74.55 | Infinity Web Marketing | interest |
| 6/11/2020 | $ 78.17 | Infinity Web Marketing | interest |
| | $ 1,327,882.38 | | |

**Bank Interest**

| Date | Account | Amount |
|---|---|---|
| 2/28/2020 | Metro Bank | $ 7,342.63 |
| 3/31/2020 | Metro Bank | $ 5,040.18 |
| 4/30/2020 | Metro Bank | $ 70.99 |
| 5/31/2020 | Metro Bank | $ 68.55 |
| 6/30/2020 | Metro Bank | $ 75.60 |
| | | $ 12,597.95 |

**Total Receipts Ninth Report**        $        1,340,480.33

**Attachment 2 to Exhibit A to Receiver's Nineth Report**
**CFTC v. Scharf, et al. - Disbursements from Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 4/22/2020 | Stretto | $ 15,000.00 | bank service fee |
| Total Expenses | | $ 15,000.00 | |