# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

     Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and
AutoTradingBinary.com); CIT Investments
LLC; Brevspand EOOD; CIT Investments
Ltd; A&J Media Partners, Inc.; Michael
Shah; and Zilmil, Inc.,

     Defendants.

_____/

**ORDER GRANTING JOINT MOTION OF RECEIVER
AND DEFENDANT MICHAEL SHAH FOR APPROVAL
OF SETTLEMENT AGREEMENT AND FOR RELATED RELIEF**

THIS CAUSE came before the Court upon the Joint Motion of Receiver and Defendant

Michael Shah for Approval of Settlement Agreement and For Related Relief [ECF No. ---]. The

Court, having reviewed the Motion, noting that no objection to the Motion has been filed, and

otherwise being fully advised in the matter, finds that the relief requested in the Motion should be

granted.

Accordingly, it is -

**ORDERED** as follows:

1.      The Motion is **GRANTED** and the Settlement Agreement is hereby **APPROVED**.

2.      The Receiver's Motion for Imposition of Constructive Trust on Funds, Assets, and

Real Property Traceable to Zilmil, Inc. (Doc. 268) is hereby **DEEMED WITHDRAWN**

**WITH PREJUDICE** as to only Michael Shah;

3.      Defendant Shah's Motion for Partial Relief from Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendants Michael Shah and Zilmil, Inc. (Doc. 265) is hereby **GRANTED**, consistent with the terms of the Settlement Agreement; and

4.      The Court reserves jurisdiction to enforce the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this ____ day of _____, 2020.

_____
Honorable Timothy J. Corrigan
United States District Judge
United States District Court for the Middle District
of Florida


Copies to:      All Counsel of Record