IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

    Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and AutoTradingBinary.com); CIT Investments LLC; Brevspand EOOD; CIT Investments Ltd; A&J Media Partners, Inc.; Michael Shah; and Zilmil, Inc.,

    Defendants.

_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED NINTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF <u>FEES AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS</u>**

THIS CAUSE came before the Court upon the *Receiver's Unopposed Ninth Interim Application For An Order Approving and Authorizing Payment of Fees and Expenses of Receiver and His Professionals* (the "Application") [ECF No. ____]. The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Application has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein. Accordingly, it is -

    **ORDERED** as follows:

        1.    The Application is **APPROVED.**

2. The total amount of fees and costs that the Receiver and his Lead Counsel, Damian & Valori LLP, incurred between February 1, 2020 and June 30, 2020 (the "Application Period") in the amount of $192,365.10 (comprised of $185,617.50 in fees and $6,747.60 in costs) is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to pay 100% of all fees and costs that the Receiver and his Lead Counsel, Damian & Valori LLP, incurred during the Application Period, to be paid immediately from the Receiver's Zilmil fiduciary account.

4. The total amount of all of the fees and costs that the Forensic Accountant, Kapila Mukamal LLP, incurred during the Application Period in the amount of $9,733.20 (which includes $9,733.20 in fees and no in costs) is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to pay 100% of fees and costs that the Forensic Accountants, Kapila Mukamal LLP, incurred during the Application Period, to be paid immediately from the Receiver's Zilmil fiduciary account.

6. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this \_\_\_\_ day of _____, 2020.

_____
Honorable Timothy J. Corrigan
United States District Judge
United States District Court
for the Middle District of Florida

Copies to:    All Counsel of Record