**EXHIBIT A**

Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 7/1/2020 to 12/31/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 7/1/2020): | $ - | $ - | $ 8,623,117.12 |
|  | **Increases in Fund Balance:** | | | |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 1,906,751.52 | $ 1,906,751.52 | $ 1,906,751.52 |
| **Line 4** | Interest/Dividend Income [1] | $ 449.14 | $ 449.14 | $ 449.14 |
| **Line 5** | Business Asset Liquidation | | | |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | | | $ - |
|  | **Total Funds Available (Lines 1-8):** | | | **$ 10,530,317.78** |
|  | **Decreases in Fund Balance:** | | | |
| **Line 9** | Disbursements to Investors | | | |
| **Line 10** | Disbursements for Business Operations [2] | $ 9,102.20 | $ 9,102.20 | $ 9,102.20 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 360,659.15 | $ 360,659.15 | $ 360,659.15 |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** | | | $ 369,761.35 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 369,761.35 |
| **Line 13** | **Ending Balance (As of December 31, 2020)** | | | $ 10,160,556.43 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 10,160,556.43 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 10,160,556.43 |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's 10th Report**
**CFTC v. Scharf, et al. - Receipts of Fiduciary Account**

| Date | Amount | Description | Explanation |
|---|---|---|---|
| 7/27/2020 | $ 1,500.00 | Montello Marketing | settlement payment 5- 7 |
| 9/15/2020 | $ 246,075.93 | Toranto Bank | |
| 9/23/2020 | $ 8,769.34 | Michael Shah wire | |
| 11/25/2020 | $ 907,500.00 | Manoj Shah - JP Chase | |
| 11/27/2020 | $ 440,000.00 | Manoj Shah - JP Chase | |
| 11/27/2020 | $ 299,924.07 | Michael Shah | |
| 12/29/2020 | $ 2,982.18 | Michael Shah Capital One | |
| | $ 1,906,751.52 | | |

**Bank Interest**

| Date | Account | Amount |
|---|---|---|
| 7/31/2020 | Metro Bank | $ 73.24 |
| 8/31/2020 | Metro Bank | $ 25.69 |
| 8/31/2020 | Metro Bank | $ 4.64 |
| 8/31/2020 | East West Bank | $ 41.76 |
| 9/30/2020 | East West Bank | $ 70.15 |
| 10/31/2020 | East West Bank | $ 74.07 |
| 11/30/2020 | East West Bank | $ 73.30 |
| 12/31/2020 | East West Bank | $ 86.29 |
| | | $ 449.14 |

**Total Receipts Tenth Report**   $ 1,907,200.66

**Attachment 2 to Exhibit A to Receiver's 10th Report**
**CFTC v. Scharf, et al. - Disbursements from Fiduciary Account**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 9/24/2020 | East West Bank | $ 45.00 | bank service fee |
| 10/14/2020 | Stretto | $ 3,410.32 | |
| 11/19/2020 | Stretto | $ 4,804.96 | |
| 11/19/2020 | Rackspace | $ 841.92 | July - October 2020 |
| Total Expenses | | $ 9,102.20 | |

**Professional Fees DE 299 7/27/20**

| Firm | Zilmil Acct | |
|---|---|---|
| Damian & Valori LLP | $ 100,546.48 | |
| Kapila Mukamal LLP | $ 27,732.82 | |
| Kapila Mukamal LLP | $ 29,411.55 | Expert Fee of Melissa D |
| Glass Ratner | $ 870.00 | Expert Fee of Susan Sm |
| | $ 158,560.85 | |

**Professional Fees DE 317 11/16/20**

| Firm | Zilmil Acct |
|---|---|
| Damian & Valori LLP | $ 192,365.10 |
| Kapila Mukamal LLP | $ 9,733.20 |
| | $ 202,098.30 |

| | | |
|---|---|---|
| Total Professional Fees | $ | 360,659.15 |
| GRAND TOTAL OF EXPENSES | $ | 369,761.35 |