UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

    Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and AutoTradingBinary.com); CIT Investments LLC; Brevspand EOOD; CIT Investments Ltd; A&J Media Partners, Inc.; Michael Shah; and Zilmil, Inc.,

    Defendants.
_____/

**NOTICE OF CORRECTION OF SCRIVINER'S ERRORS IN RECEIVER'S TENTH STATUS REPORT AND TENTH FEE APPLICATION**

Kenneth Dante Murena, the court-appointed Permanent Receiver (the "Receiver") in the above-captioned enforcement action, notifies the Court of a scrivener's error in his Tenth Status Report [ECF No. 319] and Tenth Fee Application [ECF No. 320]. On page 17 of the Tenth Status Report and page 6 of the Tenth Fee Application, the Receiver indicated that the total amount of funds in the Receiver's fiduciary account at the end of the Reporting Period was $10,530,317.78. ECF No. 319 at p. 17. In fact, that figure should be $10,160,556.43,[1] as was reflected on the

---

[1] This figure reflects the total amount of funds in the Receiver's fiduciary account maintained at East West Bank as of the end of the Reporting Period (December 31,

Reconciliation of Receipts and Disbursements of Receivership Accounts, attached to the Tenth Status Report and the Tenth Fee Application as Exhibit A. ECF No. 319-1 and 320-1 at p. 2.

Respectfully submitted this 8th day of February, 2021.

        /s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
*Court-Appointed Receiver*
Florida Bar No. 147486
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of February, 2021, I electronically filed the foregoing Notice with the Court using the CM/ECF system, which provides notice of the filing upon all counsel of record and parties who have appeared in this case and are registered to receive electronic notice of all court filings.

        /s/ Kenneth Dante Murena
Kenneth Dante Murena,
Court-Appointed Receiver

---

2020), including interest earned, after payment of the Court-approved administrative expenses of the Estate for the first through the ninth reporting/application periods. As explained on page 5 of the Report, the $10,530,317.78 reflected in the Report and Fee Application is actually the total amount that had been recovered and deposited into the Receiver's fiduciary account as of the close of the Reporting Period, before payment of those Court-approved administrative expenses.