Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 1/1/2021 to 6/30/2021

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2021): | $ - | $ - | $ 10,160,556.43 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ - | $ - | $ - |
| Line 4 | Interest/Dividend Income [1] | $ 499.53 | $ 499.53 | $ 499.53 |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 10,161,055.96 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 9,579.09 | $ 9,579.09 | $ 9,579.09 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 130,078.26 | $ 130,078.26 | $ 130,078.26 |
| Line 10b | Business Asset Expenses |  |  |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 139,657.35 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 139,657.35 |
| Line 13 | Ending Balance (As of June 30, 2021) | | | $ 10,021,398.61 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 10,021,398.61 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 10,021,398.61 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**CFTC v. Scharf, et al. - Receipts of Fiduciary Account**

**Bank Interest**

| Date | Account | Amount | |
|---|---|---|---|
| 1/31/2021 | East West Bank | $ | 86.27 |
| 2/28/2021 | East West Bank | $ | 77.92 |
| 3/31/2021 | East West Bank | $ | 85.52 |
| 4/30/2021 | East West Bank | $ | 82.36 |
| 5/31/2021 | East West Bank | $ | 85.11 |
| 6/30/2021 | East West Bank | $ | 82.35 |

**Total Receipts Report**          $          499.53

Attachment 2 to Exhibit A to Receiver's Report
CFTC v. Scharf, et al. - Disbursements from Fiduciary Account

| Date | Payable | Amount | Description |
|---|---|---|---|
| 1/22/2021 | Stretto | $ 1,047.00 | |
| 1/22/2021 | Rackspace | $ 408.04 | November-December 2020 |
| 3/18/2021 | Stretto | $ 6,205.20 | |
| 5/7/2021 | Rackspace | $ 828.27 | January - April 2021 |
| 5/21/2021 | Stretto | $ 677.00 | Jan-21 |
| 6/25/2021 | Rackspace | $ 204.48 | May-21 |
| 6/25/2021 | Stretto | $ 209.10 | February - May 2021 |
| Total Expenses | | $ 9,579.09 | |

**Professional Fees DE 322 3/8/21**

| Firm | Zilmil Acct |
|---|---|
| Damian & Valori LLP | $ 127,120.62 |
| Kapila Mukamal LLP | $ 2,957.64 |
| Total Professional Fees | $ 130,078.26 |
| | |
| GRAND TOTAL OF EXPENSES | $ 139,657.35 |