IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

    Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and AutoTradingBinary.com); CIT Investments LLC; Brevspand EOOD; CIT Investments Ltd; A&J Media Partners, Inc.; Michael Shah; and Zilmil, Inc.,

    Defendants.

_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED ELEVENTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Unopposed Eleventh Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") [ECF No. ____]. The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Application has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is -

**ORDERED** as follows:

1.    The Application is **APPROVED.**

2. The total amount of fees and costs that the Receiver[1] and her Lead Counsel, Damian & Valori LLP, in connection with fulfilling the Receiver's duties during the Application Period in the amount of $62,287.53 is hereby **APPROVED.**

3. The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $62,287.53 (which total includes $62,122.50 in fees and $165.03 in costs) for the work they performed fulfilling the Receiver's duties.

4. The total amount of fees and costs that the Receiver's Forensic Accountant, Kapila Mukamal, LLP, incurred in assisting the Receiver to fulfill her duties during the Application Period in the amount of $2,510.60 is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to pay to her Forensic Accountant, Kapila Mukamal, LLP, the amount of $2,510.60 (which total includes $2,484.00 in fees and $26.60 in costs) for work performed in assisting the Receiver to fulfill her duties.

6. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** at Miami, Florida, this _____ day of _____, 2021, in the Middle District of Florida.

_____
HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT COURT JUDGE

Copies to:   All Counsel of Record

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.