# EXHIBIT A

Kenneth Dante Murena, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – SCHARF RECEIVERSHIP FUND FOR CFTC v. SCHARF, ET AL.
Reporting Period 7/1/2021 to 12/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 7/1/2021): | $ - | $ - | $ 10,021,398.61 |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ - | $ - | $ - |
| **Line 4** | Interest/Dividend Income [1] | $ 307.99 | $ 307.99 | $ 307.99 |
| **Line 5** | Business Asset Liquidation |  |  |  |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | **$ 10,021,706.60** |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors [2] | $ 4,589,356.59 | $ 4,589,356.59 | $ 4,589,356.59 |
| **Line 10** | Disbursements for Business Operations [2] | $ 10,992.11 | $ 10,992.11 | $ 10,992.11 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 64,798.13 | $ 64,798.13 | $ 64,798.13 |
| Line 10b | Business Asset Expenses |  |  |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | **$ 4,665,146.83** |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |

| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 4,665,146.83 |
| Line 13 | **Ending Balance (As of December 31, 2021)** | | | $ 5,356,559.77 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 5,356,559.77 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 5,356,559.77 |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] *See Attachment 1.*

[2] *See Attachment 2.*

Respectfully submitted,
Damian & Valori LLP

1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/Kenneth Dante Murena
Kenneth Dante Murena,
*Court-Appointed Receiver*

**Attachment 1 to Exhibit A to Receiver's Report**
**CFTC v. Scharf, et al. - Receipts of Fiduciary Account**

**Bank Interest**

| Date | Account | Amount | |
|---|---|---|---|
| 7/31/2021 | East West Bank | $ | 81.33 |
| 8/31/2021 | East West Bank | $ | 46.11 |
| 9/30/2021 | East West Bank | $ | 44.60 |
| 10/31/2021 | East West Bank | $ | 46.09 |
| 11/30/2021 | East West Bank | $ | 44.35 |
| 12/31/2021 | East West Bank | $ | 45.51 |

**Total Receipts Report** $ 307.99

**Attachment 2 to Exhibit A to Receiver's Report**
**CFTC v. Scharf, et al. - Disbursements from Fiduciary Account**

| Distribution | | Amount | |
|---|---|---|---|
| 7/29/2021 | Distribution | $ 4,589,356.59 | Initial Distributon |
| Total to claimaints | | $ 4,589,356.59 | |

**Busniess Operation Expenses**

| Date | Payable | Amount | Description |
|---|---|---|---|
| 7/31/2021 | Micheal Shah reverse | $ 2,982.18 | Capital one payment reversed |
| 7/31/2021 | Banking Fee | $ 30.00 | |
| 8/18/2021 | Rackspace | $ 414.68 | June-July 2021 |
| 8/18/2021 | Stretto | $ 90.50 | Jun-21 |
| 8/18/2021 | Stretto | $ 2,399.30 | Jul-21 |
| 10/4/2021 | Rackspace | $ 434.24 | August September 2021 |
| 10/4/2021 | Stretto | $ 976.80 | Aug-21 |
| 11/15/2021 | Stretto | $ 1,732.70 | Sep-21 |
| 12/8/2021 | Stretto | $ 429.21 | Oct-21 |
| 12/8/2021 | Stretto | $ 1,502.50 | Nov-21 |
| Total Expenses | | $ 10,992.11 | |

**Professional Fees DE 3331 10/4/21**

| | | |
|---|---|---|
| Damian & Valori LLP | $ | 62,287.53 |
| Kapila Mukamal LLP | $ | 2,510.60 |
| Total Professional Fees | $ | 64,798.13 |

**GRAND TOTAL OF EXPENSES** $ 4,665,146.83