**EXHIBIT C**



CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

---

**CFTC V. ZILMIL, INC. ET AL**
**Client ID: 90118**
**Tax Invoice #8543 - 01/31/22**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| KJJ - KY JOHNSON - PARAPROFESSIONAL | 0.40 | 180.00 | 72.00 |
| LJJ - LESLEY JOHNSON - PARTNER/TAX CPA, CIRA | 0.20 | 540.00 | 108.00 |
| TOTAL | 0.60 | | $180.00 |
| | | **BLENDED RATE** | **$300.00** |
| | | TOTAL EXPENSES | 28.67 |
| TOTAL AMOUNT OF THIS INVOICE | | | $208.67 |

---



Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**Kapila|Mukamal**
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

CFTC V. ZILMIL, INC. ET AL
C/O KENNETH D. MURENA, RECEIVER
VIA EMAIL ONLY: KMURENA@DVLLP.COM
1000 BRICKELL AVE., STE 1020
MIAMI, FL  33131

Invoice: 8543

01/31/2022

Client ID: 90118

For Professional Services Rendered Through January 31, 2022

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **TAX SERVICES - PREPARE FORMS** | | | | |
| 01/20/2022 | KJJ | PREPARATION OF FORMS 1099-NEC & 1096 FOR 2021 - SCHARF IN RECEIVERSHIP | 0.20 | 36.00 |
| 01/21/2022 | LJJ | REVIEW FORMS 1099NEC | 0.20 | 108.00 |
| 01/21/2022 | KJJ | FINALIZE FORMS 1099-NEC & 1096 FOR 2021 - CFTC V. SCHARF | 0.20 | 36.00 |
| | | | | 180.00 |
| | | | | 180.00 |
| **EXPENSES** | | | | |
| 01/24/2022 | EXP | FEDEX - CFTC V. SCHARF | | 27.62 |
| 01/31/2022 | EXP | PRINTED COPIES - JANUARY 2022 (01/01/22-01/31/22) | | 1.05 |
| | | | | 28.67 |
| | | | | 28.67 |
| | | Total amount of this invoice | | $208.67 |

OPTIONAL WIRE/ACH INSTRUCTIONS

Bank Name:       The Northern Trust Company
                 1100 East Las Olas Blvd.
                 Fort Lauderdale, FL  33301-2387
                 Phone:  954-768-4053
                 Fax:       954-768-4017

Bank ABA Routing:    071000152

Swift Code:          CNORUS44

Account Name:        KAPILAMUKAMAL, LLP

Account Number:      2841002703

**KapilaMukamal, LLP**  Invoice #8543   2/10/2022   Page 2 of 2

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



## Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

---

**CFTC V. ZILMIL, INC. ET AL**
**Client ID: 90118**
**Tax Invoice #8833 - 04/30/22**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JRH - JENNIFER HEIDER - TAX CONSULTANT CPA | 1.40 | 286.00 | 400.40 |
| TOTAL | 1.40 | | $400.40 |
| | **BLENDED RATE** | **$286.00** | |
| | | TOTAL EXPENSES | 7.70 |
| TOTAL AMOUNT OF THIS INVOICE | | | $408.10 |

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

CFTC V. ZILMIL, INC. ET AL
C/O KENNETH D. MURENA, RECEIVER
VIA EMAIL ONLY: KMURENA@DVLLP.COM
1000 BRICKELL AVE., STE 1020
MIAMI, FL  33131

Invoice: 8833
04/30/2022
Client ID: 90118

For Professional Services Rendered Through April 30, 2022

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **TAX SERVICES - PREPARE FORMS** | | | | |
| 04/20/2022 | JRH | REVIEW AND ANALYSIS OF DOCKET AND RELATED PLEADINGS FOR PREPARATION OF FEDERAL FORM 1041, U.S. FIDUCIARY INCOME TAX RETURN FOR CFTC V SCHARF IN RECEIVERSHIP FOR 2021. | 1.40 | 400.40 |
| | | | | 400.40 |
| | | | | 400.40 |
| **EXPENSES** | | | | |
| 04/30/2022 | EXP | PACER - APRIL 2022 | | 7.70 |
| | | | | 7.70 |
| | | | | 7.70 |
| | | Total amount of this invoice | | $408.10 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

EIN #46-5394135

**CFTC V. ZILMIL, INC. ET AL**
**Client ID: 90118**
**Tax Invoice #8937 - 05/31/22**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| JRH - JENNIFER HEIDER - TAX CONSULTANT CPA | 4.20 | 286.00 | 1,201.20 |
| KJJ - KY JOHNSON - PARAPROFESSIONAL | 0.30 | 180.00 | 54.00 |
| LJJ - LESLEY JOHNSON - PARTNER/TAX CPA, CIRA | 4.00 | 540.00 | 2,160.00 |
| TOTAL | 8.50 | | $3,415.20 |
| | **BLENDED RATE** | **$401.79** | |
| | TOTAL EXPENSES | | 63.88 |
| TOTAL AMOUNT OF THIS INVOICE | | | $3,479.08 |

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

CFTC V. ZILMIL, INC. ET AL
C/O KENNETH D. MURENA, RECEIVER
VIA EMAIL ONLY: KMURENA@DVLLP.COM
1000 BRICKELL AVE., STE 1020
MIAMI, FL 33131

Invoice: 8937

05/31/2022

Client ID: 90118

For Professional Services Rendered Through June 30, 2022

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| TAX SERVICES - PREPARE FORMS | | | | |
| 05/05/2022 | JRH | PREPARATION OF FEDERAL FORM 1041, U.S. FIDUCIARY INCOME TAX RETURN FOR CFTC V SCHARF ET AL IN RECEIVERSHIP FOR 2021. | 4.20 | 1,201.20 |
| 05/05/2022 | LJJ | REVIEW OPEN ISSUES WITH J. HEIDER | 0.30 | 162.00 |
| 05/06/2022 | LJJ | DISC OPEN ISSUES WITH J. HEIDER AND REVIEW CLOSING STATEMENT | 0.40 | 216.00 |
| 05/09/2022 | LJJ | REVIEW 2021 ACCOUNTING AND FORM 1041 | 2.40 | 1,296.00 |
| 05/10/2022 | LJJ | ADDRESS IRS 2020 NOTICE REGARDING 1099 EIN | 0.20 | 108.00 |
| 05/10/2022 | KJJ | FINALIZE FORM 1041 FOR 2021 | 0.30 | 54.00 |
| 05/11/2022 | LJJ | FINALIZE AND SIGN 2021 TRUST TAX RETURN | 0.20 | 108.00 |
| 05/20/2022 | LJJ | DOCUMENT INFORMATION NECESSARY TO RESPOND TO IRS 1099 INFORMATION NOTICE | 0.50 | 270.00 |
| | | | | 3,415.20 |
| | | | | 3,415.20 |
| EXPENSES | | | | |
| 05/13/2022 | EXP | FEDEX | | 30.73 |
| 05/31/2022 | EXP | PRINTED COPIES - MAY 2022 (05/01/22-05/31/22) | | 33.15 |
| | | | | 63.88 |
| | | | | 63.88 |
| | | Total amount of this invoice | | $3,479.08 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.

**EXHIBIT C-1**



CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. ZILMIL, INC. ET AL**
**Client ID: 90118**
**Invoice #5741 - 06/30/19**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| MMD - MELISSA DAVIS  - PARTNER  CPA, CIRA, CFE | 0.30 | 275.00 | 82.50 |
| FDD - FRANK DIAZ-DRAGO  - CONSULTANT | 4.10 | 275.00 | 1,127.50 |
| MCP - MARK PARISI  - CONSULTANT  CPA, CFE, CIRA | 1.60 | 275.00 | 440.00 |
| ESZ - ELI ZUCKERMAN  - FORENSIC ANALYST | 2.00 | 150.00 | 300.00 |
| TOTAL | 8.00 | | $1,950.00 |
| | **BLENDED RATE** | **$243.75** | |
| | TOTAL EXPENSES | | 30.47 |
| TOTAL AMOUNT OF THIS INVOICE | | | $1,980.47 |

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England
www.kapilamukamal.com





**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

CFTC V. ZILMIL, INC. ET AL
C/O KENNETH D. MURENA, RECEIVER
VIA EMAIL ONLY: KMURENA@DVLLP.COM
1000 BRICKELL AVE., STE 1020
MIAMI, FL  33131

Invoice: 5741
06/30/2019
Client ID: 90118

For Professional Services Rendered Through June 30, 2019

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 06/06/2019 | ESZ | PREPARE BANK RECONCILIATION SCHEDULES | 2.00 | 300.00 |
| 06/06/2019 | FDD | PREPARE TRANSFER SCHEDULES. | 0.70 | 192.50 |
| 06/11/2019 | FDD | PREPARE TRANSFER SCHEDULES FOR DEMAND LETTERS (CONTINUED). | 0.70 | 192.50 |
| 06/11/2019 | FDD | PREPARE TRANSFER SCHEDULES FOR DEMAND LETTERS. | 1.80 | 495.00 |
| 06/13/2019 | FDD | PREPARE A SCHEDULE OF TRANSFERS MADE TO SHAH ET AL. FROM ACCOUNTS HELD BY ZILMIL AND MICHAEL SHAH. | 0.50 | 137.50 |
| 06/20/2019 | MCP | ANALYSIS OF SHAH AND INFINITI WEB ACCOUNTS. COMPILE SUPPORT. | 1.60 | 440.00 |
| 06/20/2019 | MMD | REVIEW BANK RECONSTRUCTIONS FOR SHAH AND MANOJ SHAH. | 0.30 | 82.50 |
| 06/28/2019 | FDD | EXTRACT SUPPORTING DOCUMENTS RE: TRANSFERS MADE TO CUNA MUTUAL. | 0.20 | 55.00 |
| 06/28/2019 | FDD | EXTRACT SUPPORTING DOCUMENTS RE: TRANSFERS MADE TO JASON GAZAWAY. | 0.20 | 55.00 |
| | | | | 1,950.00 |
| | | | | 1,950.00 |
| EXPENSES | | | | |
| 02/13/2019 | EXP | POSTAGE | | 0.50 |
| 02/28/2019 | EXP | PRINTED COPIES - FEBRUARY (02/01/19 - 02/28/19) | | 2.10 |
| 04/30/2019 | EXP | SHAREFILE - APRIL 2019 | | 2.11 |
| 05/31/2019 | EXP | PACER - MAY 2019 | | 1.90 |
| 05/31/2019 | EXP | SHAREFILE - MAY 2019 | | 2.05 |
| 06/15/2019 | EXP | PRINTED COPIES - JUNE (06/01/19 - 06/15/19) | | 1.20 |
| 06/20/2019 | EXP | ACTIONABLE INTELLIGENCE TECHNOLOGIES - INV 2366 - JUNE 2019 | | 16.80 |
| 06/30/2019 | EXP | SHAREFILE - JUNE 2019 | | 1.71 |

| | | | | |
|---|---|---|---|---|
| **KapilaMukamal, LLP** | Invoice #5741 | 7/15/2019 | | Page 2 of 2 |

| | | | |
|---|---|---|---|
| 06/30/2019 | EXP | PACER - JUNE 2019 | 2.10 |

|  |  |
|---|---|
|  | 30.47 |
|  | 30.47 |
| Total amount of this invoice | $1,980.47 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.