IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 17-cv-774-J-32MCR

Commodity Futures Trading Commission,

      Plaintiff,

v.

Jason B. Scharf (d/b/a Citrades.com and
AutoTradingBinary.com); CIT Investments
LLC; Brevspand EOOD; CIT Investments
Ltd; A&J Media Partners, Inc.; Michael
Shah; and Zilmil, Inc.,

      Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED THIRTEENTH INTERIM
APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT
OF FEES AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Unopposed Thirteenth Interim*

*Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver*

*and His Professionals* (the "Application") [ECF No. _____].  The Court, having reviewed the

Application, noting that the fees and costs requested therein are reasonable, necessary and

commensurate with the skills and experience required for the activities performed and described

therein, and that no objection to the Application has been filed, and otherwise being fully advised

in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is

**ORDERED** as follows:

1.     The Application is **APPROVED.**

2.      The total amount of fees and costs that the Receiver and his Lead Counsel, Damian & Valori LLP, incurred during the Application Period in the amount of $10,012.16 (which includes $9,900.00 in fees and $112.16 in costs) is hereby **APPROVED.**

3.      The Receiver is **AUTHORIZED** to pay the Receiver and his Lead Counsel, Damian & Valori LLP, the amount of $10,012.16 (which includes $9,900.00 in fees and $112.16 in costs) for the work they performed fulfilling the Receiver's duties.

4.      The total amount of fees and costs that the Forensic Accountant, Kapila Mukamal LLP, incurred during the Application Period in the amount of $4,095.85 (which includes $3,995.6 in fees and $100.25 in costs) is hereby **APPROVED.**

5.      The Receiver is **AUTHORIZED** to pay the Forensic Accountant, Kapila Mukamal LLP, the amount of $4,095.85 (which includes $3,995.6 in fees and $100.25 in costs) for the work it performed in assisting the Receiver to fulfill his duties.

6.      The total amount of fees and costs that the Forensic Accountant, Kapila Mukamal LLP, incurred in June 2019 in the amount of $1,980.47 (which includes $1,950.00 in fees and $30.47 in costs) is hereby **APPROVED.**

7.      The Receiver is **AUTHORIZED** to pay the Forensic Accountant, Kapila Mukamal LLP, the amount of $1,980.47 (which includes $1,950.00 in fees and $30.47 in costs) for the work it performed in June 2019 in assisting the Receiver to fulfill his duties.

8.      The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED**, this _____ day of _____, 2022, in the Middle District of

Florida.

_____
HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT COURT JUDGE

Copies to:      All Counsel of Record